**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PARTY CITY HOLDCO INC., *et al.*,[1] | ) | Case No. 23-90005 (DRJ) |
| | ) | |
| | ) | **(Joint Administration Requested)** |
| Debtors. | ) | |
| | ) | |

**NOTICE OF DESIGNATION AS COMPLEX CHAPTER 11 BANKRUPTCY CASE**

On January 17, 2023, the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas (the "<u>Court</u>"). The Debtors believe that these jointly administered cases qualify as complex chapter 11 cases because:

<u>   X   </u>   The debtors have total debt of more than $10 million;

<u>   X   </u>   There are more than 50 parties-in-interest in this case;

<u>   X   </u>   Claims against the debtors are publicly traded;

<u>          </u>   Other (Substantial explanation is required. Attach additional sheets if necessary.)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Party City Holdco Inc. (9758); Amscan Custom Injection Molding, LLC (4238); Amscan Inc. (1359); Amscan Purple Sage, LLC (3514); Am-Source, LLC (8427); Anagram Eden Prairie Property Holdings LLC (8309); Party City Corporation (3692); Party City Holdings Inc. (3029); Party Horizon Inc. (5812); PC Intermediate Holdings, Inc. (1229); PC Nextco Finance, Inc. (2091); PC Nextco Holdings, LLC (7285); Print Appeal, Inc. (5932); and Trisar, Inc. (0659). The location of the Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

WHEREFORE, the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as the Court may deem just and proper.

Dated:  Houston, Texas
        January 18, 2023               Respectfully submitted,

                                       By: /s/ *John F. Higgins*
                                       **PORTER HEDGES LLP**
                                       John F. Higgins (TX Bar No. 09597500)
                                       M. Shane Johnson (TX Bar No. 24083263)
                                       Megan Young-John (TX Bar No. 24088700)
                                       1000 Main St., 36th Floor
                                       Houston, Texas 77002
                                       Telephone: (713) 226-6000
                                       Facsimile:  (713) 226-6248
                                       jhiggins@porterhedges.com
                                       sjohnson@porterhedges.com
                                       myoung-john@porterhedges.com

                                       - and -

                                       **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
                                       Paul M. Basta (pending *pro hac vice*)
                                       Kenneth S. Ziman (pending *pro hac vice*)
                                       Michael M. Turkel (pending *pro hac vice*)
                                       Grace C. Hotz (pending *pro hac vice*)
                                       1285 Avenue of the Americas
                                       New York, New York 10019
                                       Telephone: (212) 373-3000
                                       Facsimile: (212) 757-3990
                                       pbasta@paulweiss.com
                                       kziman@paulweiss.com
                                       mturkel@paulweiss.com
                                       ghotz@paulweiss.com
                                       Proposed Counsel to the Debtors and
                                       the Debtors in Possession

                                       *Proposed Counsel to the Debtors and*
                                       *the Debtors in Possession*

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors' proposed claims, noticing, and solicitation agent.

Dated: Houston, Texas
January 18, 2023

*/s/ John F. Higgins*
John F. Higgins