UNITED STATES BANKRUPTCY COURT           SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90005 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Party City Holdco Inc. | |

This lawyer, who is admitted to the State Bar of __New York__:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Grace C. Hotz<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>(212) 373-3000<br>NY 5681622 |

Seeks to appear as the attorney for this party:

Debtors and the Debtors in Possession

Dated: 1/18/2023        Signed: /s/ Grace C. Hotz

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:              Signed: _____
                                  Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____                _____
                                 United States Bankruptcy Judge