UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90005 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Party City Holdco Inc. | |

This lawyer, who is admitted to the State Bar of ___New York___:

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | Evan Alexander Rocher<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>(212) 373-3000<br>NY 5962410 |
|---|---|

Seeks to appear as the attorney for this party:

| Debtors and the Debtors in Possession |
|---|
| Dated: 1/18/2023   Signed: /s/ Evan Alexander Rocher |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:                Signed: _____
                                Deputy Clerk

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                            United States Bankruptcy Judge