UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90005 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Party City Holdco Inc. | |

This lawyer, who is admitted to the State Bar of _____ New York _____ :

| Name Firm Street City & Zip Code Telephone Licensed: State & Number | Michael M. Turkel Paul, Weiss, Rifkind, Wharton & Garrison LLP 1285 Avenue of the Americas New York, NY 10019-6064 (212) 373-3000 NY 5317359 |
|---|---|

Seeks to appear as the attorney for this party:

| Debtors and the Debtors in Possession | |
|---|---|
| Dated: 1/18/2023 | Signed: /s/ Michael M. Turkel _____ |

| COURT USE ONLY: The applicant's state bar reports their status as: _____ . | |
|---|---|
| Dated: | Signed: _____ Deputy Clerk |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                     United States Bankruptcy Judge