UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| **PARTY CITY HOLDCO INC.,** *et al.*, | § | CASE NO. 23-90005-drj |
| | § | |
| | § | |
| DEBTORS. | § | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that WEYCER, KAPLAN, PULASKI & ZUBER, P.C. hereby appears as counsel on behalf of **WEST ROAD LAND, LP,** and hereby submits this Notice of Appearance and requests notice of all hearings and conferences herein and makes demand for service of all papers herein. All notices given or required to be given in this case shall be given to and served at the following addresses.

Jeff Carruth

E-mail: jcarruth@wkpz.com

Dated: January 18, 2023         Respectfully submitted:

          WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

          By: */s/ Jeff Carruth*
           JEFF CARRUTH (TX SBN: 24001846)
           24 Greenway Plaza, Suite 2050
           Houston, TX 77046
           Telephone: (713) 341-1158
           E-mail: jcarruth@wkpz.com

          ATTORNEYS FOR WEST ROAD PLAZA, LP

**CERTIFICATE OF SERVICE**

On January 18, 2023, I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served upon all registered ECF users who have appeared in this case.

          */s/ Jeff Carruth*
          JEFF CARRUTH