United States Bankruptcy Court
Southern District of Texas

**ENTERED**
January 18, 2023
Nathan Ochsner, Clerk

| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90005 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Party City Holdco Inc. | |

This lawyer, who is admitted to the State Bar of __New York__ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Nicholas B. Strzeletz<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>(212) 373-3000<br>NY 5782206 |
|---|---|

Seeks to appear as the attorney for this party:

| Debtors and the Debtors in Possession |
|---|
| Dated: 1/18/2023    Signed: /s/ Nicholas B. Strzeletz |

| COURT USE ONLY: The applicant's state bar reports their status as: _____ . |
|---|
| Dated:    Signed: _____<br>Deputy Clerk |

Order   (Docket No. 7)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed:  January 18, 2023**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**