**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| PARTY CITY HOLDCO INC., *et al.*, [1] | ) Case No. 23-90005 (DRJ) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

**NOTICE OF SECOND DAY FINAL HEARING**
**[Related to Document Nos. 10, 23, 107, 112]**

**PLEASE TAKE NOTICE THAT** a final hearing has been set for **Tuesday, February 14,**

**2023 at 2:00 p.m. prevailing Central Time** on the motions identified below, before the Honorable

David R. Jones, United States Bankruptcy Judge.  The hearing will take place in Judge Jones'

courtroom, Courtroom 400, 515 Rusk, Houston, Texas 77002 and by telephone and video

conference, with the following instructions below.

> Debtors' Emergency Motion for Entry of Interim and Final Orders (I)
> Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Critical
> Vendors, (B) Lien Claimants, (C) Customs and Regulatory Claims, (D) Foreign
> Vendors, and (E) 503(B)(9) Claimants, (II) Confirming Administrative
> Expense Priority of Outstanding Orders, and (III) Granting Related Relief (the
> "**Vendors Motion**") [Dkt. Nos. 23, 107].

> Debtors' Emergency Motion for Entry of Interim and Final Orders (I)
> Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Use Cash
> Collateral, and (C) Grant Liens and Provider Superiority Administrative
> Expense Claims, (II) Granting Adequate Protection to Certain Prepetition
> Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, are:  Party City Holdco Inc. (9758); Amscan Custom Injection Molding, LLC (4238); Amscan Inc. (1359);
Amscan Purple Sage, LLC (3514); Am-Source, LLC (8427); Anagram Eden Prairie Property Holdings LLC (8309);
Party City Corporation (3692); Party City Holdings Inc. (3029); Party Horizon Inc. (5812); PC Intermediate
Holdings, Inc. (1229); PC Nextco Finance, Inc. (2091); PC Nextco Holdings, LLC (7285); Print Appeal, Inc. (5932);
and Trisar, Inc. (0659).  The location of the Debtors' service address for purposes of these chapter 11 cases is: 100
Tice Boulevard, Woodcliff Lake, New Jersey 07677.

Hearing, and (V) Granting Related Relief (the "**DIP Motion**") [Dkt. Nos. 10, 112].

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the entry of the final orders on the **Vendors Motion** and **DIP Motion** must be filed on or before **4:00 p.m., prevailing Central Time** on **February 7, 2023**. In the event no objections to these motions are timely received, the Court may enter orders without a hearing.

Participation at the hearing is permitted in-person and by audio and video connection pursuant to the Court's Post-COVID Reopening Plan.

For participants not attending in person, audio communication will be by use of the Court's dial-in facility. You may access the facility at **832-917-1510**. Once connected, you will be asked to enter the conference room number. Judge Jones' conference room number is **205691**. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Jones' home page. The meeting code is "JudgeJones." Click the settings icon in the upper right corner and enter your name under the personal information setting.

Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Jones' home page. Select the case name, complete the required fields and click "Submit" to complete your appearance.

Dated:  January 26, 2023

Respectfully submitted,

By: */s/ John F. Higgins*

**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile:  (713) 226-6248
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Paul M. Basta (admitted *pro hac vice*)
Kenneth S. Ziman (admitted *pro hac vice*)
Michael M. Turkel (admitted *pro hac vice*)
Grace C. Hotz (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
pbasta@paulweiss.com
kziman@paulweiss.com
mturkel@paulweiss.com
ghotz@paulweiss.com

*Proposed Counsel to the Debtors and*
*the Debtors in Possession*

**<u>Certificate of Service</u>**

I certify that on January 26, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

<u>/s/ *John F. Higgins*        </u>
John F. Higgins