IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| PARTY CITY HOLDCO INC., *et al.*,[1] | § | Case No. 23-90005 (DRJ) |
| | § | |
| DEBTOR(S) | § | (Jointly Administered) |

## NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW the United States Trustee, ("UST") through the undersigned attorney, pursuant to Sec. 1102(a) and 1102(b)(1) of the Bankruptcy Code and hereby appoints following eligible creditors to the official committee of unsecured creditors in the above captioned case:

| | |
|---|---|
| Wilmington Trust, National Association<br>1100 North Market Street<br>Wilmington, DE 19890 | Rita Marie Ritrovato<br>(302) 636 5137<br>rritrovato@wilmingtontrust.com |
| CEVA Freight, LLC<br>15350 Vickery Dr.<br>Houston, TX 77032 | Gary Pederson<br>(201) 423-0315<br>gary.pedersen@cevalogistics.com |
| Trick or Treat Studios<br>1005 17th Avenue<br>Santa Cruz, CA 95062<br>(831) 234-2762 | Chris Zephro<br>(831) 234-2762<br>chris@trickortreatstudios.com |
| Worthington Cylinder Corporation<br>200 Old Wilson Bridge Road<br>Worthington, OH 43085 | Michael Garapic<br>(614) 840-4616<br>michael.garapic@worthingtonindustries.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Party City Holdco Inc. (9758); Amscan Custom Injection Molding, LLC (4238); Amscan Inc. (1359); Amscan Purple Sage, LLC (3514); Am-Source, LLC (8427); Anagram Eden Prairie Property Holdings LLC (8309); Party City Corporation (3692); Party City Holdings Inc. (3029); Party Horizon Inc. (5812); PC Intermediate Holdings, Inc. (1229); PC Nextco Finance, Inc. (2091); PC Nextco Holdings, LLC (7285); Print Appeal, Inc. (5932); and Trisar, Inc. (0659). The location of the Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

| | |
|---|---|
| Easter Unlimited, Inc., D/B/A Funworld<br>80 Voice Rd.<br>Carle Place, NY 11514 | Thomas Rosenthal<br>(516) 873-9000 ext. 227<br>thomasr@fun-world.net |
| SITE Centers Corp.<br>3300 Enterprise Parkway<br>Beachwood, OH 44122 | Hilary Michael<br>(216) 755-5513<br>hmichael@sitecenters.com |
| Spirit Realty. L.P.<br>2727 N. Harwood Street, Suite 300<br>Dallas, TX 75201 | Ken Heimlich<br>(972) 476-1995<br>kheimlich@spiritrealty.com |

Dated: February 1, 2023                KEVIN M. EPSTEIN
                                                              UNITED STATES TRUSTEE


                                                              By: /s/ Andrew Jiménez
                                                              Andrew Jiménez, Trial Attorney
                                                              District of Columbia Bar 991907
                                                              Email: Andrew.Jimenez@usdoj.gov
                                                              606 N. Carancahua Street, Suite 1107
                                                              Corpus Christi, TX 78401
                                                              (361) 888-3261
                                                              (361) 888-3263 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Official Committee of Unsecured Creditors has been served by electronic means on all PACER participants on February 1, 2023.

                                                              /s/ Andrew Jiménez
                                                              Andrew Jiménez
                                                              Trial Attorney