IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| PARTY CITY HOLDCO INC., *et al.*,[1] | § | Case No. 23-90005 (DRJ) |
| | § | |
| DEBTOR(S) | § | (Jointly Administered) |

## NOTICE OF ORGANIZATIONAL MEETING
## FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS

The organizational meeting for the Official Committee of Unsecured Creditors in the captioned case will be convened by telephone conference on February 1, 2023, at 11:00 a.m., CST. Members of the committee have been provided call-in instructions. Members may also appear in person at the Office of the United States Trustee, United States Courthouse, 515 Rusk, Third Floor, Suite 3401, Houston, Texas 77002.

Dated: February 1, 2023

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE

By: /s/ Andrew Jiménez
Andrew Jiménez, Trial Attorney
District of Columbia Bar 991907
Email: Andrew.Jimenez@usdoj.gov
606 N. Carancahua Street, Suite 1107
Corpus Christi, TX 78401
(361) 888-3261
(361) 888-3263 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Organizational Meeting for the Official Committee of Unsecured Creditors has been served by electronic means on all PACER participants on February 1, 2023.

/s/ Andrew Jiménez
Andrew Jiménez
Trial Attorney

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Party City Holdco Inc. (9758); Amscan Custom Injection Molding, LLC (4238); Amscan Inc. (1359); Amscan Purple Sage, LLC (3514); Am-Source, LLC (8427); Anagram Eden Prairie Property Holdings LLC (8309); Party City Corporation (3692); Party City Holdings Inc. (3029); Party Horizon Inc. (5812); PC Intermediate Holdings, Inc. (1229); PC Nextco Finance, Inc. (2091); PC Nextco Holdings, LLC (7285); Print Appeal, Inc. (5932); and Trisar, Inc. (0659). The location of the Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.