**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>PARTY CITY HOLDCO INC.,, *et al.*,[1]<br><br>Debtors. | ) <br>) Chapter 11<br>) Case No. 23-90005 (DRJ)<br>) <br>) (Jointly Administered)<br>) <br>) |

**DEBTORS' AGENDA OF MATTERS SET FOR FEBRUARY 14, 2023**
**AT 2:00 P.M. (PREVAILING CENTRAL TIME)**

The above-referenced debtors and debtors in possession (collectively, the "Debtors") file this Agenda of Matters Set for **February 14, 2023 at 2:00 p.m. (prevailing Central Time)** before the Honorable David R. Jones at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 400, 515 Rusk Street, Houston, Texas 77002:

**A.    Second Day Motions**

1.  Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Critical Vendors, (B) Lien Claimants, (C) Customs and Regulatory Claimants, (D) Foreign Vendors, and (E) 503(B)(9) Claimants, (II) Confirming Administrative Expense Priority of Outstanding Orders, and (III) Granting Related Relief [Docket No. 23].

    **Status:** Interim Order entered at Docket No. 107. The final hearing on this matter is going forward.

    **Related Documents:**

    a)  Certificate of No Objection with Respect to Debtors' Motion for Entry of a Final Order (I) Authorizing the Debtors to Pay Certain Prepetition

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Party City Holdco Inc. (9758); Amscan Custom Injection Molding, LLC (4238); Amscan Inc. (1359); Amscan Purple Sage, LLC (3514); Am-Source, LLC (8427); Anagram Eden Prairie Property Holdings LLC (8309); Party City Corporation (3692); Party City Holdings Inc. (3029); Party Horizon Inc. (5812); PC Intermediate Holdings, Inc. (1229); PC Nextco Finance, Inc. (2091); PC Nextco Holdings, LLC (7285); Print Appeal, Inc. (5932); and Trisar, Inc. (0659).  The location of the Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

        Claims of (A) Critical Vendors, (B) Lien Claimants, (C) Customs and Regulatory Claimants, (D) Foreign Vendors, and (E) 503(B)(9) Claimants, (II) Confirming Administrative Expense Priority of Outstanding Orders, and (III) Granting Related Relief [Docket No. 429]

    b) Debtors' Exhibit and Witness List for Hearing on February 14, 2023 [Docket No. 396]

    c) The Official Committee of Unsecured Creditors' Witness and Exhibit List [Docket No. 397]

2. Debtors' Emergency Motion for Entry of an Order (I) Approving, and Authorizing the Debtors to Enter into and Perform Under, the Master Consulting Agreement, (II) Approving Procedures for Store Closing Sales, and (III) Granting Related Relief [Docket No. 368].

   **Status:** The hearing on this matter is going forward.

   **Related Documents:**

   a) Order (I) Approving, and Authorizing the Debtors to Enter Into and Perform Under, the Master Consulting Agreement, (II) Approving Procedures for Store Closing Sales, and (III) Granting Related Relief [Docket No. 437]

   b) Notice of Filing Redline of Proposed Order (I) Approving, and Authorizing the Debtors to Enter Into and Perform Under, the Master Consulting Agreement, (II) Approving Procedures for Store Closing Sales, and (III) Granting Related Relief [Docket No. 438]

   c) Debtors' Exhibit and Witness List for Hearing on February 14, 2023 [Docket No. 396]

   d) The Official Committee of Unsecured Creditors' Witness and Exhibit List [Docket No. 397]

Dated: February 13, 2023

Respectfully submitted,

By: */s/ John F. Higgins*
**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000

Facsimile: (713) 226-6248
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Paul M. Basta*
Kenneth S. Ziman*
Michael M. Turkel*
Grace C. Hotz*
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
pbasta@paulweiss.com
kziman@paulweiss.com
mturkel@paulweiss.com
ghotz@paulweiss.com

*Proposed Counsel to the Debtors and the Debtors in Possession*

*Admitted Pro Hac vice*

## Certificate of Service

I certify that on February 13, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *John F. Higgins*
John F. Higgins

3