United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 14, 2023
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| PARTY CITY HOLDCO INC., *et al.*,[1] | ) | Case No. 23-90005 (DRJ) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: Docket No. 25** |

**ORDER AUTHORIZING THE (I) REJECTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (II) ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY, EACH EFFECTIVE AS OF THE PETITION DATE**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") (a) authorizing the Debtors to (i) reject the Leases set forth on Exhibit A attached to the Order, (ii) abandon the Personal Property that may be located at each of the Premises, if any, and (iii) reject the Franchise Agreement set forth on Exhibit B attached to the Order, each effective *nunc pro tunc* to the Petition Date, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Amended Standing Order; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. § 1408; and this Court

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Party City Holdco Inc. (9758); Amscan Custom Injection Molding, LLC (4238); Amscan Inc. (1359); Amscan Purple Sage, LLC (3514); Am-Source, LLC (8427); Anagram Eden Prairie Property Holdings LLC (8309); Party City Corporation (3692); Party City Holdings Inc. (3029); Party Horizon Inc. (5812); PC Intermediate Holdings, Inc. (1229); PC Nextco Finance, Inc. (2091); PC Nextco Holdings, LLC (7285); Print Appeal, Inc. (5932); and Trisar, Inc. (0659). The location of the Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. Each of the Leases set forth on Exhibit A attached to the Order is rejected pursuant to section 365 of the Bankruptcy Code effective as of the Petition Date.

2. The Franchise Agreement set forth on Exhibit B attached to the Order, to the extent not already terminated in accordance with its applicable terms, is rejected pursuant to section 365 of the Bankruptcy Code effective as of the Petition Date.

3. Nothing herein shall prejudice any party's rights to assert that the Franchise Agreement is not, in fact, executory within the meaning of section 365 of the Bankruptcy Code.

4. Party City of Whitestone Corporation (the "Franchise Counterparty") may continue to operate its "Party City" retail store until June 30, 2023, as if the Franchise Agreement were in effect. The Franchise Counterparty shall pay in the ordinary course of business to the Debtors any obligations incurred on or after January 1, 2023, as such obligations would be due and payable if the Franchise Agreement were in effect and under the terms thereof, until it ceases operation of its "Party City" retail store in accordance with this Order.

5. Beginning June 30, 2023, and for a period of two (2) years thereafter, the Franchise Counterparty shall not open, own, maintain, operate, engage in, advise, or assist any business that is of a character and concept similar to a "Party City" retail store which is within a

three (3) mile radius of a "Party City" retail store that is operating at the time the Franchise Counterparty signs any lease to establish or open such a retail store other than the location of the Franchise Counterparty's current store; *provided* that, notwithstanding the foregoing the Franchise Counterparty may move to any location within a one (1) mile radius from the Franchise Counterparty's store that was subject to the Franchise Agreement even if such location would be within the three (3) mile radius of another "Party City" retail store.

6. The Debtors and the Franchise Counterparty reserve all rights with respect to any claims and counterclaims that arose before January 1, 2023.

7. The Debtors are authorized to abandon any Personal Property located on the Premises free and clear of all liens, claims, encumbrances, interests, and rights of third parties, and all such property is deemed abandoned as of the Petition Date. The applicable counterparty to each Lease may utilize or dispose of such Personal Property in its sole and absolute discretion without further notice or liability to any party claiming an interest in such abandoned property. The automatic stay, to the extent applicable, is modified to allow for such utilization or disposition.

8. The counterparty to each Lease must file a proof of claim, if at all, on or before the later of (a) the deadline for filing proofs of claim established in these chapter 11 cases and (b) thirty (30) days after the entry of this Order, or else be forever barred. The counterparty to the Franchise Agreement must file a proof of claim, if at all, on or before the later of (a) the deadline for filing proof of claim in these chapter 11 cases and (b) thirty (30) days after June 30, 2023.

9. Notwithstanding the relief granted herein and any actions taken pursuant to such relief, nothing in the Motion or this Order shall be deemed: (a) an admission as to the amount of, basis for, or validity of any claim against a Debtor entity under the Bankruptcy Code or other

applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any claim; (d) an implication or admission that any particular claim is of a type specified or defined in the Motion or any order granting the relief requested by the Motion or a finding that any particular claim is an administrative expense claim or other priority claim; (e) a request or authorization to assume or assign any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; (g) a waiver or limitation of the Debtors', or any other party in interest's, rights under the Bankruptcy Code or any other applicable law; or (h) a concession by the Debtors that any liens (contractual, common law, statutory, or otherwise) that may be satisfied pursuant to the relief requested in this Motion are valid, and the rights of all parties in interest are expressly reserved to contest the extent, validity, or perfection or seek avoidance of all such liens.

10. The contents of the Motion satisfy the requirements of Bankruptcy Rule 6003(b).

11. Notice of the Motion as provided therein is hereby deemed good and sufficient notice of such Motion, and the requirements of Bankruptcy Rule 6004(a) and the Bankruptcy Local Rules are satisfied by such notice.

12. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

13. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

14. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Signed: February 14, 2023.**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

# Exhibit A

## Leases

| Store ID | Description of Original Lease[1] | Current Debtor Counterparty | Current Lessor Counterparty | Lessor Counterparty Address | Property Address | Effective Date of Rejection |
|---|---|---|---|---|---|---|
| 1128 | Lease, dated as of November 13, 2009, between Rex Radio and Television, Inc. and Erwin Distributing Company Inc. | Party City Corporation | 4151 Sunset San Angelo Ltd | Endeavor Real Estate Group<br>500 W 5th St.<br>Austin, TX 78701<br>Attn: Buck Cody | 4151 Sunset Dr.<br>San Angelo, TX 76904 | 01/17/2023 |
| 966 | Lease Agreement by and between Federal Construction, Inc. and Party City Corporation | Party City Corporation | Brixmor Elmhurst Crossing LLC | c/o Brixmor Property Group Inc.<br>450 Lexington Ave., 13th Fl.<br>New York, NY 10017<br>Attn: Legal Dept. | Elmhurst Crossing Shopping Center<br>209 S Rte. 83<br>Elmhurst, IL 60126 | 01/17/2023 |
| 5137 | Lease, dated December 22, 1997, by and between Bradley Financing Partnership and Factory Card Outlet of America, Ltd. | Party City Corporation | Brixmor Heritage Square | c/o Brixmor Property Group<br>450 Lexington Ave., 13th Fl.<br>New York, NY 10017<br>Attn: Legal Dept. | Heritage Square<br>428 S Rte. 59<br>Naperville, IL 60540 | 01/17/2023 |
| 960 | Lease Agreement by and between Coliseum Crossing Associates, L.L.C. and Party City Corporation | Party City Corporation | Coliseum Crossing Associates, L.L.C. | 41 Old Oyster Point Road, Ste. A<br>Newport News, VA 23602<br>Attn: Bradford Brown | Coliseum Crossing Shopping Center<br>17 Coliseum Crossing<br>Hampton, VA 23666 | 01/17/2023 |
| 1055 | Lease to P.M. Parties, Inc. dated August 19, 1997 | Party City Corporation | Columbia Place Mall SC LLC | c/o Moonbeam Leasing & Management LLC<br>9101 Alta Dr., Ste. 1801<br>Las Vegas, NV 89145<br>Attn: Shawl Pryor | Columbia Place Mall<br>7045 Parklane Rd., Ste. A<br>Columbia, SC 29223 | 01/17/2023 |
| 5290 | Lease between Developers Diversified Realty Corporation and Factory Card Outlet of America, | Party City Corporation | Del Prado Retail Partners, LLC | 1502 B Del Prado Blvd. S.<br>Cape Coral, FL 33990 | Del Prado Shopping Center<br>1420 Del Prado Blvd.<br>Cape Coral, FL 33990 | 01/17/2023 |

[1] For the avoidance of doubt, the Leases referenced herein include any amendments or modifications thereto.

| Store ID | Description of Original Lease[1] | Current Debtor Counterparty | Current Lessor Counterparty | Lessor Counterparty Address | Property Address | Effective Date of Rejection |
|---|---|---|---|---|---|---|
| | Ltd. | | | | | |
| 6047 | Lease between The Big Party Corporation and T. A. Demoulas, Trustee of Delta & Delta Realty Trust | Party City Corporation | Delta MB LLC | 875 East St.<br>Tewksbury, MA 01876<br>Attn: Charbel Dahbour | South Gate Plaza<br>261 Daniel Webster Hwy.<br>Nashua, NH 03060 | 01/17/2023 |
| 1094 | Lease and Agreement between Commercial Net Lease Realty, Inc. and Dick's Clothing & Sporting Goods, Inc. | Party City Corporation | Dick's Sporting Goods, Inc. | 345 Court St.<br>Coraopolis, PA 15108<br>Attn: Kristen Boscarin | 5216 Campbell Blvd.<br>Nottingham, MD 21236 | 01/17/2023 |
| 920 | Lease Agreement by and between MGP XI Properties, LLC and Party City Corporation | Party City Corporation | Dollinger Golden Valley LLC | 555 Twin Dolphin Dr., Ste. 600<br>Redwood City, CA 94065<br>Attn: Lease Administrator | The Plaza at Golden Valley<br>19037 Golden Valley Rd.<br>Santa Clarita, CA 91387 | 01/17/2023 |
| 933 | Lease Agreement by and between DSM MC II LLC and Party City Corporation | Party City Corporation | DSM MB II LLC | 875 East St.<br>Tewksbury, MA 01876<br>Attn: Leasing | The Point<br>350 Constitution Ave.<br>Littleton, MA 01460 | 01/17/2023 |
| 1113 | Lease Agreement between Ford Madison and Barbara Madison, d/b/a The Village on Bell and Erwin Distributing Co., Inc. d/b/a Card & Party Factory | Party City Corporation | E Scott Family | 7420 Golden Pond Pl., Ste. 100<br>Amarillo, TX 79121<br>Attn: Madison Scott | The Village on Bell Shopping Center<br>3339 Bell St.<br>Amarillo, TX 79106 | 01/17/2023 |
| 570 | Lease Agreement by and between Front Range Retail Company, L.L.C. and Party | Party City Corporation | Front Range Retail Company, L.L.C. | c/o RPT Properties<br>19 W 44th St., Ste. 1002<br>New York, NY 10036<br>Attn: Tim Collier | Front Range Village<br>2924 Council Tree, Ste. 106<br>Fort Collins, CO 80525 | 01/17/2023 |

| Store ID | Description of Original Lease[1] | Current Debtor Counterparty | Current Lessor Counterparty | Lessor Counterparty Address | Property Address | Effective Date of Rejection |
|---|---|---|---|---|---|---|
| | City Corporation | | | | | |
| 918 | Lease Agreement by and between Hemet Valley Center, LP and Party City Corporation | Party City Corporation | Hemet Valley Center, LP | c/o 3d Investment<br>468 N. Camden Dr., Ste. 300<br>Beverly Hills, CA 90210 | Hemet Valley Center<br>3629 W Florida Ave.<br>Hemet, CA 92545 | 01/17/2023 |
| 459 | Lease Agreement by and between Huntington Oaks Associates and Party City Corporation | Party City Corporation | Huntington Oaks Delaware Partners, LLC | c/o Festival Management Corporation<br>5901 W. Century Blvd., Ste. 700<br>Los Angeles, CA 90045<br>Attn: Robin Bhalla | Huntington Oaks Shopping Center<br>622 West Huntington Dr.<br>Monrovia, CA 91016 | 01/17/2023 |
| 449 | Lease Agreement by and between Investment Bankers, Ltd. and Party City Corporation | Party City Corporation | Investment Bankers, Ltd. | P.O. Box 49995<br>Los Angeles, CA 90049<br>Attn: Karin Knorr | Tower Plaza<br>1692 Arden Way<br>Sacramento, CA 95815 | 01/17/2023 |
| 1098 | Shopping Center Lease by and between I-81 Hollycock, LLC and Party City of Hagerstown, Inc. | Party City Corporation | KRG Hagerstown, L.L.C. | c/o Kite Realty Group<br>30 S Meridian St., St. 1100<br>Indianapolis, IN 46204<br>Attn: Ann Smith | The Shoppes at Hagerstown<br>18061 Garland Groh Blvd.<br>Hagerstown, MD 21740 | 01/17/2023 |
| 96861 | Lease between RA 80 Grasslands Road LLC and Amscan Inc. | Amscan Inc. | Lewiston Realty Holdings, LLC | c/o Lewiston Development, LLC<br>886 Belmont Ave., Ste. B<br>North Haledon, NJ 07058 | 80 Grasslands Rd.<br>Elmsford, NY 10523 | 01/17/2023 |
| 921 | Lease Agreement by and between M & H Realty Partners VI L.P. and Party City Corporation | Party City Corporation | M & H Realty Partners VI L.P. | 425 California St., Fl. 10<br>San Francisco, CA 94104<br>Attn: Lease Administration, Delta Shores, Unit #302-10 | Delta Shores Regional Shopping Center<br>8222 Delta Shores Cir. S<br>Sacramento, CA 95832 | 01/31/2023 |

| Store ID | Description of Original Lease[1] | Current Debtor Counterparty | Current Lessor Counterparty | Lessor Counterparty Address | Property Address | Effective Date of Rejection |
|---|---|---|---|---|---|---|
| 934 | Lease Agreement by and between Marinita-Sage Rancho, LLC and Party City Corporation | Party City Corporation | Marinita-Sage Rancho, LLC | c/o Marinita Development Company<br>3835 Birch St.<br>Newport Beach, CA 92660 | 300 S. Highland Springs Ave.<br>Banning, CA 92220 | 01/17/2023 |
| 5507 | Lease Agreement by and between Ordnance Associates, LLC and Party City Corporation | Party City Corporation | Ordnance Associates LL | c/o Edward N. Eden<br>314 Fifth Ave.<br>New York, NY 10001 | Ordnance Plaza<br>585 E. Ordnance Rd.<br>Glen Burnie, MD 21060 | 01/17/2023 |
| 437 | Lease Agreement by and between Trabuco Hills Center Ltd. and Party City Corporation | Party City Corporation | Pacific Castle Properties II, LLC and Pacific Trabuco Power Center II, LLC | 2601 Main St., Ste. 900<br>Irvine, CA 92614<br>Attn: Legal Dept. | Trabuco Hills Center<br>27835 Santa Margarita Pkwy.<br>Mission Viejo, CA 92691 | 01/17/2023 |
| 90060 | Lease by and between Plymouth 848 LLC and Party City Corporation | Party City Corporation | Plymouth 848 LLC | 38099 Schoolcraft, Ste. 101<br>Livonia, MI 48150 | 41100 Plymouth Rd.<br>Plymouth, MI 48170 | 01/17/2023 |
| 668 | Lease Agreement by and between Jenasaqua Realty Holding Corp. and Party City Corporation | Party City Corporation | POM Melville LLC | c/o Pomegranate RE<br>123 Coulter Ave., Ste. 100<br>Ardmore, PA 19003<br>Attn: Michael Willner | Melville Plaza<br>610 Rte. 110 Broadhollow Rd.<br>Melville, NY 11747 | 01/17/2023 |
| 5226 | Lease dated January 2, 1997 between Richmond Enterprises, LLC and Factory Card Outlet of America, Ltd. | Party City Corporation | Richmond Enterprises, LLC | 803 Commonwealth Dr.<br>Warrendale, PA 15086<br>Attn: James Libby | East Gateway Center<br>4615 E Main St.<br>Richmond, IN 57374 | 01/17/2023 |
| 822 | Lease between Porter's Vale Partners, LLC and Office Depot, Inc. | Party City Corporation | SP Porters Vale LLC | c/o Berengaria Development LLC<br>301 N Broadway, Ste. 300<br>Milwaukee, WI 53202<br>Attn: Lease Administration | Porter's Vale Shopping Center<br>6101 Porters Vale Blvd.<br>Valparaiso, IN 46383 | 01/17/2023 |

| Store ID | Description of Original Lease[1] | Current Debtor Counterparty | Current Lessor Counterparty | Lessor Counterparty Address | Property Address | Effective Date of Rejection |
|---|---|---|---|---|---|---|
| 685 | Lease Agreement by and between University Outparcel, LLC and Party City Corporation | Party City Corporation | University Place Improvements Owner LLC | c/o DLC Management Corp.<br>565 Taxter Rd.<br>Elmsford, NY 10523<br>Attn: Christopher Ressa | University Place Shopping Center<br>1300 E Main St.<br>Carbondale, IL 62901 | 01/17/2023 |
| 592 | Rancho San Diego Towne Center Lease Agreement between Vestar California XVII, L.L.C. and Party City Corporation | Party City Corporation | Vestar California XVII, L.L.C. | c/o Vestar Development Co.<br>2425 E Camelback Rd., Ste. 750<br>Phoenix, AZ 85016<br>Attn: President | 2883 Jamacha Rd., Ste. 12-E<br>El Cajon, CA 92019 | 01/17/2023 |
| 6073 | Indenture of Lease dated July 5, 2012, by and between Waltham Ventures, LLC and iParty Retail Stores Corp. | Party City Corporation | Waltham Ventures, LLC | P.O. Box 337<br>Topsfield, MA 01983 | 1036 Main Street<br>Waltham, MA 02451 | 01/17/2023 |

# **Exhibit B**

## **Franchise Agreement**

| Description of Franchise Agreement[1] | Debtor Counterparty | Non-Debtor Counterparty | Non-Debtor Counterparty Address | Property Address | Effective Date of Rejection |
|---|---|---|---|---|---|
| Party City Franchise Agreement by and between Party City Corporation and Party City of Whitestone Corporation | Party City Corporation | Party City of Whitestone Corporation | 7 Kenmore Rd.<br>Douglaston, NY 11363<br>Attn: Richard Tinari | 30-10 Whitestone Expy.<br>Whitestone, NY 11345 | 01/17/2023 |

[1] For the avoidance of doubt, the Franchise Agreement referenced herein includes any amendments or modifications thereto.