**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PARTY CITY HOLDCO INC., *et al.*,[1] | ) Case No. 23-90005 (DRJ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS TO RETAIN AND EMPLOY PACHULSKI STANG ZIEHL & JONES**
**LLP AS COUNSEL EFFECTIVE AS OF FEBRUARY 2, 2023**

> **IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING. UNLESS OTHERWISE DIRECTED BY THE COURT, YOU MUST FILE YOUR RESPONSE ELECTRONICALLY AT HTTPS://ECF.TXSB.USCOURTS.GOV/ WITHIN TWENTY-ONE DAYS FROM THE DATE THIS MOTION WAS FILED. IF YOU DO NOT HAVE ELECTRONIC FILING PRIVILEGES, YOU MUST FILE A WRITTEN OBJECTION THAT IS ACTUALLY RECEIVED BY THE CLERK WITHIN TWENTY-ONE DAYS FROM THE DATE THIS MOTION WAS FILED. OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

The Official Committee of Unsecured Creditors (the "Committee") of Party City Holdco Inc. and its affiliated debtors (collectively, the "Debtors") hereby submits its application (the "Application") for the entry of an order authorizing and approving the employment of Pachulski Stang Ziehl & Jones LLP (the "Firm") as counsel to the Committee in connection with the Debtors' jointly-administered chapter 11 cases (the "Cases"), effective as of February 2, 2023. In support of the Application, the Committee submits the declaration of Bradford J. Sandler (the "Sandler Declaration"), a partner of the Firm, attached hereto as Exhibit A and incorporated

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Party City Holdco Inc. (9758); Amscan Custom Injection Molding, LLC (4238); Amscan Inc. (1359); Amscan Purple Sage, LLC (3514); Am-Source, LLC (8427); Anagram Eden Prairie Property Holdings LLC (8309); Party City Corporation (3692); Party City Holdings Inc. (3029); Party Horizon Inc. (5812); PC Intermediate Holdings, Inc. (1229); PC Nextco Finance, Inc. (2091); PC Nextco Holdings, LLC (7285); Print Appeal, Inc. (5932); and Trisar, Inc. (0659). The location of the Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

herein by reference and the declaration of Kenneth Heimlich as one of the Committee Co-Chairpersons (the "Committee Co-Chair Declaration," and together with the Sandler Declaration, the "Declarations") attached hereto as Exhibit B and incorporated herein by reference.  In further support of the Application, the Committee respectfully represents as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.      Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory predicates for the relief requested herein are sections 327, 328, 330, and 1103(a) of Title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2014-1 and 2016-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of Texas (the "Local Rules").

## BACKGROUND

4.      On January 17, 2023 (the "Petition Date"), the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "Court"), thereby commencing these Cases. The Debtors continue in possession of their property and are operating and managing their business as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Debtors' Cases.

5.      On February 1, 2023, the Office of the United States Trustee (the "U.S. Trustee") appointed the Committee pursuant to section 1102 of the Bankruptcy Code. The Committee

consists of the following seven (7) members: (i) Wilmington Trust, National Association; (ii) CEVA Freight, LLC; (iii) Trick or Treat Studios; (iv) Worthington Cylinder Corporation; (v) Easter Unlimited, Inc., D/B/A Funworld; (vi) SITE Centers Corp.; and (vii) Spirit Realty, L.P., *See* Docket No. 289.

6.      On February 2, 2023, the Committee held a meeting and, among other things, voted to retain the Firm as its counsel, subject to Court approval.

7.      The Firm's retention is requested as of February 2, 2023, insofar as that is the date the Committee first requested the Firm to render legal services on behalf of the Committee, and the Firm has been actively advising the Committee since that date.

8.      The Firm has approximately 75 attorneys with a practice concentrated on corporate reorganizations, bankruptcy, litigation, and commercial matters.  The Firm's attorneys have comprehensive experience representing creditors' committees, debtors, creditors, trustees, and others in a wide variety of bankruptcy cases.  Attorneys of the Firm have extensive experience representing creditors' committees in complex chapter 11 cases in this district and throughout the country, including in the cases of *Cineworld Group PLC, Altera Infrastructure LP, Talen Energy Supply, Sungard AS New Holdings, LLC, Agilon Energy Services, Limetree Bay Services, Tailored Brands*, *Neiman Marcus Group, Whiting Petroleum, Cobalt Energy, Erin Energy, Ignite Restaurants, Rockall Energy Holdings, Spherature Investments, Studio Movie Grill, Rita Restaurants,* and *Reddy Ice*.  Based on these facts, the Committee believes that the Firm is well-qualified to render the services described below.

## **RELIEF REQUESTED**

9.      By this Application, the Committee respectfully requests that the Court enter an order, substantially in the form annexed hereto, pursuant to sections 327, 328, 330, and 1103(a)

of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 and 2016-1, authorizing the Committee to employ and retain the Firm as its counsel in these Cases effective as of February 2, 2023.

10.     The Committee has selected the Firm as its counsel in furtherance of the efficient representation of the Committee in these Cases.  The Committee seeks to retain the Firm effective as of February 2, 2023, pursuant to Local Rule 2014-1(b)(1) because the Firm began providing services to the Committee as of such date.  The Committee believes that such retention is appropriate in these Cases because the Committee required effective representation immediately upon its appointment, and the Firm has been providing services to the Committee since February 2, 2023.

## SERVICES TO BE RENDERED

11.     The Committee submits that it is necessary and appropriate for it to employ and retain the Firm to provide, among other things, the following services as may be requested by the Committee and its other professionals:

      a.      advise the Committee with respect to its rights, duties, and powers in these Cases;

      b.      assist and advise the Committee in its consultations with the Debtors relative to the administration of these Cases;

      c.      assist the Committee in analyzing the claims of the Debtors' creditors and the Debtors' capital structure and in negotiating with holders of claims;

      d.      assist the Committee in its investigation of the acts, conduct, assets, liabilities, and financial condition of the Debtors and of the operation of the Debtors' businesses;

      e.      assist the Committee in its investigation of the liens and claims of the Debtors' lenders and the prosecution of any claims or causes of action revealed by such investigation;

      f.      assist the Committee in its analysis of, and negotiations with, the Debtors or any third-party concerning matters related to, among other things, the

4

assumption or rejection of leases of nonresidential real property and executory contracts, asset dispositions, financing or other transactions, and the terms of one or more plans of reorganization for the Debtors and accompanying disclosure statements and related plan documents;

g.      assist and advise the Committee in communicating with unsecured creditors regarding significant matters in these Chapter 11 cases;

h.      represent the Committee at hearings and other proceedings;

i.      review and analyze applications, orders, statements of operations, and schedules filed with the Court and advise the Committee as to their propriety;

j.      assist the Committee in preparing pleadings and applications as may be necessary in furtherance of the Committee's interests and objectives;

k.      prepare, on behalf of the Committee, any pleadings, including without limitation, motions, memoranda, complaints, adversary complaints, objections or comments in connection with any of the foregoing; and

l.      perform such other legal services as may be required or requested or as may otherwise be deemed in the interests of the Committee in accordance with the Committee's powers and duties as set forth in the Bankruptcy Code, Bankruptcy Rules or other applicable law.

## <u>NO ADVERSE INTEREST OF PROFESSIONALS</u>

12.      To the best of the Committee's knowledge, and based upon the Sandler Declaration attached hereto, neither the Firm nor any of its attorneys have any connection with any party in interest, their attorneys or accountants, other than as set forth in the Sandler Declaration.

13.      To the best of the Committee's knowledge, except as provided in the Sandler Declaration, neither the Firm, nor any of its attorneys represent any interest adverse to that of the Committee in the matters on which they are to be retained.

14.      While the Firm has undertaken, and continues to undertake, efforts to identify connections with the Debtors and other parties in interest, it is possible that connections with some parties in interest have not yet been identified.  Should the Firm, through its continuing

efforts or as these Cases progress, learn of any new connections of the nature described above, the Firm will promptly file supplemental declarations, as required by Bankruptcy Rule 2014(a).

15.     The Firm represents many debtors and committees in other bankruptcy cases, and those debtors, the members of those committees, or those estates may be creditors of the Debtors. However, the Firm will not represent any those debtors, committees, or their members with respect to any claims that they may have collectively or individually against the Debtors.

## PROFESSIONAL COMPENSATION

16.     Subject to Court approval and in accordance with section 330(a) of the Bankruptcy Code and any applicable orders of this Court, compensation will be payable to the Firm on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by the Firm.  The Firm's current standard hourly rates are:

| | |
|---|---|
| **Partners** | $895 - $1,995 per hour |
| **Of Counsel** | $875 - $1,525 per hour |
| **Associates** | $725 - $895 per hour |
| **Paraprofessionals** | $495 - $545 per hour |

17.     The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions, and such changes will be notices in accordance with the Local Rules and/or practice.

18.     The hourly rates set forth above are the Firm's standard hourly rates for work of this nature.  These rates are set at a level designed to fairly compensate the Firm for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses.  It is the Firm's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case.  The expenses charged to clients include, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document retrieval, photocopying charges, charges for mailing supplies (including,

6

without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass mailings, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime.  The Firm will charge the Committee for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients and within the guidelines set forth in Local Rule 2014-1 and 2016-1, and all amendments and supplemental standing orders of the Court.  The Firm believes that it is more appropriate to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients.

## **NOTICE**

19.     Notice of this Application has been provided to all parties listed on the Debtors' Master Service List. The Committee submits that, in light of the nature of the relief requested, no other or further notice need be given.

## **NO PRIOR REQUEST**

20.     No previous request for the relief sought herein has been made to this or any other Court.

*[Remainder of Page Intentionally Left Blank]*

DOCS_NY:47089.3 69215/002

**WHEREFORE**, the Committee respectfully requests the entry of an order, substantially in the form attached hereto, authorizing the Committee to employ and retain the Firm as counsel effective as of February 2, 2023, and granting such other and further relief as is just and proper.

Dated: March 3, 2023

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PARTY CITY HOLDCO INC.,** *ET AL.*

By: _/s/ Rita Marie Ritrovato_____
**Wilmington Trust, National Association**
   By: Rita Marie Ritrovato

Solely in its capacity as Co-Chair of the Official Committee of Unsecured Creditors of Party City Holdco Inc., *et al.*, and not in any other capacity

Dated: March 3, 2023

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PARTY CITY HOLDCO INC.,** *ET AL.*

By: _/s/ Kenneth Heimlich_____
**Spirit Realty, L.P.**
   By: Kenneth Heimlich o/b/o Spirit General OP Holdings, LLC, a Delaware limited liability company, its general partner

Solely in its capacity as Co-Chair of the Official Committee of Unsecured Creditors of Party City Holdco Inc., *et al.*, and not in any other capacity

## **EXHIBIT A**

**(Declaration of Bradford J. Sandler)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PARTY CITY HOLDCO INC., *et al.*,[1] | ) Case No. 23-90005 (DRJ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

---

**DECLARATION OF BRADFORD J. SANDLER IN SUPPORT OF THE**
**APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS TO RETAIN AND EMPLOY PACHULSKI STANG ZIEHL & JONES**
**LLP AS COUNSEL EFFECTIVE AS OF FEBRUARY 2, 2023**

---

I, Bradford J. Sandler, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, and pursuant to Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of Texas, that the following is true and correct:

1.     I am a partner with the law firm of Pachulski Stang Ziehl & Jones LLP (the "Firm"), with an address of 780 3rd Ave., Suite 3400, New York, NY 10017. I am duly admitted to practice law in the States of New York, Delaware, and Pennsylvania and have been admitted *pro hac vice* in these Cases.

2.     I am authorized to submit this declaration (the "Declaration") in support of the *Application of the Official Committee of Unsecured Creditors to Retain and Employ Pachulski Stang Ziehl & Jones LLP as Counsel Effective as of February 2, 2023* (the "Application").[2]

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Party City Holdco Inc. (9758); Amscan Custom Injection Molding, LLC (4238); Amscan Inc. (1359); Amscan Purple Sage, LLC (3514); Am-Source, LLC (8427); Anagram Eden Prairie Property Holdings LLC (8309); Party City Corporation (3692); Party City Holdings Inc. (3029); Party Horizon Inc. (5812); PC Intermediate Holdings, Inc. (1229); PC Nextco Finance, Inc. (2091); PC Nextco Holdings, LLC (7285); Print Appeal, Inc. (5932); and Trisar, Inc. (0659). The location of the Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

[2]     A capitalized term used but not defined herein shall have the meaning ascribed to it in the Application.

3.      The Firm has approximately 75 attorneys with a practice concentrated on corporate reorganizations, bankruptcy, litigation, and commercial matters. The Firm's attorneys have comprehensive experience representing creditors' committees, debtors, creditors, trustees, and others in a wide variety of bankruptcy cases.   Attorneys of the Firm have extensive experience representing creditors' committees in complex chapter 11 cases in this district and throughout the country, including in the cases of  *Cineworld Group PLC, Altera Infrastructure LP, Talen Energy Supply, Sungard AS New Holdings, LLC, Agilon Energy Services, Limetree Bay Services, Tailored Brands*, *Neiman Marcus Group, Whiting Petroleum, Cobalt Energy, Erin Energy, Ignite Restaurants, Rockall Energy Holdings, Spherature Investments, Studio Movie Grill, Rita Restaurants,* and *Reddy Ice*.   Accordingly, the Firm is well-qualified to render the services described below.

4.      Neither I, the Firm, nor any partner, of counsel or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtors, their creditors, or any other parties in interest herein, or their respective attorneys and accountants, the U.S. Trustee, or any person employed in the Office of the United States Trustee (the "U.S. Trustee") or any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the Southern District of Texas, except as set forth herein.

5.      Section 1103(b) of the Bankruptcy Code does not impose the general "disinterestedness" standard of section 327(a) on proposed counsel to an official committee of unsecured creditors. However, Bankruptcy Rule 2014 requires that an application for employment under section 1103 disclose all connections with the Debtors, their estates, professionals, and the U.S. Trustee.

6.      Section 1103(b) of the Bankruptcy Code does not impose the general "disinterestedness" standard of section 327(a) on proposed counsel to an official committee of unsecured creditors.   However, Bankruptcy Rule 2014 requires that an application for employment under section 1103 disclose all connections with the Debtors, their estates, professionals, and the U.S. Trustee.

7.      The Firm has made the following investigation of its connections prior to submitting this Declaration.  The Firm has undertaken a full and thorough review of its computer database, which contains the names of clients and other parties in interest in particular matters. The Firm requires all of its professionals, before accepting the representation of a new client, or the representation of an existing client in a new matter, to perform a conflicts check through the Firm's database and to enter conflict information regarding new clients or new matters into that database.   Thus, a review of said computerized database should reveal any and all actual or potential conflicts of interest with respect to any given representation.  In particular, an employee of the Firm, under my supervision, entered the names of interested parties provided by the Debtors through the Firm's database.  The names of parties entered in the Firm's database with respect to the Firm's conflicts check in these Cases are set forth on Schedule 1 annexed hereto. As of the date hereof, the Firm has entered the names found on Schedule 1 in the following categories, as listed on Schedule 1: Current D&O, Customer Contract, Debtors' Professionals, Equity Holder, Facility Agent/Trustee, Filing Entities, Former D&O, Lenders, Licensing Contract Counterparty, Non-Guarantor Affiliates, Top 100 Vendor, Top 75 Customer, Real Estate Landlord.  The Firm continues to search its computerized database for the names in the other categories listed on Schedule 1 and will provide a further declaration to the extent necessary.

8.     Based on the Firm's ongoing conflict check within its database, and out of an abundance of caution, the Firm provides the following disclosures, which do not result in conflict:

a.     The Firm currently represents, as local counsel, an ad hoc group of lenders (the "Phoenix Services Ad Hoc Group"), in the *In re Phoenix Services, TopCo, LLC* chapter 11 cases pending as Case No. 22-10906 (MFW) in the United States Bankruptcy Court for the District of Delaware, which case is wholly unrelated to these Cases.  While the Firm does not represent any individual member of the Phoenix Services Ad Hoc Group (but rather the Phoenix Services Ad Hoc Group as a whole), the Firm discloses that certain members of the Phoenix Services Ad Hoc Group, or their affiliates, are also identified as creditors in these Cases, including GSO/Blackstone Liquid Credit Strategies LLC and Silverpoint Capital LP.  The Firm does not represent such parties or their affiliates in connection with these Cases.

b.     The Firm currently represents, as local counsel, an ad hoc group of lenders (the "Akorn Ad Hoc Group"), in the *In re Akorn Holding Company, LLC, In re Akorn Intermediate Company, LLC*, and *In re Akorn Operating Company LLC* chapter 7 cases pending as Case Nos. 23-10253 (KBO), 23-10254 (KBO), 23-10255 (KBO), respectively, in the United States Bankruptcy Court for the District of Delaware, which cases are wholly unrelated to these Cases. While the Firm does not represent any individual member of the Akorn Ad Hoc Group (but rather the Akorn Ad Hoc Group as a whole), the Firm discloses that one of the members of the Akorn Ad Hoc Group or an affiliate thereof, Credit Suisse Asset Management LLC, is also identified as a creditor in these Cases.  The Firm does not represent such party or its affiliates in connection with these Cases.

9.     If, at any time during the course of these Cases, the Firm learns of any representation which may give rise to a conflict, the Firm will promptly file with the Court an amended Declaration identifying and specifying such involvement, and the Firm will address the issue with the Committee and its other retained professionals.

10.     The Firm and certain of its attorneys have represented and in the future will likely represent creditors of the Debtors in connection with matters unrelated to the Debtors and these Cases.  Additionally, the Firm represented, represents, and in the future will likely represent, in matters wholly unrelated to these Cases, potential parties in interest that may be interested in

acquiring all or a portion of the Debtors' assets in these Cases. For the avoidance of doubt, the Firm does not and will not represent any such parties in interest in these Cases.

11.     The Firm represented, represents, and in the future will likely represent committees in matters unrelated to the Debtors and these Cases, whose members may be creditors and/or committee members in these Cases. For the avoidance of doubt, the Firm has not directly represented any member of the Committee in the twelve (12) months preceding the Petition Date.

12.     The Firm has not received any retainer or payment from the Debtors or the Committee. Nor has the Firm received any promise of payment in connection with these Cases. No compensation has been paid or promised to be paid from a source other than the Debtors' estates in these Cases. No promises have been received by the Firm nor by any attorneys thereof as to compensation in connection with these Cases, other than in accordance with the provisions of the Bankruptcy Code. The Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with these Cases, except among the partners, of counsel, and associates of the Firm. Neither the Committee nor its members (or any of their representatives) are or will be liable for fees or costs incurred by the Firm in its representation of the Committee.

13.     The Firm intends to apply for compensation for professional services rendered in connection with these Cases subject to approval of this Court as stated in the Application, and in compliance with applicable provisions of the Bankruptcy Code, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by the Firm. No compensation will be paid to the Firm except upon compliance with the Bankruptcy Code,

Bankruptcy Rules, Local Rules, and any other applicable procedures and Orders of this Court. The Firm's current standard hourly rates are:

| | |
|---|---|
| **Partners** | $895 - $1,995 per hour |
| **Of Counsel** | $875 - $1,525 per hour |
| **Associates** | $725 - $895 per hour |
| **Paraprofessionals** | $495 - $545 per hour |

14.    The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions, and such changes will be noticed in accordance with the Local Rules and/or practice.

15.    It is the Firm's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case.  The expenses charged to clients include, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document retrieval, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass mailings, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime.  The Firm will charge the Committee for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients, and in accordance with Local Rules and practices.  The Firm believes that it is fairer to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients.

16.    Subject to Court approval, the Committee will be seeking to retain various other professionals and firms during the pendency of these Cases, including FTI Consulting as financial advisor.  The Firm intends to work closely with all professionals retained by the Committee to ensure that there is no unnecessary duplication of services performed on behalf of

6

the Committee or charged to the Debtors' estates. The Firm has, in other retentions before this Court and other courts, closely monitored and addressed its professional efforts to avoid redundancy with the professional efforts of other retained professionals and will do so in these Cases.

17.     The Firm provides the following responses to the questions set forth in Part D of the Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under United States Code by Attorneys in Larger Chapter 11 Cases (the "Revised UST Guidelines"):

| Questions Required by Part D1 of Revised UST Guidelines: | Answer: | Further explanation: |
|---|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement? | No. | N/A |
| Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case? | No. | N/A |
| If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.  If your billing rates and material financial terms have changed postpetition, explain the difference and reasons for the difference. | N/A | N/A |
| Has your client approved your respective budget and staffing plan, and, if so, for what budget period? | N/A | As Committee counsel, the Firm anticipates that the Committee's professional fees will be initially governed by |

| Questions Required by Part D1 of Revised UST Guidelines: | Answer: | Further explanation: |
|---|---|---|
| | | the Debtor in Possession Financing order and budget approved in these cases. The Committee and its professionals reserve all rights to seek approval of Committee professional fees. |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:   March 3, 2023                    */s/ Bradford J. Sandler*
                                           Bradford J. Sandler

DOCS_NY:47089.3 69215/002

## Schedule 1

**(Potential Parties in Interest)**

## Potential Parties in Interest

### Attorney Generals

Commonwealth of Puerto Rico
National Association of Attorneys
General
State of Alabama Attorney General
State of Alaska Attorney General
State of Arizona Attorney General
State of Arkansas Attorney General
State of California Attorney General
State of Colorado Attorney General
State of Connecticut Attorney General
State of Delaware Attorney General
State of Florida Attorney General
State of Georgia Attorney General
State of Hawaii Attorney General
State of Idaho Attorney General
State of Illinois Attorney General
State of Indiana Attorney General
State of Iowa Attorney General
State of Kansas Attorney General
State of Kentucky Attorney General
State of Louisiana Attorney General
State of Maine Attorney General
State of Maryland Attorney General
State of Massachusetts Attorney General
State of Michigan Attorney General
State of Minnesota Attorney General
State of Mississippi Attorney General
State of Missouri Attorney General
State of Montana Attorney General
State of Nebraska Attorney General
State of Nevada Attorney General
State of New Hampshire Attorney
General
State of New Jersey Attorney General
State of New Mexico Attorney General
State of New York Attorney General
State of North Carolina Attorney
General
State of North Dakota Attorney General
State of Ohio Attorney General
State of Oklahoma Attorney General
State of Oregon Attorney General
State of Pennsylvania Attorney General

State of Rhode Island Attorney General
State of South Carolina Attorney
General
State of South Dakota Attorney General
State of Tennessee Attorney General
State of Texas Attorney General
State of Utah Attorney General
State of Vermont Attorney General
State of Virginia Attorney General
State of Washington Attorney General
State of West Virginia Attorney General
State of Wisconsin Attorney General
State of Wyoming Attorney General
United States of America Attorney
General
Washington DC Attorney General

### Banking Relationships

Banc First
Bank of America, N.A.
Bank of China
BBVA
BMO Harris Bank
BMOI
BNI
BOK Financial
China Construction Bank
China Merchant Bank
Citi Banamex
Community Bank, N.A.
Fidelity Bank (KS)
Fifth Third Bank
HSBC
HSBC Bank
JPMorgan Chase Bank, N.A.
KeyBank
M&T Bank
MCB
Petty Cash
PNC Bank
RBS Citizens Bank
Regions Bank
Santander
Star Financial

TD Bank
Truist Financial
US Bank
Valley National Bank
Wells Fargo Bank, N.A.

**Business and Other Fees and Taxes**

Agricultural Commissioner's Office, Costa Mesa, CA
Agricultural Commissioner's Office, Huntington Beach, CA
Agricultural Commissioner's Office, La Habra, CA
Agricultural Commissioner's Office, Orange, CA
Alaksa Dept of Commerce, Community, & Eco Dev, Anchorage, AK
Alameda Cty Comm Dev Agency, Alameda, CA
Alameda Cty Comm Dev Agency, Fremont, CA
Alameda Cty Comm Dev Agency, Pleasanton, CA
Alameda Cty Comm Dev Agency, San Leandro, CA
Alameda Cty Dept of Env Health, Alameda, CA
Alameda Cty Dept of Health, Pleasanton, CA
Alameda Cty Enviro Health, Fremont, CA
Alameda Cty Enviro Health, Pleasanton, CA
Alameda Cty, San Leandro, CA
Allegheny Cty Health Dept, Bridgeville, PA
Allegheny Cty Health Dept, Monroeville, PA
Allegheny Cty Health Dept, Pleasant Hills, PA
Amanda Corp, Tukwila, WA
Arizona Dept of Revenue, Chandler, AZ
Athens-Clarke Cty, Athens, GA
Auditor and Controller, Chula Vista, CA
Auditor and Controller, Escondido, CA
Augusta, Augusta, GA

Bainbridge Twp, Aurora, OH
Baldwin Cty, Spanish Fort, AL
Belmont Cty Health Dept, Saint Clairsville, OH
Berkheimer Tax Administrator, Cranberry Twp, PA
Berkheimer Tax Administrator, Dickson City, PA
Berkheimer Tax Administrator, Wilkes Barre, PA
Berkheimer Tax Innovations, North Wales, PA
Berkheimer Tax Innovations, Pottstown, PA
Berkheimer Tax Innovations, Warminster, PA
Board of Health, Peabody, MA
Boone Cty, Columbia, MO
Boone Cty, Florence, KY
Borough of Eatontown, Eatonstown, NJ
Borough of Edgewater Health Dept, Edgewater, NJ
Borough of Paramus Board of Health, Paramus, NJ
Borough of Paramus, Paramus, NJ
Borough of Pleasant Hills, Pleasant Hills, PA
Borough of Pleasant Hills/Allegheny Cty , Pleasant Hills, PA
Borough of Watchung, Watchung, NJ
Borough of Woodland Park, West Paterson, NJ
Boston Inspectional Svs, Brighton, MA
Boston Inspectional Svs, Dorchester, MA
Boston Inspectional Svs, West Roxbury, MA
Brevard Cty Tax Collector, Melbourne, FL
Broward Cty Tax Collector, Coral Springs, FL
Broward Cty Tax Collector, Davie, FL
Broward Cty Tax Collector, Hollywood, FL
Broward Cty Tax Collector, Lighthouse Point, FL

2

Broward Cty Tax Collector, Oakland
Park, FL
Broward Cty Tax Collector, Pembroke
Pines, FL
Broward Cty Tax Collector, Sunrise, FL
Buchanan Cty Collector, St Joseph, MO
Bucks Cty, Warminster, PA
Bureau of Household Goods & Svs
(BHGS), , CA
Bureau of Household Goods & Svs
(BHGS), Alameda, CA
Bureau of Household Goods & Svs
(BHGS), Alhambra, CA
Bureau of Household Goods & Svs
(BHGS), Anaheim, CA
Bureau of Household Goods & Svs
(BHGS), Baldwin Park, CA
Bureau of Household Goods & Svs
(BHGS), Brea, CA
Bureau of Household Goods & Svs
(BHGS), Brentwood, CA
Bureau of Household Goods & Svs
(BHGS), Burbank, CA
Bureau of Household Goods & Svs
(BHGS), Chino, CA
Bureau of Household Goods & Svs
(BHGS), Chula Vista, CA
Bureau of Household Goods & Svs
(BHGS), Citrus Heights, CA
Bureau of Household Goods & Svs
(BHGS), Compton, CA
Bureau of Household Goods & Svs
(BHGS), Corona, CA
Bureau of Household Goods & Svs
(BHGS), Costa Mesa, CA
Bureau of Household Goods & Svs
(BHGS), Culver City, CA
Bureau of Household Goods & Svs
(BHGS), Cupertino, CA
Bureau of Household Goods & Svs
(BHGS), Daly City, CA
Bureau of Household Goods & Svs
(BHGS), Downey, CA
Bureau of Household Goods & Svs
(BHGS), Eastvale, CA

Bureau of Household Goods & Svs
(BHGS), El Centro, CA
Bureau of Household Goods & Svs
(BHGS), Elk Grove, CA
Bureau of Household Goods & Svs
(BHGS), Encinitas, CA
Bureau of Household Goods & Svs
(BHGS), Escondido, CA
Bureau of Household Goods & Svs
(BHGS), Fairfield, CA
Bureau of Household Goods & Svs
(BHGS), Folsom, CA
Bureau of Household Goods & Svs
(BHGS), Fremont, CA
Bureau of Household Goods & Svs
(BHGS), Hanford, CA
Bureau of Household Goods & Svs
(BHGS), Huntington Beach, CA
Bureau of Household Goods & Svs
(BHGS), Huntington Park, CA
Bureau of Household Goods & Svs
(BHGS), Indio, CA
Bureau of Household Goods & Svs
(BHGS), La Habra, CA
Bureau of Household Goods & Svs
(BHGS), Laguna Niguel, CA
Bureau of Household Goods & Svs
(BHGS), Lancaster, CA
Bureau of Household Goods & Svs
(BHGS), Lodi, CA
Bureau of Household Goods & Svs
(BHGS), Long Beach, CA
Bureau of Household Goods & Svs
(BHGS), Los Angeles, CA
Bureau of Household Goods & Svs
(BHGS), Marina, CA
Bureau of Household Goods & Svs
(BHGS), MeniFee, CA
Bureau of Household Goods & Svs
(BHGS), Mission Viejo, CA
Bureau of Household Goods & Svs
(BHGS), Modesto, CA
Bureau of Household Goods & Svs
(BHGS), Morgan Hill, CA
Bureau of Household Goods & Svs
(BHGS), Orange, CA

Bureau of Household Goods & Svs (BHGS), Oxnard, CA

Bureau of Household Goods & Svs (BHGS), Palmdale, CA

Bureau of Household Goods & Svs (BHGS), Pasadena, CA

Bureau of Household Goods & Svs (BHGS), Pleasant Hill, CA

Bureau of Household Goods & Svs (BHGS), Pleasanton, CA

Bureau of Household Goods & Svs (BHGS), Rancho Cucamonga, CA

Bureau of Household Goods & Svs (BHGS), Redding, CA

Bureau of Household Goods & Svs (BHGS), Redlands, CA

Bureau of Household Goods & Svs (BHGS), Redwood City, CA

Bureau of Household Goods & Svs (BHGS), Reseda, CA

Bureau of Household Goods & Svs (BHGS), Rialto, CA

Bureau of Household Goods & Svs (BHGS), Richmond, CA

Bureau of Household Goods & Svs (BHGS), Riverside, CA

Bureau of Household Goods & Svs (BHGS), Roseville, CA

Bureau of Household Goods & Svs (BHGS), Sacramento, CA

Bureau of Household Goods & Svs (BHGS), Salinas, CA

Bureau of Household Goods & Svs (BHGS), San Dimas, CA

Bureau of Household Goods & Svs (BHGS), San Jose, CA

Bureau of Household Goods & Svs (BHGS), San Leandro, CA

Bureau of Household Goods & Svs (BHGS), San Marcos, CA

Bureau of Household Goods & Svs (BHGS), Santa Ana, CA

Bureau of Household Goods & Svs (BHGS), Santa Clarita, CA

Bureau of Household Goods & Svs (BHGS), Santa Fe Springs, CA

Bureau of Household Goods & Svs (BHGS), Santa Maria, CA

Bureau of Household Goods & Svs (BHGS), Santa Rosa, CA

Bureau of Household Goods & Svs (BHGS), Santee, CA

Bureau of Household Goods & Svs (BHGS), Simi Valley, CA

Bureau of Household Goods & Svs (BHGS), Thousand Oaks, CA

Bureau of Household Goods & Svs (BHGS), Torrance, CA

Bureau of Household Goods & Svs (BHGS), Turlock, CA

Bureau of Household Goods & Svs (BHGS), Tustin, CA

Bureau of Household Goods & Svs (BHGS), Upland, CA

Bureau of Household Goods & Svs (BHGS), Vallejo, CA

Bureau of Household Goods & Svs (BHGS), Van Nuys, CA

Bureau of Household Goods & Svs (BHGS), Victorville, CA

Bureau of Household Goods & Svs (BHGS), West Covina, CA

Bureau of Household Goods & Svs (BHGS), West Hills, CA

Bureau of Household Goods & Svs (BHGS), Woodland, CA

Bureau of W&M, Bolingbrook, IL

Bus Lic- New Store- Facilities, Beaverton, OR

Business Lic - New Store - Facilities, Garner, NC

Business Lic- New Store- Facilities, Jackson, TN

Business Radio Licensing, ,

Butler Cty Health Dept, Hamilton, OH

CA Dept of Consumer Affairs, , CA

CA Dept of Tax & Fee Admininstration, , CA

CA State Board of Equalization, , CA

Camden Cty Dept of Health, Sicklerville, NJ

Cape Girardeau Cty, Cape Girardeau, MO
Cass Cty , Belton, MO
Cedar Hill , Cedar Hill, TX
Charleston Cty, N Charleston, SC
Charter Twp of Flint, Flint, MI
Chelmsford Town Board of Health, Chelmsford, MA
Cherokee Cty, Canton, GA
City of Aiken, Aiken, SC
City of Alameda, Alameda, CA
City of Albany, Albany, GA
City of Albuquerque, Albuquerque, NM
City of Albuquerque, Scottsdale, AZ
City of Alhambra, Alhambra, CA
City of Allen, Allen Park, MI
City of Alpharetta, Alpharetta, GA
City of Amarillo Enviro Health, Amarillo , TX
City of Anaheim, Anaheim, CA
City of Apache Junction, , AZ
City of Apopka- Community Dev Dept, Apopka, FL
City of Apopka, Apopka, FL
City of Arlington Heights, Arlington Heights, IL
City of Atlanta, Atlanta, GA
City of Attleboro, Attleboro, MA
City of Aurora, Aurora, CO
City of Aurora, Pleasanton, CA
City of Aventura, Aventura, FL
City of Baldwin Park, Baldwin Park, CA
City of Baton Rouge, Baton Rouge, LA
City of Beckley, Beckley, WV
City of Bellevue, Bellevue, WA
City of Belton, Belton, MO
City of Bethlehem, Bethlehem, PA
City of Bethlehem/Tri-State Financial Grp, Bethlehem, PA
City of Birmingham, Birmingham, AL
City of Bloomington, Bloomington, MN
City of Boston, Dorchester, MA
City of Bowling Green, Bowling Green, KY
City of Boynton Beach, Boynton Beach, FL

City of Bradley, Bourbonnais, IL
City of Brea, Brea, CA
City of Brentwood, Brentwood, CA
City of Bristol, Bristol, TN
City of Brownsville Inspections Dept, Brownsville, TX
City of Brownsville Public Health Dept, Brownsville, TX
City of Burbank, Burbank, CA
City of Burlington, Burlington, WA
City of Calumet City, Calumet City, IL
City of Canton, Canton, GA
City of Cape Coral, Cape Coral, FL
City of Cape Girardeau, Cape Girardeau, MO
City of Cartersville , Cartersville, GA
City of Cedar Hill, Richland, WA
City of Centennial, ,
City of Chandler, Chandler, AZ
City of Chesapeake, Chesapeake, VA
City of Chesapeake, Palmdale, CA
City of Chicago - Bus Affairs & Consumer Protection, Chicago, IL
City of Chicago - Dept of Admin Hearings, Chicago, IL
City of Chicago Bus Dept of Bus Affairs & Consumer Protection, , IL
City of Chicago Bus Dept of Bus Affairs & Consumer Protection, Chicago, IL
City of Chicago Bus Div & Consumer Protection, Chicago, IL
City of Chicago Dept of Fin Collections Unit, Chicago, IL
City of Chicago, Chicago, IL
City of Chicago, Dept of Bus Affairs, Chicago, IL
City of Chicopee, Chicopee, MA
City of Chino, Chino, CA
City of Chula Vista, Chula Vista, CA
City of Citrus Heights, Citrus Heights, CA
City of Clarksburg, Clarksburg, WV
City of Clarksville, Clarksville, TN
City of Clearwater, Clearwater, FL
City of Cleveland , Cleveland, OH
City of Cleveland, Cleveland, OH

City of Clifton, Clifton, NJ
City of Colonia Heights Commisioner of The Rev, Colonial Heights, VA
City of Colonial Heights, Annapolis, MD
City of Columbia, Columbia, MO
City of Columbia, Columbia, SC
City of Columbus Dept of Public Safety, Columbus, OH
City of Compton, Compton, CA
City of Conyers, Conyers, GA
City of Cookeville, Cookeville, TN
City of Coral Springs, Coral Springs, FL
City of Corona, Corona, CA
City of Costa Mesa, Costa Mesa, CA
City of Countryside, Countryside, IL
City of Cranston, Cranston, RI
City of Culver City, Culver City, CA
City of Cumming, Cumming, GA
City of Cupertino, Cupertino, CA
City of Daly City, Daly City, CA
City of Davenport, Davenport, IA
City of Doral, Miami, FL
City of Douglasville, Douglasville, GA
City of Dover, Dover, DE
City of Downey, Downey, CA
City of Dublin, Pleasanton, CA
City of Dunwoody, Atlanta, GA
City of East Point, East Point, GA
City of Eastvale, Eastvale, CA
City of Edinburg, Edinburg, TX
City of El Centro, El Centro, CA
City of Ellisville, Ellisville, MO
City of Encinitas, Encinitas, CA
City of Escondido, Escondido, CA
City of Everett, Everett, MA
City of Everett, Everett, WA
City of Fairfield, Fairfield, CA
City of Fairview Heights, Fairview Heights, IL
City of Fayetteville, Fayetteville, GA
City of Federal Way, Federal Way, WA
City of Ferguson, Saint Louis, MO
City of Florence, Florence, KY
City of Florence, Florence, SC
City of Folsom, Folsom, CA

City of Fredericksburg, Fredericksburg, VA
City of Fremont, Fremont, CA
City of Ft Walton Beach, Ft Walton Beach, FL
City of Gainesville, Gainesville, GA
City of Geneva, Geneva, IL
City of Glenarden, Lanham, MD
City of Glendale Colorado, ,
City of Glendale, Glendale, AZ
City of Goodyear, Goodyear, AZ
City of Grandville, Grandville, MI
City of Greenbelt, Greenbelt, MD
City of Greenville, Greenville, SC
City of Gulfport, Gulfport, MS
City of Hanford, Hanford, CA
City of Harrisonburg, Harrisonburg, VA
City of Henderson Fin Dept, Henderson, NV
City of Henderson Finance Dept, Henderson, NV
City of Hialeah Gardens, Hialeah Gardens, FL
City of Hialeah, Hialeah, FL
City of Highland Park, Northbrook, IL
City of Hollywood, Hollywood, FL
City of Homestead, Homestead, FL
City of Hoover, Hoover, AL
City of Huntington Beach, Huntington Beach, CA
City of Huntsville, Huntsville, AL
City of Hurst, Hurst, TX
City of Independence, Independence, MO
City of Indio, Indio, CA
City of Irving Inspections Dept, Irving, TX
City of Irving, Irving, TX
City of Jersey City, Jersey City, NJ
City of Joliet, Joliet, IL
City of Kansas City Rev Div, Kansas City, MO
City of Kenner, Kenner, LA
City of Kent, Covington, WA
City of Kissimmee, Kissimmee, FL
City of Knoxville, Knoxville , TN

6

City of La Habra, La Habra, CA
City of Lake Charles, Lake Charles, LA
City of Lakeland , Lakeland, FL
City of Lancaster, Lancaster, CA
City of Lancaster, Lancaster, PA
City of Lancenter, Philadelphia, PA
City of Laredo Health Dept, Laredo, TX
City of Las Vegas, Las Vegas, NV
City of Leominster Dept of W&M,
Leominster, MA
City of Leominster, Leominster, MA
City of Lewisville, Lewisville, TX
City of Lexington, Lexington, KY
City of Lincoln, Lincoln, NE
City of Lodi, Lodi, CA
City of Lone Tree, Centennial, CO
City of Long Beach, Long Beach, CA
City of Los Angeles, Los Angeles, CA
City of Los Angeles, Reseda, CA
City of Los Angeles, Van Nuys, CA
City of Los Angeles, West Hills, CA
City of Lynchburg, Lynchburg, VA
City of Madison Heights Comm Dev
Dept, Madison Heights, MI
City of Madison Heights Police Dept,
Madison Heights, MI
City of Madison Heights, Madison
Heights, MI
City of Madison, Madison, WI
City of Mandeville , Mandeville, LA
City of Mandeville, Birmingham, AL
City of Maplewood, Maplewood, MN
City of Marina, Marina, CA
City of Martinsburg, Martinsburg, WV
City of McDonough, McDonough, GA
City of Medford Board of Health,
Everett, MA
City of Medford, Medford, OR
City of MeniFee, MeniFee, CA
City of Merriam, Merriam, KS
City of Mesquite , Mesquite, TX
City of Miami Gardens , , FL
City of Miami Gardens c/o EnCircle
Collections, , FL
City of Miami Gardens, , FL

City of Miami Gardens, Miami Gargens,
FL
City of Miami, Miami, FL
City of Millville, Millville, NJ
City of Mobile, Mobile, AL
City of Modesto, Modesto, CA
City of Moline, Moline, IL
City of Monroeville, Monroeville, PA
City of Montgomery, Montgomery, AL
City of Morgan Hill, Morgan Hill, CA
City of Morrow, Morrow, GA
City of Murfreesboro, Murfreesboro, TN
City of N Miami Beach, Miami, FL
City of Naples, Naples, FL
City of New Port Richey, New Port
Richey, FL
City of Newnan, Newnan, GA
City of Newport News, Newport News,
VA
City of Norfolk, Norfolk, VA
City of Norman , Norman, OK
City of Northglenn, Northglenn, CO
City of Norton Shores, Muskegon, MI
City of Norwalk Dept of Health,
Norwalk, CT
City of Oakbrook Terrace, Oakbrook
Terrace, IL
City of Oakland Park, Oakland Park, FL
City of O'Fallon, O'Fallon, MO
City of Olivette, Olivette, MO
City of Olympia, , WA
City of Olympia, Olympia, WA
City of Onalaska, Onalaska, WI
City of Opelika, Opelika, AL
City of Orange, Orange, CA
City of Orlando, Orlando, FL
City of Ormond Beach, Ormond Beach,
FL
City of Owensboro, Owensboro, KY
City of Oxnard, Oxnard, CA
City of Palmdale, Palmdale, CA
City of Pasadena, Pasadena, CA
City of Pasadena, Pasadena, TX
City of Peachtree Corners, Norcross, GA
City of Pembroke Pines, Pembroke
Pines, FL

City of Pensacola, Pensacola, FL
City of Petaluma, Petaluma, CA
City of Philadelphia, Philadelphia, PA
City of Phoenix, Pleasanton, CA
City of Plantation, Sunrise, FL
City of Pleasant Hill, Pleasant Hill, CA
City of Pleasanton, Pleasanton, CA
City of Pompano Beach, Lighthouse
Point, FL
City of Port St Lucie Bus Tax Div, Port
St Lucie, FL
City of Port St Lucie Bus Tax Office,
Port St Lucie, FL
City of Racine, Racine, WI
City of Rancho Cucamonga, Escondido,
CA
City of Rancho Cucamonga, Rancho
Cucamonga, CA
City of Redding, Redding, CA
City of Redlands, Redlands, CA
City of Redwood, Redwood City, CA
City of Reno, Reno, NV
City of Rialto, Rialto, CA
City of Richmond, Richmond, CA
City of Riverside Bus Licensing,
Riverside, CA
City of Riverside Finance Dept,
Riverside, CA
City of Roanoke, Roanoke, VA
City of Rome, Rome, GA
City of Roseville, Roseville, CA
City of Roseville, Roseville, MI
City of S Miami City Hall, S Miami, FL
City of S Miami, S Miami, FL
City of S Portland, S Portland, ME
City of Sacramento, Sacramento, CA
City of Salinas, Salinas, CA
City of San Dimas, San Dimas, CA
City of San Jose, San Jose, CA
City of San Leandro, San Leandro, CA
City of San Marcos, San Marcos, CA
City of Sanford, Sanford, FL
City of Santa Ana Fin & Mgmt Svs
Agency M-87, Santa Ana, CA
City of Santa Ana, Santa Ana, CA

City of Santa Fe Springs, Santa Fe
Springs, CA
City of Santa Fe, Santa Fe, NM
City of Santa Maria, Santa Maria, CA
City of Santa Rosa, Santa Rosa, CA
City of Santee, Santee, CA
City of Sarasota, Sarasota, FL
City of Scottsdale, Scottsdale, AZ
City of Sevierville, Sevierville, TN
City of Shreveport, Shreveport, LA
City of Simi Valley, Simi Valley, CA
City of Sioux City, Sioux City, IA
City of Slidell, Slidell, LA
City of Snellville, Snellville, GA
City of Spanish Fort, Spanish Fort, AL
City of Spartanburg, Spartanburg, SC
City of St Cloud, St Cloud, MN
City of St Joseph, St Joseph, MO
City of St Peters, Saint Peters, MO
City of St Petersburg, St Petersburg, FL
City of Sterling Heights, Sterling
Heights, MI
City of Sugar Land Permits & Insp Dept,
Sugar Land, TX
City of Sunrise, Sunrise, FL
City of Sunset Hills, Saint Louis, MO
City Of Tallahassee, Tallahassee, FL
City of Tampa, Tampa, FL
City of Taylor, Taylor, MI
City of Thousand Oaks, Thousand Oaks,
CA
City of Torrance, Torrance, CA
City of Tucker, Atlanta, GA
City of Tucson, , AZ
City of Tucson, Pleasanton, CA
City of Tucson, Tucson, AZ
City of Tukwila, Tukwila, WA
City of Tulsa, Tulsa, OK
City of Turlock, Turlock, CA
City of Tuscaloosa - Rev Dept (New
Store), Tuscaloosa, AL
City of Tuscaloosa - Rev Dept,
Tuscaloosa, AL
City of Tustin, Tustin, CA
City of Union Gap, Union Gap, WA
City of Upland, Upland, CA

City of Vallejo, Vallejo, CA
City of Vancouver, VANCOUVER, WA
City of Victorville, Victorville, CA
City of Virginia Beach, Virginia Beach, VA
City of Walker, Walker, MI
City of Warwick, Warwick, RI
City of Watauga, Watauga, TX
City of West Covina, West Covina, CA
City of West Melbourne, Melbourne, FL
City of Whittier (Relo), Santa Fe Springs, CA
City of Whittier, Santa Fe Springs, CA
City of Wichita, Wichita, KS
City of Winter Garden, Winter Garden, FL
City of Woodland, Woodland, CA
City of Yonkers, Yonkers, NY
Clark County, Las Vegas, NV
Clermont Cty Health District, Cincinnati, OH
Cobb Cty, Atlanta, GA
Cobb Cty, Austell, GA
Cobb Cty, Marietta, GA
Collier Cty Tax Collector, Naples, FL
Collier Twp, Bridgeville, PA
Columus Consolidated Government, Columbus, GA
Comanche Nation Tax Commission, , OK
Commisioner of The Rev, Colonial Heights, VA
Commonwealth of VA, , VA
Comptroller of Public Accounts, Cedar Hill, TX
Comptroller of Public Accounts, Port Arthur, TX
Comptroller of Public Accounts, Round Rock, TX
Contra Costa Cty, Brentwood, CA
Contra Costa Cty, Pleasant Hill, CA
Contra Costa Cty, Richmond, CA
Contra Costa Health Svs, Pleasant Hill, CA
Cook Cty Dept of Enviro Control, Melrose Park, IL

Cook Cty Dept of Environmental Control, Crestwood, IL
CT Dept of Rev, Enfield, CT
CT Dept of Revenue, Newington, CT
Cty of Alameda, San Leandro, CA
Cty of Delaware, Springfield, PA
Cty of Dutchess, Mount Kisco, NY
Cty of Fairfax, Baileys Crossroads, VA
Cty of Fairfax, Chantilly, VA
CTY of Fairfax, Fairfax, VA
Cty of Fairfax, Springfield, VA
Cty of Frederick , Winchester, VA
Cty of Kings, Hanford, CA
Cty of Los Angeles , Santa Clarita, CA
Cty of Los Angeles Agri Com W&M, Alhambra, CA
Cty of Los Angeles Agri Com W&M, Baldwin Park, CA
Cty of Los Angeles Agri Com W&M, Burbank, CA
Cty of Los Angeles Agri Com W&M, Compton, CA
Cty of Los Angeles Agri Com W&M, Culver City, CA
Cty of Los Angeles Agri Com W&M, Downey, CA
Cty of Los Angeles Agri Com W&M, Huntington Park, CA
Cty of Los Angeles Agri Com W&M, Lancaster, CA
Cty of Los Angeles Agri Com W&M, Long Beach, CA
Cty of Los Angeles Agri Com W&M, Los Angeles, CA
Cty of Los Angeles Agri Com W&M, Palmdale, CA
Cty of Los Angeles Agri Com W&M, Pasadena, CA
Cty of Los Angeles Agri Com W&M, Reseda, CA
Cty of Los Angeles Agri Com W&M, San Dimas, CA
Cty of Los Angeles Agri Com W&M, Santa Clarita, CA
Cty of Los Angeles Agri Com W&M, Santa Fe Springs, CA

Cty of Los Angeles Agri Com W&M, Torrance, CA

Cty of Los Angeles Agri Com W&M, Van Nuys, CA

Cty of Los Angeles Agri Com W&M, West Covina, CA

Cty of Los Angeles Agri Com W&M, West Hills, CA

Cty of Los Angeles Dept of Regional Planning , Huntington Park, CA

Cty of Los Angeles Dept of the Treasurer & Tax, Huntington Park, CA

Cty of Los Angeles Enviro Health, Lancaster, CA

Cty of Los Angeles Public Health, Alhambra, CA

Cty of Los Angeles Public Health, Baldwin Park, CA

Cty of Los Angeles Public Health, Burbank, CA

Cty of Los Angeles Public Health, Compton, CA

Cty of Los Angeles Public Health, Culver City, CA

Cty of Los Angeles Public Health, Downey, CA

Cty of Los Angeles Public Health, Huntington Park, CA

Cty of Los Angeles Public Health, Lancaster, CA

Cty of Los Angeles Public Health, Los Angeles, CA

Cty of Los Angeles Public Health, Reseda, CA

Cty of Los Angeles Public Health, San Dimas, CA

Cty of Los Angeles Public Health, Santa Clarita, CA

Cty of Los Angeles Public Health, Santa Fe Springs, CA

Cty of Los Angeles Public Health, Torrance, CA

Cty of Los Angeles Public Health, Van Nuys, CA

Cty of Los Angeles Public Health, West Covina, CA

Cty of Los Angeles Public Health, West Hills, CA

Cty of Los Angeles, Huntington Park, CA

Cty of Los Angeles, Reseda, CA

Cty of Los Angeles, Santa Clarita, CA

Cty of Los Angeles, Torrance, CA

Cty of Montgomery, Clarksville, TN

Cty of Northampton, Bethlehem, PA

Cty of Orange, Huntington Beach, CA

Cty of Orange, La Habra, CA

Cty of Orange, Orange, CA

Cty of Orange, Santa Ana, CA

Cty of Orange, Tustin, CA

Cty of Riverside Div of W&M, Corona, CA

Cty of Riverside Div of W&M, Eastvale, CA

Cty of Riverside Div of W&M, Indio, CA

Cty of Riverside Div of W&M, MeniFee, CA

Cty of Riverside Div of W&M, Riverside, CA

Cty of Riverside, Corona, CA

Cty of Riverside, Eastvale, CA

Cty of Riverside, Indio, CA

Cty of Riverside, MeniFee, CA

Cty of Sacramento, Elk Grove, CA

Cty of Sacramento, Folsom, CA

Cty of Sacramento, Sacramento, CA

Cty of San Diego DEH, Chula Vista, CA

Cty of San Diego DEH, Encinitas, CA

Cty of San Diego DEH, Escondido, CA

Cty of San Diego DEH, San Marcos, CA

Cty of San Diego DEH, Santee, CA

Cty of San Diego Dept of Agri W&M, Chula Vista, CA

Cty of San Diego Dept of Agri W&M, Encinitas, CA

Cty of San Diego Dept of Agri W&M, Escondido, CA

Cty of San Diego Dept of Agri W&M, San Marcos, CA

Cty of San Diego Dept of Agri W&M, Santee, CA

Cty of San Diego, Encinitas, CA
Cty of San Diego, Escondido, CA
Cty of San Mateo, Daly City, CA
Cty of San Mateo, Redwood City, CA
Cty of Santa Barbara Agri Commiss
Office, Santa Maria, CA
Cty of Santa Clara Dept of Enviro
Health, Morgan Hill, CA
Cty of Santa Clara, Cupertino, CA
Cty of Santa Clara, Morgan Hill, CA
Cty of Santa Clara, San Jose, CA
Cty of Sonoma, Petaluma, CA
Cty of Sonoma, Santa Rosa, CA
Cty of Ventura, Oxnard, CA
Cty of Ventura, Simi Valley, CA
Cty of Ventura, Thousand Oaks, CA
Cty of Volusia, Ormond Beach, FL
Cuyahoga Cty Board of Health,
Middleburg Heights, OH
Cuyahoga Cty Board of Health, North
Olmsted, OH
Dekalb Cty, Atlanta, GA
Dekalb Cty, Virginia Beach, VA
Dept of Building & Safety, Slidell, LA
Dept of Health, Quincy, MA
E-Collect, Salinas, CA
E-Collect, Wilkes Barre, PA
Escambia Cty Tax Collector, Pensacola,
FL
Eureka Rd Investors, LLC, Taylor, MI
Fayette Cty, Lexington, KY
FL Assumed Name Svs, S Miami, FL
FL Dept of Agri & Cons Svs, Apopka,
FL
FL Dept of Agri & Cons Svs, Aventura,
FL
FL Dept of Agri & Cons Svs, Boca
Raton, FL
FL Dept of Agri & Cons Svs, Boynton
Beach, FL
FL Dept of Agri & Cons Svs, Bradenton,
FL
FL Dept of Agri & Cons Svs, Brandon,
FL
FL Dept of Agri & Cons Svs, Cape
Coral, FL

FL Dept of Agri & Cons Svs,
Clearwater, FL
FL Dept of Agri & Cons Svs, Coral
Springs, FL
FL Dept of Agri & Cons Svs, Davie, FL
FL Dept of Agri & Cons Svs, Estero, FL
FL Dept of Agri & Cons Svs, Ft Myers,
FL
FL Dept of Agri & Cons Svs, Ft Walton
Beach, FL
FL Dept of Agri & Cons Svs, Hialeah
Gardens, FL
FL Dept of Agri & Cons Svs, Hialeah,
FL
FL Dept of Agri & Cons Svs,
Hollywood, FL
FL Dept of Agri & Cons Svs,
Homestead, FL
FL Dept of Agri & Cons Svs, Jensen
Beach, FL
FL Dept of Agri & Cons Svs,
Kissimmee, FL
FL Dept of Agri & Cons Svs, Lakeland,
FL
FL Dept of Agri & Cons Svs,
Lighthouse Point, FL
FL Dept of Agri & Cons Svs,
Melbourne, FL
FL Dept of Agri & Cons Svs, Miami, FL
FL Dept of Agri & Cons Svs, Naples, FL
FL Dept of Agri & Cons Svs, New Port
Richey, FL
FL Dept of Agri & Cons Svs, Oakland
Park, FL
FL Dept of Agri & Cons Svs, Orlando,
FL
FL Dept of Agri & Cons Svs, Ormond
Beach, FL
FL Dept of Agri & Cons Svs, Palmetto
Bay, FL
FL Dept of Agri & Cons Svs, Pembroke
Pines, FL
FL Dept of Agri & Cons Svs, Pensacola,
FL
FL Dept of Agri & Cons Svs, Port
Richey, FL

11

FL Dept of Agri & Cons Svs, Port St Lucie, FL
FL Dept of Agri & Cons Svs, Royal Palm Beach, FL
FL Dept of Agri & Cons Svs, S Miami, FL
FL Dept of Agri & Cons Svs, Sanford, FL
FL Dept of Agri & Cons Svs, Sarasota, FL
FL Dept of Agri & Cons Svs, St Augustine, FL
FL Dept of Agri & Cons Svs, St Petersburg, FL
FL Dept of Agri & Cons Svs, Sunrise, FL
FL Dept of Agri & Cons Svs, Tallahassee, FL
FL Dept of Agri & Cons Svs, Tampa, FL
FL Dept of Agri & Cons Svs, W Palm Beach, FL
FL Dept of Agri & Cons Svs, Winter Garden, FL
FL Dept of Agri & Cons Svs, Winter Springs, FL
FL Dept of Revenue, Port Richey, FL
FL Dept of State Div of Corporations, Melbourne, FL
FL Div of State Fire Marshall, Aventura, FL
FL Div of State Fire Marshall, Boca Raton, FL
FL Div of State Fire Marshall, Davie, FL
FL Div of State Fire Marshall, Hollywood, FL
FL Div of State Fire Marshall, Miami, FL
FL Div of State Fire Marshall, Oakland Park, FL
FL Div of State Fire Marshall, Pembroke Pines, FL
FL Div of State Fire Marshall, Royal Palm Beach, FL
FL Div of State Fire Marshall, Sunrise, FL
FL Div of State Fire Marshall, Tallahassee, FL
Fort Gratiot Charter Township, Ft Gratiot, MI
Franklin Cty Public Health, Dublin, OH
Front Range Village, Fort Collins, CO
GA Dept of Agri, Alpharetta, GA
GA Dept of Agri, Athens, GA
GA Dept of Agri, Augusta, GA
GA Dept of Agri, Canton, GA
GA Dept of Agri, Cartersville, GA
GA Dept of Agri, Conyers, GA
GA Dept of Agri, Cumming, GA
GA Dept of Agri, Duluth, GA
GA Dept of Agri, Fayetteville, GA
GA Dept of Agri, Newnan, GA
GA Dept of Agri, Snellville, GA
Geauga Cty Health District, Aurora, OH
Gloucester Cty Dept of Health & Svs, Woodbury, NJ
Gloucester Twp, Sicklerville, NJ
Glynn Cty Community Dev Occ Tax Div, Brunswick, GA
Green Bay City Treasurer, Green Bay, WI
Greenfield Health Dept, Greenfield, WI
Gwinnett Cty, Buford, GA
Gwinnett Cty, Duluth, GA
Hamilton Cty, Cincinnati, OH
Hamilton Cty, Hixson, TN
Hazlet Twp Health Svs, Hazlet, NJ
Hazlet Twp, Hazlet, NJ
Hennepin Cty, Maple Grove, MN
Hillsborough Cty Tax Collector, Brandon, FL
Hillsborough Cty Tax Collector, Tampa, FL
Hoffman Estates, Hoffman Estates, IL
Houston Dept of Health & Human Svs, Houston, TX
Imperial Cty of California, El Centro, CA
Imperial Cty Public Health, El Centro, CA
IN Dept of Rev, Clarksville, IN
IN Dept of Revenue, Muncie, IN

Indiana Dept of Rev, Highland, IN
Indiana Dept of Rev, Kokomo, IN
Indiana Dept of Rev, Lafayette, IN
Indiana Dept of Revenue, Avon, IN
Indiana Dept of Revenue, Bloomington, IN
Indiana Dept of Revenue, Fort Wayne, IN
Indiana Dept of Revenue, Richmond, IN
Indiana State, , IN
Jasper Cty , Joplin, MO
Jefferson Cty, Birmingham, AL
Jefferson Cty, Hoover, AL
Jefferson Cty, Huntsville, AL
Jefferson Cty, Mobile, AL
Jefferson Cty, Montgomery, AL
Jefferson Cty, Opelika, AL
Jefferson Cty, Spanish Fort, AL
Jefferson Cty/TRAVIS A. HULSEY, Birmingham, AL
Jefferson Cty/TRAVIS A. HULSEY, Hoover, AL
Jefferson Cty/TRAVIS A. HULSEY, Huntsville, AL
Jefferson Cty/TRAVIS A. HULSEY, Mobile, AL
Jefferson Cty/TRAVIS A. HULSEY, Montgomery, AL
Jefferson Cty/TRAVIS A. HULSEY, Opelika, AL
Jefferson Cty/TRAVIS A. HULSEY, Spanish Fort, AL
Jefferson Parish Dept of Insp & Code Enf, Harahan, LA
Jefferson Parish Dept of Insp & Code Enf, Harvey, LA
Jefferson Parish Dept of Insp & Code Enf, Metairie, LA
Jefferson Parish Ex-Officio Tax Collector, Harahan, LA
Jefferson Parish Ex-Officio Tax Collector, Harvey, LA
Jefferson Parish Ex-Officio Tax Collector, Kenner, LA
Jefferson Parish Ex-Officio Tax Collector, Metairie, LA

Jefferson Parish Sheriff's Office Bureau of Rev & Tax, Harahan, LA
Jefferson Parish Sheriff's Office Bureau of Rev & Tax, Metairie, LA
Joe G Tedder Polk Cty Tax Collector, Lakeland, FL
Jordan Tax Ser/Chartiers Valley School Dist, Bridgeville, PA
Jordan Tax Ser/W Jefferson Hills School Dist, Pleasant Hills, PA
Joseph P. Lopinto, III, Metairie, LA
Kenilworth Board of Health, Kenilworth, NJ
Knox Cty , Knoxville , TN
Knox Cty Clerk, Knoxville , TN
Knox Cty, Knoxville , TN
Kochville Twp, Saginaw, MI
KS Dept of Agri, Merriam, KS
KS Dept of Agri, Overland Park, KS
KS Dept of Agri, Salina, KS
KS Dept of Agri, Topeka, KS
KS Dept of Agri, Wichita, KS
La Crosse Cty Health Dept, Onalaska, WI
LA Dept of Agri & Forestry, Alexandria, LA
LA Dept Of Agri & Forestry, Baton Rouge, LA
LA Dept of Agri & Forestry, Harahan, LA
LA Dept Of Agri & Forestry, Harvey, LA
LA Dept Of Agri & Forestry, Kenner, LA
LA Dept Of Agri & Forestry, Lafayette, LA
LA Dept Of Agri & Forestry, Lake Charles, LA
LA Dept Of Agri & Forestry, Mandeville, LA
LA Dept Of Agri & Forestry, Metairie, LA
LA Dept of Agri & Forestry, Shreveport, LA
LA Dept Of Agri & Forestry, Slidell, LA
LA Dept of Revenue, Baton Rouge, LA

LA Dept of Revenue, Harahan, LA
LA Dept of Revenue, Harvey, LA
LA Dept of Revenue, Kenner, LA
LA Dept of Revenue, Mandeville, LA
LA Dept of Revenue, Slidell, LA
Lafayette Consolidated Government,
Lafayette, LA
Lake Cty General Health District,
Mentor, OH
Lake Cty Health Dept, Merrillville, IN
Lee Cty Tax Collector, Cape Coral, FL
Lee Cty Tax Collector, Estero, FL
Lee Cty Tax Collector, Ft Myers, FL
Lee's Summit, Lees Summit, MO
Loyalsock Twp & School Dist - Dorothy
White Tax Collector, Williamsport, PA
Loyalsock Twp & School Dist,
Williamsport, PA
Loyalsock Twp, Williamsport, PA
Macon-Bibb Cty, Macon, GA
Madison Cty, Huntsville, AL
manchester, Manchester, NH
Mansfield Twp Municipal Court,
Rockaway, NJ
Marin Cty Dept of Agri W&M, San
Rafael, CA
Martin Cty Tax Collector , Jensen
Beach, FL
McHenry Cty Dept of Health, Crystal
Lake, IL
Metro West Fire Protection District,
Ellisville, MO
MI Dept of Agri & Rural Dev, Jackson,
MI
MI Dept of Agri & Rural Dev, Livonia,
MI
MI Dept of Agri & Rural Dev,
Southfield, MI
Miami-Dade Cty Dept of Regulatory and
Economic Resources, Miami, FL
Miami-Dade Cty Tax Collector, , FL
Miami-Dade Cty Tax Collector,
Aventura, FL
Miami-Dade Cty Tax Collector, Hialeah,
FL
Miami-Dade Cty Tax Collector,
Homestead, FL
Miami-Dade Cty Tax Collector, Miami
Gargens, FL
Miami-Dade Cty Tax Collector, Miami,
FL
Miami-Dade Cty Tax Collector,
Palmetto Bay, FL
Miami-Dade Cty Tax Collector, S
Miami, FL
Miami-Dade Cty, Hialeah, FL
Miami-Dade Cty, Miami, FL
Midland Health Dept, Midland, TX
Missouri Dept of Agri, Saint Peters, MO
MN Dept of Agri, Apple Valley, MN
MN Dept of Agri, Chanhassen, MN
MN Dept of Agri, Coon Rapids, MN
MN Dept of Agri, Eagan, MN
MN Dept of Agri, Mankato, MN
MN Dept of Agri, Maplewood, MN
MN Dept of Agri, St Louis Park, MN
MN Dept of Agri, Woodbury, MN
Monmouth Cty Health Dept, Howell, NJ
Monterey Cty Health Dept
Enviornmental Health Bureau, Marina,
CA
Monterey Cty Health Dept Enviro
Health Bureau, Salinas, CA
Montgomery Cty, Gaithersburg, MD
Montgomery Cty, Montgomery, AL
Montgomery Cty, Rockville, MD
Montgomery Cty, Wheaton, MD
Montgomery Twp, North Wales, PA
Morris Cty, E Hanover, NJ
Mount Pleasant, Racine, WI
MuniService, Culver City, CA
National City , Chula Vista, CA
NE Dept of Rev, , NE
NE Dept of Revenue, Grand Island, NE
NE Dept of Revenue, Lincoln, NE
NE Dept of Revenue, Omaha, NE
Nevada Dept of Taxation, , NV
Newpointe Plz, Clarksburg, WV
NJ Office of the Attorney General,
Clark, NJ
North Bergen , N Bergen, NJ

North Bergen, N Bergen, NJ
North Shore Enviro Health, Brown Deer, WI
Oconee Cty Code Enforcement Occ Tax Div, Athens, GA
Office of Stan Stanart, Houston, TX
Office of the City Clerk, Manchester, NH
Office of the WV Secretary of State, , VA
OK State Dept of Health, Owasso, OK
OK State Dept of Health, Tulsa, OK
Okaloosa Cty Tax Collector, Ft Walton Beach, FL
Oklahoma City, Oklahoma City, OK
Oklahoma Tax Commission, , OK
Orange Cty Agri Comm Office, Laguna Niguel, CA
Orange Cty Enviro Health, Brea, CA
Orange Cty Enviro Health, Costa Mesa, CA
Orange Cty Enviro Health, Huntington Beach, CA
Orange Cty Enviro Health, Orange, CA
Orange Cty Enviro Health, Santa Ana, CA
Orange Cty Enviro Health, Tustin, CA
Orange Cty Health Care Agency, Brea, CA
Orange Cty Health Care Agency, Costa Mesa, CA
Orange Cty Health Care Agency, Huntington Beach, CA
Orange Cty Health Care Agency, Mission Viejo, CA
Orange Cty Health Care Agency, Orange, CA
Orange Cty Health Care Agency, Santa Ana, CA
Orange Cty Public Works, Anaheim, CA
Orange Cty Public Works, Brea, CA
Orange Cty Public Works, Costa Mesa, CA
Orange Cty Public Works, Huntington Beach, CA
Orange Cty Public Works, La Habra, CA

Orange Cty Public Works, Laguna Niguel, CA
Orange Cty Public Works, Mission Viejo, CA
Orange Cty Public Works, Orange, CA
Orange Cty Public Works, Santa Ana, CA
Orange Cty Public Works, Tustin, CA
Orange Cty, Laguna Niguel, CA
Osceola Cty Tax Collector, Kissimmee, FL
Palm Beach Cty, Boca Raton, FL
Palm Beach Cty, Boynton Beach, FL
Palm Beach Cty, Royal Palm Beach, FL
Palm Beach Cty, W Palm Beach, FL
Pasco Cty, New Port Richey, FL
Prince George's Cty Health Dept Div of Enviro Health, Greenbelt, MD
Prince George's Cty, Forestville, MD
Prince William Cty, Manassas, VA
Public Health Dayton & Montgomery Cty, Dayton, OH
Quinnipiack Valley Health Dept, Hamden, CT
Ramsey Cty, Roseville, MN
Rapides Parish, Alexandria, LA
Ray Valdes, Tax Collector, Winter Springs, FL
RDS, Mandeville, LA
Redwood City, Redwood City, CA
Richland Cty Bus Svs Center, Columbia, SC
Rockaway Twp Div of Health, Rockaway, NJ
S Carolina Dept of Rev, Greenville, SC
Sacramento Cty, Citrus Heights, CA
San Bernardino Cty, Chino, CA
San Bernardino Cty, Rancho Cucamonga, CA
San Bernardino Cty, Redlands, CA
San Bernardino Cty, Rialto, CA
San Bernardino Cty, Upland, CA
San Bernardino Cty, Victorville, CA
San Joaquin Cty Env Health Dept, Lodi, CA

San Mateo Cty Enviro Health, Redwood City, CA
San Mateo Cty, Daly City, CA
Sarasota Cty, Sarasota, FL
SC Dept of Revenue, Anderson, SC
SC Dept of Revenue, Columbia, SC
SC Dept of Revenue, Spartanburg, SC
Scott Randolph, Orange Cty Tax Collector, Orlando, FL
Scott Randolph, Orange Cty Tax Collector, Winter Garden, FL
Secretary of State Bus Programs Div, ,
Seminole Cty Tax Collector, Sanford, FL
Seminole Cty Tax Collector, Winter Springs, FL
Sevier Cty Clerk, Sevierville, TN
Solano Cty Agri Sealers of W&M, Fairfield, CA
Solano Cty Dept of Resource Mgmt, Fairfield, CA
Solano Cty Dept of Resource Mgmt, Vallejo, CA
Sonoma Cty, Santa Rosa, CA
Springfield Twp, Springfield, PA
St Charles Cty, O'Fallon, MO
St Charles Cty, Saint Peters, MO
St Johns Cty Tax Collector, St Augustine, FL
St Louis Cty, Ellisville, MO
St Louis Cty, Fenton, MO
St Louis Cty, Olivette, MO
St Louis Cty, Saint Louis, MO
St Lucie Cty Tax Collector, Port St Lucie, FL
St Tammany Parish, Mandeville, LA
St Tammany Parish, Slidell, LA
Stanislaus Cty, Modesto, CA
Stark Cty Health Dept, North Canton, OH
State Compliance Center, ,
State of AL, , AL
State of AL, Birmingham, AL
State of AL, Hoover, AL
State of AL, Huntsville, AL
State of AL, Mobile, AL

State of AL, Montgomery, AL
State of AL, Spanish Fort, AL
State of AL/Jefferson Cty, Birmingham, AL
State of DE - Dept of Finance - Div of Rev, Newark, DE
State of Deleware-Div of  Revenue, , DE
State of Deleware-Div of Corporations, , DE
State of IL Dept of Agri, Melrose Park, IL
State of IL Dept of Agri, Oakbrook Terrace, IL
State of IL Dept of Agri, Orland Park, IL
State of IL Dept of Agri, Peoria, IL
State of IL Dept of Agri, Rockford, IL
State of IL Dept of Agri, Springfield, IL
State of LA Dept of Health, Alexandria, LA
State of LA Dept of Health, Slidell, LA
State of Maryland, Annapolis, MD
State of Maryland, Baltimore, MD
State of Maryland, Bel Air, MD
State of Maryland, Cockeysville, MD
State of Maryland, Columbia, MD
State of Maryland, Forestville, MD
State of Maryland, Frederick, MD
State of Maryland, Gaithersburg, MD
State of Maryland, Greenbelt, MD
State of Maryland, Hagerstown, MD
State of Maryland, Lanham, MD
State of Maryland, Laurel, MD
State of Maryland, Nottingham, MD
State of Maryland, Owings Mills, MD
State of Maryland, Rockville, MD
State of Maryland, Salisbury, MD
State of Maryland, Waldorf, MD
State of Maryland, Westminster, MD
State of Maryland, Wheaton, MD
State of NE, , NE
State of NE, Omaha, NE
State of Nevada Dept of Agri, Henderson, NV
State of Nevada Dept of Agri, Las Vegas, NV
State of NJ Office of W & M, ,

16

State of NJ, , NJ
State of NJ, Bridgewater, NJ
State of NJ, Clark, NJ
State of NJ, Clifton, NJ
State of NJ, Delran, NJ
State of NJ, E Hanover, NJ
State of NJ, Eatonstown, NJ
State of NJ, Edgewater, NJ
State of NJ, Hamilton, NJ
State of NJ, Hazlet, NJ
State of NJ, Howell, NJ
State of NJ, Jersey City, NJ
State of NJ, Kenilworth, NJ
State of NJ, Mays Landing, NJ
State of NJ, Millville, NJ
State of NJ, Mt. Laurel, NJ
State of NJ, N Bergen, NJ
State of NJ, Paramus, NJ
State of NJ, Princeton, NJ
State of NJ, Rockaway, NJ
State of NJ, Sicklerville, NJ
State of NJ, Voorhees, NJ
State of NJ, Watchung, NJ
State of NJ, Wayne, NJ
State of NJ, West Paterson, NJ
State of NJ, Woodbridge, NJ
State of NJ, Woodbury, NJ
State of RI & Providence Plantations
Dept of Rev, Cranston, RI
State of RI & Providence Plantations
Dept of Rev, Warwick, RI
State of RI Dept of Health , Cranston, RI
State of Tennessee, Hixson, TN
State of TN Dept of Rev, Brentwood,
TN
State of TN Dept of Rev, Chattanooga,
TN
State of TN Dept of Rev, Clarksville,
TN
State of TN Dept of Rev, Hixson, TN
State of TN Dept of Rev, Jackson, TN
State of TN Dept of Rev, Knoxville , TN
State of TN Dept of Rev, Murfreesboro,
TN
State of TN Dept of Rev, Nashville, TN

State of TN Dept of Rev, Pleasanton,
CA
State of TN Dept of Rev, Sevierville, TN
State of TN Dept of Rev/Knox Cty,
Knoxville , TN
State of TN Dept of Rev/Putnam Cty,
Cookeville, TN
State of TN Dept of Rev/Sullivan Cty,
Bristol, TN
State of TN, Bristol, TN
State of WA, Bellevue, WA
State of WA, Burlington, WA
State of WA, Covington, WA
State of WA, Everett, WA
State of WA, Federal Way, WA
State of WA, Lakewood , WA
State of WA, Marysville, WA
State of WA, Olympia, WA
State of WA, Puyallup, WA
State of WA, Richland, WA
State of WA, Silverdale, WA
State of WA, Spokane Valley, WA
State of WA, Tukwila, WA
State of WA, Union Gap, WA
State of WA, Vancouver, WA
State of WA, Woodinville, WA
State of WA/City of Union Gap, Union
Gap, WA
State of Wisconsin, Onalaska, WI
Texas Dept of Agri, Burleson, TX
The City of Berwyn IL, Berwyn, IL
TN Dept of Agri, Sevierville, TN
TN State Compliance Center, ,
Toledo-Lucas Cty Health Dept, Holland,
OH
Toledo-Lucas Cty Health Dept, Toledo,
OH
Town of Avon Board of Health, Avon,
MA
Town of Bellingham, Bellingham, MA
Town of Burlington, Burlington, MA
Town of Clarkstown, Nanuet, NY
Town of Dartmouth Board of Health,
North Dartmouth, MA
Town of Davie, Davie, FL

Town of Fairfield Health Dept, Fairfield, CT
Town of Gilbert, Gilbert, AZ
Town of Highland, Highland, IN
Town of Millbury Board of Health, Millbury, MA
Town of Millbury, Millbury, MA
Town of Natick, Natick, MA
Town of Raynham, Raynham, MA
Town of Saugus, Saugus, MA
Town of Seekonk Board of Health, Seekonk, MA
Town of Shrewsbury Board of Health, Shrewsbury, MA
Town of Summerville, Summerville, SC
Town of Walpole, East Walpole, MA
Tulsa Health Dept, Owasso, OK
Twp of Clark Health Dept, Clark, NJ
Twp of Delran, Delran, NJ
Twp of E Hanover, E Hanover, NJ
Twp of Falls, Fairless Hills, PA
Twp of Hamilton, Hamilton, NJ
Twp of Plymouth, Plymouth Meeting, PA
Twp of Springfield Board of Health, Springfield, PA
Twp of Union, Kenilworth, NJ
Twp of Voorhees, Voorhees, NJ
Twp of Washington/Gloucester Cty, Sicklerville, NJ
Twp of Woodbridge, Woodbridge, NJ
USDA, ,
Vermont Agency of Agri, Food & Markets, S Burlington, VT
Vermont Scretary of State, S Burlington, VT
Village of Arlington Heights, Arlington Heights, IL
Village of Bloomingdale, Bloomingdale, IL
Village of Bolingbrook, Bolingbrook, IL
Village of Bradley, Bourbonnais, IL
Village of Crestwood, Crestwood, IL
Village of Gurnee, Gurnee, IL
Village of Lake Zurich, Lake Zurich, IL

Village of Melrose Park, Melrose Park, IL
Village of Mokena, Mokena, IL
Village of Niles, Niles, IL
Village of Northbrook, Northbrook, IL
Village of Orland Park, Orland Park, IL
Village of Oswego, Oswego, IL
Village of Palmetto Bay, Palmetto Bay, FL
Village of Royal Palm Beach, Royal Palm Beach, FL
Village of Shorewood, Shorewood, IL
Village of Vernon Hills, Vernon Hills, IL
Village of Wappingers Falls, Wappinger's Falls, NY
W Windsor Twp, E Hanover, NJ
W Windsor Twp, Princeton, NJ
Warren Cty Health District, Mason, OH
Waterbury Health Dept, Waterbury , CT
Wayne Twp, Wayne, NJ
West Allis Health Dept, West Allis, WI
Westminster, Westminster, CO
Wheaton, Wheaton, IL
Whitehall Twp, Whitehall, PA
Will Cty Health Dept, Bolingbrook, IL
Will Cty Health Dept, Joliet, IL
Will Cty Health Dept, Shorewood, IL
Wisconsin Dept of Rev, , WI
Woodbridge Municipal Court, Woodbridge, NJ
Woodinville Fire & Rescue, Woodinville, WA
WV State Tax Dept, Martinsburg, WV
Yolo Cty Dept of Agri, Woodland, CA
Yolo Cty Enviro Health, Woodland, CA
Yolo Cty Health Dept, Woodland, CA
York Adams Tax Bureau, York, PA

**Capital/Operating Lessor**

Ryder Truck Rental, Inc.

**Consumer Protection Agencies**

State of Alabama Consumer Protection Division

State of Alaska Consumer Protection Unit

State of Arizona Consumer Information and Complaints

State of Arkansas Consumer Protection Division

State of California Consumer Information Division

State of Colorado Consumer Protection Section

State of Connecticut Consumer Protection Division

State of Delaware Consumer Protection Division

State of Florida Consumer Protection Division

State of Georgia Consumer Protection Division

State of Hawaii Consumer Protection Division

State of Idaho Consumer Protection Division

State of Illinois Consumer Fraud Bureau

State of Indiana Consumer Protection Division

State of Iowa Consumer Protection Division

State of Kansas Consumer Protection Division

State of Kentucky Consumer Protection Division

State of Louisiana Consumer Protection Section

State of Maine Consumer Protection Division

State of Maryland Consumer Protection Division

State of Massachusetts Consumer Protection Division

State of Michigan Consumer Protection Division

State of Minnesota Consumer Services Division

State of Mississippi Consumer Protection Division

State of Missouri Consumer Protection Unit

State of Montana Office of Consumer Protection

State of Nebraska Consumer Protection Division

State of Nevada Consumer Protection Division

State of New Hampshire Consumer Protection and Antitrust Bureau

State of New Jersey Consumer Affairs Division

State of New Mexico Consumer Protection Division

State of New York Consumer Protection Division

State of North Carolina Consumer Protection Division

State of North Dakota Consumer Protection and Antitrust Division

State of Ohio Consumer Protection Section

State of Oklahoma Consumer Protection Division

State of Oregon Financial Fraud/Consumer Protection Section

State of Pennsylvania Bureau of Consumer Protection

State of Rhode Island Consumer Protection Unit

State of South Carolina Consumer Protection Division

State of South Dakota Consumer Protection Division

State of Tennessee Consumer Affairs Division

State of Texas Consumer Protection Division

State of Utah Consumer Protection Division

State of Vermont Consumer Protection Division

State of Virginia Consumer Protection Section

State of Washington Consumer Protection Division

State of West Virginia Consumer
Protection Division
State of Wisconsin Consumer Bureau of
Consumer Protection
State of Wyoming Consumer Protection
Unit
Washington DC Consumer Protection
Division

**Current D&O**

Alsfine, Joel A.
Capela, John
Collins, Steven
Conroy, James
Creekmuir, William
Dodds-Brown, Sarah
Fleiss, Jennifer
Frascotti, John A.
Heller, Ian
Kulikowsky, Denise
Matthews, Norman S.
Millstone-Shroff, Michelle
Tabet, Gabi
Thompson, Sean
Vogensen, Todd
Weston, Bradley M.

**Custom and Import Duties**

U.S. CUSTOMS & BORDER
PROTECTION

**Customer Contract**

Airgas USA, LLC
Engie Resources LLC
Esko-Graphics Inc.
Global Gases Group, FZE
Kellogg Company
Network-Value, Inc.
Oriental Trading Company
Perfetti Van Melle USA Inc.
PluralSight, Inc.
Rakuten Commerce, LLC
Rite Aid Corporation
Vaso Group, LLC

**Debtors' Professionals**

A&G Realty Partners, LLC
AlixPartners LLP
Kekst CNC
Korn Ferry
Kroll Restructuring Administration LLC
Moelis & Company
Paul, Weiss, Rifkind, Wharton &
Garrison
Porter Hedges LLP

**Department of Labor Noticing**

Alabama Department of Labor
Alaska Department of Labor and
Workforce Development
Arkansas Department of Labor
Colorado Department of Labor and
Employment
Connecticut Department of Labor
Delaware Department of Labor
Department of Employment Services
Division of Labor Standards
Enforcement and the Office of the Labor
Commissioner
Florida Division of Workforce Services
Georgia Department of Labor
Hawaii Department of Labor &
Industrial Relations
Idaho Department of  Labor
Illinois Department of Labor
Indiana Department of Labor
Industrial Commission of Arizona
Iowa Labor Services Division
Kansas Department of Labor
Kentucky Labor Cabinet
Louisiana Workforce Commission
Maine Department of Labor
Maryland Department of Labor ,
Licensing and Regulation
Massachusetts Executive Office of
Labor & Workforce Development
Massachusetts Fair Labor Division,
Office of the Attorney General
Michigan Department of Licensing and
Regulatory Affairs (LARA)

Minnesota Department of Labor and
Industry
Mississippi Department of Employment
Security
Missouri Labor and Industrial Relations
Commission
Montana Department of Labor and
Industry
Nebraska Department of Labor
Nevada Department of Business and
Industry
New Hampshire Department of Labor
New Jersey Department of Labor and
Workforce Development
New Mexico Department of Work Force
Solutions
New York Department of Labor
North Carolina Department of Labor
North Dakota Department of Labor
Ohio Department of Commerce
Oklahoma Department of Labor
Oregon Bureau of Labor and Industries
Pennsylvania Department of Labor and
Industry
Rhode Island Department of Labor and
Training
South Carolina Department of Labor,
Licensing & Regulations
South Dakota Department of Labor and
Regulation
Tennessee Depart. of Labor &
Workforce Development
Texas Workforce Commission
Utah Labor Commission
Vermont Department of Labor
Virginia Department of Labor and
Industry
Washington Department of Labor and
Industries
West Virginia Division of Labor
Wisconsin Department of Workforce
Development
Wyoming Department of Workforce
Service

**Equity Holder >1%**

BlackRock Fund Advisors
CAS Investment Partners LLC
Castleknight Management LP
Charles Schwab Investment
Management, Inc.
Dendur Capital LP
Geode Capital Management LLC
JPMorgan Investment Management, Inc.
LPL Financial LLC
Masters Capital Management LLC
SSgA Funds Management, Inc.
The Vanguard Group, Inc.
Two Sigma Advisers LP
Two Sigma Investments LP

**Facility Agent/Trustee**

Ankura Trust Company, LLC
JP Morgan Chase Bank, N.A.
Wilmington Trust, National Association

**Federal Income Taxes**

Internal Revenue Service

**Filing Entities**

Amscan Custom Injection Molding,
LLC
Amscan Inc.
Amscan Purple Sage, LLC
Am-Source, LLC
Anagram Eden Prairie Property
Holdings LLC
Party City Corporation
Party City Holdco Inc.
Party City Holdings Inc.
Party Horizon Inc.
PC Intermediate Holdings Inc.
PC Nextco Finance, Inc.
PC Nextco Holdings, LLC
Print Appeal, Inc
Trisar, Inc.

**Former D&O**

Bill Goodwin
James Harrison
Joseph Hennigan
Lisa K. Klinger
Michael A. Correale
Morry J. Weiss
Smith, Peter
Todd M. Abbrecht
Willard Finch
Rasch, Reginald
Graziano, Cheryl

**Franchisee**

Abston Enterprises, Inc.
Aiko Party, Inc.
Aiko, Inc.
Burlington Levcor-Harvest, LLC
Culebra Party Company, LLC
DeZavala Party Company, LLC
DJMJ Enterprises, Inc.
Dojo Enterprises, Inc.
Forum Party Company, LLC
Lasseter Enterprises, Inc.
Lisann Party Corp.
LN and NN, LLC
M. Patel Enterprises, Inc.
Party City North
Party City of Arkansas, Inc.
Party City of Carmel Mountain, Inc.
Party City of Charleston, Inc.
Party City of Chesterfield, Inc.
Party City of Clairemont, Inc.
Party City of Hawaii, Inc.
Party City of Jacksonville, Inc.
Party City of Portland, Inc.
Party City of Puerto Rico, Inc.
Party City of Richmond, Inc.
Party City of Savannah, Inc.
Party City of Temecula, Inc.
Party City of Vancouver, Inc.
Party City of Whitestone Corporation
Party Supply Depot, Inc.
Partyworks Inc.
SJ Craig Corporation

Swalley Harrigill Enterprises, Inc.
SWM Party Company, LLC
Y & S Party, Inc.

**Independent Contractors**

CODE AND THEORY
COFFEY GROUP LLC
CRIMSON BLUE BRAND
CONSULTING LLC
ELIZABETH MATHEWS
GIBBONS PC
INTERIOR ARCHITECTS INC
LH BRAND MANAGEMENT
CONSULTING LLC
LOGISTIC CONCEPTS INC
M.MCCAMBRIDGE LLC
MARTELLUS LLC
MASS MINORITY INC
PIXEL PADDOCK LLC
PRECOCITY LLC
RUSSELL STAMMER
STRATEGIQ COMMERCE LLC
THOMAS J REINBACH

**Insurance Broker**

CAC Specialty
Willis Towers Watson

**Insurance Providers**

AIG
Allianz
Allianz (Firemans Fund)
Arch Insurance Company
ARK2
Aspen
Atrium
AXA XL
Axis
Beazley
Beazley Ins Co
Berkley
Berkley Insurance Company
Berkshire Hathaway Life Insurance
Company of Nebraska

Chubb
CNA
CORE (Starstone)
Crum & Forster Specialty Insurance Co.
Fidelis
Great American
Hallmark
Hanseatic
Houston Casualty Company (Tokio Marine)
Lex London
Liberty Mutual (Ohio Casualty)
Lloyds
Lloyds (XL)
Magna Carta
Markel (Evanston)
Markel BDA
Mitsui Sumitomo Insurance Company of America
Munich Re
Navigators (The Hartford)
North Shore (Aspen)
Partner Re
RSUI
Starr
Steadfast (Zurich)
Steadfast Insurance Company
Travelers
Travelers
Westfield
XL Bermuda
Zurich

**Lenders**

AllianceBernstein, L.P. (U.S.)
Amundi Asset Management U.S., Inc.
Angel Oak Capital Advisors, LLC
AQR Capital Management, LLC
Aviary Capital Enterprises, Inc.
Bank of America
Bank of Montreal
Bank of Nova Scotia
Barclays Bank, PLC
BlackRock Advisors, LLC
BMO Asset Management, Inc.
BNP Paribas Securities Corporation

BondBloxx Investment Management Corporation
California Public Employees Retirement System
Capital Research & Management Company (U.S.)
Carlyle Investment Management, LLC
CastleKnight Management, L.P.
Citigroup Global Markets, Inc.
Clearstream Bank
Concise Capital Management, L.P.
Craftsman Management, LLC
Credit Suisse
Davidson Kempner Capital Management, L.P.
DBX Advisors, LLC
Dendur Capital, L.P.
Dendur Capital, L.P.
Diameter Capital Partners, L.P.
E D & F Man Capital Markets Inc.
ED&F Man Capital Markets, Inc.
Ensign Peak Advisors, Inc.
Euroclear Bank
Fidelity Management & Research Company, LLC
Fourteen Capital, L.P.
Franklin Advisers, Inc.
Goldman Sachs
GSO / Blackstone Liquid Credit Strategies, LLC
HSBC Bank PLC
Invesco Advisers, Inc.
J.P. Morgan Asset Management (UK), LTD
J.P. Morgan Chase Bank, N.A.
J.P. Morgan Investment Management, Inc.
J.P. Morgan Securities, LLC
J.V.B. Financial Group, LLC
Jane Street Capital, LLC
Kanen Wealth Management, LLC
Legal & General Investment Management, LTD
Littlejohn & Co., LLC
Longfellow Investment Management Company, LLC

Lord, Abbett & Co., LLC (Asset Management)
Lorne Steinberg Wealth Management, Inc.
MacKay Shields, LLC
Macquarie Investment Management
Marathon Asset Management, L.P.
Mellon Investments Corporation
Mirabaud Asset Management, LTD
Mont Blanc Capital Management AG
MSD Partners L.P.
MUFG Union Bank
New Jersey Division of Investment
Ninety One UK, LTD
Nomura Corporate Research and Asset Management, Inc. (U.S.)
Northern Trust Investments, Inc.
Northwestern Mutual Investment Management Company, LLC
PensionDanmark
Pentwater Capital Management, L.P.
Riva Ridge Capital Management, L.P.
Ryan Labs Asset Management Inc.
Siemens
Silver Point Capital, L.P. (U.S.)
State Street Global Advisors (SSgA)
TD Bank
UBS Securities, LLC
Universal-Investment GmbH
Wells Fargo Bank
Wells Fargo Securities, LLC
Western Asset Management Company, LLC
Western Asset Management Company, LLC
Westwood Management Corporation (Texas)

**Letter of Credit issuers and beneficiaries**

American Alternative Insurance Group
Avalon
Latex Occidental
Liberty Mutual
National Union Fire Insurance
SIG 100 Tice LLC
Travelers

United Parcel Service of America

**Licensing Contract Counterparty**

Aniplex
Avanti
BBC
Big mouth
Cartel Entertainment Inc
Casco Development, LLC
CCS Rights Management Corp
Dish
Disney
Dr Seuss Enterprises
Fanatics (NFLPA Sublicense)
General Mills-
Hasbro-Multi
Infor (US), LLC
Information Clearinghouse LLC d/b/a Creditntell
LEGO Systems, Inc.
Lucas
Major League Baseball Teams
Make-A-Wish Foundation of America
Marvel
Mattel
MGA
MGM
MLB Players
Moonbug Ent.
Morphsuits(AFG Media LTD)
MTVN
NBA
NBA PLAYERS Assoc
NBC Universal
Nelvana  Marketing
Netflix CPX LLC
NFL CANADA/MX
NFL USATeams&Superbowl
NHL
Nintendo
Non Tourage
Pokemon
Rasta Imposta
San Diego Gas & Electric Company
Sanrio
Sega

Sesame
Sesame Workshop
Sony Interactive
Sony Pic Consumer Prod Inc.
Tablevogue
Toei Animation Inc
TrashCo
Turbonomic, Inc.
Ubisoft Inc
VIZ Media
Warner Brothers
Windy City

**Litigation**

AGUILAR,KATIE
AGUILAR,KATIE c/o Jim Adler
AGUILAR-AGUIRRE,MARIBELY
AGUILAR-AGUIRRE,MARIBELY c/o
Kirshner, Groff & Diaz, Attorneys at
Law
ALBERS,LAURA
ALBERS,LAURA c/o Siben & Siben
ALLS-PADEN,ROXANNE
ALLS-PADEN,ROXANNE c/o Kanner
& Pintaluga
ALVAREZ,AIDEN
ALVAREZ,AIDEN c/o NEIL
BHARTIA
BARHAM,KETURA,S c/o GARY
ALWEISS
BENNET, CARLA c/o Neil Crowley
BERNARD,MARIE,D
BERNARD,MARIE,D c/o BAND
GATES & DRAMIS PL
BHATTARI,RUMA
BHATTARI,RUMA c/o FRANK
CASSISI
BOYER,KAREN,J
BOYER,KAREN,J c/o JIM HARTLE
BREWTON, TIFFANI c/o Law Offices
of Robert A. Langendorf
BROOKS,ANGELA
BROOKS,ANGELA c/o HAROLD
DWIN
Brown, Katrina
BROWN,ANITA

BROWN,ANITA c/o Michael A Etkin &
Associate
BROWN,DINITHIA
BROWN,DINITHIA c/o Gaudin &
Gaudin
BROWN-OTIS,BARBARA,J
BROWN-OTIS,BARBARA,J c/o TROY
WALKER
BUTLER,NONA
BUTLER,NONA c/o JONATHAN
BEISER
CABRERA,SARA
CABRERA,SARA c/o GK Gruenberg
Kelly Law Firm
CAMPOS,VIRGINIA
CASERIA,LINDA,J
CASERIA,LINDA,J c/o TIFFANY
SABATO
CEVA Logistics, U.S. Inc.
Christian, Shaniquia
Cobb, Jonathan
Cohan, Howard
COLECIO, YOLANDA
Commissioner of the Department of
Workplace Standards
Corentto, Patricia
CORENTTO,PATRICIA,J
CORENTTO,PATRICIA,J c/o Sullivan
& Galleshaw, LLP
COUNCIL,GABRIELLE
COUNCIL,GABRIELLE c/o VALERIE
PEDICONE
CRANE,MARGUERITE
CRANE,MARGUERITE c/o Rome
Clifford Katz & Koerner LLP
DARDEN,TERESA,A
DARDEN,TERESA,A c/o CHRISTINA
KILLERLANE
DE-EL-CARMEN-VE,ENRIQUETA
DE-EL-CARMEN-VE,ENRIQUETA
c/o ANTHONY SCREMIN
DE-JESUS-RODRIGUE,GABRIEL
DE-JESUS-RODRIGUE,GABRIEL c/o
The Killino Firm
DELEONE,REBECCA

DELEONE,REBECCA c/o JORDAN
WAGNER
DE-LUGO,DACIA-MARGARITA
DE-LUGO,DACIA-MARGARITA c/o
Schwed, Adams & McGinley
DIAZ,ELIZABETH
DIEFFENBACH,KAREN
DINDIA,VIRGINA
DINDIA,VIRGINA c/o DANIEL
BAILEY
DRUCKENMILLER,CRISTIE-ANN
DRUCKENMILLER,CRISTIE-ANN
c/o Steinger, Greene, & Feiner.
Dunn, Stephen
Ecological Alliance, LLC
Equal Employment Opportunity
Commission
Erickson, Frederick
FELTON,ALECIA
FELTON,ALECIA c/o Christopher Ford
GAMBLE,LATOYA
GAMBLE,LATOYA c/o STOLOFF &
MANOFF, P.A.
GARCIA,JASON
GARCIA,JASON c/o The Law Office of
George Poulos
GARCIA,KATHY
GARCIA,KATHY c/o ANGIE
RODGRIGUEZ
Geiger, Mitzi
GOMES,FRANCOISE
GOMES,FRANCOISE c/o Chisholm
Law Firm, PLLC
GUILLEN,FANNY
GUILLEN,FANNY c/o CARLOS
VELASQUEZ
Hardy, Edward
HARDY,EDWARD,R
HARDY,EDWARD,R c/o Rutberg
Breslow Personal Injury Law
HARPER,CHRISTOPHER
HARPER,CHRISTOPHER c/o JAMES
HOWES
HARRICK,DIANE
HARRICK,DIANE c/o Lampert Toohey
& Rucci, LLC

HAUGHTON,RENA
HAUGHTON,RENA c/o Law Offices
Of Jonathan D Mandell
HOLTON,PHYLLIS
HOLTON,PHYLLIS c/o NOAH
TROMBLY
Human Relations Commission,
Louisville Kentucky
IBARRA,LETICIA
IBARRA,LETICIA c/o Kass ans Moses
Innerworkings, Inc. and HH Associates
US, Inc.
JACKSON,OLGA
JACKSON,OLGA c/o BUTLER,
NORRIS & GOLD
Joniel Escalera
JUARBE,JOANNA,N
JUARBE,JOANNA,N c/o LANCE
BITTERMAN
Kallander, Audrey
Keep America Safe and Beautiful
KIRKWOOD,RADRENA c/o ARIE
SHARIM
Krueger, Amanda
Lage, Maria
LAMARR,SHARON
LAMARR,SHARON c/o Gallagher
Bassett
Lueking, Xavier Antonio Vazquez
Marinita Sage Rancho, LLC
MCKENZIE,DINA c/o Law Office of
Timothy M. O'Donovan
MILLILO,ANGELA,F
MILLILO,ANGELA,F c/o Mark
Decicco
Miranda, Noel
NUNO,ANGELA
NUNO,ANGELA c/o Owen, Patterson,
and Owen
OGLESBY,DAQUAN
OKH,JAMIE
OKH,JAMIE c/o Christina Cervantes
PANAGAKO,JANICE
PANAGAKO,JANICE c/o JOHN
MEARA
PARAMORE,TAURAS

PARAMORE,TAURAS c/o Stabinski &
Funt, P.A
Pong, Chi Kwan (Dennis)
Porter, Angela
Ramon Corrias c/o Jeffrey Naffziger
RAUL,KAREN,M
RAUL,KAREN,M c/o DANIEL
CHEHOURI
ROBERTS,TYESHA
ROBERTS,TYESHA c/o HUGHIE
HUNT
Romancia Warner c/o Michael J. Wyatt
Esq.
RUBIO, AVE M
RUBIO, AVE M c/o Roderick C. Lopez,
P.C.
S3G Technology LLC
SANCHEZ,ALINA
SCHLESINGER,DAVIS
SCHLESINGER,DAVIS c/o
Christopher Perez
Schomecia Buford
SHELTON,BEVERLY,J
SHELTON,BEVERLY,J c/o MICHAEL
ALDER
SIMPSON,STACEY
SIMPSON,STACEY c/o MARWAN
PORTER
Slescinger, Davis
Smith, Daejanna
STARKS,ANITA
STARKS,ANITA c/o BRIAN BURGE
State of California Department of
Industrial Relations, Plaintiff Nicole
Flores
STEWART,ROSE,M
STEWART,ROSE,M c/o Pena & Kahn
Law Firm
THOMAS,RUTH
THORNTON,GIA,S c/o SHAWN
HASHEMI
Tinari, Rich
TORAN,GARY
TORAN,GARY c/o SHAWN
STAPLETON
VAZQUEZ,ALBERT

VAZQUEZ,ALBERT c/o Rinaldo and
Rinaldo Associates LLC
WARNER,ROMANCIA
WARNER,ROMANCIA c/o Green Law
Firm
Wisconsin Department of Workforce
Development Equal Rights Division
Yefima, Parvaneh Behshid
ZABALA,MARIA,E
ZABALA,MARIA,E c/o John J Phillips

**Non-Guarantor Affiliates**

Anagram Holdings, LLC
Anagram International Holdings, Inc.
Anagram International, Inc.
Amscan Asia Limited
Amscan Canada Inc
Amscan de Mexico SA de CV
Amscan Mauritius Company Limited
Amscan Party Goods Pty Limited
Amscan Summerhouse Holdings
Limited
Baja Pacific Paper S de RL de CV
Convergram de Mexico S. De RL
Eastlake Manufacturing de Mexico SA
de CV
Festival SA
Grandmark SA de CV
Guangzhou Christ Trading Company
Limited
PCHI Asia Limited
Summerhouse Bidco Limited

**Operating Lessors**

Abel Womack
Abel Womack, Inc.
Advanced Imaging Solutions, Inc. (AIS)
Allied Waste Systems, Inc. dba Republic
Services
ASSA Abloy Entrance Systems
Canon Solutions America, Inc.
Cardinal Carryor, Inc.
Cardinal Carryor, Inc.; BFG Corporation
dba Byline Financial Group
Churchill Container, LLC

Equipment Finance Group, LLC;
Wittman Battenfeld, Inc.
Waste Management National Service, Inc.
Wells Fargo Bank, N.A.

**Ordinary Course Professionals**

Advantax
Allen & Overy LLP
Alston & Bird LLP
Andrew Dutton, Esq., P.C.
BDO
Bennett Jones LLP
Blank Rome LLP
Cahill Gordon & Reindel LLP
Campolo, Middleton & McCormick, LLP
Capitol Immigration Law Group PLLC
Computershare Governance Services Inc.
Constangy, Brooks, Smith & Prophete LLP
CSC (The Corporation Service Company)
Davis & Gilbert LLP
Diligent Corporation
Ernst & Young
Fitzgerald Yap Kreditor LLP
Fox Rothschild LLP
Gallo Vitucci Klar LLP
Gowling WLG (Canada) LLP
Grunfeld Desiderio Lebowitz Silverman & Klestadt LLP
Harter Secrest & Emery LLP
Honigman LLP
Infosys
JAMS, Inc.
Kivvit, LLC
Kurzman Eisenberg Corbin & Lever LLP
Leason Ellis LLP
Lewis Brisbois Bisgaard & Smith LLP
LexisNexis
Littler Mendelson PC
Loeb & Loeb LLP
McDermott Will & Emery LLP

ONC Lawyers
Orrick, Herrington & Sutcliffe LLP
Osborne Clarke LLP
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Polsinelli, PC
Porter Hedges LLP
Pretzel & Stouffer
Pricewaterhouse Coopers
Reddin Masri LLC
Refinitiv US LLC
Richard A. Gump Jr, P.C.
Rogers Joseph O'Donnell PLC
Ropes & Gray LLP
RR Donnelley
RSM
Sandler & Reiff, P.C.
Sandler, Travis & Rosenberg, P.A.
Santamarina y Steta, S.C.
Saul Ewing Arnstein & Lehr LLP
Shaw Keller LLP
Shutts & Bowen LLP
Skadden, Arps, Slate, Meagher & Flom LLP
Source 44 LLC dba Source Intelligence
Sutin, Thayer & Browne, P.C.
Taft Stettinius & Hollister LLP
Weiner Law Group
Willis Towers Watson
Wilson, Robertson & Cornelius, P.C.

**Other**

Berkeley Research Group, LLC
Davis Polk & Wardwell LLP
Houlihan Lokey Capital, Inc.
Lazard Group LLC
Milbank LLP
Simpson Thacher & Bartlett LLP

**Other Contract**

22squared, Inc.
3934381 Canada, Inc
4imprint, Inc.
Adobe Inc.
ADT Commercial

Airgas USA, LLC
Aliano, Lisa
AlixPartners LLC
Allport Cargo Services USA Inc.
Aloft Louisville East Hotel
American Compressed Gases, Inc.
Ankura Trust Company
Ashley, Robert
AT&T Mobility National Accounts LLC
AuditBoard, Inc.
Bank of America, N.A.
Bismarck Party & Paper, Inc.
Blue Yonder Group Inc.
BrightEdge Technologies Inc.
Brookshire Grocery Company
Burlington Levcor-Harvest, LLC
Canada Revenue Agency
Canadian Tire Corporation, Limited (CTC)
Canon Solutions America, Inc.
Casco Development, LLC
Cayan LLC
CBTS Technology Solutions, LLC
CCA & B LLC dba The Lumistella Company
CCH Incorporated
CDW Direct, LLC (Focal Point)
Cellco Partnership dba Verizon Wireless
ChannelAdvisor Corporation
Chillicothe Clothe Shopping Center
Churchill Container, LLC
Code and Theory LLC
Comcast Cable Communications Management, LLC
Comdata, Inc.
Commerce Technologies, LLC dba CommerceHub
Computershare, Inc. Computershare Trust Company, N.A.
Concentrix Corporation
Connor Construction, LLC
Consolidated Transaction Processing LLC
Controladora Mexicana PC, S.A. de C.V.
Convergram de Mexico S. de R.L.

Convertidora Industrial, S.A.B. De C.V.
CoreTrust Purchasing Group
Corptax, Inc.
Courtyard by Marriott
CrowdStrike Services, Inc.
Cummins Sales & Service
Cycle Environment, Inc.
Deacon Construction
Dellurefico Vazquez, Alyssa
Deloitte Consulting LLP
Dentsu X, LLC
DHR International
Diligent Corporation
Dodge, Daisy
Donnelley Financial LLC
DP 78, LLC
Dr. Tzvi Small, M.D.
Drew Companies; Matilsky, Drew
Dunn Paper
Ehle, Marc
EnviroProtect, LLC
Equipment Depot Kentucky, Inc.
Equipment Finance Group, LLC;
Churchill Container, LLC
Ernst & Young LLP (EY)
Erving Industries, Inc.
ERWIN DISTRIBUTING COMPANY INC
Esko-Graphics Inc.
Europa Uno Trade Ukraine
Excess Space Retail Services, Inc
Express Freight Handlers Inc
Federal Express Corporation (FedEx)
Flexo Wash LLC
ForeScout Technologies, Inc.
GAM Property Corp.
Genpact UK Limited
GEP Nye Inc.
Globe Logistics, Inc.
GM Northrup
Hans, John
Healthy Commerce, Inc.
HEBO Consulting Ltd.
Heller, Ian
Holden, Joanne
Horizon Retail Construction, Inc.

HP Inc.
Icon International, Inc.
IDMWORKS, LLC
Impulsora Euro S.A. de C.V.
Infosys BPM Limited
Innisfree M&A Incorporated
Inte Q
Intelligrated Systems, LLC dba
Honeywell
International Business Machines Corp.
(IBM)
Iron Mountain Information
Management, LLC
ISS Corporate Solutions, Inc.
J & H Party City,Inc.
J.R. Hoe & Sons
Jakks Pacific, Inc.
Johnson Controls Fire Protection, LP
Kaleidoscope Imaging Inc.
Kenset Corporation
Klauber Brothers, Inc.
Koller, Tracey
Kount Inc.
Kulikowsky, Denise
Kupsch, John
LEGO Systems, Inc.
Lens Group, LLC doing business as
Lift361; Acadia.io LLC dba Lift361,
LLC (fka Lens Group LLC)
Lewiston Realty Holdings, LLC.
LexisNexis, a division of RELX Inc.
Linde Gas & Equipment Inc. (formerly
known as Praxair Distribution, Inc.)
Lisann Party Corp.
Lucent Health Solutions, LLC
Magic International Limited
MANHATTAN ASSOCIATES, INC.
Mapquest, Inc.
Marco Contractors, Inc.
Marriott Corporation
Martellus, LLC d/b/a Martellus Group
McClintock's Party City
McFarland, Aaron
Mehta, Guncha
Merkle Inc.
Merkle Inc. (LiveArea)

Mexus CHB, Inc.
MGA Entertainment, Inc.
Michaels Stores, Inc.
Microsoft Corporation
Mirakl, Inc.
MJ HOLDING COMPANY, LLC
Moelis & Company LLC
Moonbug Entertainment Limited
Morgan Hill Retail Venture L.P.
Morin, Barry
Movable, Inc.
MSG Entertainment Group, LLC
NACM Commercial Services; OXARC
Inc.
Narvar, Inc.
Neil Patel Digital, LLC
New Jersey Economic Development
Authority
Nextdoor, Inc.
Nextuple, Inc.
NTEC Helium, LLC
Odyssey Logistics & Technology
Corporation
O'Malley, Ryan
Oracle America, Inc.
Oriental Trading Company
OXFO Corporation
Pan Asia Pacific Supply Chain Co., Ltd
Pan'an Good Luck Costume Co. LTD
Party City Holdings Inc.
Paymentech, LLC; JPMorgan Chase
Bank, N.A.
Pinstripe Bowl, LLC
Playwire, LLC
Plesa, Ed
Polsinelli
POP Party Supply
Progressive Properties Inc.
Protection 1
Ramblin Corp. and Donco Paper
Resorts World Las Vegas LLC
Retail Logistics Excellence - RELEX Oy
RI-2 LLC dba RedIron
Rimini Street, Inc.
RioCan Holdings, Inc
RioSoft Holdings, Inc.

Rock Developments, Inc
Rol-Vac, LP
RPT Realty LP
RSM
Sabatelli, Monica
Saini, Sumita
Salesforce.com, Inc.
Salesforce.com, Inc.; Tomax, LLC
Sandals Productions, LLC
Sanrio Inc.
Scamman, Bryan
Scarfone, Santo
Scheffer, Jason
Service Management Group, Inc.
Service Management Group, LLC
Sesame Workshop
SHI International Corp.
Shipp Distribution, LLC
Silvertop Associates Inc. dba Rasta
Imposta
SimilarWeb, Inc.
Simplelegal, Inc.
Smigel, Sheva
Smith, Peter
SMSB Consulting Group, Inc.
Southern Graphic Systems, LLC
Spin Master Toys Far East Ltd.
Spin Master, Inc.
Steelcase Inc.
StrategIQ Commerce, LLC
Summer 1, LLC
Swanner, Angela
Synchronet Corp.
Tacitus, LLC; NTEC Helium, LLC
Tangle, Inc.
Target Corporation
Tealium Inc.
TerraCycle US LLC
The Creative Partners Group, LLC.
The Heritage Group LLC; Encore
Associates
The Home Depot
The Louderback Group, LLC
The MC Hotel
The OS Group LLC (RES)

The Pokemon Company International,
Inc.
The Zimmerman Agency, LLC
Tom Rectenwald Construction, Inc.
Topco Associates, LLC
Toshiba Global Commerce Solutions
TPG Partners, LLC
TURNER CONSTRUCTION
COMPANY
Uber Technologies, Inc.
Uncle George Productions, LLC
United Parcel Service General Services
Co.
Vault Communications, Inc.
Velocity, a Managed Services Company,
Inc.
Verizon Business Network Services
LLC
Verst Group Logistics, Inc.
Viola, Jim
Visionet Systems, Inc.
Vormittag Associates, Inc.
Walgreen Co.
Warner Bros. Pictures, a division of WB
Studio Enterprises Inc.
Waypost Advisors, LLC
Wells Fargo Bank, N.A.
Widen Enterprises, LLC
Wildflower Production LLC
Windstream (and its affiliates)
WL Tech Solutions, Inc.
WW North America Holdings, LLC
d/b/a Weight Watchers
X-Rite, Inc.
Yusen Logistics (Australia) Ltd
Z100 Community Limited
Zephyr Solutions, LLC
Zimmerman Advertising, LLC
ZOLL Medical Corporation

**Property Taxes**

ALDINE ISD
ALIEF INDEPENDENT SCHOOL
DISTRICT
BENTON CHARTER TWP
TREASURER

BRAZORIA COUNTY MUD #6
CARROLLTON FARMERS BRANCH
ISD
CASCADE CHARTER TOWNSHIP
CENTRAL APPRAISAL DISTRICT
CHARTER TOWNSHIP OF FLINT
CHARTER TOWNSHIP OF ORION
CHARTER TOWNSHIP OF
PLYMOUTH
CHRISTINA MCMURRAY TAX
ASSESSOR/COLLECTOR
CITY OF ALEXANDRIA
CITY OF ALLEN PARK
CITY OF ATTLEBORO
CITY OF BOSTON
CITY OF BRIGHTON - TAX
DEPARTMENT
CITY OF BROOKFIELD
CITY OF CHATTANOOGA
CITY OF CLARKSVILLE
CITY OF COOKEVILLE
CITY OF EVERETT
CITY OF FARMINGTON HILLS
CITY OF GARLAND
CITY OF GRANDVILLE
CITY OF GREEN BAY
CITY OF GREENFIELD
CITY OF JACKSON
CITY OF KENOSHA
CITY OF KNOXVILLE
CITY OF LEOMINSTER
CITY OF LIVONIA
CITY OF MADISON HEIGHTS
TREASURER
CITY OF MADISON TREASURER
CITY OF MCALLEN
CITY OF NORTON SHORES
CITY OF NOVI
CITY OF PEABODY
CITY OF PORTAGE
CITY OF QUINCY
CITY OF RACINE
CITY OF ROCHESTER HILLS
CITY OF ROSEVILLE
CITY OF SEVIERVILLE
CITY OF SHREVEPORT

CITY OF SOUTHFIELD
CITY OF TAYLOR
CITY OF WALKER
CITY OF WALTHAM
CITY OF WEST ALLIS
CITY OF WESTLAND
CLARK COUNTY
CLARK COUNTY ASSESSOR
CLEAR CREEK ISD TAX OFFICE
CYPRESS-FAIRBANKS ISD
DALLAS COUNTY TAX OFFICE
DENTON COUNTY TAX OFFICE
DOUGLAS COUNTY TREASURER
DOWDELL PUD
ECTOR COUNTY APPRAISAL
DISTRICT
EIGHTH UTILITIES DISTRICT
EL PASO TAX ASSESSOR-
COLLECTOR
FAIRFAX COUNTY OF
FALLBROOK UTILITY DISTRICT
FORT BEND CO LID #2
FORT BEND CO MUD #50
FORT BEND COUNTY TAX
ASSESSOR COLLECTOR
FORT GRATIOT TOWNSHIP
FREDDIE NELSON
GALENA PARK ISD
GALVESTON COUNTY TAX
GARLAND INDEPENDENT SCHOOL
DISTRICT
GRAPEVINE - COLLEYVILLE TAX
OFFICE
HALL COUNTY TREASURER
HAMILTON COUNTY TRUSTEE
HARRIS COUNTY
HARRIS COUNTY M.U.D. #132
HARRIS COUNTY MUD #257
HARRIS COUNTY MUD #285
Harris County MUD #346
HARRIS COUNTY MUD #358
HARRIS COUNTY WCID #155
HOLLAND CHARTER TOWNSHIP
HUMBLE ISD
IRVING ISD TAX OFFICE
JEFFERSON COUNTY

JOHNSON COUNTY TAX
ASSESSOR-COLLECTOR
KENNETH L MAUN
KNOX COUNTY TRUSTEE
KOCHVILLE TOWNSHIP
KRISTEEN ROE, TAX A/C
LANSING CITY TREASURER
LUBBOCK CENTRAL APPRAISAL
DIST
MCLENNAN COUNTY TAX OFFICE
MESQUITE TAX FUND
MIDLAND CENTRAL APPRAISAL
DISTRICT
MONTGOMERY COUNTY TRUSTEE
NUECES COUNTY
ONALASKA CITY TREASURER
OSHKOSH CITY TREASURER
PABLO VILLARREAL JR RTA
PASADENA ISD
PITTSFIELD CHARTER TOWNSHIP
RICHARDSON ISD TAX OFFICE
RO'VIN GARRETT RTA
RUTHERFORD CO TRUSTEE
SEVIER COUNTY CLERK
SHERIFF & TAX COLLECTOR
SMITH COUNTY TAX OFFICE
STATE OF MARYLAND
STERLING HEIGHTS CITY OF
SULLIVAN COUNTY TRUSTEE
TARRANT COUNTY
TAX ASSESSOR-COLLECTOR
TAX COLLECTOR
TOM GREEN APPRAIAL DISTRICT
TOMBALL INDEPENDENT SCHOOL
DISTRICT
TOWN OF AVON
TOWN OF BEL AIR
TOWN OF BELLINGHAM
TOWN OF BURLINGTON - TAX'S
TOWN OF CHELMSFORD
TOWN OF DARTMOUTH
TOWN OF GRAND CHUTE
TOWN OF MILLBURY - TAX'S
TOWN OF NATICK
TOWN OF RAYNHAM
TOWN OF SAUGUS

TOWN OF SEEKONK
TOWN OF SHREWSBURY-TAX'S
TOWN OF WALPOLE
TRAVIS COUNTY TAX OFFICE
VALLEY RANCH TOWN CENTER
MGMT DIST
VILLAGE OF BROWN DEER
WEST HARRIS CO MUD 6
WICHITA COUNTY TAX ASSESSOR
COLLECTOR
WILLIAMSON COUNTY TAX

**Purchasing Contract Counterparty**

1010data Services LLC
AbeTech
Adobe Inc.
Alteryx, Inc.
Aras Corporation
Asset Management Technologies
Attentive Mobile Inc.
Brite Computers
Canon Solutions America, Inc.
Charter Communications Operating,
LLC (Spectrum)
Comcast Cable Communications
Management, LLC
Condeco Software, Inc.
Crown Castle Fiber LLC
Data Clean Corporation
Demandware, LLC (formerly
Demandware, Inc.)
DocuSign, Inc.
Donnelley Financial LLC
DUO Security Inc.
Egnyte, Inc.
Ermetic, Inc.
Feedback Loop, Inc. (formerly known as
Alpha UX, Inc.)
Flipp Corporation
Fuze, Inc.
Granite Telecommunications, LLC
HAProxy Technologies, LLC
HIghtail, Inc.
Intralinks, Inc.
K Logix, LLC
LinkedIn Corporation

Momentive Inc.
Monotype Imaging Inc.
Movable, Inc.
NAVEX Global, Inc.
Nextuple, Inc.
One Trust
Optimum
PluralSight, Inc.
PowerReviews, Inc.
Quincy Compressor LLC
Quorso US, Inc.
Reliant Security, Inc. (fka Reliant Info
Security, Inc)
Retail Logistics Excellence - RELEX Oy
Retransform
SailPoint Technologies, Inc.
Salesforce.com, Inc.
Salesforce.com, Inc.; Demandware, Inc.
Salesforce.com, Inc.; Krux Digital, LLC
Salesforce.com, Inc.; Tomax, LLC
Scandit, Inc.
Semrush, Inc.
Snowflake Inc.
Splunk Inc.
SPS Commerce, Inc.
Strategic Maintenance Solutions Inc.
SurveyMonkey, Inc.
Tableau Software, LLC, A Salesforce
Company
Tele-Communication, Inc. dba as
UnifiedCommunications.com
TURNER CONSTRUCTION
COMPANY
Zilker Technology, LLC
Zoom Video Communications, Inc.

**Real Estate Landlord**

 Shoppes on Fowler, LLC / Foresight
1160-1170 Broadway, LLC
1220 Broadway LLC
14700 Baltimore Avenue Investors, LLC
/ The Wilder Companies
1500 Rockville Pike LLC
209-261 Junction Road Madison
Investors LLC

260 Voice Road LLC / Property Mgmt.
of NY
301-303 125th Street LLC / ACHS
Mngmt
3415 Western LLC / Horizon
Management
346 Route 10 Investors LLC/The Klein
Group
34th Street Associates/ACHS -
Overlandlord
Duane Reed - Sublandlord
3503 RP Waco Central LP
355 Frederick LLC / Reiman
380 Towne Crossing, LP/ Weber and
Company
4X Projects Company
511 SR7 Owner, LLC / Hiffman
5300 W76 LLC
601 Baltimore Pike Assoc / Berger
660 Columbus Retail Owner LLC
700 Jefferson Road II, LLC
727 R202 Associates LLC / Steiner
Equities
8095 Glades Road Associates LLC /
Investments Limited
8801 Hazel Dell LLC / Pacific Asset
Advisors, Inc.
93 NYRPT LLC
93 NYRPT, LLC
95 NYRPT, LLC
AAK Dobbin LLC / Abrams
Development
AAM-Green Bay Plaza, LLC
AAT Gateway Marketplace LLC/
American Assets Trust Mngmnt
ABJ Group Advancement TX LLC /
Weitzman Group
Adele Sutton Trusts
AE Holdings I, LLC / Select Strategies
AGATE-93, LLC
Agree Davenport IA, LLC
Agree Limited Partnership
All State Financial Company
Alto Conyers Plaza, LP / Crawford
Square
Amargosa Palmdale Investments, LLC

American Realty Capital Retail
Operating Partnership, LP/ Colliers
International
Andrew Square 85 LLC
Andrews Rancho del Norte
Anneslie Center LLC
ARC ASANDSCOO1 LLC
ARC CLORFL001, LLC
ARC SMWMBFL001, LLC
ARC SRTULOK001, LLC/ Lincoln
Property Company
ARC SSSDLLA001, LLC
ARD Cottman LLC
ARD MacAruthur, LLC
ARD West Whiteland LLC
Arep Baytown II Partners, LP / Amirex
Capital Services
ARG ASALBGA001, LLC
ARG EWAUSGA001, LLC
ARG MCCOLIN001, LLC
ARG TTRALNC001, LLC
Atascocita 1692 LLC
Atlantic Center Fort Greene Associates
LP
ATMF VI, L.L.C.
Attic Self Store, Inc.
Aventura Fashion Island LP / Turnberry
Aviana Company II Ltd / Carnegie
Avon West Associates III, LP
AVR CPC Associates, LLC c/o Genesis
RE Advisers, LLC
Azalea Center LLC / White Spunner
Realty Inc
B Comm Realty LLC
B.H. 1713 Preston Road, LLC / The
Retail Connection
B33 Centereach II LLC
B33 RE Partners Investments II
B33 Woodscreek Commons LLC
Baldwin Commons LLC / Kirco
Management
Bangor Parkade, Inc / Paramount
Barrywoods Holdings, LLC / Revesco
Property Services
Bayshore Shopping Plaza Associates

BDC Lodi Anchor LP / Browman
Development
Bear Valley 2005 LLC
Bel Air Square LLC
Belden Park Delaware LLC / Stark
Enterprises, Inc.
Bella Terra Retail Associates, LLC
Bellingham North Main Street II, LLC
Belmar Mainstreet Holding
Benbrooke Ridge Partners / Pretium
Property Mngmt
Benderson Properties, Inc. & Donald
Robinson
Benevento Properties, LLC
Berlin Newington Associates LLC
BFW/Howell Associates
Birchwood Mall Associates, LLP
BK 2920 / Latipac Commercial
Blackstock Westside Associates, LLC /
Longpoint
Blue Chip Properties, LLC
BMA Joliet Commons, LLC/Berengaria
Boardwalk Round Rock LP / Vista
Property Co
Boland Maloney Realty Co.
Bowles Village Center LLP / Jordan
Perlmutter & Co
Bradento I LLC
Branch Gainesville Associates/ Branch
Properties
BRE DDR Cool Springs Pointe, LLC
BRE DDR IVA Millenia FL LLC
BRE DDR Merriam Town Center LLC
BRE RC Southpark Meadows/ c/o
ShopCore Properties
BRE Retail Residual Owner I LLC
Brea Union Partners Plaza LLC
Brentwood Plaza LLC / Pagano
Company
Briarcliff Village
Brier Creek Commons, LLC
Brighton Holdings, LLC
Bristol Place Investments LP/Wilder
Companies
Bristol Retail XV, LLC/ Athena
Property Management

Brixmor Elmhurst Crossing LLC
Brixmor GA Cobblestone Village at St. Augustine LLC
Brixmor GA Southland Shopping Center LLC
Brixmor GA Waterford Commons LP
Brixmor GA Westminster LLC
Brixmor GA Wilkes-Barre LP
Brixmor Heritage Square LLC
Brixmor Holdings 10 SPE LLC
Brixmor Metro 580 SC, L.P.
Brixmor New Centre LP
Brixmor Park Shore SC LLC
Brixmor Property Owner II, LLC
Brixmor Residual Dickson City Crossings LLC
Brixmor SPE 3, LLC
Brixmor SPE 4 LP
Brixmor Warminster SPE LLC
Brixmor Wendover Place LP
Brixmor Winwood Town Center LLC
Brixmor/IA Central Station, LLC
Brixmor/IA Southfield (MI) SC LLC
Brixmor-Lakes Crossing, LLC
Brixton Everett LLC / Steadfast Commercial Mgmt
Broad Creek PH I, LLC
Broadstone Marketplace LLC / TRI Commercial
Broadway Crossings II, LLC
Broadway Pavilion, LLC
Brook Highland SC LLC / First National Realty
BSV Spotswood, LLC / Broad Street Realty
Bull Run Plaza LLC / Rappaport Management
Burleson Gateway Station LP
Burlington Crossroads (E&A) LLC
Burlington Lecvor-Harvest, LLC
Burlington Retail, LLC
BVA Promenade LLC / Big V
BVA Towne Square, LLC /
BVA Westside SPE LLC
BVA Woodhill LLC/Big V
BVK London Square LLC / RREEF

Byer Properties
CA New Plan Sarasota, LP
Cache Road Square LP
Canyon Hub Holdings LP
Capital Mall LP
Capital/Higway 35, Ltd.
Caplaco Management Company / Capital Land Company
Carlyle-Cypress Tuscaloosa I, LLC
Carney Bowling Green, LLC
Castle & Cooke Corona Crossing I, Inc
CBL & Associates Management
CBL Terrace Limited Partnership
CBL/Columbia Place LLC
CBL/Monroeville, LP
Centech Rebar, LLC
Centennial Capital, LP
Centerco Manchester LLC
Centerpointcap I, LLC; Centerpointcap II, LLC; and Centerpointcap III, LLC
Central Park Retail LLC / Rappaport Management
Central Plaza Associates
Centre East LLC / Singleton
Centre Properties / Singleton Associates
Cermak Plaza Associates, LLC / Concordia Realty
CFT NV Developments, LLC
Ches Cross SC, LLC / American Commercial Realty
Chicopee Marketplace Owners LLC
Chillicothe Shopping Center LP / Landmark Properties Group
Church Lane Shops LLC / Maryland Financial Investors
Cielo Paso Parke Green LP/ Mimco, Inc. (PM)
CIP 18 SW Orangewood Owner LLC
Clark Commons LLC / Silbert Development
Clark Station Shopping Center, LLC
Clifton Commons I, LLC / Related Companies
CLPF Gateway Towne Center, LP
Cobalt Properties of Nashville TN, LLC
Coconut Point Town Center, LLC

36

Coldwater Development Co LLC / Sandor
Cole MT Waterbury CT, LLC
Coleman Logistics Asets LLC
Coliseum Crossing Associates, L.L.C.
Colonial Palms Plaza / Metropolitan Life Insurance Company
Columbia BBB Westchester SC Associates
Columbiana Station (E&A) LLC
COMM 2014-UBS2 Canyon Springs Parkway, LLC
Concord Investment Company
Cooperwood Village LP
Coramar Investment, Inc.
Coronado Center Station LLC
Cottonwood Retail Associates, LLC
Courtyard E Associates, LLC / Crosspoint Realty
Covington Commercial III, LLC
CP Crossing LLC
CP/IPERS New Hyde LLC / Levin Mgmt
CPF Promenade LLC
CQX, LLC
CR Hagerstown, LLC
Cranberry Square, LLC
CREA/PPC Long Beach Towne Center PO LLC
Crenshaw Retail Partners, LLC
Crescent Land Development Assoc. / Jeffrey Mgmt
CRG Appleton, LLC and Westhill Appleton LLC T-I-C
Crossing at Hobart-I LLC
Crossroads 2708, LLC
Crossroads II, LLC
Crossroads Plaza 1743, LP / Kimco
CSM Family Holdings, L.L.C.
CT Retail Properties Finance II, LLC
CT019 Oceanside NY, LLC
CT020 Crossroads AZ LLC
Cupertino Electric, Inc.
Cypress Creek Co. LP / Sunbelt Management

Daly City Serramonte Center / Regency Centers
Danada Square West Shopping Center, LLC
DDR Gateway LLC
DDR MCH WEST LLC
DDR Miami Avenue, LLC
DDR Nassau Pavilion Associates, LP
DDR PTC LLC
DDR Southwest Loisdale LLC
DDR Winter Gardens LLC
DDRA Ahwatukee Foothills, LLC
DDRM Highland Grove LLC
DDRM Hilltop Plaza, L.P.
DDRTC Fayette Pavillion 1 & 2 LLC / CBRE
DDRTC Village Crossing Phase III LLC / CBRE
DDRTC Warwick Center, LLC / CBRE
DDRTC Winslow Bay Commons LLC / Collett Commercial
dean/Carson WMSPT, LLC
Del Coop LLC/ Carlyle Management Corp
Del Prado Retail Center LLC / TCG Property Management
Dena Marie II LLC / Kaplan Realty Group
Desert Sky Esplanade LLC / RED Mountain Group
DEWCOM LLC
DFG -Chattanooga LLC
Diamond Properties Northshore LLC
Dick's Sporting Goods
DLE Seven LLC / Denny Elwell Company
DMK Volvo Parkway LLC / Thalheimer
Dollinger Golden Valley LLC
Douglasville Pavilion LLC
Downey Landing SPE, LLC
Downtown Woodinville, LLC / TRF Pacific
DPA Realty Company / Phoenix Organization

DP-N & K LLC, Caplaco Five Inc,
Caplaco Sixteen Inc & Caplaco
Seventeen Inc
Drury Land Development Inc.
DSM MB II LLC
DSW Mesa Grand/Spectrum LLC /
DSW Commercial
DT Prado LLC
Duluth (Gwinnett) SSR, LLC /
Rivercrest Realty
DVC 6655-6665 Associates, LLC /
Capital Equities Management
E&A Northeast Limited Partnership
Eagan Promenade Inc
East Cobb Crossings, LLC
East Gate SPE LLC / Sperry
Commercial
East Town Retail, LLC / Lamar
Companies
Eastern Shore Centre I LLC
Easton Market LLC
Eastvale Gateway II, LLC / Lewis
Operating Corp
Eastwood Village SC 1 LLC/EastWood
Village SC 2 LLC
Eat Hills Properties LLC
Eatontown 36, LLC / ARC
Edgewater Retail Partners LLC
Egate-95, LLC
El Tigre Holdings Corp, KC1965 LLC
& SHLM Properties Inc / Engstrom
Properties
Elmwood Retail Properties LLC
Encinitas Town Center Associates /
Zelman Retail
Enfield Square Realty LLC
Epps Bridge Centre Property Company,
LLC
Equity One (Darnior) LLC
EquityOne (Northeast Portfolio), Inc
EREP Marketplace I / Weitzman
ERP Mingo Marketplace LLC
ETS Properties LLC
F&M Partnership
Fairfield Town Center, LLC
Fairless Hills Shopping Center, LP

Fayette Place Improvements, LP
FBG Harriman Upper Retail LLC / RD
Management
FC/Treeco Columbia Park, LLC / Forest
City Ratner
Federal Realty
Federal Realty Investment Trust
FG-Alpine Summit LLC
Firewheel Plaza Ltd
First A&A Capital, LLC
First Interstate Willoughby Ltd.
First Richland LP / Browman
Development
Five Oaks Outlet Centers Inc.
Flagler S.C. LLC
Flecha S.A. DE C.V.
FLT Edenvale 7J Social LLC &
FLT Evenvale Mission Social LLC, TIC

FLT Northgate-Ashton, LLC, FLT
Northgate-Deer Glen, LLC, FLT
Northgate-Crossroads, LLC & FLT
Northgate-Western, LLC

Fort Gratiot Realty LLC
FR Westgate Mall LLC
Franciscan AAH, LLC / The Festival
Companies
Fremont Retail Partners, LP
Frontline Real Estate Partners, LLC (in
RECEIVERSHIP)
FTT Village Square I, LLC
FW IL-Riverside/Rivers Edge, LLC
G&I IX Empire Big Flats LLC / DLC
G&I IX Esplanade Property LP
G&I IX Mohawk Commons, LLC
G&I IX Southgate Shopping Center
LLC / Woolbright
G&I IX Valley Bend Property LLC
G&I VIII Piedmont Plaza / Woolbright
Development Inc
G&I X Montclair on Center LLC
G. Forte and Associates, Inc.
Galleria 1848 LLC
GAM Property Corp.

Garden City Owner LLC
Garrison Forest Associates Limited
Partnership
Gateway Afton Ridge Inc / Childress
Klein
Gateway Arthur, Inc.
GB Evansville Developers LLC
GGF1 Noarth Olmsted 2016 LLC /
Glimcher Group Inc.
Gilbert Chandler Heights I, LLC
GMG LLC
GMN Miller Investment, LP
GMN Properties LLC
Goodman LLC / Goodman Management
GP Marketplace 1750 LLC
Grand Forks Associates LP / Spatz
Centers Inc
Grand Plaza Mgmt LLC
Gray Enterpriseses LP
GRE Red Willow, LP
Greenfield LP / Bonnie Management
Corporation
Greenway Plaza LLC
GREF GG Eastland Center LP
GRI-EQY (Presidential Markets) LLC /
Equity One Realty
GVS Partners LLC
GxI IX Camp Creek Property
LLC/Crawford Square RE Advisors
(PM)
Hamden Plaza Associates, L.L.C.
Hanson Industries
HAP Property Owner, L.P
Harsch Investment Corp.
Hart TC I-III LLC / Bayer Properties
Hartman Richardson Heights Properties,
LLC
Harvey Capital Corp
Hastings Village Investment Company,
LP / The Arba Group
Hauck Holdings Bloomington, LLC
Hauppauge Properties
Hayday, Inc
Hemet Valley Center, LP
HFL Benner Pike Shopping Center
Hickory Ridge Owner LLC

HMVP Hilltop Inc / The Hignell
Company
Houston Gulfgate Partners / Wulfe &
Company
HUH DI/OCP Crosslands LLC /
O'connor Prop Mgmt
Huntington Executive Park. LLC
Huntington Oaks Delaware Partners,
LLC
Hyland Plaza 1339, LLC
IA Denver Quebec Square
IA St. Petersburg Gateway, LLC
IMC Retail LLC/ Woodmont Company
IN Retail Fund Randell Square LLC
Indio Towne Center LLC
Inland Commercial Real Estate
Inland National Real Estate Services,
LLC
Inland Western Cedar Hill Pleasant Run
Inmobiliaria Y Constructora Flecha S.A.
DE C.V.
Integris Ventures-TC, LLC; North
Warson Associates-TC, LLC; Premier
Oil Holdings-TC, LLC & Sylvia Altman
Irrevocable-TC, LLC / Integris Ventures
Management
IRC Baytowne Square LLC
IRC Bradley Commons
IRC Mokena Marketplace
IRC Retail Centers
IRC Riverdale Commons
Ireland Tallahassee Ltd
Irondequoit TK Owner LLC / JADD
Management
IVT Highlands at Flower Mound, LP /
InvenTrust Prop
J.R. Hoe & Sons
J-7 Land Partners LLC / Jaffe Corp
Jackson GS LLC
Jackson Plaza LLC / Hauppauge
Properties LLC
JAHCO Oklahoma Properties I LLC /
JAH Realty LP
Jamestown CCP, LP /T erranova
Corporation
Jasper S. Howard

JBL Northwest Marketplace LLC, et al
JCR Rutherford Crossing Investores,
LLC / JCR Companies
JCTC Holdings, LLC
JDN Real Estate-Hamilton, LP
JDN Realty Corporation
Jemstone Cross Keys LLC
Jersey City UE LLC
Jim R. Smith/ JRS Property Investment
LTD
JL Glenn Square, LLC
Jordan Creek Investments IX LLC
Josey Trinity Plaza, Ltd.
Jungle Jims Eastgate
K.K.H. Limited Liability Company
Keizer Enterprises, LLC / Dickerhoof
Properties LLC
Kendale Associates Limited Partnership
Kentlands Square LLC
Kentuckiana Development / Guardian
Property Services
K-GAM Broadway Craycroft, LLC
Kil-Ben Excelsior LLC
Kimco Carrollwood 664 Inc
Kimco Delaware Inc.
Kimco Lakeland 123, Inc.
Kimco Maplewood 673, Inc
Kimco Realty Corporation
Kimco Riverview, LLC
Kimco South Miami 634, Inc
Kimco Tyvola LP
Kimco Webster Square, LLC
KIOP Forest Avenue LP
KIOP Merrick L.P.
KIR Brandon 011, LLC
KIR Federal Way 035 LLC
KIR Maple Grove, LP
KIR Montgomery 049, LLC
KIR New Hope Limited Partnership
KIR Smoketown Station LP
KIR Tampa 003, LLC
KIR Torrance LP
KIR Tukwila LP
KNK Enterprise
Kraus-Anderson Incorporated
Kraus-Anderson, Incorporated

KRG Boca Raton Palms Plaza, LLC
KRG Hagerstown LLC
KRG Las Vegas Centennial Gateway
LLC
KRG Market Street Village, LP
KRG Pembroke Pines LLC
KRG Plaza Green LLC
KRG Sunland, LLC
La Alameda, LLC / Primestor
Development
La Entrada Associates
LA Habra Associates LLC
Laguna Pavilion SC LLC / Khoury
Family Investors, LLC
Lakeline Plaza LLC
Lakeport Commons Center, LLC &
6201 Johnson, Inc
Lansing Retail Center LLC
Latham Farms Owner, LLC
Lavender19 LP
Lea Company LLC / Palms Associates
Legacy CB, LLC / RED Legacy LLC
Levin Properties LP
Lewiston Realty Holdings LLC

Ley-Lane Partnership No. 9, LP / New
Quest Properties
Lincoln Harris Property Management
LMA-USA LLC/ Andreo Family
Enterprises
Lomax Stern Fairplain LLC
Longfish Improvements LLC
Loyacona Associates
LP Corporation
LRF1 Crossroads Square, LLC /
Longpoint Property
LU Candlers Station Holdings LLC /
Thalhimer(Cushman Wakefield)
M & H Realty Partners VI L.P.
M3 Girls, LLC / Gulfstream Commercial
MacArthur Village Limited Partnership
Macomb Center Partners LLC &
Macomb Center Holding LLC
Madison Place LLC / Stuart Frankel
Madison Waldorf LLC / Madison
Marquette

Madonna Plaza SRT LP
Mansell Crossing Retail I, LP
Mansfield Investments, LLC
Maple Park SC LLC et al
MARC NAPERW LLC and NAPERW
LLC
Marinita-Sage Rancho, LLC
Market Place Valparaiso, L.L.C.
Marketplace of Rockford, LLC
Markland Mall, LLC
Martinsburg Development Partners
Maryland Parkway Property LLC
Master E Squared Laredo
Matrix Newburgh I, LLC
MCE Associates
MCE Associates LP
MD Hutch Owner LLC
Meadows Commercial Properties, Inc.
Medallion Center Partners LP
Medhoof; Craterlakecenter & Dormouse
/ Dickerhoof
Melrose Park Equity, LLC; Melrose
Park Investments, LLC; NMC Melrose
Park II, LLC & NMC Grove Melrose,
LLC
Memorial Square Lesaeco
MEPT Penn Mar LLC / Rosenthal
Properties
Meridian Commercial
Metro Square 553 LLC/Kimco
Metroplex West Associates / The
Goldenberg Group
MGP IX Properties, LLC
MGP XII South Shore  Center LLC
Mid-America Asset Management
Middletown I Resources LP /NRDC
Midland Road Partners / Keller-
Williams Prop Mgmt
Midtown Plaza, LLC / D. Joseph Family
Milbrook Properties Ltd.
Millside Plaza LLC / ABS Management
ML MJW Port Chester SC Owner LLC
MLO Great South Bay, LLC / Olshan
Properties
MM/PG (Bayfair) Properties, LLC /
Madison Marquette

MNJV BDC, LLC
MOG Crossing LLC
Montgomery Crossing LLC and
Wyoming Crossing LLC / Ronco
Investments Inc
Morgan Hill Retail Venture LP /
Browman
Morris Venture Partners V, LLC
Mr. Jesus Rolando Gonzalez Mogas and
Mrs. Esther Maria Salinas Juarez
MRP Springfield LLC / Midwest Retail
Properties, LLC
MS Shopping Center, LLC
MSF Eastgate LLC
Murray Pergament and Robert
Pergament, tenants-in-common /
Pergament
NADG/TRC Lakepointe, LP
Narcoossee Acquistions, LLC / Sullivan
Properties
Nashville West, LLC
NC-Garner White-QRX, LLC /
Rivercrest
NEIS Acquisitions AUXGA, LLC
New Plan of Arlington Heights LLC
New Plan of West Ridge LLC
NF Plan Enterprises / Decron
Management Corporation
Nicrissa Properties LLC
NMC Stratford LLC
NMMS Twin Peaks, LLC / NewMark
Merrill
NMR LLC / Russ Group
Nooner Holdings, Ltd.
Norcor Cicero Associates LLC
Northtowne LLC / Hawkins-Smith
Property Management
Northwoods Limited Partnership /
Sembler Co.
Norwill Associates c/o Reisman
Property Interests Inc.
Nor'wood Limited, Inc.
Nostrand Property Owner, LLC
Novus-Crestwood Sam's LLC
NTO / Investec Capital Corp
Oak Valley Centre LLC

Oakwood Plaza LP
OC Generations, LP
Octave Opportunity Fund, LLC / DS
Midwest Properties
OL3 BP Associates, LLC / Bianco
Properties
OLP Lakes Charles LLC
OM Enterprises, LLC / Rekha P. Reddi
One Fordham Plaza LLC / Chase
Enterprises
Orange Town & Country SPE and
Schiffman Place LLC/ Burnham USA
Equities, Inc
Ordnance Associates, LLC
ORF III King Philips Crossing, LLC /
Pinnacle Lsng & Mgmt
Otay Ranch Town Center / GGP-Otay
Ranch, LP
Otter Creek Shopping Center, LLC
Outer Drive 39 Development Company /
REDICO Management
Overlook SPV, LLC / GBT Realty Corp.
Overlook Townline LLC
Overton Park Plaza Associates
Pacific Castle Properties II, LLC and
Pacific Trabuco Power Center II, LLC
Pacific Coast Hwy Property LLC
Pacolet Milliken Enterprises LLC /
ACPM Operations
Page Field Commons, LLC/ Winstanley
Enterprises
Pagosa Springs Property Group LLC
PAL Properties / Gary Taylor
Investment
Palm Springs Miles Associates / Philips
International
Paramount Crossroads at Pasadena, LLC
Park Pointe Plaza Assoc / Fidelity Group
Parker Central Plaza, Ltd
Parkway Acquistions, LLC
PC2-Bay Plaza, LLC / Prestige
Properties
PCDF Acadiana, LLC/Property
Commerce Mgmt.
PDQ Montgomery LLC /Moore Property
Management

Peabody Center, LLC; Chase Decatur,
LLL; and London Development Ltd.
Tenants-in-Common
Pearl River Campus, LLC

PEC Realty LLC (Paul & Elaine Cohen
Realty Trust)
Penny Racine, LLC
Pensacola Commons LLC
Pergament Mall of Staten Island LLC
Peter P. Bollinger 2003 LLC
Pike Park Associates LLLP
Pilchers North Park Limited Partnership
Pine Trail Square LLC / RPG
Pinnacle Hills, LLC
Pinnacle Partners Tennessee, LLC
Pivotal 650 California  St LLC /
PK II Anaheim Plaza LP
PL Roseville LP
Plaistow Project LLC / Northstar
Centers LLC
Plaza 3000 Partnership, LLP
Plaza at Buckland Hills LLC
Plaza At Countryside LLC
Plymouth 848 LLC
PMAT - Stirling Crossroads, LLC
PMAT DPP, LLC
PMAT Hartman Heritage LLC
PMAT North Heights LLC
PMAT Village Plaza LLC
Pocono Retail Associates LLC
POM Melville LLC
Pop Realty Corp.
Portage Crossing II LLC
PR North Dartmouth LLC / PREIT
Prime Development Group, LLC
ProVest Altama Village, LLC / Pro Vest
Properties
PWR16-48 Northern Blvd LLC / Ripco
Management
PZ Southern Limited
Partnership/Pearson Realty Services and
Zamias Services (managing agents)
PZ Southland LP
Q & L Realty, LLC
Q&L Realty, LLC / Divaris

QEH Mesquite, LLC
R E Aurora Ohio Family LLC / Guggenheim Property Mgnt
R.K. Associates VIII, Inc.
RAF Joplin LLC
Rainbow Arroyo Commons, LLC / Laurich
Rainbow Promenade NV, LLC
Rainer Wheatland Acqs/ Emersons Commercial Management
Rainier Moore Plaza Acquisitions LLC / Weitzman
Rainier Stony Creek, LLC
Raintree Realty, LLC
Raleigh Enterprises, LLC / HL Libby Corporation
Ralph Avenue 1131 LLC
Randolph Plaza LLC
RCG-Grandville, LLC
Real Hardware, LLC
RED Capital Management LLC / RED Development LLC
Red Rose Commons Associates / Goldenberg Group
Redlands Joint Venture LLC
Regency Centers LP
Rekha P. Reddi, Trustee of the Raghunath P. Reddi Descendants' Trust u/t/a Dated December 13, 2012
Renaissance Commercial Property LLC
RERE 1-Northgate 11 LLC / Rinnier Development
Reseda Shopping Center I, LLC / Combined Properties, Inc.
Retail Development Corporation
Retail Value Inc / DDR Tuscon Spectrum II LLC
Richmond Enterprises, LLC / HL Libby Corp
Rick Hoover Properties LLC
Rio Grande Investment / Downtown Management Group
River Hills Mall Realty Holding, LLC / Kohan Retail Invest Grp
River Oaks El Paseo, LLC
River Valley Plaza LP

RMC Investments LLC / Select Strategies
Roans Prairie Development Corporation/Fertitta Realty
Rockaway Center Associates
Rockaway Realty Associates, LP / ISJ Mgmt
Rockland Center Associates / American Contential Props
Roebuck Enterprises, LLC
ROIC California, LLC
Roseberry Developments Inc.
Roseville Fairview LLC
ROUte 146 Millbury LLC / Weiner
Route 17 Land Company Inc / Colandrea Enterprises
RPAI Chantilly Crossing, L.L.C.
RPAI Chicago Brickyard LLC
RPAI Lake Worth Towne Crossing Limited Partnership
RPAI Lakewood LLC
RPAI Newnan Crossing, LLC
RPAI Oswego Douglass, LLC
RPAI Sugarland Colony Limited Partnership
RPAI Watauga Limited Partnership
RPT Realty LP
RRR Cooper Street Property LLC  / TMC Management
RSS MSBAM2016 C29-MO CSCI, LLC/Rialto Capital
RTV Wrangleboro Consumer Square
S.L.V. Inc. / Rekha Reddi
Sagamore Tov LLC
Sagniaw Center LLC
Salinas Shopping Center Associates Limited Partnership & Harden Ranch Plaza Associates LLC
Santee Trolley Square 991, LP
Savannah Square Associates, Ltd / Southeast Centers
SBMC Van Buren Industrial LLC / SB Management Corp.
Scandinavian Designs (8/31/22) Facchino/Labarera Blossom Hill / Terracommercial Real Corp (9/1/22)

SCV Fund I, LLC / US Federal
Properties
SEC Commercial Realty Group
Select-Governors Pointe, LLC
SF-Florence-I, Ltd. / Fertitta Realty
SFG Equities, LLC
SGO MN West Village, LLC /
Glenborough
Shapell SoCal Rental Properties
Shiner Group
Shoppes at the Corridor, LLC / Irgens
Partners
Shoppes of Beavercreek Ltd
Shops at Fairfax LLC / Windham Mgmt
Shops at Grand Avenue LLC
Shops at Pinnacle Park, LLC
Shops At Valle Vista III, LLC
Shops of Fairlawn Retail LLC / Robert
Stark Enterprises
Shorewood Station LLC / Phillips
Edison
S-I Muncie Investment Partners
Siegen Village Shopping Center LLC /
BBPM
Sierra Center Investments, LLC
Sierra Landmark LLC & LHB
Investments LLC / Helm Prop.
SIG 100 Tice LLC
Simon Property Group (Texas), LP
SimonCRE UTE III, LLC
Simsbury Commons LLC / Lincoln
Property Company
SL Mount Kisco LLC; Grobman Mt
Kisco LLC & M&M Mt Kisco LLC /
Lerner Properties
Smithtown Venture LLC
Snyder Entities LLC
Sonora Village, LLC /  YAM Properties
South Point Retail Partners
Southlands PC LLC / M&J Wilkow
Southport Plaza SC
South-Whit Shopping Center
Associates/Breslin Realty
SP Porter's Vale LLC / Berengaria
SPG Doral Retail Partnership / Schmier
Property Group

Spirit Realty, L. P.
Spring Ridge LP
SPUS8 FB Seminole JV Prop/
Fairbourne Properties
Square Shopping Center LLC
SR2 DEV LLC / Sooner Investment
Group, Inc.
SSS Eldridge Marketplace LLC, SSS
Eldridge Town Center LLC, SSS
Eldridge Square Investors LLC, SKJ
Eldridge Square LLC and Peach
Eldridge LLC.
St Indian Ridge LLC
St. Clairsville Main Parcel LLC
St. Cloud Rainbow Village, LLC / Doran
Stafford Marketplace LLC
Staley Investments, LLC
Steelyard Commons, LLC / First
Interstate Properties
Stubbs Real Estate, LLC
Sugarland Plaza LP / Combined
Properties
Summit at Gravois Bluffs LLC / GJ
Grewe
Summit Center Ltd / Davis Holdings,
L.P.
Summit Lenox Plaza, LLC
Sunrise Mass LLC
Sunrise Village Phase I/ Tarragon
Property Srvcs.
Sunset Hills Owner LLC c/o Sansone
Group
SUSO 2 UPTOWN LP
SUSO 5 Fayetteville, LP / DLC
Management
SVF Riva Annapolis LLC / American
Realty
SY Ventures III, LLC
T Eastgate MLR NV, LLC
T Mentor Commons OH LLC /AZT
Corporation
Tara 1660 LLC / The Haughey
Company
Terranomics Development / Sher
Partners
The Benderson 85-1 Trust

The Crossing at 288 Phase 2, Ltd
The Fountains at Farah, LP
The Grewe Limited Partnership
The Irvine Company LLC
The Market at Estrella Falls
LLC/Macerich
The New School
The Shoppes at Rio Grande Valley, LLC
The Shops @ Collins Square LLC/
C&W (PM)
The Village at Orange LLC
THF Clarksburg Development One
Limited Liability Company
THF York Development LP
THF/MRP Tiger Town LLC
TJ Center I, LLC
TKG Colerain Towne Center LLC
TKG Paxton Towne Center
Development LP
TKG Smith Farm LLC
TMA-Livcom LLC / National Real
Estate Mgmt Corp
TN Sevierville Winfield, LLC
Torrance Towne Center Assoc / LA
Caze Development
Towne Center Venture LLP / Randco
Management (PM)
Toys Center, LLC
TPI Sunrise Palms / Tarantino Properties
TPP Bryant LLC / JAH Realty LP
Treeco/Watchung Limited Partnership
Triple B#3 LLC / Brody Co, Inc.
Tristar International LLC
TRP-MCB Eastpoint LLC
Tucson Shopping Center LLC / North
American Dev.
Tuffli Co.
Tung Nguyen and Lien Thi Duong
Turlock Investment Holdings, LLC
Turner Westover Village, LLC / Turner
Behringer
Turnpike Shopping Center, LLC
Turnwood Assoc., L.L.C.
UAP - Canton, LLC
UB Stamford LP
UB Yorktown LLC

UH US Upland 2022 LLC / MCB
Property Management
ULFERS Development, LLC
United States Development, Ltd.
Univerity SP, LLC / Sooner Traditions
Realty, LLC
University Hills Plaza, LLC/Miller RE
Investments (PM)
University Mall LLC
University Place Improvements Owner
LLC
US MJW East Gate V LLC / M&J
Wilkow
USPG Portfolio Five LLC / US
Properties Group
USVI Azalea Square Owner, LLC /
Fairbourne Properties
Valley MB LLC
Valley Ranch Town Center, LTD/
Signorelli Company
VEREIT Real Estate L.P. / VEREIT,
Inc.
Vestar Alderwood Parkway, LLC
Vestar California XVII, LLC
Vestar Happy Valley Phase 2, LLC
Vicenza Plaza Associates, LLC /
Courtelis Company
Village at the Mall Holdings LLC /
Neyer Management
Village Park Plaza LLC
Village Square Retail Center LLC
VL Town Center Associates LLC
W4C LLC / Partridge Equity Group
LLC
Wachs New Hartford Development LLC
Walker Legacy Center, LLC
Walkers Corner, LLC / Northstar
Development
Walpole Mall Associates LLC
Waltham Ventures, LLC
Washington Commons Newco LLC
Washington Point 04 LLC
Washington Square Associates, LLC
Waterfall Shoppes, LLC
Waterford Oaks, LLC / Bluerock
Development, LLC

Waterworks Pha I / JJ Gumberg
Wayne & Carol Wieber / Omni
Properties
Weingarten Las Tiendas JV
Weingarten Realty Investors
Weingarten/Miller/Aurora II LLC, and
GDC Aurora LLC (as tenants in
common)
West Coast Highway, LLC / Lincoln
Property Management
West Road Land, LP
Westgate Marketplace Developers LLC
WF Whelan Company
Wheaton Plaza Regional SC LLP
Woodbridge NJ Holdings LLC
Woodbury Village Green LP (Cushman
Wakefield) / Muir Mgmt
Woodmore Town Centre, LLC
WPI/Village Partners
WRI JT Northridge LP
WRI Retail Pool I LP
Xia Property Management LLC
Yakima Theaters, Inc.
Yale Clarksville LLC/ Yale Realty
Services Corp.
Yosemite Park SC/ ACF Property
Management
Yung-Pong, LLC
Zero West Park Reatly Trust /
Torrington Properties, Inc.

## Sales & Use Taxes

CA- State Board of Equalization
GA-GA Dept of Revenue
LA -LA Department of Revenue
NY-NY State Department of Taxation
and Finance
TX – State Comptroller
WA- Washington Dept of Revenue

## Services Contract Counterparty

10Pearls, LLC dba Likeable
10Pearls, LLC dba Likeable; Likeable
Media, LLC

2324523 Ontario, Inc dba FAHM
Technology Partners
84.51 LLC; Crossmark, Inc.
A.S.G. Staffing, Inc.
Abacus Health Solutions, LLC
Acadia.io LLC dba Lift361, LLC (fka
Lens Group LLC)
Actum II, LLC
Addigy, Inc.
Adecco USA, Inc.
Advanced Imaging Solutions, Inc. (AIS)
Advanced Wireless Communications;
Northfield Telecommunications, Inc.
Advantax Inc.
Advent Creative
Aggressive Energy, LLC
AGP, LLC
AgreeYa Solutions, Inc.
Aldi, Inc.
Alert Media, Inc.
Allata, LLC
Alvarez & Marsal Consumer and Retail
Group, LLC (A&M)
American Compressed Gases, Inc.
Amotec Inc.
Amplience, Inc.
Anderson Merchandisers LLC
Anderson Oxford Inc. dba ThinkLP
Aramark Services, Inc.
Arbon Equipment Corporation
Asset Management Technologies
Associated Grocers, Inc.
AT&T Corp.
AT&T Mobility National Accounts LLC
Attentive Mobile Inc.
Auryc Inc.
Automation Anywhere, Inc.
Bay West, LLC
BDO USA, LLP
Bell Canada
Bell Container Corp.
Blue Sky Utility LLC
Bold Decision Consulting LLC
Bold Zebras LLC dba PowerApps911
Bringg, Inc.

Broadridge Investor Communication Solutions, Inc
Brown's Energy Services, LLC
Bruce Clay, Inc.
BSM Media, Inc.
Budget Truck Rental, LLC
Building Systems Solutions, Inc.
Burlington Merchandising Corp
C&S Vending Company, Inc.
Canon Solutions America, Inc.
CareerBuilder, LLC
Casco Development, LLC
CBTS Technology Solutions, LLC
CDW Direct, LLC (Focal Point)
Cellco Partnership dba Verizon Wireless
Central Graphics and Container Group Ltd.
Cequence Security, Inc
CEVA Freight, LLC
Champion Elevator
ChannelAdvisor Corporation
Charleston Road Registry Inc (dba Google Registry)
CircusTrix, LLC
Cirgadyne Inc. dba LiquorLicense.com
Clean Earth Environmental Services, Inc.
Cloud Cover Media, Inc.
Coalfire Systems, Inc.
Cobalt Labs, Inc.
Coda Staffing LLC
Cohen-Friedberg Associates, LLC
Columbia Container Services, LLC
Comcast Cable Communications Management, LLC
Comdata, Inc.
Commercial Insights, LLC
Commission Junction, LLC.
Commvault Systems, Inc.
Concentrix Corporation
Constancy Brooks Smith & Prophete LLP
Convoy, Inc.
Corporate Risk Solutions, LLC
CoStar Realty Information, Inc.
CREX of New York, Inc.

Crossmark, Inc.
Crown Castle Fiber LLC
Crusader House, 145-147 John Street, London, United Kingdom, EC1V 4PW
Davis + Gilbert LLP
DBL K Liquor Consulting, LLC
Decision Analyst, Inc.
Dentsu X, LLC
Diligent Corporation
DoorDash G&C, LLC
Dove Print Solutions, Inc.
Drew Companies; Matilsky, Drew
dunnhumby Inc.
Dynata, LLC
East Coast Power & Gas, LLC
eCapital Advisors, LLC
eComchain Inc.
Econoco Corporation
Edmond Public Schools
Employbridge Southeast, LLC dba ResourceMFG
Engie Power & Gas LLC
Epiq Corporate Restructuring, LLC
Equinix LLC
Ernst & Young LLP (EY)
Espinoza, Rolando
Essex Technology Group Inc.
Essex Technology Group Inc.; International Business Machines Corp. (IBM)
Excell Marketing, L.C.
Express Freight Handlers Inc
Facilities Maintenance Corp.
Fanplayr Inc.
Fasteners for Retail, Inc.
Fastmile Delivers LLC d/b/a Need It Now
Federal Express Corporation (FedEx)
Fidelity Institutional Asset Management Trust Company
Fitzgerald, Yap & Kreditor
Five Star Food Service Inc.
ForeScout Technologies, Inc.
Foster Garvey P.C.
Fox Rothschild
FRSecure, LLC

Fry-Wagner Moving & Storage Co.
Fuse3 Interactive, LLC (DBA Wit and Mind)
Gallo, Vitucci, Klar
Garda CL Atlantic, Inc.
Genpact UK Limited
Ginger Ray Limited
Gleason Dale & Associates Inc
Global Mobility Solutions, LLC
Global Sourcing, Inc.
Gordon Brothers Commercial & Industrial, LLC
Gordon Brothers Retail Partners, LLC
Granite Telecommunications, LLC
Graphic Packaging International, LLC
Green & Black, LLC
Handshake Corp.
HKBN JOS Limited
HSTechnology Solutions, Inc.
ICE Robotics LLC, dba ICE Cobotics
IDEA Public Schools
IdentiSys Inc.
IDMWORKS, LLC
Independent II, LLC
Infosys BPM Limited
Inovium, LLC
Integrated Merchandising Solutions
Intelligrated Systems, LLC dba Honeywell
Interactive Communications International.. Inc.
International Business Machines Corp. (IBM)
Iron Mountain Information Management, LLC
Johnson Controls Fire Protection, LP
K Logix, LLC
Kaleidoscope Imaging Inc.
Kenset Corporation
Key Container Corp.
Knapp Logistics Automation, Inc.
Korn Ferry
L&L Nursery Supply, Inc.
Labor Network, Inc.
Labtest International Inc. dba Intertek

Level 3 Communications, LLC dba Lumen Technologies Group
Lewis Brisbois Bisgaard & Smith LLP
LexisNexis, a division of RELX Inc.
Liberty Packaging Co, Inc.
Littler Mendelson, PC
Loeb & Loeb LLP
Louis F. Leeper Company
Lovelytics, LLC
Macey, Jonathan
Macys.com, Inc.
MANHATTAN ASSOCIATES, INC.
ManpowerGroup US Inc.
Mapbox, Inc.
Market Track, LLC dba Numerator
Martellus, LLC d/b/a Martellus Group
Masis Staffing Solutions LLC
Mass Minority, Inc.
Massachusetts Gaming Commission
Matrix Solar OC Newburgh Route 17K, LLC
McDermott Will & Emery LLP
Merkle Inc.
Merkle Inc. (LiveArea)
MessageGears, LLC
Metro Protective Services LLC
MINNCOR Industries
Minute Men, Inc.
Mirakl, Inc.
Moelis & Company LLC
Mohagen Hansen Architecture
Mozlly, LLC
MRI Software LLC
Murtha Cullina LLP
Muzak, LLC d/b/a Mood Media
National Shunt Service LLC
NAVEX Global, Inc.
NB Ventures, Inc. (doing business as GEP®)
NCC Group Security Services, Inc.
Neil Patel Digital, LLC
Nesco Resource, LLC
NEST International, Inc.
Nextuple, Inc.
NPD Group, Inc.

48

NSA Media Group, Inc. d/b/a NSA
Media
OB Family Holdings LLC
Occupancy Cost Audit Group
Olsson Roofing Company, Inc.
On Target Staffing LLC
OneLogin, Inc.
OPS Assembly Inc.
Orrick, Herrington & Sutcliffe LLP
Packaging Corporation of America
Papyrus-Recycled Greetings, Inc
Parcel Pending
Park MGM, LLC dba Park MGM Las
Vegas
Paul, Weiss, Rifkind, Wharton &
Garrison LLP
Paul, Weiss, Rifkind, Wharton &
Garrison LLP; Kekst CNC
Paymentech, LLC
Paymentech, LLC; JPMorgan Chase
Bank, N.A.
PCCW Global, Inc.
Peerfit, Inc.
Pellet America Corporation
PeopleReady, Inc.
PepsiCo, Inc.
Phrasee Limited
Pinterest, Inc.
Porter Hedges LLP
Precocity, LLC
Premium Blend Consulting, LLC
Pretzel & Stouffer
PricewaterhouseCoopers LLP
Products Up
Pryor Learning Solutions
Quad/Graphics Inc.
Quantum Health Benefits
Quicklizard Ltd.
Quincy Compressor LLC
R Systems International Ltd.
Rackspace US, Inc.
Red Bull North America, Inc.
Red Hawk Fire & Security NY, LLC.
Reddin Masri LLC
Reliant Security, Inc. (fka Reliant Info
Security, Inc)

Rentokil North America dba Steritech
Retail Logistics Excellence - RELEX Oy
RGIS, LLC
RI-2 LLC dba RedIron
Rimini Street, Inc.
RKL eSolutions LLC
Robots and Pencils
Rocket Software, Inc.
RSM US, LLP
Rubicon Global, LLC.
Safeco, Inc. d/b/a Safety Plus, Inc.
Sales Consultants of Oak Brook, Inc.
d/b/a Miller Resource Group
Salesforce.com, Inc.
Salesforce.com, Inc.; Tomax, LLC
Salson Logistics, Inc.
Sandler Reiff Lamb Rosenstein &
Birkenstock, P.C.
Sandler, Travis & Rosenberg, PA
Saul Ewing Arnstein & Lehr LLP
Savills Occupier Services
Scandit, Inc.
Seiden Krieger Associates, Inc.
Service Management Group, LLC
Shipsi
ShopperTrak RCT Corporation
Shutterfly, LLC
Sigma Computing, Inc.
Simmons, Perrine, Moyer & Bergman
Simplelegal, Inc.
Slalom, LLC dba Slalom Consulting
SmileMakers Inc.
SMSB Consulting Group, Inc.
Snowflake Inc.
Source 44 LLC dba Source Intelligence
Southern Graphic Systems, LLC
SOXHUB, Inc.
Spanish Broadcasting System, Inc.
Sprinklr Inc.
Sprout Social, Inc.
Stanley Convergent Security Solutions,
Inc.
Staples the Office Superstore, LLC
StartPulsing Limited (trading as
OnePulse)

Strategic Maintenance Solutions Inc.;
WL Tech Solutions, Inc.
StrategIQ Commerce, LLC
SunCentral LLC
Sundowner International Corporation
SurveyMonkey, Inc.
Sutin, Thayer & Browne
Synchronet Corp.
Tacitus, LLC
Talerico Group, LLC
Terminix International Company
Limited Partnership
TerraCycle US LLC
The Lemon Group, LLC
The Pros Cleaning Solutions
The Solomon-Page Group LLC
ThinkTime, LLC
Timelex
T-Mobile USA, Inc.
TPG Partners, LLC
TranzAct Technologies Inc.
Trinamix, Inc.
TTi Logistics: Tradeshow Technologies,
Inc.
TURNER CONSTRUCTION
COMPANY
U.S. Compliance Corporation
Uber Technologies, Inc.
Unitas Global Inc.
Universal Logistics of Virginia LLC
Universal Protection Service, LP d/b/a
Allied Universal Security Services
Vault Communications, Inc.
Veritiv - Clifton (3M)
Verizon Business Network Services
LLC
Viking Automatic Sprinkler Co.
Vision Woodworking, Inc.
Visionet Systems, Inc.
Wakefly, Inc.
Waypost Advisors, LLC
Whapps LLC
Widen Enterprises, LLC
Willis Towers Watson US LLC
Wilson, Robertson & Cornelius, P.C.
Windstream (and its affiliates)

WL Tech Solutions, Inc.
Worldwide Retail Solutions Inc.
Worthington Industries, Inc.
Wrike, Inc.
Xpedited Services Inc.
Yesmail, Inc.
Yottaa, Inc.
Zimmerman Advertising, LLC
Zoom Video Communications, Inc.
Zscaler, Inc.

### State Income Taxes

Alabama Department of Revenue
Alaska Department of Revenue
Arizona Department of Revenue
Arkansas Department of Finance and
Administration
California State Board of Equalization
Colorado Department of Revenue
Connecticut Connecticut Department of
Revenue Services
Delaware Division of Revenue
Florida Department of Revenue
Georgia Department of Revenue
Hawaii Department of Taxation
Idaho State Tax Commission
Illinois Department of Revenue
Indiana Department of Revenue
Iowa Department of Revenue and
Finance
Kansas Department of Revenue
Kentucky Revenue Cabinet
Louisiana Department of Revenue
Maine Revenue Services
Maryland State Comptroller
Massachusetts Department of Revenue
Michigan Department of Treasury
Minnesota Department of Revenue
Mississippi Tax Commission
Missouri Department of Revenue
Montana Department of Revenue
Nebraska Department of Revenue
Nevada Department of Taxation
New Hampshire Department of Revenue
- Administration Unit
New Jersey Department of Treasury

New Mexico Department of Taxation and Revenue
New York Department of Taxation & Finance
North Carolina Department of Revenue
North Dakota State Tax Department
Ohio Department of Taxation
Oklahoma Tax Commission
Oregon Department of Revenue
Pennsylvania Department of Revenue
Puerto Rico Department of the Treasury
Rhode Island Department of Revenue
South Carolina Department of Revenue
South Dakota Department of Revenue
Tennessee Department of Revenue
Texas Department of Revenue
Utah Department of Revenue
Vermont Department of Taxes
Virginia Department of Revenue
Washington DC Office of Tax and Revenue
Washington Department of Revenue
West Virginia Department of Revenue
Wisconsin Department of Revenue
Wyoming Department of Revenue

**State Level Department of Unclaimed Property**

STATE OF ALABAMA UNCLAIMED PROPERTY DIVISION
STATE OF ALASKA UNCLAIMED PROPERTY DIVISION
STATE OF ARIZONA UNCLAIMED PROPERTY DIVISION
STATE OF ARKANSAS UNCLAIMED PROPERTY DIVISION
STATE OF CALIFORNIA UNCLAIMED PROPERTY DIVISION
STATE OF COLORADO UNCLAIMED PROPERTY DIVISION
STATE OF CONNECTICUT UNCLAIMED PROPERTY DIVISION
STATE OF DELAWARE UNCLAIMED PROPERTY DIVISION
STATE OF FLORIDA UNCLAIMED PROPERTY BUREAU

STATE OF GEORGIA UNCLAIMED PROPERTY DIVISION
STATE OF HAWAII UNCLAIMED PROPERTY DIVISION
STATE OF IDAHO UNCLAIMED PROPERTY PROGRAM
STATE OF ILLINOIS UNCLAIMED PROPERTY DIVISION
STATE OF INDIANA UNCLAIMED PROPERTY DIVISION
STATE OF IOWA UNCLAIMED PROPERTY DIVISION
STATE OF KANSAS UNCLAIMED PROPERTY DIVISION
STATE OF KENTUCKY UNCLAIMED PROPERTY DIVISION
STATE OF LOUISIANA UNCLAIMED PROPERTY DIVISION
STATE OF MAINE UNCLAIMED PROPERTY DIVISION
STATE OF MARYLAND UNCLAIMED PROPERTY UNIT
STATE OF MASSACHUSETTS UNCLAIMED PROPERTY DIVISION
STATE OF MICHIGAN UNCLAIMED PROPERTY DIVISION
STATE OF MINNESOTA UNCLAIMED PROPERTY PROGRAM
STATE OF MISSISSIPPI UNCLAIMED PROPERTY DIVISION
STATE OF MISSOURI UNCLAIMED PROPERTY SECTION
STATE OF MONTANA UNCLAIMED PROPERTY DIVISION
STATE OF NEBRASKA UNCLAIMED PROPERTY DIVISION
STATE OF NEVADA UNCLAIMED PROPERTY DIVISION
STATE OF NEW HAMPSHIRE UNCLAIMED PROPERTY DIVISION
STATE OF NEW JERSEY UNCLAIMED PROPERTY DIVISION
STATE OF NEW MEXICO UNCLAIMED PROPERTY DIVISION

51

STATE OF NEW YORK UNCLAIMED
PROPERTY DIVISION
STATE OF NORTH CAROLINA
UNCLAIMED PROPERTY
PROGRAM
STATE OF NORTH DAKOTA
UNCLAIMED PROPERTY DIVISION
STATE OF OHIO UNCLAIMED
PROPERTY DIVISION
STATE OF OKLAHOMA
UNCLAIMED PROPERTY DIVISION
STATE OF OREGON UNCLAIMED
PROPERTY DIVISION
STATE OF PENNSYLVANIA
UNCLAIMED PROPERTY DIVISION
STATE OF RHODE ISLAND
UNCLAIMED PROPERTY DIVISION
STATE OF SOUTH CAROLINA
UNCLAIMED PROPERTY
PROGRAM
STATE OF SOUTH DAKOTA
UNCLAIMED PROPERTY DIVISION
STATE OF TENNESSEE
UNCLAIMED PROPERTY DIVISION
STATE OF TEXAS UNCLAIMED
PROPERTY DIVISION
STATE OF UTAH UNCLAIMED
PROPERTY DIVISION
STATE OF VERMONT UNCLAIMED
PROPERTY DIVISION
STATE OF VIRGINIA UNCLAIMED
PROPERTY DIVISION
STATE OF WASHINGTON
UNCLAIMED PROPERTY SECTION
STATE OF WEST VIRGINIA
UNCLAIMED PROPERTY DIVISION
STATE OF WISCONSIN
UNCLAIMED PROPERTY UNIT
STATE OF WYOMING UNCLAIMED
PROPERTY DIVISION
US VIRGIN ISLANDS UNCLAIMED
PROPERTY DIVISION

**Supply Agreement**

AGP LLC
AGP, LLC

AIR PRODUCTS AND CHEMICALS
INC
Airgas USA, LLC
AMERICAN COMPRESSED GASES
INC
American Compressed Gases, Inc.
AMERICAN GREETINGS
CORPORATION
Atlas Welding Supply Co., Inc.
Canadian Helium Inc.
CANADIAN TIRE CORPORATION
CEVA FREIGHT LLC
Churchill Container, LLC
COEFFICIENT
DENTSU X LLC
DISNEY CONSUMER PRODUCTS
INC
Dunn Paper
DUNN PAPER INC
ENGIE INSIGHT SERVICES INC
ERWIN DISTRIBUTING COMPANY
INC
GOOGLE INC
IOWA PRISON INDUSTRIES
Ladder Creek, LLC
Lazarus 3D, Inc.
Linde Gas & Equipment Inc. (formerly
known as Praxair Distribution, Inc.)
LUCENT HEALTH
MACONDGMX, S.A. de C.V.
Maine Oxy-Acetylene Supply Company
NTEC Helium, LLC
NTEC Helium, LLC , Tacitus, LLC
Party Expert Group, Inc.
PRAXAIR DISTRIBUTION INC
RIM LOGISTICS LTD
SHIPT INC
SYOXSA, Inc.
Tacitus, LLC; NTEC Helium, LLC
Toray Plastics (America), Inc.
UNITED PARCEL SERVICE
UNIVERSAL STUDIOS LICENSING
LLC
WARNER BROS CONSUMER
PRODUCTS
WORTHINGTON CYLINDER PA

ZEPHYR SOLUTIONS
Zephyr Solutions, LLC

**Surety Issuers**

American Alternative Insurance Corp
The Hanover Insurance Co

**Top 100 Vendor**

ADP
AFG MEDIA LIMITED
AGP, LLC
ALLION COMPANY LIMITED
AMPRO PRINT & PAK
AXIZ GROUP
BRINGG INC
COMPLETE SOLUTIONS INC
CONCENTRIX
CONNOR CONSTRUCTION LLC
CONVOY INC
COYOTE LOGISTICS LLC
DAH LOONG DEVELOPMENT
DEACON CONSTRUCTION LLC
DEDICATED GLOBAL
CARRIERS,LLC
DENTSU X LLC
DHL GLOBAL FORWARDING
DISGUISE LIMITED
ERNST & YOUNG LLP
EVERTS (MALAYSIA) SDN.BHD.
FLAMINGO KID SIGNS INC
FORWARD AIR, INC.
FROGGY'S FOG LLC
FUNWORLD
GLOBALTEX PS,INC
GM NORTHRUP CORPORATION
GRUPO RUZ SA DE CV
HI-FLOAT COMPANY INC
HOLIDAY TIMES UNLIMITED INC
INSPIRIT DESIGNS
ITS NATIONAL LLC
JCW INVESTMENTS, INC
JERRY LEIGH OF CA INC
JIA XIANG FIBER ENTERPRISE CO
JOHN TYLER ENTERPRISES INC
KAY GLOBAL GROUP INC

KBW GLOBAL CORP
KING ZAK INDUSTRIES, INC.
LEASON ELLIS
LENNOX NATIONAL ACCOUNT
SERVICES LLC
LOGISTIC CONCEPTS INC
MANHATTAN ASSOCIATES, INC.
MARCO CONTRACTORS INC
MARYLAND PLASTICS INC
MCLANE COMPANY LLC
MERKLE INC
MINUTE MEN OF ILLINOIS INC
MISSION PETS INC
NASSAU CANDY DISTRIBUTORS,
INC.
NINGBO SUNBOW INDUSTRY &
TRADE
NINGBO TIAN CHENG ENT LTD
OCCASIONS LIMITED
PEFSO COMPANY LIMITED
PRAXAIR DISTRIBUTION INC.
PRICEWATERHOUSECOOPERS
QIANZI TRADING LIMITED
QUAN ZHOU EAST TERN
HANDICRAFT
RI 2 LLC
RIM LOGISTICS LTD
RISEN DEAL TRADING CORP
SALSON LOGISTICS INC
SAM PIEVAC COMPANY INC
SAVVI
SCHNEIDER NATIONAL INC.
SEASONAL SPECIALTIES LLC
SEASONAL VISIONS INT'L LTD
SHIPT INC
SINOMAC INTERNATIONAL
LIMITED
SOUTHERN GRAPHIC SYSTEMS-
CANAD
SPIN MASTER INC
STANDARD INSURANCE
COMPANY
STRATUS
SUMMIT STAFFING INC
SUNSTAR INDUSTRIES INC.
TACITUS LLC

TERRA WORLDWIDE LOGISTICS,
LLC
THE GILBERT COMPANY
THE LOUDERBACK GROUP LLC
TMD HOLDINGS LLC
TRICK OR TREAT STUDIOS
TRUE NORTH GROWTH PARTNERS
LLC
TURNER CONSTRUCTION
COMPANY
UBER TECHNOLOGIES INC
UCC DISTRIBUTING INC
UNIQUE INDUSTRIES, INC.
UNITED PARCEL SERVICE
US LOGISTICS SOLUTIONS, INC
UWL, INC.
VACFORM IND (CHINA) CO LTD
VISTAR
WEEKS-LERMAN GROUP, LLC
WILTON INDUSTRIES PA
WING HING PLASTIC BAGS IND.
CO
WORLDWIDE RETAIL SOLUTIONS
INC
WORTHINGTON CYLINDER PA
XPO LOGISTICS
YA OTTA PINATA
ZEPHYR SOLUTIONS
ZHEJIANG SHENGFENG IMPORT
AND
ZHEJIANG XIELI(VN) SCIENCE TEC

**Top 75 Customer**

50-50,INC. (PFA)
ADYL INC.       (PFA)
ALDI INC DENTON
ALDI INC DWIGHT
ALDI INC GREENWOOD
ALDI INC JEFFERSON
ALDI INC SPRINGFIELD
ALDI INC TULLY
ALDI INC.
ALIN PARTY SUPPLY CO.(PFA)
American Greetings Corp
AMERICAN GREETINGS CORP.
ARNE DISTRIBUTORS

BUYSEASONS INC
CANADIAN TIRE LTD.
Caspari INC.
CHRISTMAS TREE SHOPS
Christmas Tree Shops, LLC
CIRCUSTRIX HOLDINGS LLC
CLECO HOLDINGS       (PFA)
COOL KAT LLC       (PFA)
Creative Converting
CVS PHARMACY INC.
DIDDAMS PARTY
Dollar Tree Stores Canada,Inc
Dollar Tree Stores, Inc
FAMILY DOLLAR
FRED MEYER INC
FRUGAL FLIPPERS LLC
GIFT EXPRESS LLC
Graphic Packaging Corp.
Graphic Packaging Intl, LLC
HAPPY SUN ENTERPRISE,INC.(PFA)
HOBBY LOBBY
HOUR LOOP INC.
ITZAPARTY (PFA)
JB SPECIALTY COMPANY
JOKER PARTY SUPPLY INC
KENSET GROUP
King Zak
KROGER COMPANIES
MAYFLOWER DISTRIB. CO.
MEIJER INC.
MICHAELS COMPANIES INC.
MIX N MORE
ODESSY SALES OF FL INC.
OFFICE DEPOT
ONE NET ENTERPRISES LLC
ORIENTAL TRADING CO.
PARTIES PLUS
PARTY ATLANTA INC.       (PFA)
PARTY CENTER
PARTY DEPOT INC.  (PFA)
PARTY DEPOT/155003       (PFA)
PARTY FAIR
PARTY FAIR INC
PARTY FAIR OF MIDDLETOWN INC
PARTY FAIR OF OAKHURST
PARTY PLACE           (PFA)

PARTY USA            (PFA)
PARTY WORLD HOME INC.
PARTY WOW OF FLORENCE,LLC.
RA GLOBAL LLC
SAFEWAY 6560
SAFEWAY 6608
SIMPLY UNFORGETABLE (PFA)
SUNRITE GIFTS LLC
TARGET CORP.
TARGET.COM
THE PARTY SOURCE
THE PARTY STARTS HERE   (PFA)
THE TOY HUNT (PFA)
TOY WORLD INC
TRADE MART INC.
TRIPATE MARKETING    (PFA)
TUCKER'S TOY SHOP
ULTIMATE PARTY SUPER STORE
UNFI-SUPERVALU
WAKEFERN FOOD CORP
WAKEFERN FOOD CORP.
WALDIMART LLC.
WEGMANS
WINNER INT'L.INC.
ZURCHER MERCHANDISE CO.
(PFA)

**U.S. Trustee**

Southern District of Texas

**UCC Lien**

AMERICAN GREETINGS
CORPORATION
ANKURA TRUST COMPANY, LLC,
AS COLLATERAL AGENT
ANKURA TRUST COMPANY, LLC,
AS COLLATERAL TRUSTEE
CANON FINANCIAL SERVICES,
INC.
CANON FINANCIAL SERVICES,
INC. 158 GAITHER DRIVE, SUITE
CARLTON CARDS LIMITED
CROWN CREDIT COMPANY
CROWN EQUIPMENT
CORPORATION

DE LAGE LANDEN FINANCIAL
SERVICES, INC.
DEUTSCHE BANK AG NEW YORK
BRANCH, AS AGENT
EQUIPMENT FINANCE GROUP, LLC
FIRST WESTERN BANK & TRUST
JPMORGAN CHASE BANK NA AS
AGENT
JPMORGAN CHASE BANK, N.A., AS
AGENT
MJ HOLDING COMPANY, LLC
NEGRI BOSSI NORTH AMERICA,
INC.
PAPYRUS-RECYCLED GREETINGS,
INC.
RAYMOND LEASING
CORPORATION
TCF NATIONAL BANK
TX - SECRETARY OF STATE,
STATUTORY FILINGS DIVISION,
CORPORATIONS
WELLS FARGO BANK, NATIONAL
ASSOCIATION, AS AGENT
WELLS FARGO VENDOR
FINANCIAL SERVICES, LLC
WINTRUST EQUIPMENT FINANCE,
A DIVISION OF WINTRUST ASSET
FINANCE INC.

**Utility Providers**

ABCWUA
ACADEMY FIRE PROTECTION INC
ADS Security (Vector Security)
AES Indiana
AES Ohio
AFA PROTECTIVE SYSTEMS INC
Alabama Power
Alameda County Water District
Alameda Municipal Power
Albany Utilities - GA
ALERT MEDIA INC
Alliant Energy/IPL
Alliant Energy/WP&L
Ameren Illinois
Ameren Missouri
American Electric Power/24002

American Electric Power/24418
Appalachian Power
APS
Aqua Indiana, Inc.
Aqua New Jersey/70279
Aqua Pennsylvania/70279
Aquarion Water Company of MA
ARC NCCHRNC001 LLC
Arlington Utilities
Atlantic City Electric/13610
Atmos Energy/630872/740353
Augusta Utilities Department
Aurora Water/City of Aurora, CO
Austell Natural Gas System
Avista Utilities
AW Billing Service LLC
Baldwin County Sewer Service, LLC
Bangor Gas, ME
Bangor Water District
BCWSD
Beckley Water Company, WV
Benton Charter Township, MI
BGE
Birmingham Water Works - Sewer &
Water
Black Hills Energy
Blue Sky Utility
Bonita Springs Utilities, Inc
Bowling Green Municipal Utilities
BP Energy Retail Company LLC
Bridgewater Falls Station LLC
Bristol Tennessee Essential Services
Brodhead Creek Regional Authority,PA
Brosnan Security
Broward County Water And Wastewater
Serv
Brownsville Public Utilities Board
Brunswick-Glynn County Joint
Burbank Water and Power
California American Water Company
California Water Service-Los Altos
California Water Service-Salinas
Cape Fear Public Utility Authority
Carroll Electric Cooperative Corp
Cascade Natural Gas
Caseyville Township Sewer System (IL)

Cass County Electric Cooperative
CELD: Chicopee Electric Light
Department
CenterPoint Energy Minnegasco/4671
CenterPoint Energy/1325/4981/2628
CenterPoint Energy/1423
CenterPoint Energy/2006
CenterPoint Energy/4849
Central Georgia EMC (elec)
Central Hudson Gas & Electric Co
Central Maine Power (CMP)
Charleston Water System
Charter Township of Orion MI
Chattanooga Gas Company/5408
Chesapeake Utilities
Chugach Electric Association
Citizens Energy Group/7056
Citrus Heights Water District
City National Bank
City of Abilene, TX
City of Alexandria, LA
City of Alhambra, CA
City of Amarillo, TX
City of Anaheim, CA
City of Apple Valley, MN
City of Attleboro, MA
City of Austin, TX
City of Banning, CA
City of Baytown, TX
City of Belton, MO
City of Berwyn, IL
City of Bethlehem, PA
City of Bloomington - 801214
City of Bloomington, IN
City of Boca Raton, FL
City of Boynton Beach, FL
City of Brea, CA
City of Brentwood, CA
City of Bridgeport, WV
City of Brighton, MI
City of Bristol, TN
City of Brookfield, WI
City of Buford, GA
City of Burleson, TX
City of Burlington, NC
City of Burlington, WA

City of Canton, GA
City of Cape Coral, FL
City of Cape Girardeau, MO
City of Carbondale, IL
City of Carrollton, TX
City of Cartersville, GA
City of Chandler, AZ
City of Charlotte, NC
City of Chattanooga, TN
City of Chino, CA
City of Clearwater, FL
City of Clifton/Sewer Collector
City of Columbia, MO
City of Columbia, SC - Water
City of Cookeville, TN
City of Coon Rapids, MN
City of Corona, CA
City of Corpus Christi/659880
City of Corvallis, OR
City of Covina, CA
City of Cumming, GA
City of Dallas, TX
City of Davenport, IA
City of Denton, TX
City of Dover, DE
City of Downey, CA
City of East Point, GA
City of Edinburg, TX
City of Edmond, OK
City of El Centro, CA
City of Elmhurst, IL
City of Escondido, CA
City of Euless, TX
City of Fort Walton Beach, FL
City of Fort Worth Water Dept, TX
City of Fredericksburg, VA
City of Garland Utility Services
City of Gastonia, NC
City of Geneva, IL
City of Grand Island, NE
City of Grandville, MI
City of Greenfield, WI
City of Greensboro, NC/1170
City of Harrisonburg, VA
City of Hialeah, FL-Dept of Water &
Sewe

City of Hickory, NC
City of Hollywood, FL
City of Homestead FL
City of Huber Heights, OH
City of Hurst, TX
City of Independence Utilities
City of Irving - Municipal Services Bill
City of Jackson Utility Billing, MI
City of Joliet, IL
City of La Habra, CA
City of Lake Charles Water Division
City of Laredo Utilities
City of Lauderhill, FL
City of Lawton, OK
City of Leominster, MA
City of Lewisville, TX
City of Livonia Water & Sewer Division
City of Lodi, CA
City of Longmont, CO
City of Longview, TX
City of Lubbock Utilities, TX
City of Mandeville, LA
City of Mankato, MN
City of Martinsburg, WV
City of McKinney, TX
City of Mesa, AZ
City of Midwest City, OK
City of Millville, NJ
City of Monrovia, CA
City of Naperville, IL
City of Novi, MI
City of Odessa, TX
City of O'Fallon, IL
City of Oklahoma City, OK
City of Olympia, WA
City of Onalaska,WI
City of Orange, CA
City of Ormond Beach, FL
City of Oshkosh, WI
City of Pasadena, TX
City of Pembroke Pines, FL
City of Phoenix, AZ - 29100
City of Plano, TX
City of Port Arthur, TX
City of Quincy, MA
City of Raleigh, NC

City of Redding, CA/496081
City of Redlands, CA/6903
City of Richardson, TX
City of Richland, WA
City of Rochester Hills Water & Sewer
City of Rockville, MD
City of Rockwall, TX
City of Roseville, CA
City of Roseville, MI
City of Round Rock, TX
City of San Angelo Utility Billing
City of Santa Fe Springs, CA
City of Sevierville, TN
City of Slidell, LA
City of St. Petersburg, FL
City of Sterling Heights Water
City of Sugar Land, TX
City of Summerville, GA
City of Sunrise, FL
City of Tacoma Public Utilities
City of Tallahassee, FL
City of Tampa Utilities
City of Taylor, MI - Water Dept
City of Thousand Oaks, CA
City of Tomball, TX
City of Topeka, KS
City of Torrance Utilities
City of Tucson, AZ
City of Tulsa Utilities
City of Union Gap, WA
City of Upland, CA - Water/Sewer
City of Watauga, TX
City of Webster, TX
City of West Allis, WI
City of West Melbourne, FL
City of Westland Water
City of Wichita Falls, TX
City of Winston-Salem, NC
City of Winter Garden, FL
City of Woodland, CA
City Treasurer Madison - WI
City Water Light & Power, Springfield
IL
Clark Public Utilities
Clark Township
Clarksville Department of Electricity

Clarksville Gas & Water Department
Cleco Power LLC
Cobb EMC
College Station Utilities - TX
College Township Water Authority, PA
Colorado Springs Utilities
Columbia Gas of Kentucky
Columbia Gas of Maryland
Columbia Gas of Ohio
Columbia Gas of Pennsylvania
Columbia Gas of Virginia
Columbus City Utilities
ComEd
Con Edison
Connecticut Natural Gas Corp (CNG)
Connexus Energy
Conserve - 1530
Consolidated Irrigation Dist #19
Constellation NewEnergy/4640
Consumers Energy
Contra Costa Water District
CoServ
Coweta-Fayette EMC
CRWWD
CTCI
Cucamonga Valley Water District
CUSTOM SECURITY INC
Dakota Electric Association
Daphne Utilities
DELMARVA POWER
DE/MD/VA/17000/13609
Denver Water
Department of Public Utilities, OH
Direct Energy/NRG/70220
Dominion Energy North Carolina
Dominion Energy Ohio/26785
Dominion Energy South Carolina
Dominion VA/NC Power/26543/26666
Downers Grove Sanitary District
DTE Energy/630795/740786
Duckett Creek Sanitary District
Duke Energy/1094/70515/70516
Duke Energy/1326/1327
Duquesne Light Company
East Providence - Utility
East Richland Co. P. S. D.

Eastern Municipal Water District
Edge Utilities
El Paso Electric/650801
El Paso Water Utilities
Electric City Utilities/City of Anderson
Elizabethtown Gas/5412
Engie Power & Gas LLC/411330
Engie Resources/9001025/841680
Enstar
Entergy Gulf States LA, LLC/8103
Entergy Louisiana, Inc./8108
Entergy Texas, Inc./8104
EPB
Evansville Water and Sewer Utility
Evergy Kansas Central/219915/219089
Evergy KS MO Metro MO West
219330/219703
Eversource Energy 660753/56007
Eversource Energy/56002
Eversource Energy/56003
Eversource Energy/56004
Eversource/55215
Fairfield Municipal Utilities, CA
Fallbrook UD
Fayetteville Public Works Commission
First Utility District of Knox County
Fishers Sewer Utility, IN
Flint Township-Board of Public Works
Florence Water & Sewer
Florida Power & Light Company (FPL)
Floyd County Water Department
Fort Bend MUD 50
Fort Collins Utilities
Fort Gratiot Charter Township - MI
FPL Northwest FL
Fulton County Finance Department, GA
FUZE INC
GC Siegen LLC
GCSED
Generate BSU Gateway Plaza LLC
Georgia Power
Georgia Power/105090 Sum
Golden State Water Co.
Grand Chute Utilities
Grand Forks Utility Billing
GRANITE TELECOMMUNICATIONS

Grant Water and Sanitation District
Green Bay Water Utility
Green Mountain Power Corporation
Greenville Utilities Commission, NC
Greenville Water, SC
GreyStone Power Corporation (elec)
Harris County MUD #346
Harris County MUD 257
Harris County MUD 285
Harrisonburg Electric Commission
Hazlet Township Sewer Dept
Highland Utilities Dept, IN
Hillsborough County Water Resource -
BOCC
Hixson Utility District, TN
Holland Board of Public Works
Hope Gas
HRSD/HRUBS
Huntsville Utilities, AL
Illinois American Water
Imperial Irrigation District, CA
Indiana American Water
Indiana Michigan Power
Indio Water Authority
Iowa American Water Company
Irvine Ranch Water District
Jackson Electric Membership Corp, GA
Jackson Energy Authority
Jefferson Parish, LA
Jersey Central Power & Light
Johnson County Wastewater - 219948
Jordan Tax Service/Township of Collier
Kansas Gas Service
Kenergy Corp
Kenosha Water Utility
Kentucky American Water Company
Kissimmee Utility Authority
Kochville Township, MI
KUB-Knoxville Utilities Board
KU-Kentucky Utilities Company
LA County Waterworks
Lafayette Utilities Systems (LUS)
Lakehaven Water & Sewer District
Lakeland Electric/City of Lakeland,FL
Lakewood Water District
Lancaster Utilities Collection-Office

Lansing Board of Water & Light
Latham Water District
LCEC- Lee County Electric Cooperative
Lee County Utilities, FL
Lees Summit Water Utility
LELD-Littleton Electric Light
Department
Lenoir City Utilities Board (LCUB)
Levittown WD
Lexington-Fayette Urban County Govt
LG&E - Louisville Gas & Electric
Liberty Utilities - Empire District
Liberty Utilities - NH
Liberty Utilities Georgia
Liberty Utilities/52691
Liberty/371332
Lincoln Electric System
Los Angeles Dept of Water &
Power/30808
Louisville Water Company
Macon Water Authority, GA
Madison Gas and Electric, WI
Magic Valley Electric Co-op
Marin Municipal Water District
Marina Coast Water District
Marion Water Department
McAllen Public Utilities -TX
MCUD-Manatee County Utilities
Department
Merrillville Conservancy District
Met-Ed/3687
Metro Water Services TN
Metropolitan St. Louis Sewer Dist/437
Metropolitan Utilities Distric/2166/3600
MIAMI-DADE WATER AND SEWER
DEPT
Michigan Gas Utilities
MidAmerican Energy Company
MidAmerican Energy Services LLC
Mid-Carolina Electric Cooperative
Middle Tennessee Electric Membership
Milwaukee Water Works
Minnesota Energy Resources
Mishawaka Utilities, IN
Mississippi Power
Missouri American Water

Mobile Area Water & Sewer System-
MAWSS
Modesto Irrigation District
MonPower/Monongahela Power
Montana-Dakota Utilities Co
Montgomery County Environmental
Svs, OH
Montgomery Township Municipal
Sewer Auth
Montgomery Water Works
Mount Laurel Twp MUA
Mountaineer Gas/580211
Murfreesboro Water Resources
Department
Nashville Electric Service
National Fuel/371835
National Grid - Brooklyn/371416
National Grid - New York/371376
National Grid - Pittsburgh/371338
National Grid - Pittsburgh/371382
National Grid/371396
New Caney Municipal Utility District,
TX
New Jersey American Water
Company/371331
New Mexico Gas Company
Newnan Utilities, GA
Newport News Waterworks
Nicor Gas Transportation
Nicor Gas/2020/0632/5407
NIPSCO - Northern Indiana Public Serv
Co
NJNG
North Beckley PSD
North Bergen Municipal Util Auth-
NBMUA
North Shore Gas
North Wales Water Authority
NorthWestern Energy, MT
NOVEC
NV Energy/30073 North Nevada
NV Energy/30150 South Nevada
NW Natural
NYC Water Board
NYSEG-New York State Electric & Gas
O.C.W.R.C. - Oakland County

Oconee County Water Resources
OCPMEX
OCWA-Onondaga County Water
Authority
OG&E -Oklahoma Gas & Electric
Service
Ohio Edison
Oklahoma Natural Gas Co: Kansas City
Omaha Public Power District
Opelika Power Services, AL
Opelika Utilities
Orange and Rockland Utilities (O&R)
Orange County Utilities
Orlando Utilities Commission
P.N Fire and Burg Alarm
Pacific Gas & Electric
Pacific Power-Rocky Mountain Power
Padre Dam Municipal Water District
Palm Beach County Water Utilities Dept
Pasadena Water and Power
Pasco County Utilities
Passaic Valley Water Commission
PCCW GLOBAL INC
Peabody Municipal Light Plant
PECO/37629
Penn Power
Pennsylvania American Water
Peoples Gas
Peoples/644760
PEPCO (Potomac Electric Power
Company)
Philadelphia Gas Works
Piedmont Natural Gas
Pierce County Sewer, WA
Pluris Southgate
Plymouth Township, PA
PNM
POTOMAC EDISON
PPL Electric Utilities/Allentown
Profile Energy Services LLC
PSE&G-Public Service Elec & Gas Co
PSEGLI
Public Service Company of Oklahoma
Puget Sound Energy
Rappahannock Electric Coop
Raynham Center Water District

Regional Water Authority
RG&E - Rochester Gas & Electric
Rhode Island Energy
Rialto Water Services
Richmond Power & Light
Richmond Sanitary District, IN
Riverside Public Utilities, CA
Riviera Utilities - Daphne, AL
RMC Investments LLC
Roanoke Gas Company
Rockaway Township Municipal Utility
Rockdale Water Resources
RPAI US Management LLC - 13068
SAFE SYSTEMS INC
Salt River Project/2951
San Diego Gas & Electric
San Dieguito Water District
Sawnee EMC
Scana Energy 1/100157
SCV Water - Santa Clarita Division
SCV Water - Valencia Division
SD1
Sea Breeze & Vicinity Water District
SECURITAS SECURITY SERVICES
USA INC
SELCO - 9258
Semco Energy Gas Company
Seminole County, FL
Sevier County Electric System
Sevier County Utility District (SCUD)
Shorewood Municipal Utilities, IL
Skagit PUD
SMECO (Southern Maryland Electric
Coop)
SMUD
Snohomish County PUD
South Burlington Water Department
South Central Power CO, OH
South Jersey Gas Company
Southeast Daviess County Water District
Southern California Edison
Southern California Gas (The Gas Co.)
Southern Connecticut Gas (SCG)
Southwest Gas
Southwestern Electric Power
Spartanburg Water System

61

Spire/Birmingham
Spire/St Louis
Spokane County Environmental Services
Springettsbury Township
St Johns County Utility Department
St. Lucie West Services District
Suburban Natural Gas
Suffolk County Water Authority - NY
Sweetwater Authority
Symmetry Energy Solution LLC
Tara Energy
Taunton Muni Lighting Plant (TMLP) -
870
Tax Collector, City of Waterbury, CT
Teco Tampa Electric Company
Teco: Peoples Gas
Tennessee-American Water Company
Texarkana Water Utilities
Texas Gas Service
The Connecticut Water Company -
AVWC
The Connecticut Water Company -
CRWC
The Illuminating Company
The York Water Company
Toho Water Authority
Toledo Edison
Town of Anmoore, WV
Town of Bel Air, MD
Town of Bellingham, MA
Town of Burlington - Dept 520
Town of Cary, NC
Town of Davie, FL
Town of Flower Mound, TX
Town of Leesburg, VA
Town of Millbury MA
Town of Mooresville, NC/602113
Town of Natick, MA
Town of Orange, CT
Town of Saugus, MA
Town of Superior, CO
Town of Walpole MA
Township of Falls Authority
Township of Spring, PA
Township of Wayne, NJ
Tucson Electric Power Company

Turlock Irrigation District
UGI Utilities Inc
United Illuminating Company
United Utility Services
UNITIL ME Gas Operations
UNITIL NH Electric Operations
UNITIL NH Gas Operations
UNIVERSAL ATLANTIC SYSTEMS
INC
URS of WA LLC
Urstadt Biddle Properties Inc/371328
Valley County Water District
Valparaiso City Utilities
Veolia Water New Jersey
Veolia Water New York Inc
Veolia Water Pennsylvania
Verendrye Electric Cooperative, Inc.
Vermont Gas Systems, Inc.
Versant Power/70702
Village of Bloomingdale, IL
Village of Chester, NY
Village of Chicago Ridge, IL
Village of Crestwood, IL
Village of Downers Grove, IL
Village of Hoffman Estates, IL
Village of Lake Zurich, IL
Village of Melrose Park, IL
Village of Mokena, IL
Village of Orland Park, IL
Virginia Natural Gas/5409
Virtual Keypad / Electronic Alarms
Vista Palms Commercial Property
Owners
Walton EMC / Walton Gas
Warminster Municipal Authority
Washington Gas/37747
Washington Suburban Sanitary
Commission
Waterloo Water Works
WaterOne
WE Energies/Wisconsin Electric/Gas
West Des Moines Municipal Services
West Penn Power
Western Virginia Water Authority
Williamsport Municipal Water Authority
Wisconsin Public Service

Withlacoochee River Electric
Cooperative
Woodinville Water District
Wright-Hennepin Coop Electric

Xcel Energy
XENOTRONICS COMPANY
Yes Energy Management/6255

## <u>EXHIBIT B</u>

**(Declaration of Kenneth Heimlich)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PARTY CITY HOLDCO INC., *et al.*,[1] | ) | Case No. 23-90005 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF KENNETH HEIMLICH IN SUPPORT OF**
**APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS TO RETAIN AND EMPLOY PACHULSKI STANG**
**ZIEHL & JONES LLP AS COUNSEL EFFECTIVE AS OF FEBRUARY 2, 2023**

Kenneth Heimlich, as authorized representative of the Committee, declare under penalty

of perjury as follows:

1.      I, Kenneth Heimlich, am the duly authorized representative of Spirit Realty, L.P.

Spirit Realty, L.P. was elected as one of two Co-Chairs of the Official Committee of Unsecured

Creditors (the "Committee") appointed in the above-referenced chapter 11 Cases (the "Cases")

of the above-captioned debtors (collectively the "Debtors").  I am authorized to submit this

declaration (the "Declaration") in support of the *Application of the Official Committee of*

*Unsecured Creditors to Retain and Employ Pachulski Stang Ziehl & Jones LLP as Counsel*

*Effective as of February 2, 2023* (the "Application") on behalf of the Committee.[2]

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Party City Holdco Inc. (9758); Amscan Custom Injection Molding, LLC (4238); Amscan Inc. (1359); Amscan Purple Sage, LLC (3514); Am-Source, LLC (8427); Anagram Eden Prairie Property Holdings LLC (8309); Party City Corporation (3692); Party City Holdings Inc. (3029); Party Horizon Inc. (5812); PC Intermediate Holdings, Inc. (1229); PC Nextco Finance, Inc. (2091); PC Nextco Holdings, LLC (7285); Print Appeal, Inc. (5932); and Trisar, Inc. (0659). The location of the Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

[2]    A capitalized term used but not defined herein shall have the meaning ascribed to it in the Application.

**The Committee's Selection of the Firm as Counsel**

2.      Pachulski Stang Ziehl & Jones LLP (the "Firm") is proposed to serve as counsel to the Committee.  The Committee recognizes that a review process is necessary in managing counsel to ensure that bankruptcy professionals are subject to the same scrutiny and accountability as professionals in non-bankruptcy engagements.  The review process utilized by the Committee here assessed potential committee counsel based on their expertise in the relevant legal issues and in similar proceedings, as well as the Firm's experience before this Court.

3.      On February 1, 2023, the Office of the United States Trustee (the "U.S. Trustee") appointed the Committee pursuant to section 1102 of the Bankruptcy Code. The Committee consists of the following seven (7) members: (i) Wilmington Trust, National Association; (ii) CEVA Freight, LLC; (iii) Trick or Treat Studios; (iv) Worthington Cylinder Corporation; (v) Easter Unlimited, Inc., D/B/A Funworld; (vi) SITE Centers Corp.; and (vii) Spirit Realty, L.P.

4.      On February 2, 2023, the Committee held a meeting and, among other things, voted to retain the Firm as its counsel, subject to Court approval.  The Committee believes that the Firm's extensive experience in corporate reorganizations, both out of court and under chapter 11 of the Bankruptcy Code, makes it well qualified to represent the Committee in these Cases in an efficient and timely manner.  Thus, the Committee decided to retain the Firm as the Committee's counsel during these Cases.

**Rate Structure**

5.      In my capacity as a Co-Chair of the Committee, I, and other members of the Committee, are responsible for supervising the Committee's professionals, including the Firm. The Firm has informed the Committee that its rates are consistent between bankruptcy representations, including related transactional and litigation services.  The Firm has informed

2

the Committee that its current hourly rates apply to non-bankruptcy services, if any, provided by the Firm.  I understand that the Firm does not maintain separate departments devoted to other legal practices different from the bankruptcy and insolvency areas.  I therefore understand that the Firm therefore does not have different billing rates and terms for non-bankruptcy engagements that can be compared to the billing rates and terms for the Committee's engagement of the Firm.

<u>**Cost Supervision**</u>

6.      The Committee will approve any prospective budget and staffing plan that may be filed by the Firm prior to it being filed, recognizing that, in the course of large chapter 11 Cases like these Cases, it is possible that there may be a number of unforeseen fees and expenses that will need to be addressed by the Committee and the Firm.  I further recognize that it is the Committee's responsibility to closely monitor the billing practices of their professionals to ensure the fees and expenses paid by the estates remain consistent with the Committee's expectations and the exigencies of the Cases.  The Committee will continue to review the invoices that the Firm regularly submits, and, together with the Firm, periodically amend any budget and staffing plans, as the Cases develop.

[*Remainder of Page Intentionally Left Blank*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 3, 2023

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PARTY CITY HOLDCO INC.,** *ET AL.*

By: _ */s/ Kenneth Heimlich* _____
**Spirit Realty, L.P.**
    By: Kenneth Heimlich o/b/o Spirit General OP Holdings, LLC, a Delaware limited liability company, its general partner
    Its: One of its Co-Chairpersons


Solely in its capacity as Co-Chair of the Official Committee of Unsecured Creditors of Party City Holdco Inc., *et al.*, and not in any other capacity