IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PARTY CITY HOLDCO INC., *et al.*,[1] | ) | Case No. 23-90005 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

APPLICATION FOR AN ORDER AUTHORIZING THE
RETENTION AND EMPLOYMENT OF FTI CONSULTING, INC.
AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS EFFECTIVE AS OF FEBRUARY 2, 2023

---

**IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING. UNLESS OTHERWISE DIRECTED BY THE COURT, YOU MUST FILE YOUR RESPONSE ELECTRONICALLY AT HTTPS://ECF.TXSB.USCOURTS.GOV/ WITHIN TWENTY-ONE DAYS FROM THE DATE THIS MOTION WAS FILED.  IF YOU DO NOT HAVE ELECTRONIC FILING PRIVILEGES, YOU MUST FILE A WRITTEN OBJECTION THAT IS ACTUALLY RECEIVED BY THE CLERK WITHIN TWENTY-ONE DAYS FROM THE DATE THIS MOTION WAS FILED. OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

---

The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned

debtors and debtors in possession (collectively, the "Debtors") hereby moves the Court for entry

of an order under section 1103 of chapter 11 of title 11 of the United States Code (the "Bankruptcy

Code") approving this application (the "Application") and authorizing the employment and

retention of FTI Consulting, Inc. (together with its wholly owned subsidiaries, "FTI"), as financial

advisors for the Committee. In support of this Application, the Committee relies on the Declaration

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Party City Holdco Inc. (9758); Amscan Custom Injection Molding, LLC (4238); Amscan Inc. (1359); Amscan Purple Sage, LLC (3514); Am-Source, LLC (8427); Anagram Eden Prairie Property Holdings LLC (8309); Party City Corporation (3692); Party City Holdings Inc. (3029); Party Horizon Inc. (5812); PC Intermediate Holdings, Inc. (1229); PC Nextco Finance, Inc. (2091); PC Nextco Holdings, LLC (7285); Print Appeal, Inc. (5932); and Trisar, Inc. (0659). The location of the Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

of Clifford Zucker (the "Zucker Declaration"), filed contemporaneously herewith and attached hereto as **Exhibit B**, and respectfully states as follows:

**Jurisdiction and Venue**

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. Venue of these proceedings and this Application is proper in this district pursuant to 28 U.S.C. § 1408.

3. The predicates for the relief sought herein are Bankruptcy Code sections 328(a) and 1103(a), Rules 2014(a) and 2016(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Bankruptcy Local Rules (the "Local Rules").

**Background**

**A.  General Background**

4. On January 17, 2023 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in this Court. The Debtors continue to operate their businesses and manage their assets as debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108. No request for appointment of a trustee or examiner has been made in these chapter 11 cases.

5. On February 1, 2023, the Office of the United States Trustee for Region 7 (the "U.S. Trustee") filed the Notice of Appointment of Committee of Unsecured Creditors [Docket No. 289]. The Committee members are:

 a)  Wilmington Trust, National Association;

 b)  CEVA Freight LLC;

 c)  Trick or Treat Studios;

d) Worthington Cylinder Corporation;

e) Easter Unlimited Inc. D/B/A Funworld;

f) SITE Centers Corp., and;

g) Spirit Realty L.P.

6.      On February 2, 2023, the Committee selected FTI as its financial advisor.

## B. FTI's Qualifications

7.      FTI provides services in areas ranging from corporate finance and interim management to economic consulting, forensic and litigation consulting, strategic communications, and technology. FTI's clients include many of the world's largest public companies and majorities of the twenty-five largest banks and one-hundred largest law firms in the world. FTI's expertise includes liquidity and capital structure assessment, debt and equity restructuring advice, and identification of reorganization alternatives.

8.      The Committee is familiar with FTI's professional standing and reputation. FTI has considerable experience in providing financial advisory services in restructurings and reorganizations and enjoys an excellent reputation for the results it has obtained for debtors and creditors in chapter 11 cases throughout the United States. The Committee requires FTI's services to enable it to assess and monitor the efforts of the Debtors and their professional advisors to maximize the value of their estates and to reorganize successfully. Finally, FTI is well qualified and able to represent the Committee in a cost-effective, efficient, and timely manner.

## C. Services to be Rendered

9.      FTI will provide such financial advisory services to the Committee and its legal advisor as they deem appropriate and feasible to advise the Committee in the course of these chapter 11 cases, including, but not limited to, the following:

- Assistance in the review of financial related disclosures required by the Court, including the

Schedules of Assets and Liabilities, the Statement of Financial Affairs and Monthly Operating Reports;

- Assistance in the preparation of analyses required to assess any proposed Debtor-In-Possession ("DIP") financing or use of cash collateral;

- Assistance with the assessment and monitoring of the Debtors' short term cash flow, liquidity, and operating results;

- Assistance with the review of the Debtors' proposed employee compensation and benefits programs;

- Assistance with the review of the Debtors' potential disposition or liquidation of both core and non-core assets;

- Assistance with the review of the Debtors' cost/benefit analysis with respect to the affirmation or rejection of various executory contracts and leases;

- Assistance with the review of the Debtors' identification of potential cost savings, including overhead and operating expense reductions and efficiency improvements;

- Assistance in the review and monitoring of any asset sale process, including, but not limited to an assessment of the adequacy of the marketing process, completeness of any buyer lists, review and quantifications of any bids;

- Assistance with review of any tax issues associated with, but not limited to, claims/stock trading, preservation of net operating losses, refunds due to the Debtors, plans of reorganization, and asset sales;

- Assistance in the review of the claims reconciliation and estimation process;

- Assistance with the review of the Debtors' corporate structure, including analysis of intercompany activities, cost and tax allocations, and related claims;

- Assistance with analyzing value waterfalls and potential recoveries with respect to any proposed plan of reorganization;

- Assistance in the review of other financial information prepared by the Debtors, including, but not limited to, cash flow projections and budgets, business plans, cash receipts and disbursement analysis, asset and liability analysis, and the economic analysis of proposed transactions for which Court approval is sought;

- Attendance at meetings and assistance in discussions with the Debtors, potential investors, banks, other secured lenders, ad hoc creditor groups, the Committee and any other official committees organized in these chapter 11 proceedings, the U.S. Trustee, other parties in interest and professionals hired by the same, as requested;

- Assistance in the review and/or preparation of information and analysis necessary for the confirmation of a plan and related disclosure statement in these chapter 11 proceedings;

- Assistance in the evaluation and analysis of avoidance actions, including fraudulent conveyances and preferential transfers;

- Assistance in the prosecution of Committee responses/objections to the Debtors' motions, including attendance at depositions and provision of expert reports/testimony on case issues as required by the Committee; and

- Render such other general business consulting or such other assistance as the Committee or its counsel may deem necessary that are consistent with the role of a financial advisor and not duplicative of services provided by other professionals in this proceeding.

### D.  FTI's Eligibility for Employment

10.     FTI has informed the Committee that, to the best of FTI's knowledge, information, and belief, other than as set forth in the Zucker Declaration, FTI: (a) has no connection with the Debtors, their creditors, their equity security holders, or other parties in interest or their respective attorneys or accountants, the U.S. Trustee, any person employed in the office of the U.S. Trustee, or any United States district judge or bankruptcy judge in this district in any matter related to the Debtors or their estates; (b) does not hold any interest adverse to the Debtors' estates; and (c) believes that it is a "disinterested person" as that term is defined in Bankruptcy Code section 101(14). FTI has not provided, and will not provide, any professional services to the Debtors, any of the creditors, other parties-in-interest, or their respective attorneys and accountants with regard to any matter related to these chapter 11 cases. If any new material facts or relationships are discovered or arise, FTI will inform the Court as required by Bankruptcy Rule 2014(a).

11.     FTI has agreed not to share with any person or firm the compensation to be paid for professional services rendered in connection with these cases.

### E.  Terms of Retention

12.     FTI is not owed any amounts with respect to pre-petition fees and expenses.

13.     The Committee understands that FTI intends to apply to the Court for allowances

of compensation and reimbursement of expenses for its financial advisory services in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any orders of this Court.

14.     FTI seeks to be compensated on an hourly-fee basis, plus reimbursement of actual and necessary expenses incurred by FTI. Actual and necessary expenses would include any reasonable legal fees incurred by FTI related to FTI's retention or preparation of fee applications in these cases, subject to Court approval. FTI understands that interim and final fee awards are subject to approval by this Court.

15.     The customary hourly rates, subject to periodic adjustments, charged by FTI professionals anticipated to be assigned to this case are as follows:

| United States | Per Hour (USD) |
|---|---|
| Senior Managing Directors | $1,045 - $1,495 |
| Directors / Senior Directors / Managing Directors | $785 - $1,055 |
| Consultants/Senior Consultants | $435 -  $750 |
| Administrative / Paraprofessionals | $175 -  $325 |

16.     FTI will maintain records in support of any actual, necessary costs and expenses incurred in connection with the rendering of its services in these chapter 11 cases. In the event FTI seeks reimbursement for attorneys' fees during the term of the Debtors' chapter 11 cases, FTI will include the applicable invoices and supporting time records from such attorneys (in summary form and redacted for privilege and work product). Such attorneys do not need to have been retained under Bankruptcy Code section 327.

17.     FTI believes that the foregoing fee structure and terms are reasonable and comparable to those generally charged by financial advisors and consultants of similar stature to FTI for comparable engagements, both in and out of chapter 11.

## F. Indemnification

18.     In addition to the foregoing, and as a material part of the consideration for the

agreement of FTI to furnish services to the Committee pursuant to the terms of this Application, FTI believes that the following indemnification terms are customary and reasonable for financial advisors in chapter 11 cases:

    a.    subject to the provisions of subparagraphs (b) and (c) below and approval of the Court, the Debtors are authorized to indemnify, and shall indemnify, FTI for any claims arising from, related to, or in connection with FTI's engagement under this Application, but not for any claim arising from, related to, or in connection with FTI's performance of any other services other than those in connection with the engagement, unless such services and indemnification therefor are approved by this Court; and

    b.    the Debtors shall have no obligation to indemnify FTI for any claim or expense that is either (i) judicially determined (the determination having become final) to have arisen primarily from FTI's gross negligence, willful misconduct, breach of fiduciary duty (if any), bad faith, or fraud, unless the Court determines that indemnification would be permissible pursuant to applicable law, or (ii) settled prior to a judicial determination as to FTI's gross negligence, willful misconduct, breach of fiduciary duty (if any), bad faith, or fraud, but determined by this Court, after notice and a hearing, to be a claim or expense for which FTI is not entitled to receive indemnity under the terms of this Application; and

    c.    if, before the earlier of (i) the entry of an order confirming a chapter 11 plan in these cases (that order having become a final order no longer subject to appeal), and (ii) the entry of an order closing these chapter 11 cases, FTI believes that it is entitled to the payment of any amounts by the Debtors on account of the Debtors' indemnification obligations under the Application, including, without limitation, the advancement of defense costs, FTI must file an application in this Court, and the Debtors may not pay any such amounts to FTI before the entry of an order by this Court approving the payment. This subparagraph (c) is intended only to specify the period of time under which the Court shall have jurisdiction over any request for fees and expenses by FTI for indemnification, and not as a provision limiting the duration of the Debtors' obligation to indemnify FTI.

The Committee believes that indemnification is customary and reasonable for financial advisors in chapter 11 proceedings. *See In re Joan & David Halpern, Inc.*, 248 B.R. 43 (Bankr. S.D.N.Y. 2000).

## **Relief Requested**

    19.    By this Application, the Committee seeks entry of an order, substantially in the

form attached hereto as **Exhibit A**, authorizing the Committee to employ and retain FTI as its financial advisor pursuant to Bankruptcy Code section 1103.

**Basis for Relief Requested**

20.     The Committee seeks approval of the Application pursuant to Bankruptcy Code section 1103. Bankruptcy Code section 1103(a) provides, in relevant part, that a creditors' committee, with the Court's approval, "may select and authorize the employment by such committee of one or more attorneys, accountants, or other agents, to represent or perform services for such committee." 11 U.S.C. § 1103(a). The employment of FTI and its professionals by the Committee are reasonable and in line with the terms and conditions typical for engagements of this size and character. Because the Committee will require substantial assistance with these chapter 11 cases, it is reasonable for the Committee to seek to employ and retain FTI to serve as its financial advisor on the terms and conditions in this Application.

21.     Bankruptcy Code section 328(a) provides, in relevant part, that the Committee "with the court's approval, may employ or authorize the employment of a professional person under section 327 or 1103 . . . on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed or percentage fee basis, or on a contingent fee basis." 11 U.S.C. § 328(a).

22.     FTI's fee structure is fair and reasonable in light of the services being provided and commensurate with the fee structures  generally offered by firms of similar stature to FTI for comparable engagements.  In addition,  given the numerous issues FTI may need to address during these chapter 11 cases, FTI's commitment to the variable level of time and effort  necessary to address all such related issues as they arise, and the market prices for FTI's services  for engagements of this nature in an out-of-court context, the Committee has determined that the FTI

fee arrangement is fair and reasonable.

23.     Finally, to the best of the Committee's knowledge, information, and belief, FTI does not have any interest materially adverse to the Debtors' estates or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason. Further, the Committee understands that FTI believes it is disinterested because, to the best of FTI's knowledge, information, and belief, FTI has no connection with the Debtors, their creditors, or any other party-in-interest, except as disclosed in the Zucker Declaration.

## No Duplication of Services

24.     The services that FTI will provide to the Committee will be appropriately directed by the Committee and its counsel so as to avoid duplication of efforts among the other professionals retained in these chapter 11 cases and performed in accordance with applicable standards of the profession. FTI will work collaboratively with the Committee and other professionals employed by the Committee to avoid duplication of services. The Committee believes that the services to be provided by FTI will complement and will not be duplicative of any services of the Committee's other professionals.

## No Prior Request

25.     No prior Application for the relief requested herein has been made to this or any other Court.

## Notice

26.     Notice of this Application has been provided to all parties listed on the Debtors' Master Service List. The Committee submits that, in light of the nature of the relief requested, no other or further notice need be given.

WHEREFORE, the Committee respectfully requests that the Court enter an order, substantially in the form attached hereto, authorizing the Committee to employ and retain FTI as financial advisors for the Committee for the purposes set forth above, effective as of February 2, 2023, and grant such further relief as is just and proper.

Dated: March 3, 2023

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PARTY CITY HOLDCO INC.,** *ET AL.*

By: _/s/ Rita Marie Rotrovato_____
**Wilmington Trust, National Association**
    By: Rita Marie Ritrovato

Solely in its capacity as Co-Chair of the Official Committee of Unsecured Creditors of Party City Holdco Inc., *et al.*, and not in any other capacity[2]

Dated: March 3, 2023

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PARTY CITY HOLDCO INC.,** *ET AL.*

By: _/s/ Kenneth Heimlich_____
**Spirit Realty, L.P.**
    By: Kenneth Heimlich o/b/o Spirit General OP Holdings, LLC, a Delaware limited liability company, its general partner

Solely in its capacity as Co-Chair of the Official Committee of Unsecured Creditors of Party City Holdco Inc., *et al.*, and not in any other capacity[2]

---

[2] Except as otherwise provided in this Application, I have made the statements herein on information and belief and in reliance on statements made to me by the Committee and its professionals.

## EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **PARTY CITY HOLDCO INC.,** *et al.*,[1] | ) | **Case No. 23-90005 (DRJ)** |
| | ) | |
| Debtors. | ) | **(Jointly Administered)** |

ORDER AUTHORIZING RETENTION OF
FTI CONSULTING, INC. AS FINANCIAL ADVISOR FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF FEBRUARY 2, 2023

Upon the application (the "Application") of the Official Committee of Unsecured Creditors

(the "Committee") of the above-captioned debtors and debtors in possession (collectively, the

"Debtors"), for an order under Bankruptcy Code section 1103 authorizing the Committee to retain

FTI Consulting, Inc. (together with its wholly owned subsidiaries, "FTI"), as financial advisors;

and upon the Zucker Declaration[2] in support of the Application; and due and adequate notice of

the Application having been given; and it appearing that no other notice need be given; and it

appearing that FTI neither holds nor represents any interest adverse to the Debtors' estates; and it

appearing that FTI is "disinterested," as that term is defined in Bankruptcy Code section 101(14);

and it appearing that the relief requested in the Application is in the best interest of the Committee

and the Debtors' estates, after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED:

1.      The Application is granted as set forth herein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Party City Holdco Inc. (9758); Amscan Custom Injection Molding, LLC (4238); Amscan Inc. (1359); Amscan Purple Sage, LLC (3514); Am-Source, LLC (8427); Anagram Eden Prairie Property Holdings LLC (8309); Party City Corporation (3692); Party City Holdings Inc. (3029); Party Horizon Inc. (5812); PC Intermediate Holdings, Inc. (1229); PC Nextco Finance, Inc. (2091); PC Nextco Holdings, LLC (7285); Print Appeal, Inc. (5932); and Trisar, Inc. (0659). The location of the Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

[2] Capitalized terms used in this order not otherwise defined have the meaning given to them in the Application.

2.     In accordance with Bankruptcy Code sections 328, 330 and 1103, Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 and 2016-1, the Committee is authorized to employ and retain FTI as its financial advisor effective as of February 2, 2023 on the terms set forth in the Application, except as limited or modified by this Order.

3.     FTI shall file interim and final fee applications for the allowance of compensation for services rendered and reimbursement of out-of-pocket expenses incurred in accordance with the procedures set forth in Bankruptcy Code sections 330 and 331, and applicable provisions of the Bankruptcy Rules, the Local Bankruptcy Rules, and any applicable procedures and orders of this Court. For billing purposes, FTI shall keep its time in one tenth (1/10) hour increments.

4.     In the event that, during the pendency of these Chapter 11 Cases, FTI seeks compensation and reimbursement of actual and necessary expenses, including for any attorneys' fees and expenses, the invoice and supporting time records from such attorneys, appropriately redacted to preserve applicable privileges, shall be included in FTI's fee application and such invoices and time records shall be in compliance with the Bankruptcy Local Rules and subject to approval of the Court under the standards of Bankruptcy Code 330 and 331, without regard to whether such attorney has been retained under Bankruptcy Code section 327; *provided, however*, that FTI shall not seek reimbursement from the Debtors' estates for any fees incurred in defending any of FTI's fee application in these Chapter 11 Cases.

5.     The following indemnification provisions are approved:

   a.   subject to the provisions of subparagraphs (b) and (c) below, the Debtors are authorized to indemnify, and shall indemnify, FTI for any claims arising from, related to, or in connection with the services to be provided by FTI as specified in the Application, but not for any claim arising from, related to, or in connection with FTI's performance of any other services other than those in connection with the engagement, unless such services and indemnification therefor are approved by this Court; and

   b.   the Debtors shall have no obligation to indemnify FTI for any claim or

2

expense that is either (i) judicially determined (the determination having become final) to have arisen primarily from FTI's gross negligence, willful misconduct, breach of fiduciary duty (if any), bad faith, or fraud, unless the Court determines that indemnification would be permissible pursuant to applicable law, or (ii) settled prior to a judicial determination as to FTI's gross negligence, willful misconduct, breach of fiduciary duty (if any), bad faith, or fraud, but determined by this Court, after notice and a hearing, to be a claim or expense for which FTI is not entitled to receive indemnity under the terms of this Order; and

c.  if, before the earlier of (i) the entry of an order confirming a chapter 11 plan in these cases (that order having become a final order no longer subject to appeal), and (ii) the entry of an order closing this chapter 11 case, FTI believes that it is entitled to the payment of any amounts by the Debtors on account of the Debtors' indemnification obligations under the Application, including, without limitation, the advancement of defense costs, FTI must file an application in this Court, and the Debtors may not pay any such amounts to FTI before the entry of an order by this Court approving the payment. This subparagraph (c) is intended only to specify the period of time under which the Court shall have jurisdiction over any request for fees and expenses by FTI for indemnification, and not as a provision limiting the duration of the Debtors' obligation to indemnify FTI.

6.     FTI shall provide ten (10) business days' notice to the Debtors, the U.S. Trustee, and the Committee before any increase in the hourly rates listed in the Application is implemented. The U.S. Trustee retains all rights to object to any rate increases on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

7.     Notwithstanding anything in the Application to the contrary, FTI shall, (a) to the extent FTI uses the services of independent or third-party contractors, subcontractors, or employees of foreign affiliates or subsidiaries (collectively, the "Contractors") in these Chapter 11 Cases, FTI shall pass-through the fees and costs of such Contractors to the Debtors at the same rate that FTI pays the Contractors, (b) seek reimbursement for actual costs only, (c) ensure that the Contractors are subject to the same conflict checks as required for FTI, and (d) file with the Court such disclosures required by Bankruptcy Rule 2014.

3

8.      FTI shall use its reasonable efforts, and coordinate with the Committee and their other retained professionals, to avoid any duplication of services provided by any of the Committee's other retained professionals.

9.      If there is any inconsistency between the terms of the Application, the Zucker Declaration, and this Order, this Order shall govern.

10.     This Court shall retain jurisdiction with respect to all matters arising or related to the implementation of this Order.

Dated:  March __, 2023

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

**<u>EXHIBIT B</u>**

**Zucker Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **PARTY CITY HOLDCO INC.,** *et al.*,[1] | ) | **Case No. 23-90005 (DRJ)** |
| | ) | |
| Debtors. | ) | **(Jointly Administered)** |

**DECLARATION OF CLIFFORD ZUCKER IN SUPPORT OF THE
APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION
AND EMPLOYMENT OF FTI CONSULTING, INC. AS FINANCIAL
ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Pursuant to 28 U.S.C. section 1746, Clifford Zucker, declares as follows:

1.      I am a Senior Managing Director with FTI Consulting, Inc. ("FTI"), an international consulting firm. I submit this declaration (the "Declaration") on behalf of FTI in support of the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order authorizing the employment and retention of FTI as financial advisor to the Committee under the terms and conditions set forth in the Application. I am generally familiar with the Bankruptcy Code and the Bankruptcy Rules. Except as otherwise noted, I have personal knowledge of the matters set forth herein, and, if called as a witness, I would testify thereto.[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Party City Holdco Inc. (9758); Amscan Custom Injection Molding, LLC (4238); Amscan Inc. (1359); Amscan Purple Sage, LLC (3514); Am-Source, LLC (8427); Anagram Eden Prairie Property Holdings LLC (8309); Party City Corporation (3692); Party City Holdings Inc. (3029); Party Horizon Inc. (5812); PC Intermediate Holdings, Inc. (1229); PC Nextco Finance, Inc. (2091); PC Nextco Holdings, LLC (7285); Print Appeal, Inc. (5932); and Trisar, Inc. (0659). The location of the Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

[2] Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at FTI and are based on information provided by them.

**Disinterestedness and Eligibility**

2.        In connection with the preparation of this Declaration, FTI conducted a review of its contacts with the Debtors, their affiliates, and certain entities holding large claims against, or equity interests in, the Debtors that were made reasonably known to FTI by the Debtors. A listing of the parties reviewed is reflected on **Exhibit A** to this Declaration. FTI's review, completed under my supervision, consisted of a query of the Exhibit A parties within an internal computer database[3] containing names of individuals and entities that are present or recent former clients. A listing of such relationships that FTI identified during this process is set forth on **Exhibit B** to this Declaration.

3.        FTI modified the list of parties in interest received from the Debtors to eliminate duplicates and unidentifiable entities in certain categories related to governmental entities (collectively, the "Tax Categories").[4] FTI's client database, however, does separately identify governmental entities, and a list of governmental entities that are current FTI clients are identified hereon on **Exhibit C**. None of the matters for the governmental entity clients listed on Exhibit C relate to the Debtors or their chapter 11 cases.

4.        Based on the results of its review, except as otherwise discussed herein, FTI does not have a relationship with any of the parties on Exhibit A or Exhibit C in matters related to the Debtors or these proceedings. FTI has provided, and could reasonably expect to continue to provide, services unrelated to the Debtors' cases for the various entities shown on Exhibit B and Exhibit C. FTI's assistance to these parties has been related to providing various financial restructuring, litigation support, technology, strategic communications, and economic consulting

---

[3]  For the avoidance of doubt, FTI's computer database covers FTI Consulting, Inc. and its wholly owned subsidiaries globally.

[4]  Business and Other Fees and Taxes, Property Taxes, State Level Department of Unclaimed Property (collectively, the "Tax Categories").

services. To the best of my knowledge and except as otherwise disclosed herein, no services have been provided to these parties in interest that involve their rights in the Debtors' cases, nor does FTI's involvement in these cases compromise its ability to continue such consulting services.

5.      In addition to the relationships disclosed on Exhibit B, FTI discloses the following:

- Between August 2019 and March 2021, FTI Technology, LLC ("FTI Technology"), a wholly owned subsidiary of FTI, provided electronic discovery services to Debtor Party City Corporation in connection with an employment discrimination lawsuit. Neither FTI nor FTI Technology are owed any amounts by the Debtors with respect to this engagement or otherwise.

- It is my understanding that certain affiliates of Duke Energy Corporation are utility providers in connection with the Debtors' chapter 11 cases. Nicholas C. Fanandakis, a member of the board of directors of FTI Consulting, Inc., is also a member of the board of directors of Duke Energy Corporation. To the best of my knowledge, Mr. Fanandakis does not have any professional involvement in this matter in any capacity.

6.      As part of its diverse practice, FTI appears in numerous cases, proceedings, and transactions that involve many different professionals, including attorneys, accountants, and financial consultants, who may represent claimants and parties-in-interest in the Debtors' chapter 11 cases. Also, FTI has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by several attorneys and law firms, some of whom may be involved in these proceedings. In addition, FTI has in the past, may currently, and will likely in the future be working with or against other professionals involved in these chapter 11 cases in matters unrelated to the Debtors and these cases. Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests adverse to the Debtors' estates and none are in connection with the Debtors' chapter 11 cases.

7.      FTI is not a "creditor" of any of the Debtors within the meaning of Bankruptcy Code section 101(10). Further, neither I, nor any other member of the FTI engagement team

serving the Committee, to the best of my knowledge, (a) is a creditor, equity security holder, or insider of the Debtors; (b) is or has been within two years before the Petition Date, a director, officer, or employee of the Debtors; or (c) has any interest materially adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason. As such, to the best of my knowledge, and based upon the results of the relationship search described above and disclosed herein, FTI (i) is a "disinterested person" as defined in Bankruptcy Code section 101(14) and (ii) does not hold or represent any interest adverse to the Debtors' estates. Therefore, FTI believes it is eligible to be employed by the Committee under Bankruptcy Code section 1103.

8.      It is FTI's policy and intent to update and expand its ongoing relationship search for additional parties in interest in an expedient manner. If any new material relevant facts or relationships are discovered or arise, FTI will file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

## Professional Compensation

9.      Subject to Court approval and in accordance with the applicable provisions of the Bankruptcy Code, Bankruptcy Rules, the local rules of this District, and any applicable orders of this Court, FTI will seek payment for compensation on an hourly basis, plus reimbursement of actual and necessary expenses incurred by FTI, including legal fees related to the preparation of the Application (if any), as approved by the Court. FTI's customary hourly rates as charged in bankruptcy and non-bankruptcy matters of this type by the professionals assigned to this engagement are outlined in the Application. These hourly rates are adjusted periodically, typically on an annual basis. I believe that the fee structure as set forth in the Application is reasonable and

comparable to those generally charged by financial advisors and consultants of similar stature to FTI for comparable engagements, both in and out of chapter 11.

10.     To the extent FTI utilizes independent or third-party contractors or subcontractors (the "Contractors") in the provision of services to the Committee, FTI will (i) pass through the fees of such Contractors at the same rate that FTI pays the Contractors and (ii) seek reimbursement for actual costs of the Contractors only. In addition, FTI will ensure that each Contractor will file a separate declaration evidencing its disinterestedness in these chapter 11 cases as required by the Bankruptcy Code and Bankruptcy Rules.

11.     According to FTI's books and records, during the ninety days before the Petition Date, FTI did not receive any payments from the Debtors.

12.     To the best of my knowledge, (a) no commitments have been made or received by FTI with respect to compensation or payment in connection with these cases other than in accordance with the provisions of the Bankruptcy Code and (b) FTI has no agreement with any other entity to share with such entity any compensation received by FTI in connection with these chapter 11 cases.

## **No Duplication of Services**

13.     The Committee and FTI intend that FTI's services will be appropriately directed by the Committee so as to avoid duplication of efforts among the other professionals retained by the Committee in these chapter 11 cases and performed in accordance with applicable standards of the profession. FTI will work collaboratively with the Committee's other professionals to avoid duplication of services among professionals. I believe that the services to be provided by FTI will complement and will not be duplicative of any services of the Committee's other professionals.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2023.        _/s/ Clifford Zucker_____
                                   Clifford Zucker

## EXHIBIT A

### Parties-in-Interest Reviewed for Current and Recent Former Relationships

**Debtor - Filing Entities**
Party City Holdco Inc.
Amscan Custom Injection Molding, LLC
Amscan Inc.
Amscan Purple Sage, LLC
Am-Source, LLC
Anagram Eden Prairie Property Holdings LLC
Party City Corporation
Party City Holdings Inc
Party Horizon Inc.
PC Intermediate Holdings, Inc.
PC Nextco Finance, Inc.
PC Nextco Holdings, LLC
PC Topco Holdings, Inc.
Print Appeal, Inc
Trisar, Inc.

**Non-Debtor Affiliate**
Amscan Asia Limited
Amscan de Mexico S.A. de C.V.
Amscan Mauritius Company Limited
Amscan Party Goods Pty Limited
Amscan Summerhouse Holdings Limited
Baja Pacific Paper S. de R.L. de C.V.
Eastlake Manufacturing de Mexico S.A. de C.V.
Festival SA
Granmark, S.A. de C.V.
Guagzhou Christy Trading Company Limited
PCHI Asia Limited

**Debtors' Bankruptcy Professionals**
A&G Realty Partners, LLC
AlixPartners LLP
Kekst CNC
Korn Ferry
Kroll
Kroll Restructuring Administration LLC
Moelis & Company
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Porter Hedges LLP

**Current D&O**
Alsfine, Joel
Alsfine, Joel A.
Amscan Inc
Capela, John

Collins, Steven
Collins, Steven J.
Conroy, James
Conroy, James, G.
Creekmuir, William
Creekmuir, William S.
Dodds-Brown, Sarah
Fleiss, Jennifer
Frascotti, John
Frascotti, John A.
Graziano, Cheryl
Heller, Ian
Kulikowsky, Denise
Matthews, Norman S.
Millstone-Shroff, Michelle
Rasch, Reginald
Tabet, Gabi
Thompson, Sean
Vogensen, Todd
Weston, Bradley
Weston, Bradley M.

**Former D&O**
Bill Goodwin
James Harrison
Joseph Hennigan
Lisa K. Klinger
Michael A. Correale
Morry J. Weiss
Smith, Peter
Todd M. Abbrecht
Willard Finch

**Franchisee**
Abston Enterprises, Inc.
Aiko Party, Inc.
Aiko, Inc.
Burlington Levcor-Harvest
Culebra Party Company, LLC
DeZavala Party Company, LLC
DJMJ Enterprises, Inc.
Dojo Enterprises, Inc.
Forum Party Company, LLC
Lasseter Enterprises, Inc.
Lisann Party Corp
LN and NN, LLC

M. Patel Enterprises, Inc.
Party City North
Party City of Arkansas, Inc.
Party City of Carmel Mountain, Inc.
Party City of Charleston, Inc.
Party City of Chesterfield, Inc.
Party City of Clairemont, Inc.
Party City of Hawaii, Inc.
Party City of Jacksonville, Inc.
Party City of Portland, Inc.
Party City of Puerto Rico, Inc.
Party City of Richmond, Inc.
Party City of Savannah, Inc.
Party City of Temecula, Inc.
Party City of Vancouver, Inc.
Party City of Whitestone Corporation
Party Supply Depot, Inc.
Partyworks Inc.
SJ Craig Corporation
Swalley Harrigill Enterprises, Inc.
SWM Party Company, LLC
Y & S Party, Inc.

**Equity Holder >1%**
BlackRock Fund Advisors
CAS Investment Partners LLC
Castleknight Management LP
Charles Schwab Investment Management, Inc.
Dendur Capital LP
Geode Capital Management LLC
JPMorgan Investment Management, Inc.
LPL Financial LLC
Masters Capital Management LLC
SSgA Funds Management, Inc.
The Vanguard Group, Inc.
Two Sigma Advisers LP
Two Sigma Investments LP

**Top Unsecured Creditor**
Ankura Trust Company, LLC
Dah Loong Development
Dentsu X LLC
CAC Specialty
Maryland Plastics Inc
Everts (Malaysia) SDN.BHD.
Salson Logistics
Mission Pets Inc
John Tyler Enterprises Inc.
McLane Company LLC
Sinomac International
Worthington Cylinder PA

King Zak Industries, Inc.
Kay Global Group Inc
ITS National LLC
Ningbo Jingcheng Plastic PRDTS-Market Union Co., Ltd.
Praxair Distribution Inc
Shipt Inc
Xinle Huabao Plastic Prdts Co
Ningbo Lilart IMP&EXP Co Ltd
Dancker LLC
Funworld
Zhejiang Xieli Science & Technology Co., Ltd
Zhejiang Xieli (CN)
Wuxi Raychina Intl Corp
Wing Hing Plastic Bags Ind. Co
Nassau Candy Distributors
Zhephyr Solutions
Terra Worldwide Logistics, LLC

**Official Creditors' Committee Members**
CEVA Freight, LLC
Easter Unlimited, Inc., D/B/A Funworld
SITE Centers Corp.
Spirit Realty. L.P.
Trick or Treat Studios
Wilmington Trust, National Association
Worthington Cylinder Corporation

**Official Creditors' Committee Attorneys**
Pachulski Stang Ziehl & Jones

**Official Creditors' Committee Members' Attorneys**
Ballard Spahr
Kelley Drye & Warren

**Attorney Generals**
Commonwealth of Puerto Rico
National Association of Attorneys General
State of Alabama Attorney General
State of Alaska Attorney General
State of Arizona Attorney General
State of Arkansas Attorney General
State of California Attorney General
State of Colorado Attorney General
State of Connecticut Attorney General
State of Delaware Attorney General
State of Florida Attorney General
State of Georgia Attorney General
State of Hawaii Attorney General
State of Idaho Attorney General

State of Illinois Attorney General
State of Indiana Attorney General
State of Iowa Attorney General
State of Kansas Attorney General
State of Kentucky Attorney General
State of Louisiana Attorney General
State of Maine Attorney General
State of Maryland Attorney General
State of Massachusetts Attorney General
State of Michigan Attorney General
State of Minnesota Attorney General
State of Mississippi Attorney General
State of Missouri Attorney General
State of Montana Attorney General
State of Nebraska Attorney General
State of Nevada Attorney General
State of New Hampshire Attorney General
State of New Jersey Attorney General
State of New Mexico Attorney General
State of New York Attorney General
State of North Carolina Attorney General
State of North Dakota Attorney General
State of Ohio Attorney General
State of Oklahoma Attorney General
State of Oregon Attorney General
State of Pennsylvania Attorney General
State of Rhode Island Attorney General
State of South Carolina Attorney General
State of South Dakota Attorney General
State of Tennessee Attorney General
State of Texas Attorney General
State of Utah Attorney General
State of Vermont Attorney General
State of Virginia Attorney General
State of Washington Attorney General
State of West Virginia Attorney General
State of Wisconsin Attorney General
State of Wyoming Attorney General
United States of America Attorney General
Washington DC Attorney General

**Banking Relationships**
Banc First
Bank of China
BBVA
BMO Harris Bank
BMOI
BNI
BOK Financial
China Construction Bank
China Merchant Bank

Citi Banamex
Community Bank, N.A.
Fidelity Bank (KS)
Fifth Third Bank
HSBC
HSBC Bank
JPMorgan Chase Bank
KeyBank
M&T Bank
MCB
Petty Cash
PNC Bank
RBS Citizens Bank
Regions Bank
Santander
Star Financial
TD Bank
Truist Financial
US Bank
Valley National Bank

**Capital/Operating Lessor**
Ryder Truck Rental, Inc.

**Consumer Protection Agencies**
State of Alabama Consumer Protection Division
State of Alaska Consumer Protection Unit
State of Arizona Consumer Information and
Complaints
State of Arkansas Consumer Protection Division
State of California Consumer Information
Division
State of Colorado Consumer Protection Section
State of Connecticut Consumer Protection
Division
State of Delaware Consumer Protection Division
State of Florida Consumer Protection Division
State of Georgia Consumer Protection Division
State of Hawaii Consumer Protection Division
State of Idaho Consumer Protection Division
State of Illinois Consumer Fraud Bureau
State of Indiana Consumer Protection Division
State of Iowa Consumer Protection Division
State of Kansas Consumer Protection Division
State of Kentucky Consumer Protection Division
State of Louisiana Consumer Protection Section
State of Maine Consumer Protection Division
State of Maryland Consumer Protection Division
State of Massachusetts Consumer Protection
Division
State of Michigan Consumer Protection Division

State of Minnesota Consumer Services Division
State of Mississippi Consumer Protection
Division
State of Missouri Consumer Protection Unit
State of Montana Office of Consumer Protection
State of Nebraska Consumer Protection Division
State of Nevada Consumer Protection Division
State of New Hampshire Consumer Protection
and Antitrust Bureau
State of New Jersey Consumer Affairs Division
State of New Mexico Consumer Protection
Division
State of New York Consumer Protection
Division
State of North Carolina Consumer Protection
Division
State of North Dakota Consumer Protection and
Antitrust Division
State of Ohio Consumer Protection Section
State of Oklahoma Consumer Protection
Division
State of Oregon Financial Fraud/Consumer
Protection Section
State of Pennsylvania Bureau of Consumer
Protection
State of Rhode Island Consumer Protection Unit
State of South Carolina Consumer Protection
Division
State of South Dakota Consumer Protection
Division
State of Tennessee Consumer Affairs Division
State of Texas Consumer Protection Division
State of Utah Consumer Protection Division
State of Vermont Consumer Protection Division
State of Virginia Consumer Protection Section
State of Washington Consumer Protection
Division
State of West Virginia Consumer Protection
Division
State of Wisconsin Consumer Bureau of
Consumer Protection
State of Wyoming Consumer Protection Unit
Washington DC Consumer Protection Division

**Custom and Import Duties**
U.S. Customs & Border Protection

**Customer Contract**
Airgas USA
Engie Resources LLC
Esko-Graphics Inc

Global Gases Group, FZE
Kellogg Company
Network-Value, Inc.
Oriental Trading Co
Perfetti Van Melle USA Inc.
PluralSight, Inc
Rakuten Commerce, LLC
Rite Aid Corporation
Vaso Group, LLC

**Department of Labor Noticing**
Alabama Department of Labor
Alaska Department of Labor and Workforce
Development
Arkansas Department of Labor
Colorado Department of Labor and Employment
Connecticut Department of Labor
Delaware Department of Labor
Department of Employment Services
Division of Labor Standards Enforcement and
the Office of the Labor Commissioner
Florida Division of Workforce Services
Georgia Department of Labor
Hawaii Department of Labor & Industrial
Relations
Idaho Department of Labor
Illinois Department of Labor
Indiana Department of Labor
Industrial Commission of Arizona
Iowa Labor Services Division
Kansas Department of Labor
Kentucky Labor Cabinet
Louisiana Workforce Commission
Maine Department of Labor
Maryland Department of Labor , Licensing and
Regulation
Massachusetts Executive Office of Labor &
Workforce Development
Massachusetts Fair Labor Division, Office of the
Attorney General
Michigan Department of Licensing and
Regulatory Affairs (LARA)
Minnesota Department of Labor and Industry
Mississippi Department of Employment Security
Missouri Labor and Industrial Relations
Commission
Montana Department of Labor and Industry
Nebraska Department of Labor
Nevada Department of Business and Industry
New Hampshire Department of Labor

New Jersey Department of Labor and Workforce
Development
New Mexico Department of Work Force
Solutions
New York Department of Labor
North Carolina Department of Labor
North Dakota Department of Labor
Ohio Department of Commerce
Oklahoma Department of Labor
Oregon Bureau of Labor and Industries
Pennsylvania Department of Labor and Industry
Rhode Island Department of Labor and Training
South Carolina Department of Labor, Licensing
& Regulations
South Dakota Department of Labor and
Regulation
Tennessee Depart. of Labor & Workforce
Development
Texas Workforce Commission
Utah Labor Commission
Vermont Department of Labor
Virginia Department of Labor and Industry
Washington Department of Labor and Industries
West Virginia Division of Labor
Wisconsin Department of Workforce
Development
Wyoming Department of Workforce Service

**Facility Agent/Trustee**
Ankura Trust Company, LLC
JP Morgan Chase Bank, N.A.
Wilmington Trust, National Association

**Federal Income Taxes**
Internal Revenue Service

**Independent Contractors**
Code And Theory
Coffey Group LLC
Crimson Blue Brand Consulting LLC
Elizabeth Mathews
Gibbons PC
Interior Architects Inc
LH Brand Management Consulting LLC
Logistic Concepts
M. McCambridge LLC
Martellus LLC
Mass Minority Inc
Pixel Paddock LLC
Precocity LLC
Russell Stammer

Strategiq Commerce LLC
Thomas J Reinbach

**Insurance Broker**
CAC Specialty
Willis Towers Watson

**Insurance Providers**
AIG
Allianz
Allianz (Firemans Fund)
Arch Insurance Company
ARK2
Aspen
Atrium
AXA XL
Axis
Beazley
Beazley Ins Co
Berkley
Berkley Insurance Company
Berkshire
Berkshire Hathaway Life Insurance Company of
Nebraska
Chubb
CNA
CORE (Starstone)
Crum & Forster Specialty Insurance Co.
Fidelis
Great American
Hallmark
Hanseatic
Houston Casualty Company (Tokio Marine)
Lex London
Liberty Mutual (Ohio Casualty)
Lloyds
Lloyds (XL)
Magna Carta
Markel (Evanston)
Markel BDA
Mitsui
Mitsui Sumitomo Insurance Company of
America
Munich Re
Navigators (The Hartford)
North Shore (Aspen)
Partner Re
RSUI
Starr
Steadfast (Zurich)
Steadfast Insurance Company

Travelers
Westfield
XL Bermuda
Zurich

**Lenders**
AllianceBernstein, L.P. (U.S.)
Amundi Asset Management U.S., Inc.
Angel Oak Capital Advisors, LLC
AQR Capital Management, LLC
Aviary Capital Enterprises, Inc.
Bank of America
Bank of Montreal
Bank of Nova Scotia
Barclays Bank, PLC
BlackRock Advisors, LLC
BMO Asset Management, Inc.
BNP Paribas Securities Corporation
BondBloxx Investment Management
Corporation
California Public Employees Retirement System
Capital Research & Management Company
(U.S.)
Carlyle Investment Management, LLC
CastleKnight Management, L.P.
Citigroup Global Markets, Inc.
Clearstream Bank
Concise Capital Management, L.P.
Craftsman Management, LLC
Credit Suisse
Davidson Kempner Capital Management, L.P.
DBX Advisors, LLC
Dendur Capital, L.P.
Dendur Capital, L.P.
Diameter Capital Partners, L.P.
E D & F Man Capital Markets Inc.
ED&F Man Capital Markets, Inc.
Ensign Peak Advisors, Inc.
Euroclear Bank
Fidelity Management & Research Company,
LLC
Fourteen Capital, L.P.
Franklin Advisers, Inc.
Goldman Sachs
GSO / Blackstone Liquid Credit Strategies, LLC
HSBC Bank PLC
Invesco Advisers, Inc.
J.P. Morgan Asset Management (UK), LTD
J.P. Morgan Chase Bank, N.A.
J.P. Morgan Investment Management, Inc.
J.P. Morgan Securities, LLC

JPMorgan Chase Bank, N.A.
Monarch Alternative Capital LP
J.V.B. Financial Group, LLC
Jane Street Capital, LLC
Kanen Wealth Management, LLC
Legal & General Investment Management, LTD
Littlejohn & Co., LLC
Longfellow Investment Management Company,
LLC
Lord, Abbett & Co., LLC
Lord, Abbett & Co., LLC (Asset Management)
Lorne Steinberg Wealth Management, Inc.
MacKay Shields, LLC
Macquarie Investment Management
Marathon Asset Management, L.P.
Mellon Investments Corporation
Mirabaud Asset Management, LTD
Mont Blanc Capital Management AG
MSD Partners L.P.
MUFG Union Bank
New Jersey Division of Investment
Ninety One UK, LTD
Nomura Corporate Research and Asset
Management, Inc. (U.S.)
Northern Trust Investments, Inc.
Northwestern Mutual Investment Management
Company, LLC
PensionDanmark
Pentwater Capital Management, L.P.
Riva Ridge Capital Management, L.P.
Ryan Labs Asset Management Inc.
Siemens
Silver Point Capital, L.P. (U.S.)
State Street Global Advisors (SSGA)
TD Bank, N.A.
UBS Securities, LLC
Universal-Investment GmbH
Wells Fargo Bank
Wells Fargo Securities, LLC
Western Asset Management Company, LLC
Westwood Management Corporation (Texas)

**Letter of Credit issuers and beneficiaries**
American Alternative Insurance Group
Avalon
Latex Occidental
Liberty Mutual
National Union Fire Insurance
SIG 100 TICE
United Parcel Service of America

**Licensing Contract Counterparty**
Aniplex
Avanti
BBC
Big mouth
Cartel Entertainment Inc
Casco Development
CCS Rights Management Corp
Creditntell
Dish
Disney
Dr Seuss Enterprises
Fanatics (NFLPA Sublicense)
General Mills-
Hasbro-Multi
Infor (US), LLC
Information Clearinghouse LLC
LEGO Systems
Lucas
Major League Baseball Teams
Make-A-Wish Foundation of America
Marvel
Mattel
MGA
MGM
MLB Players
Moonbug Ent.
Morphsuits (AFG Media LTD)
MTVN
NBA
NBA Players Assoc
NBC Universal
Nelvana Marketing
Netflix CPX LLC
NFL Canada/MX
NFL USA Teams &Superbowl
NHL
Nintendo
Non Tourage
Pokemon
Rasta Imposta
San Diego Gas & Electric Company
Sanrio
Sega
Sesame
Sesame Workshop
Sony Interactive
Sony Pic Consumer Prod Inc.
Tablevogue
Toei Animation Inc
TrashCo

Turbonomic, Inc.
Ubisoft Inc
Universal
VIZ Media
Warner Brothers
Windy City

**Litigation**
Aguilar, Katie
Aguilar-Aguirre, Maribely
Albers, Laura
Alls-Paden, Roxanne
Alvarez, Aiden
Barham, Ketura
Bennet, Carla
Bernard, Marie
Bernard, Marie, D
Bhattari, Ruma
Boyer, Karen, J
Brewton, Tiffani
Brooks, Angela
Brown, Anita
Brown, Dinithia
Brown, Katrina
Brown-Otis, Barbara
Brown-Otis, Barbara, J
Butler, Nona
Cabrera, Sara
Campos, Virginia
Caseria, Linda
Caseria, Linda, J
Castaneda, Kristen Marie
CEVA Logistics, U.S. Inc.
Christian, Shaniquia
Cobb, Jonathan
Cohan, Howard
Colecio, Yolanda
Commissioner of the Department of Workplace Standards
Corentto, Patricia
Corentto, Patricia, J
Council, Gabrielle
Crane, Marguerite
Darden, Teresa
Darden, Teresa, A
De-El-Carmen-Ve, Enriqueta
De-Jesus-Rodrigue
De-Jesus-Rodrigue, Gabriel
Deleone, Rebecca
De-Lugo, Dacia-Margarita
Diaz, Elizabeth

Dieffenbach, Karen
Dindia, Virgina
Druckenmiller, Cristie-Ann
Dunn, Stephen
Ecological Alliance, LLC
Equal Employment Opportunity Commission
Erickson, Frederick
Felton, Alecia
Gamble, Latoya
Garcia, Jason
Garcia, Kathy
Geiger, Mitzi
Gomes, Francoise
Guillen, Fanny
Hardy, Edward
Hardy, Edward, R
Harper, Christopher
Harrick, Diane
Haughton, Rena
HH Associates US, Inc.
Holton, Phyllis
Human Relations Commission, Louisville
Kentucky
Ibarra, Leticia
Innerworkings, Inc.
Jackson, Olga
Joniel Escalera
Juarbe, Joanna
Juarbe, Joanna, N
Kallander, Audrey
Keep America Safe and Beautiful
Kimberlee C. Perry - Department of Workplace
Standards
Kirkwood, Radrena
Krueger, Amanda
Lage, Maria
Lamarr, Sharon
Lueking, Xavier Antonio Vazquez
Marinita Sage Rancho, LLC
Mckenzie, Dina
Millilo, Angela
Millilo, Angela, F
Miranda, Noel
Nicola Flores
Nuno, Angela
NYS Department of Taxation and Finance
Oglesby, Daquan
Okh, Jamie
Pan Asia Pacific Supply Chain Co.
Panagako, Janice
Paramore, Tauras

Pong, Chi Kwan (Dennis)
Porter, Angela
Ramon Corrias
Raul, Karen, M
Roberts, Tyesha
Romancia Warne
Rubio, Ave M
S3G Technology LLC
Sanchez, Alina
Schlesinger, Davis
Schomecia Buford
Shelton, Beverly
Shelton, Beverly, J
Simpson, Stacey
Slescinger, Davis
Smith, Daejanna
Starks, Anita
State of California Department of Industrial
Relations, Plaintiff Nicole Flores
Stewart, Rose
Stewart, Rose, M
Thomas, Ruth
Thornton, Gia
Tinari, Rich
Toran, Gary
Vazquez, Albert
Warner, Romancia
Wisconsin Department of Workforce
Development Equal Rights Division
Yefima, Parvaneh Behshid
Zabala, Maria
Zabala, Maria, E

**Advisors to Litigations Parties**
Angie Rodgriguez
Anthony Scremin
Arie Sharim
Band Gates & Dramis Pl
Brian Burge
Butler, Norris & Gold
Carlos Velasquez
Chisholm Law Firm, Pllc
Christina Cervantes
Christina Killerlane
Christopher Ford
Christopher Perez
Daniel Bailey
Daniel Chehouri
Frank Cassisi
Gallagher Bassett
Gary Alweiss

Gaudin & Gaudin
GK Gruenberg Kelly Law Firm
Green Law Firm
Harold Dwin
Hughie Hunt
James Howes
Jeffrey Naffziger
Jim Adler
Jim Hartle
John J Phillips
John Meara
Jonathan Beiser
Jordan Wagner
Kanner & Pintaluga
Kass Ans Moses
Kirshner, Groff & Diaz, Attorneys At Law
Lampert Toohey & Rucci, LLC
Lance Bitterman
Law Office Of Timothy M. O'Donovan
Law Offices Of Jonathan D Mandell
Law Offices Of Robert A. Langendorf
Mark Decicco
Marwan Porter
Michael A Etkin & Associate
Michael Alder
Michael J. Wyatt Esq.
Neil Bhartia
Neil Crowley
Noah Trombly
Owen, Patterson, And Owen
Pena & Kahn Law Firm
Rinaldo And Rinaldo Associates LLC
Roderick C. Lopez, P.C.
Rome Clifford Katz & Koerner LLP
Rutberg Breslow Personal Injury Law
Schwed, Adams & McGinley
Shawn Hashemi
Shawn Stapleton
Siben & Siben
Stabinski & Funt, P.A
Steinger, Greene, & Feiner.
Stoloff & Manoff, P.A.
Sullivan & Galleshaw, LLP
The Killino Firm
The Law Office Of George Poulos
Tiffany Sabato
Troy Walker
Valerie Pedicone

**Non-Filing Guarantors**
Anagram Holdings, LLC

Anagram International, Inc.
Anagram International Holdings, Inc.

**Non-Guarantor Affiliates**
Amscan Asia Limited
Amscan Canada Inc
Amscan de Mexico SA de CV
Amscan Mauritius Company Limited
Amscan Party Goods Pty Limited
Amscan Summerhouse Holdings Limited
Baja Pacific Paper S de RL de CV
Convergram de Mexico S. De RL
Eastlake Manufacturing de Mexico SA de CV
Festival SA
Grandmark SA de CV
Guangzhou Christ Trading Company Limited
PCHI Asia Limited
Summerhouse Bidco Limited

**Operating Lessors**
Abel Womack
Abel Womack, Inc.
Advanced Imaging Solutions, Inc.
Allied Waste Systems, Inc.
ASSA Abloy Entrance Systems
BFG Corporation
Byline Financial Group
Canon Solutions America
Cardinal Carryor, Inc.
Churchill Container
Equipment Finance Group
Republic Services
Waste Management National Service, Inc.
Wells Fargo Bank, N.A.
Wittman Battenfeld, Inc.

**Ordinary Course Professionals**
Advantax
Allen & Overy LLP
Alston & Bird LLP
Andrew Dutton, Esq., P.C.
BDO
Bennett Jones LLP
Blank Rome LLP
Cahill Gordon & Reindel LLP
Campolo, Middleton & McCormick, LLP
Capitol Immigration Law Group PLLC
Computershare Governance Services Inc.
Constangy, Brooks, Smith & Prophete LLP
CSC (The Corporation Service Company)
Davis & Gilbert LLP

Diligent Corp.
Ernst & Young
Fitzgerald Yap Kreditor LLP
Fox Rothschild LLP
Gallo Vitucci Klar LLP
Gowling WLG (Canada) LLP
Grunfeld Desiderio Lebowitz Silverman & Klestadt LLP
Harter Secrest & Emery LLP
Honigman LLP
Infosys
JAMS, Inc.
Kivvit, LLC
Kurzman Eisenberg Corbin & Lever LLP
Leason Ellis LLP
Lewis Brisbois Bisgaard & Smith LLP
LexisNexis
Littler Mendelson PC
Loeb & Loeb LLP
McDermott Will & Emery
ONC Lawyers
Orrick, Herrington & Sutcliffe LLP
Osborne Clarke LLP
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Polsinelli, PC
PricewaterhouseCoopers
Reddin Masri
Refinitiv US LLC
Richard A. Gump Jr, P.C.
Rogers Joseph O'Donnell PLC
Ropes & Gray LLP
RR Donnelley
RSM
Sandler & Reiff, P.C.
Sandler, Travis & Rosenberg, P.A.
Santamarina y Steta, S.C.
Saul Ewing Arnstein & Lehr
Shaw Keller LLP
Shutts & Bowen LLP
Skadden, Arps, Slate, Meagher & Flom LLP
Source 44 LLC
Source Intelligence
Sutin, Thayer & Browne, P.C.
Taft Stettinius & Hollister LLP
The Corporation Service Company)
Weiner Law Group
Wilson, Robertson & Cornelius

**Other**
Berkeley Research Group, LLC
Davis Polk & Wardwell LLP

Houlihan Lokey Capital, Inc.
Lazard Group LLC
Milbank LLP
Simpson Thacher & Bartlett LLP

**Other Contract**
22squared, Inc.
3934381 Canada, Inc
4imprint, Inc.
Acadia.io LLC
Adobe
ADT Commercial
Aldine Isd
Aliano, Lisa
AlixPartners LLC
Allport Cargo Services USA Inc.
Aloft Louisville East Hotel
American Compressed Gases, Inc.
Ankura Trust Company
Ashley, Robert
AT&T Mobility National Accounts
AuditBoard, Inc.
Bank of America, N.A.
Bismarck Party & Paper, Inc.
Blue Yonder Group Inc.
BrightEdge Technologies Inc.
Brookshire Grocery Company
Burlington Levcor-Harvest, LLC
Canada Revenue Agency
Canadian Tire Corporation, Limited (CTC)
Cayan LLC
CBTS Technology Solutions, LLC
CCA & B LLC
CCH Incorporated
CDW Direct, LLC
Cellco Partnership
ChannelAdvisor Corp.
Chillicothe Clothe Shopping Center
Code and Theory LLC
Commerce Technologies, LLC
CommerceHub
Computershare Trust Company, N.A.
Computershare, Inc.
Connor Construction, LLC
Consolidated Transaction Processing LLC
Controladora Mexicana PC, S.A. de C.V.
Convergram de Mexico S. de R.L.
Convertidora Industrial, S.A.B. De C.V.
CoreTrust Purchasing Group
Corptax, Inc.
Courtyard by Marriott

CrowdStrike Services, Inc.
Cummins Sales & Service
Cycle Environment, Inc.
Deacon Construction
Dellurefico Vazquez, Alyssa
Deloitte Consulting LLP
DHR International
Dodge, Daisy
Donnelley Financial LLC
DP 78, LLC
Dr. Tzvi Small, M.D.
Drew Companies; Matilsky, Drew
Ehle, Marc
Encore Associates
EnviroProtect, LLC
Equipment Depot Kentucky, Inc.
Erving Industries, Inc.
Esko-Graphics Inc.
Europa Uno Trade Ukraine
Excess Space Retail Services, Inc
Federal Express Corporation (FedEx)
Flexo Wash LLC
Focal Point
Focal Point Data Risk
GAM Property Corp.
GEP Nye Inc.
Globe Logistics, Inc.
GM Northrup
Hans, John
Healthy Commerce, Inc.
HEBO Consulting Ltd.
Holden, Joanne
Honeywell
Horizon Retail Construction, Inc.
HP Inc.
Icon International, Inc.
Impulsora Euro S.A. de C.V.
Innisfree M&A Incorporated
Inte Q
Intelligrated Systems, LLC
International Business Machines Corp.
ISS Corporate Solutions, Inc.
J & H Party City, Inc.
J.R. Hoe & Sons
Jakks Pacific, Inc.
JPMorgan Chase Bank, N.A.
Klauber Brothers, Inc.
Koller, Tracey
Kount Inc.
Kupsch, John
LEGO Systems, Inc.

Lens Group LLC
Lens Group, LLC
Lewiston Realty Holdings, LLC.
Lift361
Lift361, LLC
Linde Gas & Equipment Inc.
Lisann Party Corp.
LiveArea
Lucent Health Solutions, LLC
Magic International Limited
Mapquest, Inc.
Marco Contractors, Inc.
Marriott Corporation
Martellus Group
Martellus, LLC
McClintock's Party City
McFarland, Aaron
Mehta, Guncha
Mexus CHB, Inc.
MGA Entertainment, Inc.
Michaels Stores, Inc.
Microsoft Corporation
Moelis & Company LLC
Moonbug Entertainment Limited
Morgan Hill Retail Venture L.P.
Morin, Barry
MSG Entertainment Group, LLC
NACM Commercial Services
Narvar, Inc.
New Jersey Economic Development Authority
Nextdoor, Inc.
Odyssey Logistics & Technology Corporation
O'Malley, Ryan
Oracle America, Inc.
Oriental Trading Company
OXARC Inc.
OXFO Corporation
Pan Asia Pacific Supply Chain Co., Ltd
Pan'an Good Luck Costume Co. LTD
Paper First Affiliates
Party City Holdings Inc.
Paymentech, LLC
Pinstripe Bowl, LLC
Playwire, LLC
Plesa, Ed
Polsinelli
POP Party Supply
Praxair Distribution, Inc.
Progressive Properties Inc.
Protection 1
Ramblin Corp. and Donco Paper

Relex Solutions (RELEX Oy)
RELX Inc.
Resorts World Las Vegas LLC
RioCan Holdings, Inc
RioSoft Holdings, Inc.
Rock Developments, Inc
Rol-Vac, LP
RPT Realty LP
Sabatelli, Monica
Saini, Sumita
Sandals Productions, LLC
Sanrio Inc.
Scamman, Bryan
Scarfone, Santo
Scheffer, Jason
Service Management Group, Inc.
SHI International Corp.
Shipp Distribution, LLC
Silvertop Associates Inc.
SimilarWeb, Inc.
Smigel, Sheva
Spin Master Toys Far East Ltd.
Spin Master, Inc.
Steelcase Inc.
Summer 1, LLC
Swanner, Angela
Tangle, Inc.
Target Corporation
Tealium Inc.
The Creative Partners Group, LLC.
The Heritage Group LLC
The Home Depot
The Louderback Group, LLC
The Lumistella Company
The MC Hotel
The OS Group LLC (RES)
The Pokemon Company International, Inc.
The Zimmerman Agency, LLC
Tom Rectenwald Construction, Inc.
Topco Associates, LLC
Toshiba Global Commerce Solutions
Uncle George Productions, LLC
United Parcel Service General Services Co.
Velocity, a Managed Services Company, Inc.
Verizon Wireless
Verst Group Logistics, Inc.
Viola, Jim
Vormittag Associates, Inc.
Walgreen Co.
Warner Bros. Pictures
WB Studio Enterprises Inc.

Weight Watchers
Wildflower Production LLC
WW North America Holdings, LLC
X-Rite, Inc.
Yusen Logistics (Australia) Ltd
Z100 Community Limited
ZOLL Medical Corporation

**Purchasing Contract Counterparty**
108-110 E. 116th St., LLC
AbeTech
Adobe Inc.
Alpha UX, Inc.
Alteryx, Inc.
Aras Corporation
Brite Computers
Canon Solutions America, Inc.
Charter Communications Operating, LLC
Charter Communications Operating, LLC
(Spectrum)
Condeco Software, Inc.
Data Clean Corporation
Demandware, Inc.
Demandware, LLC
DocuSign, Inc.
Donnelley Financial
DUO Security Inc.
Egnyte, Inc.
Ermetic, Inc.
Feedback Loop, Inc.
Flipp Corporation
Fuze, Inc.
HAProxy Technologies, LLC
HIghtail, Inc.
Intralinks, Inc.
Krux Digital, LLC
LinkedIn Corporation
Momentive Inc.
Monotype Imaging Inc.
Movable, Inc.
One Trust
Optimum
PluralSight, Inc.
PowerReviews, Inc.
Quorso US, Inc.
Reliant Info Security, Inc
Reliant Security, Inc.
Retail Logistics Excellence
Retransform
SailPoint Technologies, Inc.
Semrush, Inc.

Splunk Inc.
SPS Commerce, Inc.
Strategic Maintenance Solutions Inc.
SurveyMonkey
Tableau Software, LLC
Tele-Communication, Inc.
Tomax, LLC
Turner Construction Co
UnifiedCommunications.com
Zilker Technology, LLC
Zoom Video Communications

**Anagram Independent Director**
William Transier

**Real Estate Landlord**
1160-1170 Broadway, LLC
1220 Broadway LLC
14700 Baltimore Avenue Investors
1500 Highway 20 West, LLLP
1500 Rockville Pike, LLC
209-261 Junction Road Madison Investors LLC
260 Voice Road LLC
301-303 125th Street LLC
301-303 West 125 LLC
3415 N. Western LLC
3415 Western LLC
346 Route 10 Investors LLC
34th Street Associates/ACHS - Overlandlord
Duane Reed
34th Street Penn Association, LLC
3503 RP Waco Central LP
355 Frederick L.L.C
380 Towne Crossing, L.P.
4151 Sunset San Angelo LTD
4X Projects Company
4XS Project Co.
511 SR7 Owner, LLC
5300 W76 LLC
601 Baltimore Pike Assoc / Berger
601 Baltimore Pike Associates, LP
6201 Johnson, Inc
660 Columbus Retail Owner LLC
700 Jefferson Road II, LLC
724 R 202 Associates, L.L.C.
8095 Glades Road Associates LLC /
Investments Limited
8454 Steller Drive LLC
8801 Hazel Dell LLC
93 NYRPT, LLC
AAK Dobbin LLC

**Landlords' Attorneys**
Allen Matkins
Singer & Levick
Kutak Rock
Chapman and Cutler
Kasowitz Benson Torres

AAM-Greenbay Plaza, LLC
AAT Gateway Marketplace LLC
ABJ Group Advancement TX LLC
Abrams Development
ABS Management
ACF Property Management
ACHS Mngmt
ACPM Operations
Adele Sutton Trusts
AE Holdings I, LLC
AE Holdings I, LLC / Select Strategies
AGATE-93, LLC
Agree Davenport IA, LLC
Agree Limited Partnership
Agree Realty Corporation
All State Financial Company
Alpine Income Property OP, LP
Alto Conyers Plaza, LP
Amargosa Palmdale Investments, LLC
American Assets Trust Management
American Commercial Realty
American Continental Props
American Realty
American Realty Capital Retail Operating
Partnership, LP
Amirex Capital Services
Andrew Square 85 LLC
Andrews Rancho del Norte
Anneslie Center, LLC
ARC (American Realty Capital)
ARC ASANDSC001, LLC
ARC ASANDSCOO1 LLC
ARC BBLVSNV001 LLC
ARC CLORFL001, LLC
ARC CLORLFL001 LLC
ARC NCCHRNC001, LLC
ARC SMWMBFL001, LLC
ARC SRTULOK001, LLC
ARC SSSDLLA001, LLC

ARCP MT Austell GA LLC
ARD Cottman, LLC
ARD MacArthur, LLC
ARD West Whiteland LLC
Arep Baytown II Partners, LP
ARG ASALBGA001, LLC
ARG EWAUSGA001, LLC
ARG MCCOLIN001, LLC
ARG TTRALNC001, LLC
Arrowhead Center 01, LLC
A-S 85 Victory Lakes Town Center, LP
Asia Automotive America, Inc.
Asset Acquisitions, L.L.C.
Atascocita 1692 LLC
Athena Property Management
Atlantic Center Fort Greene Associates LP
Atlantic Center Fort Greene Associates, LLC
ATMF VI, L.L.C.
Attic Self Store, Inc.
Aventura Fashion Island, L.P.
Aviana Company II Ltd
Aviana Company LTD.
Avon West Associates III, LP.
AVR CPC Associates, LLC
Azalea Center LLC
AZT Corp.
AZT Corporation
B Comm
B Comm Realty LLC
B.H. 1713 Preston Road, LLC
B33 Centereach II LLC
B33 RE Partners Investments II
B33 Woodscreek Commons LLC
B33 Wrangleboro II LLC
Baldwin Commons, L.L.C
Bangor Parkade, Inc.
Barrywoods Holdings LLC
Bayer Properties
Bayshore Shopping Plaza Associates
BC Airport, LLC
BCPB LC
BDC Lodi Anchor LP
Bear Valley 2005, LLC
Bel Air Square LLC
Belden Park Delaware, LLC
Bella Terra Retail Associates, LLC
Bellingham North Main Street II, LLC
Belmar Mainstreet Holding
Belmar Mainstreet Holdings I, LLC
Benbrooke Ridge Partners
Benbrooke Ridge Partners, L.P.

Benderson Properties
Benderson Properties, Inc.
Benevento Properties, LLC
Berengaria
Berlin Newington Associates, LLC
BFW Associates, LLC
BFW/Howell Associates
Bianco Properties
Big V
Big V Properties
Big V Property
Birchwood Mall Associates, L.L.P.
BK 2920 / Latipac Commercial
BK 2920, LTD.
Blackstock Westside Associates, LLC
Blue Chip Properties, LLC
Bluerock Development, LLC
BMA Joliet Commons, LLC
BMA Joliet Commons, LLC/Berengaria
Boardwalk Round Rock LP
Boland Maloney Realty Co.
Bowles Village Center, LLP
Bradento I LLC
Branch Gainesville Associates
Branch Properties
Branch Properties, LLC
BRE DDR Cool Springs Pointe, LLC
BRE DDR IVA Millenia FL LLC
BRE DDR Merriam Town Center LLC
BRE RC Southpark Meadows II TX LP
BRE RC Southpark Meadows/ c/o ShopCore
Properties
BRE Retail Residual Owner I LLC
Brea Union Partners Plaza I, LLC
Brea Union Partners Plaza LLC
Brentwood Plaza
Brentwood Plaza LLC
Breslin Realty
Briarcliff Village
Bridgewater Falls Station
Brier Creek Commons, LLC
Brighton Holdings, LLC
Bristol Center Holding LP
Bristol Place Investments LP
Bristol Retail XV, LLC
Brixmor Elmhurst Crossing LLC
Brixmor GA Chicopee Marketplace LLC
Brixmor GA Cobblestone Village at St.
Augustine LLC
Brixmor GA Southland Shopping Center LLC
Brixmor GA Waterford Commons LLC

Brixmor GA Waterford Commons LP
Brixmor GA Westminster LLC
Brixmor GA Wilkes-Barre LP
Brixmor Heritage Square LLC
Brixmor Holdings 10 SPE, LLC
Brixmor Metro 580 SC, L.P.
Brixmor New Centre LP
Brixmor Park Shore SC LLC
Brixmor Property Group
Brixmor Property Owner II, LLC
Brixmor Residual Dickson City Crossings LLC
Brixmor SPE 3, LLC
Brixmor SPE 4 LP
Brixmor Warminster SPE LLC
Brixmor Wendover Place LP
Brixmor Winwood Town Center LLC
Brixmor/IA Central Station, LLC
Brixmor/IA Southfield (MI) SC LLC
Brixmor/IA Southfield Plaza, LLC
Brixmor-Lakes Crossing, LLC
Brixton Everett LLC
BRM Parkway Center, Inc.
Broad Creek PH I, LLC
Broad Street Realty
Broadstone Marketplace LLC
Broadway Crossings II, LLC
Broadway Pavilion, LLC
Brody Co, Inc.
Brook Highland SC LLC
Browman
Browman Development
BSV Spotswood, LLC
Bull Run Plaza LLC
Burleson Gateway Station LP
Burlington Crossroads (E&A), LLC
Burlington Retail, LLC
Burnham USA Equities, Inc
BVA Promenade LLC
BVA SPM SPE LLC
BVA Towne Square LLC
BVA Westside SPE LLC
BVA Woodhill LLC
BVK London Square LLC
BVK London Square LLC / RREEF
Byer Properties
Byer Properties, L.P.
BZA Kenosha, LLC
C&W (PM)
CA New Plan Sarasota, LP
CA- State Board of Equalization
Cache Road Square, LP

Canyon Hub Holdings, L.P.
Capital Equities Management
Capital Land Company
Capital Mall Land LLC
Capital Mall LP
Capital/Highway 35, Ltd.
Caplaco Five Inc
Caplaco Five, Inc.
Caplaco Management Company
Caplaco Management Company (163)
Caplaco Seventeen, Inc.
Caplaco Sixteen, Inc.
Carlyle Management Corp
Carlyle-Cypress Tuscaloosa I, LLC
Carnegie
Carney Bowling Green, LLC
Castle & Cooke Corona Crossing I, Inc
Castle & Cooke Corona Crossings I, Inc.
Casto DW II, LLC
CBL & Associates Management
CBL & Associates Management, Inc.
CBL Terrace Limited Partnership
CBL/Columbia Place LLC
CBL/Monroeville, LP
CBRE
Centech Rebar, LLC
Centennial Capital, LP
Centerco Manchester LLC
Centerpointcap I, LLC
Centerpointcap II, LLC
Centerpointcap III, LLC
Central Park Retail, LLC
Central Plaza Associates LLC
Centre East, LLC
Centre North, LLC
Centre Properties
Cermak Plaza Associates, LLC
CFT NV Developments, LLC
CH Realty VI/R Austin Boardwalk, L.P.
Chase Decatur, LLL
Chase Enterprises
Ches Cross SC, LLC
Chickopee Marketplace Owners LLC
Chicopee Marketplace Owners LLC
Childress Klein
Chillicothe Shopping Center, LP
Church Lane Shops LLC
Cielo Paso Parke Green LP
CIP 18 SW Orangewood Owner LLC
Clark Commons, LLC
Clark Station Shopping Center, LLC

Clifton Commons I, LLC
CLPF Gateway Towne Center, LP
Cobalt Properties of Nashville TN, LLC
Coconut Point Developers, LLC
Coconut Point Town Center, LLC
Colandrea Enterprises
Coldwater Development Co LLC
Coldwater Development Company, LLC
Cole MT Waterbury CT, LLC
Coleman Logistics Assets LLC
Coliseum Crossing Associates, L.L.C.
Collett Commercial
Colliers International
Collins Square, LLC
Colonial Palms Plaza
Columbia BBB Westchester SC Associates
Columbia Park Retail Owner, LLC
Columbia Place Mall SC LLC
Columbia-BBB Westchester Shopping Center
Associates
Columbiana Station (E&A), LLC
Combined Properties, Inc.
COMM 2014-UBS2 Canyon Springs Parkway,
LLC
Commercial Real Estate
Compass Capital Retail Partners II, LLC
Concord Investment Company
Concordia Realty
Consolidated-Tomoka Land Co.
Copperwood Village L.P
Coramar Investments, Inc
Coronado Center Station LLC
Cottonwood Retail Associates, LLC
Courtelis Company
Courtyard E Associates, LLC
Covington Commercial III, LLC
CP Crossing, L.L.C.
CP/IPERS New Hyde LLC
CP/IPERS New Hyde Park, LLC
CPF Promenade, LLC
CQX, LLC
CR Hagerstown, LLC
Cranberry Square, LLC
Craterlakecenter LLC
Crawford Square
Crawford Square RE Advisors (PM)
Crawford Square Real Estate Advisors
CREA/PPC Long Beach Towne Center PO,
L.L.C.
Crenshaw Retail Partners, LLC
Crescent Land Development Assoc.

Crescent Land Development Associates, LLC
CRG Appleton LLC and Westhill Appleton,
LLC
CRG Appleton, LLC and Westhill Appleton
LLC T-I-C
Crossing at Hobart-I LLC
Crossing Kings LLC
Crossing M LLC
Crossing WSA, LLC
Crosspoint Realty
Crossroads 2708, LLC
Crossroads II, LLC
Crossroads Plaza 1743, LP
CSM Family Holdings, LLC
CT Retail Properties Finance II, LLC
CT019 Oceanside NY, LLC
CT020 Crossroads AZ LLC
CTO Realty Group Inc.
Cupertino Electric, Inc.
Cypress Creek Co. LP / Sunbelt Management
Cypress Creek Co., L.P.
D. Joseph Family
Daly City Serramante Center
Danada Square West Shopping Center, LLC
Davis Holdings, L.P.
DDR Gateway LLC
DDR MCH West LLC
DDR Merriam Village LLC
DDR Miami Avenue, LLC
DDR Nassau Pavilion Associates, LP
DDR PTC LLC
DDR Southwest Loisdale LLC
DDR Winter Garden LLC
DDR Winter Gardens LLC
DDRA Ahwatukee Foothills, LLC
DDRM Highland Grove LLC
DDRM Hilltop Plaza, L.P.
DDRTC Fayette Pavilion I and II LLC
DDRTC Fayette Pavillion 1 & 2 LLC
DDRTC Village Crossing LLC
DDRTC Village Crossing Phase III LLC
DDRTC Warwick Center LLC
DDRTC Winslow Bay Commons LLC
Dean/Carson Wmsprt, LLP
dean/Carson WMSPT, LLC
Decron Management Corporation
Del Coop LLC
Del Prado Retail Center LLC
Del Prado Retail Partners, LLC
Delta MB, LLC
Demoulas Market Basket

Dena Marie II, LLC
Denny Elwell Company
Desert Sky Esplanade, LLC
Dewcom, LLC
DFG-Chattanooga LLC
Diamond Properties Northshore, LLC
Dickerhoof
Dickerhoof Properties LLC
Dick's Sporting Goods
DLC Management
DLE Seven, L.L.C.
DMK Volvo Parkway, LLC
Dollar Tree Stores, Inc.
Dollinger Golden Valley LLC
Donald Robinson
Doran
Dormouse LLC
Douglasville Pavilion LLC
Downey Landing SPE, LLC
Downtown Management Group
Downtown Woodinville, LLC
DPA Realty Company
DPA Realty Company LLC
DP-N & K, LLC
Drury Land Development, Inc.
DS Midwest Properties
DSM MB II LLC
DSW Commercial
DSW Mesa Grand
DT Prado LLC
Duluth (Gwinnett) SSR, LLC
Dunhill Realty Partners
DVC 6655-6665 Associates, LLC
E Scott Family
E&A Northeast Limited Partnership
Eagan Promenade, Inc.
East Cobb Crossings, LLC
East Gate SPE LLC
East Hills Properties
East Town Retail, LLC
Eastern Shore Centre I LLC
Eastern Shore Plaza LLC
Easton Market Limited Liability Company
Easton Market LLC
Eastvale Gateway II, LLC
Eastwood Village SC 1 LLC
EastWood Village SC 2 LLC
Eastwood Village Shopping Center 1, LLC
Eastwood Village Shopping Center 2, LLC
Eat Hills Properties LLC
Eatontown 36, LLC

Eatontown 36, LLC / ARC
ECA Buligo Red Willow Partners LP
Edgewater Retail Partners, LLC
Edinburg SRGV, LLC
EERP Market Place I, LLC
Egate-95, LLC
El Tigre Holding Corp.
Elmwood Retail Properties, L.L.C.
Emersons Commercial Management
Encinitas Town Center Associates
Encinitas Town Center Associates I, LLC
Enfield Square Realty LLC
Engstrom Properties
EPPS Bridge Centre Property Company LLC
Equity One (Darnior) LLC
Equity One (Northeast Portfolio), LLC
Equity One Realty
EquityOne (Northeast Portfolio), Inc
EREP Marketplace I / Weitzman
ERP Mingo Marketplace, LLC
Esther Maria Salinas Juarez
ETS Properties LLC
F&M Partnership
Facchino/LaBarera Blossom Hill LLC
Fairbourne Properties
Fairfield Town Center, LLC
Fairless Hills Shopping Center, LP
Fairless Hills Shopping Centre, LP
Fayette Place Improvements Owner LLC
Fayette Place Improvements, LP
FBG Harriman Upper Retail LLC
FC/Treeco Columbia Park, LLC
Federal Realty
Federal Realty Investment Trust
Fertitta Realty
FG-Alpine Summit LLC
Fidelity Group
Firewheel Plaza Ltd
First & Main South, No. 1, LLC
First A&A Capital, LLC
First Interstate Properties
First Interstate Willoughby, Ltd.
First National Realty
First Richland LP
First Western Properties
Five Oak Outlet Centers, Inc
Flagler S.C., LLC
Flaum Management Company, Inc.
Flecha S.A. DE C.V.
FLT Edenvale 7J Social LLC
FLT Evenvale Mission Social LLC, TIC

FLT Northgate-Ashton, LLC
FLT Northgate-Crossroads, LLC
FLT Northgate-Deer Glen, LLC
FLT Northgate-Western, LLC
Foresight
Forest City Ratner
Fort Gratiot LLC
Fort Gratiot Realty LLC
FR Westgate Mall, LLC
Franciscan AAH, LLC
Fremont Retail Partners, LP
Front Range Retail Company, L.L.C.
Frontline Real Estate Partners, LLC
FTT Village Square I, LLC
Furniture Depot & Mattresses
FW IL-Riverside/Rivers Edge, LLC
G & I IX EmpireE Big Flats LLC
G&I IX Empire Big Flats LLC / DLC
G&I IX Esplanade Property LP
G&I IX Mohawk Commons, LLC
G&I IX Southgate Shopping Center LLC
G&I IX Valley Bend Property, LLC
G&I VIII Piedmont Plaza
G&I VIII Piedmont Plaza LLC
G&I X Montclair on Center LLC
G. Forte & Associates, Inc.
G. Forte and Associates, Inc.
GA-GA Dept of Revenue
Galleria 1848 LLC
GAM Property Corp.
Garden City Owner LLC
Garrison Forest Associates Limited Partnership
Gary Taylor Investment
Gateway Afton Ridge, Inc.
Gateway Arthur, Inc.
GB Evansville Developers LLC
GBT Realty Corp.
GC Siegen, LLC
GDC Aurora LLC
Genesis RE Advisers, LLC
GGF1 Noarth Olmsted 2016 LLC
GGP-OTAY Ranch, LP
Gilbert-Chandler Heights I, L.L.C.
Glenborough
Glimcher Group
Glimcher Group Inc.
GMC, LLC
GMN Investments Miller LP
GMN Miller Investment, LP
GMN Properties, LLC
Golden Spectrum Property LLC

Goldenberg Group
Goodman LLC
Goodman Management
GP Marketplace 1750, LLC
Grand Forks Associates LP
Grand Plaza Mgmt LLC
Grand Plaza, LLC
Gray Enterprises, L.P.
GRE Red Willow, LP
Green Tree Management Trust.
Greene Commercial Real Estate
Greenfield LP / Bonnie Management
Corporation
Greenfield, L.P.
Greenway Plaza LLC
GREF GG Eastland Center LP
GRI-EQY (Presidential Markets) LLC
Grobman Mt. Kisco LLC
Guardian Property Services
Guggenheim Property Mgmt
Gulfstream Commercial
Gumberg Associates - Chapel Square
GVS Partners
GVS Partners LLC
GxI IX Camp Creek Property LLC
Hamden Plaza Associates, LLC
Hampton Properties
Hanna Langholz Wilson Ellis
Hanson Industries, Inc.
HAP Property Owner, LP
Harden Ranch Plaza Associates, LLC
Harsch Investment Corp.
Harsch Investment Properties
Hart TC I-III, LLC
Hartman Income REIT Management, LLC
Hartman Richardson Heights Properties, LLC
Harvey Capital Corp.
Hastings Village Investment Company, LP
Hauck Holdings Bloomington, LLC
Hauppauge Properties
Hauppauge Properties LLC
Hawkins-Smith Property Management
Hayday, Inc.
Hemet Valley Center, LP
HFL Benner Pike Shopping Center
HFL Benner Pike Shopping Center, LLC
Hickory Ridge Owner LLC
Hiffman
Highland Commons Assoc., LLC
HL Libby Corp
HL Libby Corporation

HMVP Hilltop, Inc.
Horizon Management
Horowitz Holdings, LLC
Houston Gulfgate Partners
Houston Gulfgate Partners L.P.
HTW Investment Partners, Inc.
HUH DI/OCP Crosslands LLC
Huntington Executive Park LLC
Huntington Oaks Delaware Partners, LLC
Hylan Plaza 1339, LLC
Hyland Plaza 1339, LLC
IA Denver Quebec Square, L.L.C.
IA St. Petersburg Gateway, LLC
IA St. Petersburg LLC
IMC Retail LLC
IMC Retail LLC/ Woodmont Company
IN Retail Fund Randall Square, L.L.C.
Indio Jackson, LLC
Indio Towne Center LLC
Inland Commercial Real Estate
Inland Commercial Real Estate Services, L.L.C.
Inland National Real Estate Services, LLC
Inland Western Cedar Hill Pleasant Run
Inmobiliaria y Constructora Flecha S.A. DE
C.V.
Integris Ventures Management
Integris Ventures-TC, LLC
InvenTrust Prop
Investec Real Estate Company
Investment Bankers, Ltd.
Investments Limited
IRC Baytowne Square, LLC
IRC Bradley Commons
IRC Bradley Commons, LLC
IRC Four Flaggs, L.L.C.
IRC Mokena Marketplace
IRC Mokena Marketplace Outlets, LLC
IRC Retail Centers
IRC Riverdale Commons
IRC Riverdale Commons, L.L.C.
Ireland Tallahassee Ltd.
Irondequoit TK Owner LLC
ISJ Mgmt
IVT Highlands at Flower Mound LP
J-7 Land Partners LLC
J-7 Land Partners, LLLP
Jackson GS LLC
Jackson Plaza LLC
JADD Management
Jaffe Corp
JAH Realty LP

JAHCO Oklahoma Properties I, LLC
Jamestown CCP LP
Jasper S. Howard
JBL Northwest Marketplace LLC
JCR Companies
JCR Rutherford Crossing Investors, LLC
JCTC Holdings, LLC
JDK Townline LLC
JDN Real Estate-Hamilton, LP
JDN Realty Corporation
Jeffrey Mgmt
Jemstone Cross Keys LLC
Jensen Town Center, LTD.
Jersey City UE LLC
Jesus Rolando Gonzalez Mogas
Jim R. Smith
JL Glenn Square, LLC
John Kontoudakis
Jordan Creek Investments IX, LLC
Jordan Perlmutter & Co
Josey Trinity Mills JV II
Josey Trinity Plaza, Ltd.
JPMCC 2006-LDP7 Centro Enfield, LLC
JRS Property Investment LTD
Junction Ridge Limited Partnership
Jungle Jims Eastgate
Jungle Jim's Eastgate, LLC
K.K.H. Limited Liability Company
Kaplan Realty Group
KC1965 LLC
Keizer Enterprises, LLC
Keller-Williams Prop Mgmt
Kendale Associates Limited Partnership
Kentlands Square LLC
Kentuckiana Development
K-GAM Broadway Craycroft, L.L.C.
Khoury Family Investors, LLC
Kil-Ben Excelsoir, LLC
Kimco
Kimco Carrollwood 664, Inc
Kimco Delaware, Inc.
Kimco Lakeland 123, Inc.
Kimco Maplewood 673, Inc
Kimco Realty
Kimco Realty Corporation
KIMCO Riverview, LLC
Kimco South Miami 634, Inc.
Kimco Tyvola, LP
Kimco Webster Square, LLC
Kiop Forest Ave. L.P
KIOP Forest Avenue LP

KIOP Merrick, L.P.
KIR Brandon 011, LLC
KIR Federal Way 035 LLC
KIR Maple Grove, LP
KIR Montgomery 049, LLC
KIR New Hope Commons Limited Partnership
KIR New Hope Limited Partnership
KIR Smoketown Station L.P.
KIR Tampa 003, LLC
KIR Torrance LP
KIR Tukwila LP
Kirco Management
Kite Realty Group Trust
Kleban Properties
KNK Enterprise
KNK Enterprise, LLC
Kohan Retail Invest Grp
Kraus-Anderson Incorporated
KRCX WRI Holdings LLC
KRG Boca Raton Palms Plaza, LLC
KRG Chantilly Crossing L.L.C.
KRG CREC
KRG Hagerstown LLC
KRG Las Vegas Centennial Gateway, LLC
KRG Management LLC
KRG Market Street Village, LP
KRG Pembroke Pines LLC
KRG Plaza Green, LLC
KRG Sunland, LLC
KS, Pembroke Pines, LLC
L.P. Corporation
La Alameda, LLC
LA Caze Development
La Caze Development Company LLC
La Entrada Associates
La Habra Associates, LLC
Labarera Blossom Hill
Lago Bello, L.L.C.
Laguna Pavilion SC, LLC
Lakeline Plaza, LLC
Lakeport Commons Center, LLC
Lakeport Commons, LLC
Lamar Companies
Landmark Properties Group
LAndreo Family Enterprises
Lansing Retail Centre L.L.C.
Latham Farms Owner, LLC
Laurich
Lavender19 LP
Lea Company LLC
LEA Company, LLC

Legacy CB, LLC
Lerner Properties
Levin Mgmt
Levin Properties, L.P.
Lewis Operating Corp
Lewiston Realty Holdings LLC
Lexington Realty International
Ley-Lane Partnership No. 9, LP
LF II Cottonwood, LP
LHR Renaissance Marketplace South, LLC
Light Delaware, LLC
LILAC19 LP
Lincoln Harris Property Management
Lincoln Property Company
Lincoln Property Company
Lincoln Property Management
Lions Den, LLC
Lloyd Crossing Shopping Center, LLC
LMA-USA LLC
LMS Commercial Real Estate
Lomax Stern Fairplain LLC
London Development Ltd. Tenants-in-Common
Longfish Improvements, LLC
Longpoint
Longpoint Property
Lormax Stern Fairplain LLC
Loyacona Associates
LP Corporation
LRF1 Crossroads Square LLC
LU Candlers Station Holdings, LLC
M & H Realty Partners VI L.P.
M&A GABAEE
M&A GABAEE LP
M&J Wilkow
M&M Mt. Kisco, LLC
M3 Girls, LLC
MacArthur Village Limited Partnership
Macerich
Macomb Center Holding LLC
Macomb Center Partners LLC
Macomb Mall Partners LLC
Madison Marquette
Madison Place, L.L.C.
Madison Waldorf LLC
Madonna Plaza SRT LP
Mansell Crossing Retail I, LP
Mansell Crossing Retail LP
Mansfield Investments, LLC
Maple Park SC LLC
Maplewood 673 Inc
Marc Naperw LLC

Marinita-Sage Rancho, LLC
Market Place Valparaiso, L.L.C.
Marketplace Brown Deer Nassim LLC
Marketplace Brown Deer Relaty LLC
Marketplace of Rockford
Marketplace of Rockford, LLC
Markland Mall, LLC
Martinsburg Development Partners
Martinsburg Development Partners, LLC
Maryland Financial Investors
Maryland Parkway Property LLC
Master E Squared Laredo
Matrix Newburgh I, LLC
MCB Property Management
MCE Associates
MCE Associates LP
MCSQUARE18 LLC
MD Hutch Owner LLC
MD Hutch Owners LLC
Meadows Commercial Properties, Inc.
Medallion Center Partners LP
Medhoof LLC
Melrose Park Equity, LLC
Melrose Park Investments, LLC
Memorial Square LeaseCo, L.L.C.
Memorial Square Lesaeco
MEPT Penn Mar LLC
Meridian Commercial
Metro Square 553, LLC
Metroplex West Associates
Metroplex West Associates, L.P
Metropolitan Life Insurance Company
MGP IX Properties, LLC
MGP XII South Shore Center LLC
Mid-America Asset Management
Middletown I Resources L.P.
Middletown I Resources LP /NRDC
Midland Road Partners
Midtown Plaza, LLC
Midwest Retail Properties, LLC
Milbrook Properties Ltd.
Miller RE Investments (PM)
Millside Plaza LLC
Mimco, Inc. (PM)
ML-MJW Port Chester SC Owner LLC
MLO Great South Bay LLC
MM/PG (Bayfair) Properties, LLC
MNJV BDC, LLC
MOG Crossing, LLC
Montclair Center, LLC
Montgomery Crossing LLC

Moore Property Management
Morris Venture Partners V, LLC
MRP Springfield, LLC
MS Shopping Center LLC
MSF Eastgate LLC
MSF Eastgate-I, LLC
Murray Pergament
Murray Pergament and Robert Pergament,
tenants-in-common / Pergament
N. Dover Commons, LLC
NADG
Namco Relaty LLC
NAPERW LLC
Narcoossee Acquisitions, LLC
Nashville West, LLC
National Real Estate Mgmt Corp
NC-Garner White–QRX, LLC
NEIS Acquisitions AUXGA, LLC
NEMCO Holdings LLC
New Plan of Arlington Heights, LLC
New Plan of Westridge, LLC
New Quest Properties
New Saugus, LLC
Newbury Thousand Oaks, LLC
NewMark Merrill
Neyer Management
NF Plan Enterprises
NF Plant Enterprises, LP
NG21, LP
Nicrissa Properties LLC
Niki Holdings, LP
NMC Grove Melrose, LLC
NMC Melrose Park II, LLC
NMC Stratford LLC
NMMS Twin Peaks, LLC
NMR, LLC
NOONER Holdings LTD
Nooner Holdings, Ltd.
Norcor Cicero Associates, LLC
North American Dev.
North Warson Associates-TC, LLC
Northstar Centers LLC
Northstar Development
Northtowne LLC
Northwoods Limited Partnership
Norwill Associates
Nor'wood Limited, Inc.
Nostrand Property Owner LLC
Novus-Crestwood Sam's LLC
Novus-Crestwood Sam's-Commerce Plaza
NP/I&G Quail Springs, L.L.C.

NTO / Investec Capital Corp
Oak Valley Centre LLC
Oakwood Plaza Limited Partnership
Oakwood Plaza LP
OC Generations V, LP
OC Generations, LP
O'Connor Prop Mgmt
Octave Opportunity Fund, LLC
OL3 BP Associates, LLC
OLP Lake Charles, LLC
Olshan Properties
OM Enterprises, L.L.C.
Omni Properties
One Fordham Plaza LLC
Orange Town & Country SPE
Ordnance Associates, LLC
OREDICO Management
ORF III King Philips Crossing, LLC
ORF VII Felch Street, LLC
Oswego Partners LLC
Otay Ranch Town Center
Otter Creek Shopping Center, LLC
Outer Drive 39 Development Co., LLC
Outer Drive 39 Development Company
Overlook SPV, LLC
Overlook Townline LLC
Overlook Village Asheville, LLC
Overton Park Plaza Associates
Overton Park Plaza Associates LLC
Pacific Asset Advisors, Inc.
Pacific Castle Properties II, LLC
Pacific Coast Highway Property LLC
Pacific Trabuco Power Center II, LLC
Pacolet Milliken Enterprises LLC
Pacolet Milliken Enterprises, Inc
PAG Investments
Pagano Company
Page Field Commons, LLC
Pagosa Springs Property Group, LLC
PAL Properties
Palm Springs Mile Associates, Ltd.
Palm Springs Miles Associates
Palms Associates
Paramount
Paramount Crossroads at Pasadena, LLC
Park Pointe Plaza Assoc
Park Pointe Plaza Associates, LLC
Parker Central Plaza Ltd
Parker Central Plaza, Ltd
Parkingway Acquisitions, LLC
Parkway Acquisitions, LLC

Partridge Equity Group
Partridge Equity Group LLC
Paul & Elaine Cohen Realty Trust
Pavilions at Hartman Heritage LLC
PC2-Bay Plaza, LLC
PCDF Acadiana, LLC
PDQ Montgomery, LLC
Peabody Center Limited Partnership
Peabody Center, LLC
Peach Eldridge LLC
Peach Retail Center LLC
Pearl River Campus, LLC
Pearson Realty Services
PEC Realty LLC
Penny Racine, LLC
Pensacola Commons, LLC
Pergament Mall of Staten Island LLC
Perlis Nease Canton, LLC
Peter P. Bollinger 2003, LLC
Philips International
Phillips Edison
Phillips Edison & Company
Phoenix Organization
Pike Park Associates LLLP
Pike Park Associates LLP
Pilchers North Park Limited Partnership
Pine Trail Square LLC / RPG
Pine Trail Square, LLC
Pine Tree LLC
Pinnacle Hills, LLC
Pinnacle Leasing and Management LLC
Pinnacle Lsng & Mgmt
Pinnacle Partners Tennessee, LLC
Pivotal 650 California St., LLC
PK II Anaheim Plaza LP
PK III San Dimas Marketplace, LP
PL Roseville LP
Plaistow Project LLC,
Plaza 3000 Partnership, LLP
Plaza at Buckland Hills, LLC
Plaza at Countryside LLC
Plymouth 848 LLC
PMAT - Stirling Crossroads, LLC
PMAT DPP, LLC
PMAT Hartman Heritage LLC
PMAT North Heights LLC
PMAT Village Plaza LLC
PMAT-Stirling Crossroads LLC
Pocono Retail Associates, L.L.C.
POM Melville LLC
Pomegranate RE

Pop Realty Corp.
Portage Crossing II, LLC
Portgage Crossing II LLC
PR North Dartmouth LLC / PREIT
PR North Dorthmouth, LLC
Premier Oil Holdings-TC, LLC
PREP  Aurora Real Estate LLC
Prestige Properties
Preston Shepard Retail LP
Pretium Property Mngmt
Prime Development Group, LLC
Primestor Development
Pro Vest Properties
Property Commerce Mgmt.
Property Mgmt. of NY
ProVest Altama Village LLC
PWR16-48 Northern Blvd LLC
PWR16-48-18 Northern Blvd LLC
PZ Southern Limited Partnership
PZ Southland LP
Q & L Realty, LLC
Q&L
Q&L Realty, LLC / Divaris
QEH Mesquite, LLC
R E Aurora Ohio Family LLC
R.K. Associates VIII, Inc.
RAF Joplin LLC
Rainbow Arroyo Commons, LLC
Rainbow Promenade
Rainbow Promenade NV, LLC
Rainer Wheatland Acqs
Rainier Moore Plaza Acquisitions LLC
Rainier Stony Creek Acquisitions LLC
Rainier Stony Creek, LLC
Rainier Wheatland Acquisition LLC
Raintree Realty, LLC
Raleigh Enterprises, LLC
Ralph Avenue 1131, LLC
Randall Company
Randco Management (PM)
Randolph Plaza LLC
Rappaport Management
Raynham Plaza Associates LLC
RCG-Grandville, LLC
RD Management
RE Aurora Ohio Family LLC
Real Hardware, LLC
RED Capital Management, LLC
RED Development LLC
RED Legacy LLC
RED Mountain Group

Red Rose Commons Assoc LP
Red Rose Commons Associates
Red RoseE Commons Assoc LP
Redlands Joint Venture LLC
Regency Centers,
Regency Centers, L.P.
Reiman
Reisman Property Interests Inc.
Rekha P. Reddi
Rekha P. Reddi, trustee of the Raghunath P.
Reddi descendants Trust
Rekha P. Reddi, Trustee of the Raghunath P.
Reddi Descendants' Trust u/t/a Dated December
13, 2012
Rekha Reddi
Renaissance Commercial Property LLC
RERE 1 - NorthGate 11, LLC
Reseda Shopping Center I, LLC
Reseda Shopping Center II LLC
Retail Development Corporation
Retail Value Inc / DDR Tuscon Spectrum II
LLC
Revesco Property Services
Rialto Capital
Richmond Enterprises, LLC.
Rick Hoover Properties LLC
Rinnier Development
Rio Grande Investment
Rio Grande Investment Inc
Ripco Management
River Hills Mall Realty Holding, LLC
River Hills Mall, LLC
River Oaks El Paseo, LLC
River Valley Plaza LP
Rivercrest
Rivercrest Realty
RMC Investments LLC / Select Strategies
Roans Prairie Development Corporation
Robert Pergament
Robert Stark Enterprises
Robertco Management LLC
Robin Realty & Management Company
Rockaway Center Associates
Rockaway Realty Associates, LP
Rockland Center Associates, LLC
Roebuck Enterprises, LLC
ROF GRANDVILLE LLC
ROIC California, LLC
Ronco Investments Inc
Roosth Farm Rental, LLC
Roseberry Developments Inc.

Rosenthal Properties
Roseville Fairview, LLC
Route 146 Millbury LLC
Route 17 Land Co. Inc.
Route 17 Land Company Inc
RPAI Chantilly Crossing, L.L.C.
RPAI Chicago Brickyard, L.L.C.
RPAI Lake Worth Towne Crossing Limited
Partnership
RPAI Lakewood, L.L.C.
RPAI Newnan Crossing, LLC
RPAI Oswego Douglass, LLC
RPAI Sugarland Colony Limited Partnership
RPAI Watauga Limited Partnership
RPT Realty, LP
RRR Cooper Street Property LLC
RSS MSBAM2016-C29-MO CSCI LLC
RTV Wrangleboro Consumer Square
Ruby-07 Porthuron, LLC
Russ Group
S.L.V. Inc.
Sagamor TOV LLC
Sagniaw Center LLC
Salinas Shopping Center Associates Limited
Partnership
Sand Creek Crossing LLC
Sandor
Sansone Group
Santa Rosa Southside, LLC
Santee Trolley Square 991, LP
Savannah Square Associates Ltd
SB Management Corp.
SBMC Van Buren Industrial Llc
Scandinavian Designs (8/31/22) Facchino
Schiffman Place LLC
Schmier Property Group
Schnitzer Properties
SCV Fund I, LLC
SEC Commercial Realty Group
Select - Governor's Pointe, LLC
Select Strategies
Select-Governors Pointe, LLC
Sembler Co.
SEY LLC
SF-Florence-I, LTD.
SFG Equities, LLC
SGO MN West Village LLC
Shapell SoCal Rental Properties
Shapell SoCal Rental Properties, LLC
Sher Partners
Shiffman Place, LLC

Shiner Group
Shiner Management Group, Inc.
SHLM Properties Inc
Shop at Grand Avenue LLC
Shoppes at the Corridor, LLC
Shoppes of Beavercreek LLC
Shoppes of Beavercreek Ltd
Shoppes on Fowler LLC
Shoppes on Fowler, LLC
Shops at Fairfax LLC
Shops at Grand Avenue LLC
Shops at Pinnacle Park, LLC
Shops at Valle Vista III, LLC
Shops of Fairlawn Retail LLC
Shorewood Station LLC
S-I Muncie Investment Partners
S-I Muncie Investment Partners I, LLC
SIEGEN VILLAGE Shopping Center LLC
Siegen Village Shopping Center LLC / BBPM
Sierra Center Investments, LLC
Sierra Landmark LLC & LHB Investments LLC
/ Helm Prop.
SIG 100 Tice LLC
Signorelli Company
Silbert Development
Simon Property Group (Texas), LP
SimonCRE UTE III, LLC
Simsbury Commons LLC
Singleton
Singleton Associates
Sirgens Partners
Site Centers
SKJ Eldridge Square LLC
SL Mount Kisco LLC
Smithtown Venture Limited Liability Company
Smithtown Venture LLC
Snyder Entities LLC
Somerset Eagle Corp.
Sonora Village, LLC
Sooner Investment Group, Inc.
Sooner Traditions Realty, LLC
South Point Retail Partners
South Whit Shopping Center Associates
Southeast Centers
Southlands PC, LLC
Southport Plaza SC
South-Whit Shopping Center Associates
SP Porters Vale LLC
Spatz Centers Inc
Spectrum LLC
Sperry Commercial

SPG Doral Retail Partners, LLC
SPG Doral Retail Partnership
Spirit Realty, L. P.
Spotswood Valley Center Owner, LLC
Spring Ridge LP
SPUS8 FB Seminole JV Prop, LLC
Square Shopping Center LLC
SR2 DEV LLC
SSS Eldridge Marketplace LLC,
SSS Eldridge Square Investors LLC
SSS Eldridge Town Center LLC
St Indian Ridge LLC
St. Clairsville Main Parcel LLC
St. Cloud Rainbow Village, LLC
Stafford Marketplace, LLC
Staley Investments, LLC
Stark Enterprises, Inc.
Steadfast Commercial Mgmt
Steadfast Everett Mall LLC
Steelyard Commons LLC
Steiner Equities
Stuart Frankel
Stubbs Real Estate, LLC
Sugarland Plaza Limited Partnership
Sugarland Plaza LP
Sullivan Properties
Summit at Gravois Bluffs LLC / GJ Grewe
Summit Center Ltd.
Summit Lenox Plaza, LLC
Sunrise Express, LLC
Sunrise Mass LLC
Sunrise Village Phase I, L.L.C.
Sunset Hills Owner LLC
Suso 2 Uptown LP
SUSO 5 Fayetteville, LP
SVC Fund I, LLC
SVF Riva Annapolis, LLC
SY Ventures III, LLC
Sylvia Altman Irrevocable-TC, LLC
T Eastgate MLR NV, LLC
Terranova Corporation
T Mentor Commons OH, LLC
Tara1660, LLC
Tarantino Properties
Tarragon LLC
Tarragon Property Srvcs.
TCG Property Management
Tentac Enterprises
Terracommercial Real Corp
Terranomics Crossroads Associates
Terranomics Development

Thalheimer
Thalhimer(Cushman Wakefield)
The Arba Group
The Benderson 85-1 Trust
The Centre at Forestville, LLC
The Crossing at 288 Phase 2, Ltd
The Festival Companies
The Fountains at Farah, LP
The Goldenberg Group
The Grewe Limited Partnership
The Haughey Company
The Hignell Company
The Irvine Company, LLC
The Klein Group
The Market at Estrella Falls LLC
The New School
The Price REIT, Inc.
The Retail Connection
The Shoppes at Rio Grande Valley, LLC
The Shops at Collins Square LLC
The Summit at Gravois Bluffs, L.L.C.
The Village at Orange LLC
The Wilder Companies
THF Clarksburg Development One, LLC
THF York Development, L.P.
THF/MRP Tiger Town, LLC
TJ Center I, LLC
TKG Colerain Towne Center, LLC
TKG Management, Inc.
TKG Paxton Towne Center Development LP
TKG Smith Farm, LLC
TMA-Livcom, LLC
TMC Management
TN Sevierville Winfield, LLC
TNG ES, LLC
TNG Mokena, LP
Torrance Towne Center Assoc
Torrance Towne Center Associates, LLC
Torrington Properties, Inc.
Towne Center Venture LLP
Toys Center, LLC
TPI Sunrise Palms
TPP Bryant, LLC
TRC Lakepointe, LP
Treeco/Watchung Limited Partnership
TRF Pacific
TRI Commercial
TRI-County Plaza Associates, LTD.
Triple B #3 LLC
Tristar International LLC
TRP-MCB Eastpoint LLC

Tucson Shopping Center, LLC
Tuffli Co.
Tung Nguyen and Lien Thi Duong
Turlock Investment Holdings, LLC
Turnberryl
Turner Behringer
Turner Westover Village, LLC
Turnpike Shopping Center, LLC
Turnwood Assoc., L.L.C.
Turnwood Associates LLC
U.S. 41 & I 285 Company
UAP - Canton, LLC
UB Stamford LP
UB Stamford, L.P.
UB Yorktown, LLC
UBS Realty Investors LLC
UH US Upland 2022 LLC
ULFERS Development, LLC
United States Development, Ltd.
Univerity SP
University Hills Plaza, LLC
University Mall LLC
University Place Improvements Owner LLC
University SP LLC
Urban Retail Properties, LLC
US Federal Properties
US MJW East Gate I LLC
US MJW East Gate V LLC
US Properties Group
USPG Portfolio Five LLC
USVI Azalea Square Owner, LLC
Valley MB LLC
Valley Ranch Town Center One Ltd
VEREIT Real Estate L.P.
VEREIT, Inc.
Vestar Alderwood Parkway, LLC
Vestar California XVII, LLC
Vestar Happy Valley Phase 2, L.L.C.
Vicenza Plaza Associates, LLC
Viking DPP Holdings LLC
Village at the Mall Holdings, LLC
Village Park Plaza, LLC
Village Square of Northbrook Principal RE
Investors, LLC
Village Square Retail Center LLC
Vista Property Co
VL Town Center Associates LLC
W4C LLC
Wachs New Hartford Development, LLC
Walker Legacy Center, LLC
Walkers Corner, LLC

Walpole Mall Associates, LLC
Waltham Ventures, LLC
Washington Commons Newco LLC
Washington Point 04 LLC
Washington Point Lennane 04, LLC
Washington Square Associates, LLC
Waterfall Shoppes, LLC
Waterford Oaks, LLC
Waterworks Pha I / JJ Gumberg
Wayne & Carol Wieber
WC MRP Calumet Center, LLC
Weber and Company
Weiner
Weingarten Las Tiendas JV
Weingarten Realty Investors
Weingarten/Miller/Aurora II LLC,
Weitzman Group
West Coast Highway, LLC
West Road Land, LP
Westgate Marketplace Developers, L.L.C.
WF Whelan Company
Wheaton Plaza Regional SC LLP
Wheaton Plaza Regional Shopping Center L.L.C.
White Spunner Realty Inc
White-Spunner Associates
Whittingham Capital LLC
Wilder Companies
Windham Mgmt
Winstanley Enterprises
Winwood Shopping Center LLC
Woodbridge NJ Holdings, LLC
Woodbury Village Green Limited Partnership
Woodbury Village Green LP (Cushman
Wakefield) / Muir Mgmt
Woodmore Town Centre, LLC
Woodmore Towne Centre, LLC
Woolbright
Woolbright Development Inc
WPI/Village Partners
WRI JT Northridge LP
WRI Retail Pool I, L.P.
WS Development
WTC LLC
Wulfe & Company
Wyoming Crossing LLC
XIA Property Management LLC
Yakima Theatres, Inc.
Yale Clarksville, LLC
Yale Realty Services Corp.
YAM Properties
Yosemite Park SC

Yosemite Park Shopping Center 05 A, LLC
Yosemite Park Shopping Center 15 B, LLC.
Yung-Pong, LLC
Zamias Services
ZEIER TOV LLC
Zelman Retail
Zero West Park Realty Trust


**Sales & Use Taxes**
GA-GA Department of Revenue
CA-State Board of Equalization
NY-NY State Department of Taxation and
Finance
TX – State Comptroller
LA -LA Department of Revenue
WA- Washington Dept of Revenue

**Services Contract Counterparty**
10Pearls, LLC
Likeable Media, LLC
2324523 Ontario, Inc
FAHM Technology Partners
84.51 LLC
Crossmark, Inc.
A.S.G. Staffing, Inc.
Abacus Health Solutions, LLC
Lift361, LLC
Lens Group LLC
Actum II, LLC
Addigy, Inc.
Adecco USA, Inc.
Advanced Imaging Solutions, Inc. (AIS)
Advanced Wireless Communications
Northfield Telecommunications, Inc.
Advantax Inc.
Advent Creative
Aggressive Energy, LLC
AGP, LLC
AgreeYa Solutions, Inc.
Aldi, Inc.
Alert Media, Inc.
Allata, LLC
Alvarez & Marsal Consumer and Retail Group,
LLC (A&M)
Amotec Inc.
Amplience, Inc.
Anderson Merchandisers LLC

Anderson Oxford Inc. dba Think LP
Aramark Services, Inc.
Arbon Equipment Corporation
Asset Management Technologies
Associated Grocers, Inc.
AT&T Corp.
AT&T Mobility National Accounts LLC
Attentive Mobile Inc.
Auryc Inc.
Automation Anywhere, Inc.
Bay West, LLC
BDO USA, LLP
Bell Canada
Bell Container Corp.
Blue Sky Utility LLC
Bold Decision Consulting LLC
Bold Zebras LLC dba PowerApps911
Bringg, Inc.
Broadridge Investor Communication Solutions,
Inc
Brown's Energy Services, LLC
Bruce Clay, Inc.
BSM Media, Inc.
Budget Truck Rental, LLC
Building Systems Solutions, Inc.
Burlington Merchandising Corp
C&S Vending Company, Inc.
CareerBuilder, LLC
Casco Development, LLC
CDW Direct, LLC (Focal Point)
Cellco Partnership dba Verizon Wireless
Central Graphics and Container Group Ltd.
Cequence Security, Inc
CEVA Freight, LLC
Champion Elevator
ChannelAdvisor Corporation
Charleston Road Registry Inc (dba Google
Registry)
CircusTrix, LLC
Cirgadyne Inc. dba LiquorLicense.com
Clean Earth Environmental Services, Inc.
Cloud Cover Media, Inc.
Coalfire Systems, Inc.
Cobalt Labs, Inc.
Coda Staffing LLC
Cohen-Friedberg Associates, LLC
Columbia Container Services, LLC
Comcast Cable Communications Management,
LLC
Comdata, Inc.
Commercial Insights, LLC

Commission Junction, LLC.
Commvault Systems, Inc.
Concentrix Corporation
Constancy Brooks Smith & Prophete LLP
Convoy, Inc.
Corporate Risk Solutions, LLC
CoStar Realty Information, Inc.
CREX of New York, Inc.
Crossmark, Inc.
Crown Castle Fiber LLC
Crusader House
Davis + Gilbert LLP
DBL K Liquor Consulting, LLC
Decision Analyst, Inc.
Dentsu X, LLC
Diligent Corporation
DoorDash G&C, LLC
Dove Print Solutions, Inc.
Drew Companies
Matilsky, Drew
Dunnhumby Inc.
Dynata, LLC
East Coast Power & Gas, LLC
eCapital Advisors, LLC
eComchain Inc.
Econoco Corporation
Edmond Public Schools
Employbridge Southeast, LLC
ResourceMFG
Engie Power & Gas LLC
Epiq Corporate Restructuring, LLC
Equinix LLC
Ernst & Young LLP (EY)
Espinoza, Rolando
Essex Technology Group Inc.
International Business Machines Corp
Excell Marketing, L.C.
Express Freight Handlers Inc
Facilities Maintenance Corp.
Fanplayr Inc.
Fasteners for Retail, Inc.
Fastmile Delivers LLC
Need It Now
Federal Express Corp. (FedEx)
Fidelity Institutional Asset Management Trust
Company
Fitzgerald, Yap & Kreditor
Five Star Food Service Inc.
ForeScout Technologies, Inc.
Foster Garvey P.C.
Fox Rothschild

FRSecure, LLC
Fry-Wagner Moving & Storage Co.
Fuse3 Interactive, LLC (DBA Wit and Mind)
Gallo, Vitucci, Klar
Garda CL Atlantic, Inc.
Genpact UK Limited
Ginger Ray Limited
Gleason Dale & Associates Inc
Global Mobility Solutions, LLC
Global Sourcing, Inc.
Gordon Brothers Commercial & Industrial, LLC
Gordon Brothers Retail Partners, LLC
Granite Telecommunications, LLC
Graphic Packaging International, LLC
Green & Black, LLC
Handshake Corp.
HKBN JOS Limited
HSTechnology Solutions, Inc.
ICE Robotics LLC, dba ICE Cobotics
IDEA Public Schools
IdentiSys Inc.
IDMWORKS, LLC
Independent II, LLC
Infosys BPM Limited
Inovium, LLC
Integrated Merchandising Solutions
Intelligrated Systems, LLC dba Honeywell
Interactive Communications International, Inc.
International Business Machines Corp. (IBM)
Iron Mountain Information Management, LLC
Johnson Controls Fire Protection, LP
K Logix, LLC
Kaleidoscope Imaging Inc.
Kenset Corporation
Key Container Corp.
Knapp Logistics Automation, Inc.
L&L Nursery Supply, Inc.
Labor Network, Inc.
Labtest International Inc. dba Intertek
Level 3 Communications, LLC dba Lumen
Technologies Group
LexisNexis, a division of RELX Inc.
Liberty Packaging Co, Inc.
Littler Mendelson, PC
Louis F. Leeper Company
Lovelytics, LLC
Macey, Jonathan
Macys.com, LLC.
Manhattan Associates, Inc.
ManpowerGroup US Inc.
Mapbox, Inc.

Market Track, LLC dba Numerator
Martellus, LLC d/b/a Martellus Group
Masis Staffing Solutions LLC
Mass Minority, Inc.
Massachusetts Gaming Commission
Matrix Solar OC Newburgh Route 17K, LLC
McDermott Will & Emery LLP
Merkle Inc.
Merkle Inc. (LiveArea)
MessageGears, LLC
Metro Protective Services LLC
MINNCOR Industries
Minute Men, Inc.
Mirakl, Inc.
Mohagen Hansen Architecture
Mozlly, LLC
MRI Software LLC
Murtha Cullina LLP
Muzak, LLC d/b/a Mood Media
National Shunt Service LLC
NAVEX Global, Inc.
NB Ventures, Inc. (doing business as GEP®)
NCC Group Security Services, Inc.
Neil Patel Digital, LLC
Nesco Resource, LLC
NEST International, Inc.
Nextuple, Inc.
NPD Group, Inc.
NSA Media Group, Inc. d/b/a NSA Media
OB Family Holdings LLC
Occupancy Cost Audit Group
Olsson Roofing Company, Inc.
On Target Staffing LLC
OneLogin, Inc.
OPS Assembly Inc.
Packaging Corporation of America
Papyrus-Recycled Greetings, Inc
Parcel Pending
Park MGM, LLC dba Park MGM Las Vegas
Paul, Weiss, Rifkind, Wharton & Garrison LLP;
Kekst CNC
Paymentech
PCCW Global, Inc.
Peerfit, Inc.
Pellet America Corporation
PeopleReady, Inc.
PepsiCo, Inc.
Phrasee Limited
Pinterest, Inc.
Precocity, LLC
Premium Blend Consulting, LLC

Pretzel & Stouffer
PricewaterhouseCoopers LLP
Products Up
Pryor Learning Solutions
Quad/Graphics Inc.
Quantum Health Benefits
Quicklizard Ltd.
Quincy Compressor LLC
R Systems International Ltd.
Rackspace US, Inc.
Red Bull North America, Inc.
Red Hawk Fire & Security NY, LLC.
Reddin Masri LLC
Reliant Security, Inc. (fka Reliant Info Security,
Inc)
Rentokil North America dba Steritech
Retail Logistics Excellence - RELEX Oy
RGIS, LLC
RI-2 LLC dba RedIron
Rimini Street, Inc.
RKL eSolutions LLC
Robots and Pencils
Rocket Software, Inc.
RSM US, LLP
Rubicon Global, LLC.
Safeco, Inc. d/b/a Safety Plus, Inc.
Sales Consultants of Oak Brook, Inc. d/b/a
Miller Resource Group
Salesforce.com, Inc.
Salesforce.com, Inc.; Tomax, LLC
Salson Logistics, Inc.
Sandler Reiff Lamb Rosenstein & Birkenstock,
P.C.
Sandler, Travis & Rosenberg, PA
Saul Ewing Arnstein & Lehr LLP
Savills Occupier Services
Scandit, Inc.
Seiden Krieger Associates, Inc.
Service Management Group, LLC
Shipsi
ShopperTrak RCT Corporation
Shutterfly, LLC
Sigma Computing, Inc.
Simmons, Perrine, Moyer & Bergman
Simplelegal, Inc.
Slalom, LLC dba Slalom Consulting
SmileMakers Inc.
SMSB Consulting Group, Inc.
Snowflake Inc.
Source 44 LLC dba Source Intelligence
Southern Graphic Systems, LLC

SOXHUB, Inc.
Spanish Broadcasting System, Inc.
Sprinklr Inc.
Sprout Social, Inc.
Stanley Convergent Security Solutions, Inc.
Staples the Office Superstore, LLC
StartPulsing Limited (trading as OnePulse)
Strategic Maintenance Solutions Inc.; WL Tech
Solutions, Inc.
StrategIQ Commerce, LLC
SunCentral LLC
Sundowner International Corporation
SurveyMonkey, Inc.
Sutin, Thayer & Browne
Synchronet Corp.
Tacitus, LLC
Talerico Group, LLC
Terminix International Company Limited
Partnership
TerraCycle US LLC
The Lemon Group, LLC
The Pros Cleaning Solutions
The Solomon-Page Group LLC
ThinkTime, LLC
Timelex
T-Mobile USA, Inc.
TPG Partners, LLC
TranzAct Technologies Inc.
Trinamix, Inc.
TTI Logistics: Tradeshow Technologies, Inc.
Turner Construction Company
U.S. Compliance Corporation
Uber Technologies, Inc.
Unitas Global Inc.
Universal Logistics of Virginia LLC
Universal Protection Service, LP d/b/a Allied
Universal Security Services
Vault Communications, Inc.
Veritiv - Clifton (3M)
Verizon Business Network Services LLC
Viking Automatic Sprinkler Co.
Vision Woodworking, Inc.
Visionet Systems, Inc.
Wakefly, Inc.
Waypost Advisors, LLC
Whapps LLC
Widen Enterprises, LLC
Willis Towers Watson US LLC
Wilson, Robertson & Cornelius, P.C.
Windstream (and its affiliates)
WL Tech Solutions, Inc.

Worldwide Retail Solutions Inc.
Worthington Industries, Inc.
Wrike, Inc.
Xpedited Services Inc.
Yesmail, Inc.
Yottaa, Inc.
Zimmerman Advertising, LLC
Zoom Video Communications, Inc.
Zscaler, Inc.

**State Income Taxes**
Alabama Department of Revenue
Alaska Department of Revenue
Arizona Department of Revenue
Arkansas Department of Finance and
Administration
California State Board of Equalization
Colorado Department of Revenue
Connecticut Department of Revenue Services
Delaware Division of Revenue
Florida Department of Revenue
Georgia Department of Revenue
Hawaii Department of Taxation
Idaho State Tax Commission
Illinois Department of Revenue
Indiana Department of Revenue
Iowa Department of Revenue and Finance
Kansas Department of Revenue
Kentucky Revenue Cabinet
Louisiana Department of Revenue
Maine Revenue Services
Maryland State Comptroller
Massachusetts Department of Revenue
Michigan Department of Treasury
Minnesota Department of Revenue
Mississippi Tax Commission
Missouri Department of Revenue
Montana Department of Revenue
Nebraska Department of Revenue
Nevada Department of Taxation
New Hampshire Department of Revenue -
Administration Unit
New Jersey Department of Treasury
New Mexico Department of Taxation and
Revenue
New York Department of Taxation & Finance
North Carolina Department of Revenue
North Dakota State Tax Department
Ohio Department of Taxation
Oklahoma Tax Commission
Oregon Department of Revenue

Pennsylvania Department of Revenue
Puerto Rico Department of the Treasury
Rhode Island Department of Revenue
South Carolina Department of Revenue
South Dakota Department of Revenue
Tennessee Department of Revenue
Texas Department of Revenue
Utah Department of Revenue
Vermont Department of Taxes
Virginia Department of Revenue
Washington DC Office of Tax and Revenue
Washington Department of Revenue
West Virginia Department of Revenue
Wisconsin Department of Revenue
Wyoming Department of Revenue

**Supply Agreement**
AGP LLC
Air Products And Chemicals Inc
American Compressed Gases Inc
American Greetings Corporation
Atlas Welding Supply Co., Inc.
Canadian Helium Inc.
Ceva Freight Llc
Churchill Container, LLC
Coefficient
Dentsu X Llc
Disney Consumer Products Inc
Dunn Paper
Dunn Paper Inc
Engie Insight Services Inc
Erwin Distributing Company Inc
Google Inc
Iowa Prison Industries
Ladder Creek, LLC
Lazarus 3D, Inc.
Linde Gas & Equipment Inc. (formerly known
as Praxair Distribution, Inc.)
Lucent Health
MACONDGMX, S.A. de C.V.
Maine Oxy-Acetylene Supply Company
NTEC Helium, LLC
NTEC Helium, LLC , Tacitus, LLC
Party Expert Group, Inc.
Praxair Distribution Inc
Rim Logistics Ltd
Shipt Inc
SYOXSA, Inc.
Tacitus, LLC; NTEC Helium, LLC
Toray Plastics (America), Inc.
United Parcel Service (UPS)

Universal Studios Licensing LLC
Warner Bros Consumer Products
Worthington Cylinder Pa
Zephyr Solutions
Zephyr Solutions, LLC

**Surety Issuers**
American Alternative Insurance Corp
The Hanover Insurance Co

**Top 100 Vendor**
ADP
AFG Media Limited
AGP
Allion Company Limited
Ampro Print & Pak
Axiz Group
Bringg Inc
Christmas Tree Shops
Complete Solutions Inc
Concentrix
Connor Construction LLC
Convoy Inc
Coyote Logistics LLC
Dah Loong Development
Deacon Construction LLC
Deco Paper Products Inc.
Dedicated Global Carriers, LLC
DHL Global Forwarding
Disguise Limited
Everts (Malaysia) Sdn Bhd
Flamingo Kid Signs Inc
Forward Air, Inc.
Froggy'S Fog LLC
Funworld
Globaltex PS, Inc
Gm Northrup Corporation
Grupo Ruz SA de CV
Hi-Float Company Inc
Holiday Times Unlimited Inc
Inspirit Designs
Its National LLC
JCW Investments, Inc
Jerry Leigh Of CA Inc
Jia Xiang Fiber Enterprise Co
John Tyler Enterprises Inc
Kay Global Group Inc
KBW Global Corp
King Zak Industries, Inc.
Leason Ellis
Lennox National Account Services LLC

Logistic Concepts Inc
Marco Contractors Inc
Maryland Plastics Inc
McLane Company LLC
Merkle Inc
Minute Men Of Illinois Inc
Mission Pets Inc
Nassau Candy Distributors, Inc.
Ningbo Sunbow Industry & Trade
Ningbo Tian Cheng Ent Ltd
Occasions Limited
Pefso Company Limited
Praxair Distribution Inc.
PricewaterhouseCoopers
Qianzi Trading Limited
Quan Zhou East Tern Handicraft
RI 2 LLC
Risen Deal Trading Corp
Salson Logistics Inc
Sam Pievac Company Inc
SAVVI
Schneider National Inc.
Seasonal Specialties LLC
Seasonal Visions Int'l Ltd
Sinomac International Limited
Southern Graphic Systems-Canada
Spin Master Inc
Standard Insurance Company
Stratus
Summit Staffing Inc
Sunstar Industries Inc.
Tacitus LLC
Terra Worldwide Logistics, LLC
The Gilbert Company
The Louderback Group LLC
TMD Holdings LLC
Trick Or Treat Studios
True North Growth Partners LLC
Uber Technologies Inc
UCC Distributing Inc
Unique Industries, Inc.
United Parcel Service
Us Logistics Solutions, Inc
UWL, Inc.
Vacform Ind (China) Co Ltd
Vistar
Weeks-Lerman Group, LLC
Wilton Industries PA
Wing Hing Plastic Bags Ind. Co
Worldwide Retail Solutions Inc
XPO Logistics

Ya Otta Pinata
Zhejiang Shengfeng Import And
Zhejiang Xieli(Vn) Science Tec

**Top 75 Customer**
50-50,Inc. (PFA)
Adyl Inc. (PFA)
Aldi Inc Denton
Aldi Inc Dwight
Aldi Inc Greenwood
Aldi Inc Jefferson
Aldi Inc Springfield
Aldi Inc Tully
Aldi Inc.
Alin Party Supply Co. (PFA)
American Greetings Corp.
Arne Distributors
Buyseasons Inc
Canadian Tire Ltd.
Caspari INC.
Christmas Tree Shops, LLC
Circustrix Holdings LLC
Cleco Holdings (PFA)
Cool Kat LLC (PFA)
Creative Converting
CVS Pharmacy Inc.
Diddams Party
Dollar Tree Stores Canada, Inc
Dollar Tree Stores, Inc
Donco Paper Supply Co.
Family Dollar
Fred Meyer Inc
Frugal Flippers LLC
Gift Express LLC
Graphic Packaging Corp.
Graphic Packaging Intl, LLC
Happy Sun Enterprise, Inc. (PFA)
Hobby Lobby
Hour Loop Inc.
Itzaparty (PFA)
JB Specialty Company
Joker Party Supply Inc
Kenset Group
King Zak
Kroger Companies
Lismir Card's Inc
Mayflower Distrib. Co.
Meijer Inc.
Michaels Companies Inc.
Mix N More
Odessy Sales Of Fl Inc.

Office Depot
One Net Enterprises LLC
Oriental Trading Co.
Parties Plus
Party Atlanta Inc. (PFA)
Party Center
Party Depot Inc. (PFA)
Party Depot/155003 (PFA)
Party Fair
Party Fair Inc
Party Fair Of Middletown Inc
Party Fair Of Oakhurst
Party Place (PFA)
Party USA (PFA)
Party World Home Inc.
Party Wow Of Florence, LLC.
Ra Global LLC
Safeway 6560
Safeway 6608
Simply Unforgettable (PFA)
Sunrite Gifts LLC
Target Corp.
Target.Com
The Party Source
The Party Starts Here (PFA)
The Toy Hunt (PFA)
Toy World Inc
Trade Mart Inc.
Tripate Marketing (PFA)
Tucker's Toy Shop
Ultimate Party Super Store
Unfi-Supervalu
Wakefern Food Corp
Waldimart LLC.
Wegmans
Winner Int'l. Inc.
Zurcher Merchandise Co. (PFA)

**U.S. Trustee - Bankruptcy Judges and Staff**
Albert Alonzo
Alicia McCullar
Ana Castro
Barbara Griffin
David R. Jones
Christy Simmons
Clarissa Waxton
Darlene Hansen
David J. Bradley
Eduardo V. Rodriguez
Glenn Otto
Gwen Smith

Hector Duran
Henry G. Hobbs, Jr.
Jacqueline Boykin
Jana Whitworth
Jayson B. Ruff
Jeannie Andresen
Jeannie Chavez
Judge Christopher M. Lopez
Judge Eduardo V. Rodriguez
Judge Jeffrey P. Norman
Judge Marvin Isgur
Kimberly Picota
Linda Motton
LinhThu Do
Luci Johnson-Davis
Mario Rios
Nathan Ochsner
Patricia Schmidt
Rosario Saldana
Southern District of Texas
Stephen Statham
Tracey Conrad
Tyler Laws
Vriana Portillo

**UCC Lien**
Ankura Trust Company, Llc, As Collateral Agent
Ankura Trust Company, Llc, As Collateral Trustee
Canon Financial Services, Inc.
Canon Financial Services, Inc. 158 Gaither Drive, Suite
Carlton Cards Limited
Crown Credit Company
Crown Equipment Company
De Lage Landen Financial Services, Inc.
Deutsche Bank Ag New York Branch, As Agent
Equipment Finance Group, LLC
First Western Bank & Trust
JPMorgan Chase Bank Na As Agent
JPMorgan Chase Bank, N.A., As Agent
MJ Holding Company, Llc
Negri Bossi North America, Inc.
Papyrus-Recycled Greetings, Inc.
Raymond Leasing Corporation
TCF National Bank
Tx - Secretary Of State, Statutory Filings Division, Corporations
Wells Fargo Bank, National Association, As Agent

Wells Fargo Vendor Financial Services, Llc
Wintrust Equipment Finance, A Division Of
Wintrust Asset Finance Inc.

**Utility Providers**
ABCWUA
ACADEMY FIRE PROTECTION INC
ADS Security (Vector Security)
AES Indiana
AES Ohio
AFA PROTECTIVE SYSTEMS INC
Alabama Power
Alameda County Water District
Alameda Municipal Power
Albany Utilities - GA
ALERT MEDIA INC
Alliant Energy/IPL
Alliant Energy/WP&L
Ameren Illinois
Ameren Missouri
American Electric Power/24002
American Electric Power/24418
Appalachian Power
APS
Aqua Indiana, Inc.
Aqua New Jersey/70279
Aqua Pennsylvania/70279
Aquarion Water Company of MA
ARC NCCHRNC001 LLC
Arlington Utilities
Atlantic City Electric/13610
Atmos Energy/630872/740353
Augusta Utilities Department
Aurora Water/City of Aurora, CO
Austell Natural Gas System
Avista Utilities
AW Billing Service LLC
Baldwin County Sewer Service, LLC
Bangor Gas, ME
Bangor Water District
BCWSD
Beckley Water Company, WV
Benton Charter Township, MI
BGE
Birmingham Water Works - Sewer & Water
Black Hills Energy
Blue Sky Utility
Bonita Springs Utilities, Inc
Bowling Green Municipal Utilities
BP Energy Retail Company LLC
Bridgewater Falls Station LLC

Bristol Tennessee Essential Services
Brodhead Creek Regional Authority, PA
Brosnan Security
Broward County Water And Wastewater Serv
Brownsville Public Utilities Board
Brunswick-Glynn County Joint
Burbank Water and Power
California American Water Company
California Water Service-Los Altos
California Water Service-Salinas
Cape Fear Public Utility Authority
Carroll Electric Cooperative Corp
Cascade Natural Gas
Caseyville Township Sewer System (IL)
Cass County Electric Cooperative
CELD: Chicopee Electric Light Department
CenterPoint Energy Minnegasco/4671
CenterPoint Energy/1325/4981/2628
CenterPoint Energy/1423
CenterPoint Energy/2006
CenterPoint Energy/4849
Central Georgia EMC (elec)
Central Hudson Gas & Electric Co
Central Maine Power (CMP)
Charleston Water System
Charter Township of Orion MI
Chattanooga Gas Company/5408
Chesapeake Utilities
Chugach Electric Association
Citizens Energy Group/7056
Citrus Heights Water District
City National Bank
City of Abilene, TX
City of Alexandria, LA
City of Alhambra, CA
City of Anaheim, CA
City of Apple Valley, MN
City of Attleboro, MA
City of Austin, TX
City of Banning, CA
City of Baytown, TX
City of Belton, MO
City of Berwyn, IL
City of Bethlehem, PA
City of Bloomington - 801214
City of Bloomington, IN
City of Boca Raton, FL
City of Boynton Beach, FL
City of Brea, CA
City of Brentwood, CA
City of Bridgeport, WV

City of Brighton, MI
City of Bristol, TN
City of Brookfield, WI
City of Buford, GA
City of Burleson, TX
City of Burlington, NC
City of Burlington, WA
City of Canton, GA
City of Cape Coral, FL
City of Cape Girardeau, MO
City of Carbondale, IL
City of Carrollton, TX
City of Cartersville, GA
City of Chandler, AZ
City of Charlotte, NC
City of Chattanooga, TN
City of Chino, CA
City of Clearwater, FL
City of Clifton/Sewer Collector
City of Columbia, MO
City of Columbia, SC - Water
City of Cookeville, TN
City of Coon Rapids, MN
City of Corona, CA
City of Corpus Christi/659880
City of Corvallis, OR
City of Covina, CA
City of Cumming, GA
City of Dallas, TX
City of Davenport, IA
City of Denton, TX
City of Dover, DE
City of Downey, CA
City of East Point, GA
City of Edinburg, TX
City of Edmond, OK
City of El Centro, CA
City of Elmhurst, IL
City of Escondido, CA
City of Euless, TX
City of Fort Walton Beach, FL
City of Fort Worth Water Dept, TX
City of Fredericksburg, VA
City of Garland Utility Services
City of Gastonia, NC
City of Geneva, IL
City of Grand Island, NE
City of Grandville, MI
City of Greenfield, WI
City of Greensboro, NC/1170
City of Harrisonburg, VA

City of Hialeah, FL-Dept of Water & Sewe
City of Hickory, NC
City of Hollywood, FL
City of Homestead FL
City of Huber Heights, OH
City of Hurst, TX
City of Independence Utilities
City of Irving - Municipal Services Bill
City of Jackson Utility Billing, MI
City of Joliet, IL
City of La Habra, CA
City of Lake Charles Water Division
City of Laredo Utilities
City of Lauderhill, FL
City of Lawton, OK
City of Leominster, MA
City of Lewisville, TX
City of Livonia Water & Sewer Division
City of Lodi, CA
City of Longmont, CO
City of Longview, TX
City of Lubbock Utilities, TX
City of Mandeville, LA
City of Mankato, MN
City of Martinsburg, WV
City of McKinney, TX
City of Mesa, AZ
City of Midwest City, OK
City of Millville, NJ
City of Monrovia, CA
City of Naperville, IL
City of Novi, MI
City of Odessa, TX
City of O'Fallon, IL
City of Oklahoma City, OK
City of Olympia, WA
City of Onalaska, WI
City of Orange, CA
City of Ormond Beach, FL
City of Oshkosh, WI
City of Pasadena, TX
City of Pembroke Pines, FL
City of Phoenix, AZ - 29100
City of Plano, TX
City of Port Arthur, TX
City of Quincy, MA
City of Raleigh, NC
City of Redding, CA/496081
City of Redlands, CA/6903
City of Richardson, TX
City of Richland, WA

City of Rochester Hills Water & Sewer
City of Rockville, MD
City of Rockwall, TX
City of Roseville, CA
City of Roseville, MI
City of Round Rock, TX
City of San Angelo Utility Billing
City of Santa Fe Springs, CA
City of Sevierville, TN
City of Slidell, LA
City of St. Petersburg, FL
City of Sterling Heights Water
City of Sugar Land, TX
City of Summerville, GA
City of Sunrise, FL
City of Tacoma Public Utilities
City of Tallahassee, FL
City of Tampa Utilities
City of Taylor, MI - Water Dept
City of Thousand Oaks, CA
City of Tomball, TX
City of Topeka, KS
City of Torrance Utilities
City of Tucson, AZ
City of Tulsa Utilities
City of Union Gap, WA
City of Upland, CA - Water/Sewer
City of Watauga, TX
City of Webster, TX
City of West Allis, WI
City of West Melbourne, FL
City of Westland Water
City of Wichita Falls, TX
City of Winston-Salem, NC
City of Winter Garden, FL
City of Woodland, CA
City Treasurer Madison - WI
City Water Light & Power, Springfield IL
Clark Public Utilities
Clark Township
Clarksville Department of Electricity
Clarksville Gas & Water Department
Cleco Power LLC
Cobb EMC
College Station Utilities - TX
College Township Water Authority, PA
Colorado Springs Utilities
Columbia Gas of Kentucky
Columbia Gas of Maryland
Columbia Gas of Ohio
Columbia Gas of Pennsylvania

Columbia Gas of Virginia
Columbus City Utilities
ComEd
Con Edison
Connecticut Natural Gas Corp (CNG)
Connexus Energy
Conserve - 1530
Consolidated Irrigation Dist #19
Constellation NewEnergy/4640
Consumers Energy
Contra Costa Water District
CoServ
Coweta-Fayette EMC
CRWWD
CTCI
Cucamonga Valley Water District
CUSTOM SECURITY INC
Dakota Electric Association
Daphne Utilities
DELMARVA POWER
DE/MD/VA/17000/13609
Denver Water
Department of Public Utilities, OH
Direct Energy/NRG/70220
Dominion Energy North Carolina
Dominion Energy Ohio/26785
Dominion Energy South Carolina
Dominion VA/NC Power/26543/26666
Downers Grove Sanitary District
DTE Energy/630795/700786
Duckett Creek Sanitary District
Duke Energy/1094/70515/70516
Duke Energy/1326/1327
Duquesne Light Company
East Providence - Utility
East Richland Co. P. S. D.
Eastern Municipal Water District
Edge Utilities
El Paso Electric/650801
El Paso Water Utilities
Electric City Utilities/City of Anderson
Elizabethtown Gas/5412
Engie Power & Gas LLC/411330
Engie Resources/9001025/841680
Enstar
Entergy Gulf States LA, LLC/8103
Entergy Louisiana, Inc./8108
Entergy Texas, Inc./8104
EPB
Evansville Water and Sewer Utility
Evergy Kansas Central/219915/219089

Evergy KS MO Metro MO West
219330/219703
Eversource Energy 660753/56007
Eversource Energy/56002
Eversource Energy/56003
Eversource Energy/56004
Eversource/55215
Fairfield Municipal Utilities, CA
Fallbrook UD
Fayetteville Public Works Commission
First Utility District of Knox County
Fishers Sewer Utility, IN
Flint Township-Board of Public Works
Florence Water & Sewer
Florida Power & Light Company (FPL)
Floyd County Water Department
Fort Bend MUD 50
Fort Collins Utilities
Fort Gratiot Charter Township - MI
FPL Northwest FL
Fulton County Finance Department, GA
FUZE INC
GC Siegen LLC
GCSED
Generate BSU Gateway Plaza LLC
Georgia Power
Georgia Power/105090 Sum
Golden State Water Co.
Grand Chute Utilities
Grand Forks Utility Billing
GRANITE TELECOMMUNICATIONS
Grant Water and Sanitation District
Green Bay Water Utility
Green Mountain Power Corporation
Greenville Utilities Commission, NC
Greenville Water, SC
GreyStone Power Corporation (elec)
Harris County MUD 257
Harris County MUD 285
Harrisonburg Electric Commission
Hazlet Township Sewer Dept
Highland Utilities Dept, IN
Hillsborough County Water Resource -BOCC
Hixson Utility District, TN
Holland Board of Public Works
Hope Gas
HRSD/HRUBS
Huntsville Utilities, AL
Illinois American Water
Imperial Irrigation District, CA
Indiana American Water

Indiana Michigan Power
Indio Water Authority
Iowa American Water Company
Irvine Ranch Water District
Jackson Electric Membership Corp, GA
Jackson Energy Authority
Jefferson Parish, LA
Jersey Central Power & Light
Johnson County Wastewater - 219948
Jordan Tax Service/Township of Collier
Kansas Gas Service
Kenergy Corp
Kenosha Water Utility
Kentucky American Water Company
Kissimmee Utility Authority
Kochville Township, MI
KUB-Knoxville Utilities Board
KU-Kentucky Utilities Company
LA County Waterworks
Lafayette Utilities Systems (LUS)
Lakehaven Water & Sewer District
Lakeland Electric/City of Lakeland, FL
Lakewood Water District
Lancaster Utilities Collection-Office
Lansing Board of Water & Light
Latham Water District
LCEC- Lee County Electric Cooperative
Lee County Utilities, FL
Lees Summit Water Utility
LELD-Littleton Electric Light Department
Lenoir City Utilities Board (LCUB)
Levittown WD
Lexington-Fayette Urban County Govt
LG&E - Louisville Gas & Electric
Liberty Utilities - Empire District
Liberty Utilities - NH
Liberty Utilities Georgia
Liberty Utilities/52691
Liberty/371332
Lincoln Electric System
Los Angeles Dept of Water & Power/30808
Louisville Water Company
Macon Water Authority, GA
Madison Gas and Electric, WI
Magic Valley Electric Co-op
Marin Municipal Water District
Marina Coast Water District
Marion Water Department
McAllen Public Utilities -TX
MCUD-Manatee County Utilities Department
Merrillville Conservancy District

Met-Ed/3687
Metro Water Services TN
Metropolitan St. Louis Sewer Dist/437
Metropolitan Utilities District/2166/3600
MIAMI-DADE WATER AND SEWER DEPT
Michigan Gas Utilities
MidAmerican Energy Company
MidAmerican Energy Services LLC
Mid-Carolina Electric Cooperative
Middle Tennessee Electric Membership
Milwaukee Water Works
Minnesota Energy Resources
Mishawaka Utilities, IN
Mississippi Power
Missouri American Water
Mobile Area Water & Sewer System-MAWSS
Modesto Irrigation District
MonPower/Monongahela Power
Montana-Dakota Utilities Co
Montgomery County Environmental Svs, OH
Montgomery Township Municipal Sewer Auth
Montgomery Water Works
Mount Laurel Twp MUA
Mountaineer Gas/580211
Murfreesboro Water Resources Department
Nashville Electric Service
National Fuel/371835
National Grid - Brooklyn/371416
National Grid - New York/371376
National Grid - Pittsburgh/371338
National Grid - Pittsburgh/371382
National Grid/371396
New Caney Municipal Utility District, TX
New Jersey American Water Company/371331
New Mexico Gas Company
Newnan Utilities, GA
Newport News Waterworks
Nicor Gas Transportation
Nicor Gas/2020/0632/5407
NIPSCO - Northern Indiana Public Serv Co
NJNG
North Beckley PSD
North Bergen Municipal Util Auth-NBMUA
North Shore Gas
North Wales Water Authority
NorthWestern Energy, MT
NOVEC
NV Energy/30073 North Nevada
NV Energy/30150 South Nevada
NW Natural
NYC Water Board

NYSEG-New York State Electric & Gas
O.C.W.R.C. - Oakland County
Oconee County Water Resources
OCPMEX
OCWA-Onondaga County Water Authority
OG&E -Oklahoma Gas & Electric Service
Ohio Edison
Oklahoma Natural Gas Co: Kansas City
Omaha Public Power District
Opelika Power Services, AL
Opelika Utilities
Orange and Rockland Utilities (O&R)
Orange County Utilities
Orlando Utilities Commission
P.N Fire and Burg Alarm
Pacific Gas & Electric
Pacific Power-Rocky Mountain Power
Padre Dam Municipal Water District
Palm Beach County Water Utilities Dept
Pasadena Water and Power
Pasco County Utilities
Passaic Valley Water Commission
PCCW GLOBAL INC
Peabody Municipal Light Plant
PECO/37629
Penn Power
Pennsylvania American Water
Peoples Gas
Peoples/644760
PEPCO (Potomac Electric Power Company)
Philadelphia Gas Works
Piedmont Natural Gas
Pierce County Sewer, WA
Pluris Southgate
Plymouth Township, PA
PNM
POTOMAC EDISON
PPL Electric Utilities/Allentown
Profile Energy Services LLC
PSE&G-Public Service Elec & Gas Co
PSEGLI
Public Service Company of Oklahoma
Puget Sound Energy
Rappahannock Electric Coop
Raynham Center Water District
Regional Water Authority
RG&E - Rochester Gas & Electric
Rhode Island Energy
Rialto Water Services
Richmond Power & Light
Richmond Sanitary District, IN

Riverside Public Utilities, CA
Riviera Utilities - Daphne, AL
RMC Investments LLC
Roanoke Gas Company
Rockaway Township Municipal Utility
Rockdale Water Resources
RPAI US Management LLC - 13068
SAFE SYSTEMS INC
Salt River Project/2951
San Diego Gas & Electric
San Dieguito Water District
Sawnee EMC
Scana Energy 1/100157
SCV Water - Santa Clarita Division
SCV Water - Valencia Division
SD1
Sea Breeze & Vicinity Water District
SECURITAS SECURITY SERVICES USA
INC
SELCO - 9258
Semco Energy Gas Company
Seminole County, FL
Sevier County Electric System
Sevier County Utility District (SCUD)
Shorewood Municipal Utilities, IL
Skagit PUD
SMECO (Southern Maryland Electric Coop)
SMUD
Snohomish County PUD
South Burlington Water Department
South Central Power CO, OH
South Jersey Gas Company
Southeast Daviess County Water District
Southern California Edison
Southern California Gas (The Gas Co.)
Southern Connecticut Gas (SCG)
Southwest Gas
Southwestern Electric Power
Spartanburg Water System
Spire/Birmingham
Spire/St Louis
Spokane County Environmental Services
Springettsbury Township
St Johns County Utility Department
St. Lucie West Services District
Suburban Natural Gas
Suffolk County Water Authority - NY
Sweetwater Authority
Symmetry Energy Solution LLC
Tara Energy
Taunton Muni Lighting Plant (TMLP) - 870

Tax Collector, City of Waterbury, CT
TECO Tampa Electric Company
TECO: Peoples Gas
Tennessee-American Water Company
Texarkana Water Utilities
Texas Gas Service
The Connecticut Water Company - AVWC
The Connecticut Water Company - CRWC
The Illuminating Company
The York Water Company
Toho Water Authority
Toledo Edison
Town of Anmoore, WV
Town of Bel Air, MD
Town of Bellingham, MA
Town of Burlington - Dept 520
Town of Cary, NC
Town of Davie, FL
Town of Flower Mound, TX
Town of Leesburg, VA
Town of Millbury MA
Town of Mooresville, NC/602113
Town of Natick, MA
Town of Orange, CT
Town of Saugus, MA
Town of Superior, CO
Town of Walpole MA
Township of Falls Authority
Township of Spring, PA
Township of Wayne, NJ
Tucson Electric Power Company
Turlock Irrigation District
UGI Utilities Inc
United Illuminating Company
United Utility Services
UNITIL ME Gas Operations
UNITIL NH Electric Operations
UNITIL NH Gas Operations
UNIVERSAL ATLANTIC SYSTEMS INC
URS of WA LLC
Urstadt Biddle Properties Inc/371328
Valley County Water District
Valparaiso City Utilities
Veolia Water New Jersey
Veolia Water New York Inc
Veolia Water Pennsylvania
Verendrye Electric Cooperative, Inc.
Vermont Gas Systems, Inc.
Versant Power/70702
Village of Bloomingdale, IL
Village of Chester, NY

Village of Chicago Ridge, IL
Village of Crestwood, IL
Village of Downers Grove, IL
Village of Hoffman Estates, IL
Village of Lake Zurich, IL
Village of Melrose Park, IL
Village of Mokena, IL
Village of Orland Park, IL
Virginia Natural Gas/5409
Virtual Keypad / Electronic Alarms
Vista Palms Commercial Property Owners
Walton EMC / Walton Gas
Warminster Municipal Authority
Washington Gas/37747
Washington Suburban Sanitary Commission

Waterloo Water Works
WaterOne
WE Energies/Wisconsin Electric/Gas
West Des Moines Municipal Services
West Penn Power
Western Virginia Water Authority
Williamsport Municipal Water Authority
Wisconsin Public Service
Withlacoochee River Electric Cooperative
Woodinville Water District
Wright-Hennepin Coop Electric
Xcel Energy
Xenotronics Company
Yes Energy Management/6255

<u>**EXHIBIT B**</u>

**Parties-in-Interest Noted for Court Disclosure**

<u>**Relationships in Matters Related to These Proceedings**</u>

**None**

<u>**Relationships in Unrelated Matters - Current**</u>

**Attorney Generals**
State of Pennsylvania Attorney General

**Banking Relationships**
Bank of China
BBVA
BMO Harris Bank
China Construction Bank
Fifth Third Bank
HSBC
HSBC Bank
JPMorgan Chase Bank
KeyBank
M&T Bank
PNC Bank
RBS Citizens Bank
Regions Bank
Santander
Star Financial
TD Bank
US Bank
Valley National Bank

**Customer Contract**
Rite Aid Corporation

**Debtors' Bankruptcy Professionals**
Korn Ferry
Moelis & Company
Paul, Weiss, Rifkind, Wharton & Garrison
Porter Hedges LLP

**Equity Holder >1%**
The Vanguard Group, Inc.

**Facility Agent/Trustee**
Wilmington Trust, National Association

**Federal Income Taxes**
Internal Revenue Service

**Independent Contractors**
Gibbons PC

**Insurance Broker**
Willis Towers Watson

**Insurance Providers**
AIG
Allianz
Arch Insurance Company
Aspen
AXA XL
Axis
Beazley
Beazley Ins Co
Berkley
Berkley Insurance Company
Berkshire
Chubb
CNA
Crum & Forster Specialty Insurance Co.
Great American
Houston Casualty Company (Tokio Marine)
Liberty Mutual (Ohio Casualty)
Lloyds
Lloyds (XL)
Mitsui
Mitsui Sumitomo Insurance Company of
America
Navigators (The Hartford)
North Shore (Aspen)
Partner Re
RSUI
Starr
Steadfast (Zurich)

Steadfast Insurance Company
Travelers
Zurich

**Landlords' Attorneys**
Kutak Rock

**Lenders**
Bank of America
Bank of Montreal
Bank of Nova Scotia
Barclays Bank, PLC
BlackRock Advisors, LLC
BMO Asset Management, Inc.
BNP Paribas Securities Corporation
California Public Employees Retirement System
Carlyle Investment Management, LLC
Citigroup Global Markets, Inc.
Credit Suisse
Davidson Kempner Capital Management, L.P.
Diameter Capital Partners, L.P.
E D & F Man Capital Markets Inc.
Fidelity Management & Research Company,
LLC
Franklin Advisers, Inc.
Goldman Sachs
HSBC Bank PLC
J.P. Morgan Asset Management (UK), LTD
J.P. Morgan Chase Bank, N.A.
J.P. Morgan Investment Management, Inc.
J.P. Morgan Securities, LLC
JPMorgan Chase Bank, N.A.
Legal & General Investment Management, LTD
Littlejohn & Co., LLC
Macquarie Investment Management
Marathon Asset Management, L.P.
MSD Partners L.P.
MUFG Union Bank
Siemens
Silver Point Capital, L.P. (U.S.)
TD Bank, N.A.
UBS Securities, LLC
Wells Fargo Bank
Wells Fargo Securities, LLC
Western Asset Management Company, LLC

**Letter of Credit issuers and beneficiaries**
Liberty Mutual
National Union Fire Insurance
United Parcel Service of America

**Licensing Contract Counterparty**
Avanti
Dish
Disney
Dr Seuss Enterprises
General Mills
Mattel
NBC Universal
NHL
Nintendo
Sony Interactive
Warner Brothers

**Official Creditors' Committee Attorneys**
Pachulski Stang Ziehl & Jones

**Official Creditors' Committee Members**
Wilmington Trust, National Association

**Official Creditors' Committee Members'
Attorneys**
Kelley Drye & Warren

**Operating Lessors**
Canon Solutions America
Republic Services
Wells Fargo Bank, N.A.

**Ordinary Course Professionals**
Allen & Overy LLP
Alston & Bird LLP
BDO
Bennett Jones LLP
Blank Rome LLP
Cahill Gordon & Reindel LLP
Davis & Gilbert LLP
Ernst & Young
Fox Rothschild LLP
Gowling WLG (Canada) LLP
Infosys
Lewis Brisbois Bisgaard & Smith LLP
LexisNexis
Littler Mendelson PC
Loeb & Loeb LLP
McDermott Will & Emery
Orrick, Herrington & Sutcliffe LLP
Osborne Clarke LLP
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Polsinelli, PC
PricewaterhouseCoopers
Ropes & Gray LLP

RR Donnelley
RSM
Saul Ewing Arnstein & Lehr
Skadden, Arps, Slate, Meagher & Flom LLP
Weiner Law Group

**Other**
Davis Polk & Wardwell LLP
Milbank LLP
Simpson Thacher & Bartlett LLP

**Other Contract**
Adobe
Bank of America, N.A.
Cellco Partnership
Deloitte Consulting LLP
Federal Express Corporation (FedEx)
Focal Point
Honeywell
HP Inc.
Intelligrated Systems, LLC
International Business Machines Corp.
JPMorgan Chase Bank, N.A.
Linde Gas & Equipment Inc.
Marriott Corporation
Michaels Stores, Inc.
Microsoft Corporation
Moelis & Company LLC
Polsinelli
Praxair Distribution, Inc.
Protection 1
RELX Inc.
Target Corporation
The Home Depot
Verizon Wireless
Walgreen Co.

**Purchasing Contract Counterparty**
Canon Solutions America, Inc.
Charter Communications Operating, LLC
Charter Communications Operating, LLC
(Spectrum)
DocuSign, Inc.
LinkedIn Corporation
Semrush, Inc.
Turner Construction Co
Zoom Video Communications

**Real Estate Landlord**
CBRE
Colliers International

Combined Properties, Inc.
Dollar Tree Stores, Inc.
Downtown Management Group
Downtown Woodinville, LLC
Greenfield LP / Bonnie Management
Corporation
Greenfield, L.P.
Kimco
Kimco Realty
Kimco Realty Corporation
Landmark Properties Group
LP Corporation
Metropolitan Life Insurance Company
PAG Investments
Paramount
Phillips Edison
Phillips Edison & Company
Rialto Capital
Simon Property Group (Texas), LP

**Senior Secured Noteholders Attorneys**
Kasowitz Benson Torres

**Services Contract Counterparty**
AT&T Corp.
Broadridge Investor Communication Solutions,
Inc
CareerBuilder, LLC
Champion Elevator
Comdata, Inc.
Concentrix Corporation
Convoy, Inc.
CoStar Realty Information, Inc.
Davis + Gilbert LLP
East Coast Power & Gas, LLC
Equinix LLC
Ernst & Young LLP (EY)
Federal Express Corp. (FedEx)
ForeScout Technologies, Inc.
Foster Garvey P.C.
Fox Rothschild
Intelligrated Systems, LLC dba Honeywell
Interactive Communications International.. Inc.
International Business Machines Corp
International Business Machines Corp. (IBM)
Labtest International Inc. dba Intertek
Level 3 Communications, LLC dba Lumen
Technologies Group
LexisNexis, a division of RELX Inc.
Littler Mendelson, PC
McDermott Will & Emery LLP

Murtha Cullina LLP
NPD Group, Inc.
Paul, Weiss, Rifkind, Wharton & Garrison LLP;
Kekst CNC
PepsiCo, Inc.
PricewaterhouseCoopers LLP
Quad/Graphics Inc.
RGIS, LLC
Rimini Street, Inc.
RSM US, LLP
Salesforce.com, Inc.
Salesforce.com, Inc.; Tomax, LLC
Saul Ewing Arnstein & Lehr LLP
Shutterfly, LLC
Snowflake Inc.
Terminix International Company Limited
Partnership
T-Mobile USA, Inc.
Turner Construction Company
Uber Technologies, Inc.
Willis Towers Watson US LLC
Zoom Video Communications, Inc.

**Supply Agreement**
Air Products And Chemicals Inc
Disney Consumer Products Inc
Google Inc
Linde Gas & Equipment Inc. (formerly known
as Praxair Distribution, Inc.)
Praxair Distribution Inc
The Hanover Insurance Co
United Parcel Service (UPS)
Universal Studios Licensing LLC
Warner Bros Consumer Products
Worthington Cylinder Pa
Zephyr Solutions

**Top 100 Vendor**
Ampro Print & Pak
Axiz Group
Bringg Inc
ADP
Christmas Tree Shops
Concentrix
Convoy Inc
Praxair Distribution Inc.
PricewaterhouseCoopers
Uber Technologies Inc
XPO Logistics

**Top 75 Customer**

Christmas Tree Shops, LLC
Cleco Holdings (PFA)
CVS Pharmacy Inc.
Dollar Tree Stores, Inc
Kroger Companies
Michaels Companies Inc.
Target Corp.

**Top Unsecured Creditor**
Praxair Distribution Inc

**UCC Lien**
Canon Financial Services, Inc.
Canon Financial Services, Inc. 158 Gaither
Drive, Suite
Crown Equipment Corporation
JPMorgan Chase Bank Na As Agent
JPMorgan Chase Bank, N.A., As Agent
Wells Fargo Bank, National Association, As
Agent

**Utility Providers**
American Electric Power/24002
American Electric Power/24418
Atmos Energy/630872/740353
Black Hills Energy
CenterPoint Energy/1325/4981/2628
CenterPoint Energy/1423
CenterPoint Energy/2006
CenterPoint Energy/4849
Central Maine Power (CMP)
City National Bank
Cleco Power LLC
Columbia Gas of Pennsylvania
Con Edison
DELMARVA POWER
DE/MD/VA/17000/13609
DTE Energy/630795/740786
Duke Energy/1094/70515/70516
Duke Energy/1326/1327
Duquesne Light Company
Enstar
Entergy Louisiana, Inc./8108
Florida Power & Light Company (FPL)
Liberty Utilities/52691
Los Angeles Dept of Water & Power/30808
National Fuel/371835
National Grid - New York/371376
National Grid/371396
New Mexico Gas Company
NJNG

Orange and Rockland Utilities (O&R)
Pacific Gas & Electric
PECO/37629
Peoples Gas
Philadelphia Gas Works
Piedmont Natural Gas

South Jersey Gas Company
Southern California Gas (The Gas Co.)
Southern Connecticut Gas (SCG)
UGI Utilities Inc
Wilmington Trust, National Association
Xcel Energy

## Relationships in Unrelated Matters - Former

**Debtor - Filing Entities**
Party City Corporation

**Debtors' Bankruptcy Professionals**
Kroll

**Equity Holder >1%**
LPL Financial LLC

**Attorney Generals**
Commonwealth of Puerto Rico
State of Arizona Attorney General

**Customer Contract**
Airgas USA
Kellogg Company

**Insurance Providers**
Munich Re
Westfield
XL Bermuda

**Landlords' Attorneys**
Chapman and Cutler

**Lenders**
Lord, Abbett & Co., LLC
Lord, Abbett & Co., LLC (Asset Management)

**Licensing Contract Counterparty**
BBC
MGM
Ubisoft Inc

**Litigation**
HH Associates US, Inc.

**Landlord's Attorneys**
Allen Matkins

**Operating Lessors**
ASSA Abloy Entrance Systems

**Ordinary Course Professionals**
Campolo, Middleton & McCormick, LLP
Harter Secrest & Emery LLP
Honigman LLP
Refinitiv US LLC
Shaw Keller LLP

**Other**
Lazard Group LLC

**Other Contract**
Blue Yonder Group Inc.
Jakks Pacific, Inc.
Playwire, LLC
ZOLL Medical Corporation

**Purchasing Contract Counterparty**
DUO Security Inc.
Tableau Software, LLC

**Real Estate Landlord**
American Realty
ARC (American Realty Capital)
Foresight
Glimcher Group
Glimcher Group Inc.
Philips International

**Services Contract Counterparty**
Aramark Services, Inc.
BDO USA, LLP
Comcast Cable Communications Management, LLC
Manhattan Associates, Inc.
Mapbox, Inc.

Rocket Software, Inc.
Windstream (and its affiliates)

**Supply Agreement**
Airgas USA, LLC

**Top 100 Vendor**
TMD Holdings LLC

**Utility Providers**
ComEd
Constellation NewEnergy/4640
Direct Energy/NRG/70220
Dominion Energy South Carolina
Lakeland Electric/City of Lakeland, FL
Puget Sound Energy
Southern California Edison
Texarkana Water Utilities
Virginia Natural Gas/5409
Washington Gas/37747

## EXHIBIT C

## List of Governmental Entities Who Are Current FTI Clients in Unrelated Matters

New York County District Attorney
Maryland Attorney General's Office
Maryland Department of General Services
Maryland State Highway Administration
State of Maryland
Maryland Department of Transportation
Maryland Transit Administration (MTA)
Securities & Exchange Commission (SEC)
Tennessee Valley Authority
Department of Justice (United States)
United States Government
US Army Corps of Engineers
Amtrak
King County, Washington
Federal Housing Finance Agency
US Department of Labor
State of California
Commonwealth of Pennsylvania, Attorney
General
State of New Mexico
California Department of Justice
State of Indiana
City of Pomona
Port Authority of New York and New Jersey
US Department of the Interior
US Department of the Treasury
Overseas Private Investment Corporation
Federal Trade Commission (FTC)
Internal Revenue Service (IRS)
State of Arizona - Attorney General
US Department of Transportation (USDOT)
Federal Aviation Administration (FAA)
California Public Employees' Retirement System
(CalPERS)
New York City Law Department
The City of New York
New York City Police
United States Agency for International
Development
National Railroad Passenger Corporation
State of New York
City of Las Cruces (New Mexico)
US Department of State
Commodities Futures Trading Commission

(CFTC)
Federal Deposit Insurance Corporation (FDIC)
Department of Health and Human Services
Department of Health
Delaware Department of Transportation
U.S. Commodity Futures Trading Commission
(CFTC)
North Carolina Department of Transportation
North Carolina Department of Justice
The United States Department of Agriculture
City of Carlsbad, New Mexico
Oregon Department of Justice
State Forestry Department (Oregon)
State of Oregon
New York Department of Public Service
United States Attorneys Office Southern District
of New York
Green Cape Sector Development Agency
US Trade and Development Agency (USTDA)
State of Florida
General Services Administration
County of Eddy, New Mexico
State of North Dakota
New York State Department of Financial
Services
State of Washington
Federal Reserve Bank of Boston
Commonwealth of Pennsylvania
US Department of the Navy
Pennsylvania Department of Transportation
(PennDOT)

7