IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PARTY CITY HOLDCO INC., *et al.*,[1] | ) ) ) | Case No. 23-90005 (DRJ) |
| Debtors. | ) ) ) | (Jointly Administered) |

### NOTICE OF BID DEADLINE AND POTENTIAL SALE HEARING

On March 14, 2023 the United States Bankruptcy Court for the Southern District of Texas (the "Court") entered the *Order (I) Establishing Procedures to Sell Certain Leases and (II) Granting Related Relief* [Docket No. 678] (the "Order"),[2] attached hereto as Exhibit A, by which the Court approved procedures setting forth the process by which the Debtors are authorized to conduct an auction (the "Auction" and, such procedures, the "Auction Procedures") for the sale of certain unexpired leases of nonresidential real property (each, a "Lease").

**PLEASE TAKE NOTICE** that the Debtors are soliciting offers for the sale, liquidation, or other disposition of certain of the Debtors' Leases attached hereto as Exhibit B consistent with the Auction Procedures approved by the Court's Order.  **All interested bidders should carefully read the Auction Procedures and Order.**  To the extent that there are any inconsistencies between this notice and the Auction Procedures or Order, the Auction Procedures or Order, as applicable, shall govern in all respects.

**PLEASE TAKE FURTHER NOTICE** that all interested bidders shall submit a Qualified Bid in writing to the Debtors' Advisors by the Bid Deadline, which shall be **Monday, April 10, 2023, at 5:00 p.m. prevailing Central Time.**

**PLEASE TAKE FURTHER NOTICE** that, if the Debtors receive qualified competing bids within the requirements and time frame specified by the Auction Procedures, the Debtors will file a notice on the docket in these chapter 11 cases **on or about Tuesday, April 11, 2023** and conduct an Auction of certain of the Debtors' Leases **on or about Friday, April 14,**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Party City Holdco Inc. (9758); Amscan Custom Injection Molding, LLC (4238); Amscan Inc. (1359); Amscan Purple Sage, LLC (3514); Am-Source, LLC (8427); Anagram Eden Prairie Property Holdings LLC (8309); Party City Corporation (3692); Party City Holdings Inc. (3029); Party Horizon Inc. (5812); PC Intermediate Holdings, Inc. (1229); PC Nextco Finance, Inc. (2091); PC Nextco Holdings, LLC (7285); Print Appeal, Inc. (5932); and Trisar, Inc. (0659).  The location of the Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

[2] All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Order or the Debtors' *Motion for Entry of an Order (I) Establishing Procedures to Sell Certain Leases and (II) Granting Related Relief* [Docket No. 410].

**2023** at the offices of Paul, Weiss, Rifkind, Wharton & Garrison LLP or by videoconference or such other form of remote communication established by the Debtors (or at any other location, or virtually, as the Debtors may hereafter designate on proper notice).

**PLEASE TAKE FURTHER NOTICE** that the Debtors will seek approval of the sale(s) at the Sale Hearing scheduled to commence on or before **Monday, May 1, 2023** (the "Sale Hearing") before the Judge David R. Jones, at the Court, 515 Rusk Street, 4th Floor, Courtroom 400, Houston, Texas 77002 or by videoconference or such other form of remote communication established by the Court.

**PLEASE TAKE FURTHER NOTICE** that any party that objects to the proposed Auction must file a written objection (each, an "Auction Objection") so that such Auction Objection is filed with the Court so as to be **actually received** by **Thursday, April 13, 2023, at 5:00 p.m. prevailing Central Time** and serve such Auction Objection on: (a) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019; (b) Porter Hedges LLP, 1000 Main Street, 36th Floor, Houston, Texas 77002; (c) the Office of the United States Trustee for the Southern District of Texas; (d) counsel to the Committee, Pachulski Stang Ziehl & Jones LLP, 780 Third Ave., 34th Fl., New York, NY 10017; (e) JPMorgan Chase Bank, N.A., as Prepetition ABL Agent, and counsel thereto, Simpson Thacher & Bartlett LLP, 425 Lexington Ave., New York, NY 10017; (f) counsel to the Ad Hoc Noteholder Group, Davis Polk & Wardwell LLP, 450 Lexington Ave., New York, NY 10017; and (g) Ankura Trust Company, LLC, as agent under the DIP Facility, 140 Sherman St., 4th Fl., Fairfield, CT 06824, and counsel thereto, Chapman and Cutler LLP, 1270 Avenue of the Americas, New York, NY 10020.

**PLEASE TAKE FURTHER NOTICE** that copies of the Auction Procedures and the Order, as well as all related exhibits, including the form assumption and assignment agreement, are available: (a) upon request to Kroll Restructuring Administration LLC (the claims, noticing, and solicitation agent retained in these chapter 11 cases) by calling (888) 905-0493 (toll free) or, for international callers, (646) 440-4580; (b) by visiting the website maintained in these chapter 11 cases at **https://cases.ra.kroll.com/PCHI/**; or (c) for a fee via PACER by visiting http://www.txsb.uscourts.gov.

[*Reminder of page intentionally left blank*]

March 28, 2023                                    Respectfully submitted,

By: */s/ John F. Higgins*
**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile:  (713) 226-6248
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Paul M. Basta (admitted *pro hac vice*)
Kenneth S. Ziman (admitted *pro hac vice*)
Christopher J. Hopkins (admitted *pro hac vice*)
Grace C. Hotz (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
pbasta@paulweiss.com
kziman@paulweiss.com
chopkins@paulweiss.com
ghotz@paulweiss.com

*Counsel to the Debtors and the Debtors in Possession*

## Certificate of Service

I certify that on March 28, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ John F. Higgins*
John F. Higgins