**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PARTY CITY HOLDCO INC., *et al.*,[1] | ) | Case No. 23-90005 (DRJ) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**DEBTORS' EXHIBIT AND WITNESS LIST**
**FOR HEARING ON APRIL 11, 2023**

The above-referenced debtors and debtors in possession (collectively, the "Debtors") file this Exhibit and Witness List for the electronic hearing to be held on **April 11, 2023 at 1:00 p.m. (prevailing Central Time)** before the Honorable Judge David R. Jones, United States Bankruptcy Judge, Courtroom 400, 515 Rusk Street, Houston, Texas 77002.

**WITNESSES**

The Debtor may call any of the following witnesses at the Hearing, whether in person or by proffer:

1. David Orlofsky, Chief Restructuring Officer, Party City Holdco Inc.;
2. Adam Keil, Managing Director, Moelis & Company LLC;
3. Any witnesses called or listed by any other party; and
4. Any witnesses necessary to rebut the testimony of any witnesses called or designated by any other parties.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Party City Holdco Inc. (9758); Amscan Custom Injection Molding, LLC (4238); Amscan Inc. (1359); Amscan Purple Sage, LLC (3514); Am-Source, LLC (8427); Anagram Eden Prairie Property Holdings LLC (8309); Party City Corporation (3692); Party City Holdings Inc. (3029); Party Horizon Inc. (5812); PC Intermediate Holdings, Inc. (1229); PC Nextco Finance, Inc. (2091); PC Nextco Holdings, LLC (7285); Print Appeal, Inc. (5932); and Trisar, Inc. (0659). The location of the Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

# EXHIBITS

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | Declaration of David Orlofsky, Chief Restructuring Officer of Party City Holdco Inc., in Support of Chapter 11 Petitions and First Day Motions [Docket No. 11] (inclusive of exhibits thereto) | | | | |
| 2. | Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of Party City Holdco Inc. and its Debtor Affiliates [Docket No. 793] (inclusive of exhibits thereto) | | | | |
| 3. | Amended Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of Party City Holdco Inc. and its Debtor Affiliates [Docket No. 817] (inclusive of exhibits thereto) | | | | |
| 4. | Notice of Filing of Redline of Amended Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of Party City Holdco Inc. and its Debtor Affiliates [Docket No. 818] (inclusive of exhibits thereto) | | | | |
| 5. | Debtors' Emergency Motion for Entry of an Order (A) Conditionally Approving the Adequacy of the Disclosure Statement, (B) Approving the Solicitation Procedures and Solicitation Packages, (C) Scheduling a Combined Hearing, (D) Establishing Procedures for Objecting to the Plan and Final Approval of the Disclosure Statement, (E) Approving the Form, Manner, and Sufficiency of Notice of the Combined Hearing, and (F) Granting Related Relief [Docket No. 794] | | | | |
| 6. | *Proposed* Order (A) Conditionally Approving the Adequacy of the Disclosure Statement, (B) Approving the Solicitation Procedures and Solicitation Packages, (C) Scheduling a Combined Hearing, (D) Establishing Procedures for Objecting to the Plan and Final Approval of the Disclosure Statement, (E) Approving the Form, Manner, and Sufficiency of Notice of the Combined Hearing, and (F) Granting Related Relief [Docket No. 794-1] | | | | |
| 7. | Joint Chapter 11 Plan of Reorganization of Party City Holdco Inc. and its Debtor Affiliates [Docket No. 792] | | | | |

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 8. | Notice of Filing of Second Amendment to Restructuring Support Agreement, Dated as of April 4, 2023 [Docket No. 791] (inclusive of exhibits thereto) | | | | |
| 9. | Debtors' Emergency Motion for Entry of an Order (I) Authorizing (A) the Sale of Certain Assets Free and Clear of Liens, Claims, and Encumbrances and (B) the Debtors to Enter Into and Perform Under the Purchase Agreement and (II) Granting Related Relief [Docket No. 760] (inclusive of exhibits thereto) | | | | |
| 10. | Declaration of David Orlofsky in Support of Debtors' Emergency Motion for Entry of an Order (I) Authorizing (A) the Sale of Certain Assets Free and Clear of Liens, Claims, and Encumbrances and (B) the Debtors to Enter Into and Perform Under the Purchase Agreement and (II) Granting Related Relief [Docket No. 760-1] | | | | |
| 11. | *Proposed* Order (I) Authorizing (A) the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, and Encumbrances and (B) the Debtors to Enter Into and Perform Under the Purchase Agreement and (II) Granting Related Relief [Docket No. 760-3] | | | | |
| 12. | Order (I) Authorizing the Debtors to File the Purchase Agreement Under Seal and (II) Granting Related Relief [Docket No. 778] | | | | |
| 13. | **Filed Under Seal**: Purchase Agreement [Docket No. 775] | | | | |
| 14. | Any other pleadings, reports, exhibits, transcripts, proposed orders, Court orders, or other documents filed in the above-captioned bankruptcy case | | | | |
| 15. | Any exhibit introduced by any other party | | | | |
| 16. | Rebuttal or impeachment exhibits as necessary | | | | |

The Debtors reserve the right to supplement, amend, or delete any witness and exhibits prior to the hearing. The Debtor also reserves the right to use any exhibits presented by any other

party and to ask the Court to take judicial notice of any document. The Debtor finally reserves the right to introduce exhibits previously admitted.

*[Remainder of page intentionally left blank]*

Respectfully submitted April 10, 2023.

By: */s/ John F. Higgins*
**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Paul M. Basta (admitted *pro hac vice*)
Kenneth S. Ziman (admitted *pro hac vice*)
Christopher J. Hopkins (admitted *pro hac vice*)
Grace C. Hotz (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
pbasta@paulweiss.com
kziman@paulweiss.com
chopkins@paulweiss.com
ghotz@paulweiss.com

*Counsel to the Debtors and the Debtors in Possession*

**Certificate of Service**

I certify that on April 10, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *John F. Higgins*
John F. Higgins