| Information to identify the case: | | |
|---|---|---|
| Debtor | Party City Holdco Inc., *et al.* | EIN: ●●●●9758 |
| United States Bankruptcy Court for the Southern District of Texas | | Date case filed for chapter 11: **01/17/2023**<br>MM / DD / YYYY |
| Case number: | 23-90005 (DRJ) | |

United States Courts
Southern District of Texas
FILED
APR 24 2023
Nathan Ochsner, Clerk of Court

Official Form 309F (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case                                    12/15

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

Do not file this notice with any proof of claim or other filing in the case.

| 1. Debtor's full name | See Chart Below | | |
|---|---|---|---|
| | Jointly Administered Cases | | |

| Debtor(s) | Case Number | Tax Id number |
|---|---|---|
| Party City Holdco Inc. **(Lead Case)** | Case No. 23-90005 | 46-0539758 |
| Amscan Custom Injection Molding, LLC | Case No. 23-90015 | 47-4124238 |
| Amscan Inc. | Case No. 23-90011 | 13-1771359 |
| Amscan Purple Sage, LLC | Case No. 23-90016 | 47-4653514 |
| Am-Source, LLC | Case No. 23-90013 | 05-0518427 |
| Anagram Eden Prairie Property Holdings LLC | Case No. 23-90012 | 41-1918309 |
| Party City Corporation | Case No. 23-90010 | 22-3033692 |
| Party City Holdings Inc. | Case No. 23-90009 | 20-1033029 |
| Party Horizon Inc. | Case No. 23-90017 | 82-1265812 |
| PC Intermediate Holdings, Inc. | Case No. 23-90007 | 46-0621229 |
| PC Nextco Finance, Inc. | Case No. 23-90008 | 46-3332091 |
| PC Nextco Holdings, LLC | Case No. 23-90006 | 46-3277285 |
| Print Appeal, Inc. | Case No. 23-90004 | 75-2955932 |
| Trisar, Inc. | Case No. 23-90014 | 95-3420659 |

| 2. All other names used in the last 8 years | See Rider 1. |
|---|---|
| 3. Address | 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677 |

| Debtor | Party City Holdco Inc., *et al.* | Case Number | Case No. 23-90005 (DRJ) |

| | | | |
|---|---|---|---|
| 4. | **Debtor's attorney**<br>Name and address | Porter Hedges LLP<br>1000 Main Street, 36th Floor<br>Houston, TX 77002<br>Attn   John F. Higgins<br>         M. Shane Johnson<br>         Megan Young-John<br>Telephone:<br>Email:<br><br>-and-<br><br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, New York  10019<br>Attn   Paul M. Basta (pending *pro hac vice*)<br>         Kenneth S. Ziman (pending *pro hac vice*)<br>         Michael M. Turkel (pending *pro hac vice*)<br>         Grace C. Hotz (pending *pro hac vice*)<br>Telephone:<br>Facsimile:<br>Email: | (713) 226-6000<br>jhiggins@porterhedges.com<br>sjohnson@porterhedges.com<br>myoung-john@porterhedges.com<br><br><br><br><br><br><br><br><br><br>(212) 373-3000<br>(212) 757-3990<br>pbasta@paulweiss.com<br>kziman@paulweiss.com<br>mturkel@paulweiss.com<br>ghotz@paulweiss.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | **Clerk's Office:**<br>**Bob Casey United States Courthouse**<br>**515 Rusk Street**<br>**Houston TX 77002**<br><br>**Debtors' Claims, Noticing Solicitation and Administrative Agent**<br>**If by First-Class Mail:**<br>Party City Holdco Inc. Claims Processing Center<br>c/o Kroll Restructuring Administration LLC<br>**850 Third Avenue, Suite 412**<br>**Brooklyn, New York 11232**<br><br>U.S. toll-free: (888) 905-0493<br>International: (646) 440-4580<br>Email: PCHIinquiries@ra.kroll.com<br>Case website: https://cases.ra.kroll.com/PCHI<br><br>All documents in this case are available free of charge on the Kroll website at https://cases.ra.kroll.com/PCHI | Hours open Monday – Friday 8:00 a.m. - 5:00 p.m.<br>Contact Phone (713) 250-5500 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **February 16, 2023 at 9:00 a.m. (prevailing Central Time)**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Dial-in: (866) 707-5468**<br>**Participant Code: 6166997#** |

| Debtor | **Party City Holdco Inc., *et al.*** | Case Number | **Case No. 23-90005 (DRJ)** |

| | | |
|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim: Not yet set. If a deadline is set, the court will send you another notice.**<br><br>Proofs of claim may be filed electronically (no paper claim required) on the Court's ECF system, by accessing the E-filing Claims (ePOC) link (at www.txs.uscourts.gov/bankruptcy) or through the claims agent's portal at https://cases.ra.kroll.com/PCHI.<br><br>Paper copies of completed proofs of claim may be submitted to Kroll Restructuring Administration LLC, as the official claims agent for these cases.<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.txs.uscourts.gov/bankruptcy, any bankruptcy clerk's office or on the claims agent's website at https://cases.ra.kroll.com/PCHI.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>☒ your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>☒ you file a proof of claim in a different amount; or<br>☒ you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office, online at www.pacer.gov or on the claims agent's website at https://cases.ra.kroll.com/PCHI.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A).<br><br>**Deadline for filing the complaint: To Be Determined** |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

Official Form 309F (For Corporations or Partnerships)   Notice of Chapter 11 Bankruptcy Case   page 3

## Rider 1
## Other Names Used in the Last 8 Years

| Current Entity Name | Former Entity Name |
|---|---|
| Party City Corporation | Halloween City |
| Amscan Inc. | Deco Paper Products |
| Trisar, Inc. | AmPro |
| Party City Holdco Inc. | PC Topco Holdings, Inc. |
| Party City Holdings Inc. | AAH Holding Corporation |
| Am-Source, LLC | Am-Source, Inc. |