# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PARTY CITY HOLDCO INC., *et al.*,[1] | ) Case No. 23-90005 (DRJ) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

**DEBTORS' AMENDED AGENDA OF MATTERS SET FOR HEARING ON MAY 10, 2023 AT 9:30 A.M. PREVAILING CENTRAL TIME**

> **YOU MAY PARTICIPATE IN THE HEARING BY AUDIO/VIDEO CONNECTION. AUDIO COMMUNICATION WILL BE BY USE OF THE COURT'S DIAL-IN FACILITY. YOU MAY ACCESS THE FACILITY AT (832) 917-1510. ONCE CONNECTED, YOU WILL BE ASKED TO ENTER THE CONFERENCE ROOM NUMBER. JUDGE JONES' CONFERENCE ROOM NUMBER IS 205691.**
>
> **YOU MAY VIEW VIDEO VIA GOTOMEETING. TO USE GOTOMEETING, THE COURT RECOMMENDS THAT YOU DOWNLOAD THE FREE GOTOMEETING APPLICATION. TO CONNECT, YOU SHOULD ENTER THE MEETING CODE "JudgeJones" IN THE GOTOMEETING APP OR CLICK THE LINK ON JUDGE JONES' HOME PAGE ON THE SOUTHERN DISTRICT OF TEXAS WEBSITE. ONCE CONNECTED, CLICK THE SETTINGS ICON IN THE UPPER RIGHT CORNER AND ENTER YOUR NAME UNDER THE PERSONAL INFORMATION SETTING.**
>
> **HEARING APPEARANCES MUST BE MADE ELECTRONICALLY IN ADVANCE OF THE HEARING. TO MAKE YOUR ELECTRONIC APPEARANCE, GO TO THE SOUTHERN DISTRICT OF TEXAS WEBSITE AND SELECT "Bankruptcy Court" FROM THE TOP MENU. SELECT "Judges' Procedures," THEN "View Home Page" FOR JUDGE JONES. UNDER "Electronic Appearance" SELECT "Click here to submit Electronic Appearance". SELECT THE CASE NAME, COMPLETE THE REQUIRED FIELDS, AND CLICK "Submit" TO COMPLETE YOUR APPEARANCE.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Party City Holdco Inc. (9758); Amscan Custom Injection Molding, LLC (4238); Amscan Inc. (1359); Amscan Purple Sage, LLC (3514); Am-Source, LLC (8427); Anagram Eden Prairie Property Holdings LLC (8309); Party City Corporation (3692); Party City Holdings Inc. (3029); Party Horizon Inc. (5812); PC Intermediate Holdings, Inc. (1229); PC Nextco Finance, Inc. (2091); PC Nextco Holdings, LLC (7285); Print Appeal, Inc. (5932); and Trisar, Inc. (0659). The location of the Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jrersey 07677.

1

The above-referenced debtors and debtors in possession (collectively, the "Debtors") file this *Amended Agenda of Matters Set for Hearing on May 10, 2023 at 9:30 a.m. (prevailing Central Time)* before the Honorable Judge David R. Jones, United States Bankruptcy Judge, Courtroom 400, 515 Rusk Street, Houston, Texas 77002:

## AGENDA

1. **Debtors' Emergency Motion for Entry of an Order (I) Authorizing (A) the Debtors' Entry Into, and Performance Under, the ABL Exit Facility Engagement Letter and ABL Exit Facility Fee Letter and (B) the Payment of Fees and Expenses in Connection Therewith, and (II) Granting Related Relief [Docket No. 950]**

   **Status**: Going forward.

   **Related Documents**:

   - ABL Exit Facility Engagement Letter [Docket No. 950-1]
   - *Redacted* ABL Exit Facility Fee Letter [Docket No. 950-2]
   - Declaration of Adam B. Keil in Support of Debtors' Emergency Motion for Entry of an Order (I) Authorizing (A) the Debtors' Entry Into, and Performance Under, the ABL Exit Facility Engagement Letter and ABL Exit Facility Fee Letter and (B) the Payment of Fees and Expenses in Connection Therewith, and (II) Granting Related Relief [Docket No. 950-3]
   - *Proposed* Order (I) Authorizing (A) the Debtors' Entry Into, and Performance Under, the ABL Exit Facility Engagement Letter and ABL Exit Facility Fee Letter and (B) the Payment of Fees and Expenses in Connection Therewith, and (II) Granting Related Relief [Docket No. 950-4]
   - **Filed Under Seal**: ABL Exit Facility Fee Letter [Docket No. 951]
   - Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File the ABL Exit Facility Fee Letter Under Seal and (II) Granting Related Relief [Docket No. 952]
   - *Proposed* Order (I) Authorizing the Debtors to File the ABL Exit Facility Fee Letter Under Seal and (II) Granting Related Relief [Docket No. 952-1]

2. **Ad Hoc Noteholder Group's Emergency Motion for Status Conference Regarding Mudrick Capital Management, L.P.'s Backstop Agreement Objection and Related Document and Deposition Subpoenas [Docket No. 1016]**

   **Status**: Going forward.

Respectfully submitted May 9, 2023.

By: */s/ John F. Higgins*
**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile:  (713) 226-6248
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Paul M. Basta (admitted *pro hac vice*)
Kenneth S. Ziman (admitted *pro hac vice*)
Christopher J. Hopkins (admitted *pro hac vice*)
Grace C. Hotz (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
pbasta@paulweiss.com
kziman@paulweiss.com
chopkins@paulweiss.com
ghotz@paulweiss.com

*Counsel to the Debtors and the Debtors in Possession*

**Certificate of Service**

I certify that on May 9, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *John F. Higgins*
John F. Higgins