United States Bankruptcy Court
Southern District of Texas

**ENTERED**
June 12, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90005 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Party City Holdco Inc. | |

This lawyer, who is admitted to the State Bar of __District of Columbia__:

| | |
|---|---|
| Name | Jennifer K. Corcoran |
| Firm | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Street | 2001 K Street, N.W. |
| City & Zip Code | Washington, DC  20006 |
| Telephone | (202) 223-7300 |
| Licensed: State & Number | District of Columbia 1782116 |

Seeks to appear as the attorney for this party:

Debtors and the Debtors in Possession

Dated: 6/1/2023    Signed: /s/ Jennifer K. Corcoran

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:    Signed: _____
Deputy Clerk

Order   (Docket No. 1256)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed:  June 12, 2023**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**