United States Bankruptcy Court
Southern District of Texas

**ENTERED**
June 12, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT       SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90005 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Party City Holdco Inc. | |

This lawyer, who is admitted to the State Bar of __New York__:

| | |
|---|---|
| Name | Vi Tran |
| Firm | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Street | 1285 Avenue of the Americas |
| City & Zip Code | New York, NY  10019 |
| Telephone | (212) 373-2445 |
| Licensed: State & Number | New York 5619564 |

Seeks to appear as the attorney for this party:

Debtors and the Debtors in Possession

Dated: 6/1/2023     Signed: /s/ Vi Tran

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:     Signed: _____
                        Deputy Clerk

Order   (Docket No. 1258)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed:  June 12, 2023**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**