United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 12, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90005 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Party City Holdco Inc. | |

This lawyer, who is admitted to the State Bar of __New York__ :

| | |
|---|---|
| Name | Alicia Walker |
| Firm | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Street | 1285 Avenue of the Americas |
| City & Zip Code | New York, NY 10019 |
| Telephone | (212) 373-3590 |
| Licensed: State & Number | New York 5492202 |

Seeks to appear as the attorney for this party:

| Debtors and the Debtors in Possession | |
|---|---|
| Dated: 6/1/2023 | Signed: /s/ Alicia Walker |

| |
|---|
| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
| Dated:      Signed: _____ Deputy Clerk |

Order   (Docket No. 1259)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed: June 12, 2023**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**