United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 12, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT         SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 23-90005 |
|---|---|---|---|
| | Debtor | In Re: | Party City Holdco Inc., et al. |

| | |
|---|---|
| Lawyer's Name | Howard W. Schub |
| Firm | Kasowitz Benson Torres LLP |
| Street | 1633 Broadway |
| City & Zip Code | New York, NY  10019 |
| Telephone & Email | 212-506-1700; hschub@kasowitz.com |
| Licensed: State & Number | NY 2411569; NJ 045381990 |
| Federal Bar & Number | USDC:  SDNY (#HS1600); EDNY; DNJ |

| Name of party applicant seeks to appear for: | Mudrick Capital Management, LP |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: | 6/2/2023 | Signed: | /s/Howard W. Schub |
|---|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | | Clerk's signature: | |
|---|---|---|---|

**Order**
(Docket No. 1261)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures.

**This lawyer is admitted *pro hac vice*.**

Signed:  June 12, 2023

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**