United States Bankruptcy Court
Southern District of Texas

**ENTERED**
June 12, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 23-90005 |
|---|---|---|---|
| Debtor | | In Re: | Party City Holdco Inc. |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | David Koha, Esq.<br>Casner & Edwards, LLP<br>303 Congress Street<br>Boston, MA 02210<br>617-426-5900;  koha@casneredwards.com<br>MA BBO# 679689<br>District of Massachusetts |

| Name of party applicant seeks to appear for: | Burlington U Mall Owner LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 6/5/2023 | Signed: /s/ David Koha |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature: |
|---|---|

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures.

| **Order**<br>(Docket No. 1268) | **This lawyer is admitted *pro hac vice*.** |
|---|---|

**Signed:  June 12, 2023**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**