**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| PARTY CITY HOLDCO INC.,, *et al.*, [1] ) | Case No. 23-90005 (DRJ) |
| ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

**NOTICE OF ADJOURNMENT AND RESCHEDULED HEARING**
[Related to Document Nos. 1179, 1182]

**PLEASE TAKE NOTICE THAT** a hearing *originally* set for **June 29, 2023 at 2:00 p.m. prevailing Central Time** on the motion identified below, has been **ADJOURNED and RESCHEDULED** to **Tuesday, July 11, 2023 at 2:00 p.m. (prevailing Central Time)** before the Honorable David R. Jones, United States Bankruptcy Judge.

> *Debtors' Motion for Entry of an Order (I) Enforcing the Terms of an Amended Lease between Debtors and Landlord and (II) Granting Related Relief* [Dkt. No. 1179].

The hearing will take place in Judge Jones' courtroom, Courtroom 400, 515 Rusk, Houston, Texas 77002 and by telephone and video conference, with the following instructions below.

Participation at the hearing is permitted in-person and by audio and video connection pursuant to the Court's Post-COVID Reopening Plan.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Party City Holdco Inc. (9758); Amscan Custom Injection Molding, LLC (4238); Amscan Inc. (1359); Amscan Purple Sage, LLC (3514); Am-Source, LLC (8427); Anagram Eden Prairie Property Holdings LLC (8309); Party City Corporation (3692); Party City Holdings Inc. (3029); Party Horizon Inc. (5812); PC Intermediate Holdings, Inc. (1229); PC Nextco Finance, Inc. (2091); PC Nextco Holdings, LLC (7285); Print Appeal, Inc. (5932); and Trisar, Inc. (0659). The location of the Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

1

14028177

For participants not attending in person, audio communication will be by use of the Court's dial-in facility. You may access the facility at **832-917-1510**. Once connected, you will be asked to enter the conference room number. Judge Jones' conference room number is **205691**. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Jones' home page. The meeting code is "JudgeJones." Click the settings icon in the upper right corner and enter your name under the personal information setting.

Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Jones' home page. Select the case name, complete the required fields and click "Submit" to complete your appearance.

14028177

Dated: June 13, 2023

Respectfully submitted,

By: */s/ John F. Higgins*
**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Paul M. Basta*
Kenneth S. Ziman*
Christopher J. Hopkins*
Grace C. Hotz*
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
pbasta@paulweiss.com
kziman@paulweiss.com
chopkins@paulweiss.com
ghotz@paulweiss.com

*Counsel to the Debtors and Debtors in Possession*

*\*Admitted Pro Hac vice*

## **Certificate of Service**

      I certify that on June 13, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *John F. Higgins*  
John F. Higgins

14028177