IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| PARTY CITY HOLDCO INC., *et al.*,[1] | ) Case No. 23-90005 (DRJ) |
| Debtors. | ) (Jointly Administered) |

ORDER ALLOWING FIRST INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF FTI CONSULTING, INC. FOR THE PERIOD
FROM FEBRUARY 2, 2023 THROUGH MARCH 31, 2023

(Related Docket No. _____)

The Court has considered the First Interim Application for Compensation and Reimbursement of Expenses filed by FTI Consulting, Inc. ("Applicant").  The Court orders:

1. The Applicant is allowed interim compensation and reimbursement of expenses in the amount of $2,009,931.04 for the period set forth in the application.

2. The Debtors are authorized to disperse any unpaid amounts allowed by paragraph 1 of this Order.

Dated: _____, 2023

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Party City Holdco Inc. (9758); Amscan Custom Injection Molding, LLC (4238); Amscan Inc. (1359); Amscan Purple Sage, LLC (3514); Am-Source, LLC (8427); Anagram Eden Prairie Property Holdings LLC (8309); Party City Corporation (3692); Party City Holdings Inc. (3029); Party Horizon Inc. (5812); PC Intermediate Holdings, Inc. (1229); PC Nextco Finance, Inc. (2091); PC Nextco Holdings, LLC (7285); Print Appeal, Inc. (5932); and Trisar, Inc. (0659). The location of the Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.