IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| PARTY CITY HOLDCO INC., *et al.*,[1] | Case No. 23-90005 (DRJ) |
| Debtors. | (Jointly Administered) |

### NOTICE OF FILING OF REDLINE OF FOURTH AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF PARTY CITY HOLDCO INC. AND ITS DEBTOR AFFILIATES

[Relates to Docket No. 1672]

**PLEASE TAKE NOTICE** that on April 4, 2023, Party City Holdco Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), filed the *Joint Chapter 11 Plan of Reorganization of Party City Holdco Inc. and Its Debtor Affiliates* [Docket No. 792].

**PLEASE TAKE FURTHER NOTICE** that on April 10, 2023, the Debtors filed the *First Amended Joint Chapter 11 Plan of Reorganization of Party City Holdco Inc. and Its Debtor Affiliates* [Docket No. 837].

**PLEASE TAKE FURTHER NOTICE** that on April 12, 2023, the Debtors filed the initial solicitation version of the *First Amended Joint Chapter 11 Plan of Reorganization of Party City Holdco Inc. and Its Debtor Affiliates* [Docket No. 857].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Party City Holdco Inc. (9758); Amscan Custom Injection Molding, LLC (4238); Amscan Inc. (1359); Amscan Purple Sage, LLC (3514); Am-Source, LLC (8427); Anagram Eden Prairie Property Holdings LLC (8309); Party City Corporation (3692); Party City Holdings Inc. (3029); Party Horizon Inc. (5812); PC Intermediate Holdings, Inc. (1229); PC Nextco Finance, Inc. (2091); PC Nextco Holdings, LLC (7285); Print Appeal, Inc. (5932); and Trisar, Inc. (0659). The location of the Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

**PLEASE TAKE FURTHER NOTICE** that on May 2, 2023, the Debtors filed the *Second Amended Joint Chapter 11 Plan of Reorganization of Party City Holdco Inc. and Its Debtor Affiliates* [Docket No. 970].

**PLEASE TAKE FURTHER NOTICE** that on July 21, 2023, the Debtors filed the *Third Amended Joint Chapter 11 Plan of Reorganization of Party City Holdco Inc. and Its Debtor Affiliates* [Docket No. 1460] (the "Third Amended Plan").

**PLEASE TAKE FURTHER NOTICE** that on August 31, 2023, the Debtors filed the *Fourth Amended Joint Chapter 11 Plan of Reorganization of Party City Holdco Inc. and Its Debtor Affiliates* [Docket No. 1672] (the "Fourth Amended Plan" and, together with the Third Amended Plan and as may be amended from time to time and including all exhibits and supplements thereto, the "Plan"), which includes certain modifications to the Third Amended Plan.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit A is a redline of the Fourth Amended Plan marked against the Third Amended Plan.

**PLEASE TAKE FURTHER NOTICE** that copies of the Plan, as well copies of any pleadings filed in the Debtors' Chapter 11 Cases, can be obtained free of charge at the Debtors' chapter 11 case website: https://cases.ra.kroll.com/PCHI or, for a fee, via PACER at: http://www.txs.uscourts.gov.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: August 31, 2023 | By: */s/ John F. Higgins* |

**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com

*Co-Counsel to the Debtors
and the Debtors in Possession*

– and –

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Paul M. Basta (admitted *pro hac vice*)
Kenneth S. Ziman (admitted *pro hac vice*)
Christopher J. Hopkins (admitted *pro hac vice*)
Grace C. Hotz (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
pbasta@paulweiss.com
kziman@paulweiss.com
chopkins@paulweiss.com
ghotz@paulweiss.com

*Counsel to the Debtors and
the Debtors in Possession*

**Certificate of Service**

      I certify that on August 31, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                     */s/ John F. Higgins*
                                                                     John F. Higgins