## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| PARTY CITY HOLDCO INC., *et al.*,[1] | ) Case No. 23-90005 (DRJ) |
|  | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) |

### DEBTORS' AGENDA OF MATTERS SET FOR HEARING
### ON SEPTEMBER 6, 2023 AT 10:00 A.M. PREVAILING CENTRAL TIME

**YOU MAY PARTICIPATE IN THE HEARING BY AUDIO/VIDEO CONNECTION. AUDIO COMMUNICATION WILL BE BY USE OF THE COURT'S DIAL-IN FACILITY. YOU MAY ACCESS THE FACILITY AT (832) 917-1510. ONCE CONNECTED, YOU WILL BE ASKED TO ENTER THE CONFERENCE ROOM NUMBER. JUDGE JONES' CONFERENCE ROOM NUMBER IS 205691.**

**YOU MAY VIEW VIDEO VIA GOTOMEETING. TO USE GOTOMEETING, THE COURT RECOMMENDS THAT YOU DOWNLOAD THE FREE GOTOMEETING APPLICATION. TO CONNECT, YOU SHOULD ENTER THE MEETING CODE "JudgeJones" IN THE GOTOMEETING APP OR CLICK THE LINK ON JUDGE JONES' HOME PAGE ON THE SOUTHERN DISTRICT OF TEXAS WEBSITE. ONCE CONNECTED, CLICK THE SETTINGS ICON IN THE UPPER RIGHT CORNER AND ENTER YOUR NAME UNDER THE PERSONAL INFORMATION SETTING.**

**HEARING APPEARANCES MUST BE MADE ELECTRONICALLY IN ADVANCE OF THE HEARING. TO MAKE YOUR ELECTRONIC APPEARANCE, GO TO THE SOUTHERN DISTRICT OF TEXAS WEBSITE AND SELECT "Bankruptcy Court" FROM THE TOP MENU. SELECT "Judges' Procedures," THEN "View Home Page" FOR JUDGE JONES. UNDER "Electronic Appearance" SELECT "Click here to submit Electronic Appearance". SELECT THE CASE NAME, COMPLETE THE REQUIRED FIELDS, AND CLICK "Submit" TO COMPLETE YOUR APPEARANCE.**

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Party City Holdco Inc. (9758); Amscan Custom Injection Molding, LLC (4238); Amscan Inc. (1359); Amscan Purple Sage, LLC (3514); Am-Source, LLC (8427); Anagram Eden Prairie Property Holdings LLC (8309); Party City Corporation (3692); Party City Holdings Inc. (3029); Party Horizon Inc. (5812); PC Intermediate Holdings, Inc. (1229); PC Nextco Finance, Inc. (2091); PC Nextco Holdings, LLC (7285); Print Appeal, Inc. (5932); and Trisar, Inc. (0659).  The location of the Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

The above-referenced debtors and debtors in possession (collectively, the "Debtors") file this *Agenda of Matters Set for Hearing on September 6, 2023 at 10:00 a.m. (prevailing Central Time)* before the Honorable Judge David R. Jones, United States Bankruptcy Judge, Courtroom 400, 515 Rusk Street, Houston, Texas 77002:

## AGENDA

1. **Debtors' Emergency Motion for Entry of an Order (I) Enforcing the Bar Date Order and (II) Granting Related Relief [Docket No. 1648]** (the "Late-Filed Claims Motion")

   **Status**: Going forward.

   **Related Documents**:

   - Late-Filed Claims (as defined in the Late-Filed Claims Motion), Exhibits D-G, Late-Filed Claims Motion [Docket Nos. 1648-4, 1648-5, 1648-6, 1648-7]
   - *Proposed* Order (I) Enforcing the Bar Date Order and (II) Granting Related Relief [Docket No. 1648-8]

2. **Combined Hearing on (I) Final Approval of the Debtors' Disclosure Statement and Disclosure Statement Supplement and (II) Confirmation of the Fourth Amended Joint Chapter 11 Plan of Reorganization of Party City Holdco Inc. and Its Debtor Affiliates**

   **Status**: Going forward on a contested basis.

   **Related Documents (Debtors' Filings)**:

   - Fourth Amended Joint Chapter 11 Plan of Reorganization of Party City Holdco Inc. and Its Debtor Affiliates [Docket No. 1672]
   - Disclosure Statement for the First Amended Joint Chapter 11 Plan of Reorganization of Party City Holdco Inc. and Its Debtor Affiliates [Docket No. 858]
   - Supplement to Disclosure Statement for the Third Amended Joint Chapter 11 Plan of Reorganization of Party City Holdco Inc. and Its Debtor Affiliates [Docket No. 1462]
   - Notice of Amended Exhibit to Disclosure Statement Supplement [Docket No. 1484]
   - Order (A) Conditionally Approving the Adequacy of the Disclosure Statement, (B) Approving the Solicitation Procedures and Solicitation Packages, (C) Scheduling a Combined Hearing, (D) Establishing Procedures for Objecting to

- the Plan and Final Approval of the Disclosure Statement, (E) Approving the Form, Manner, and Sufficiency of Notice of the Combined Hearing, and (F) Granting Related Relief [Docket No. 852]

- Order (A) Conditionally Approving the Disclosure Statement Supplement, (B) Approving the Supplemental Solicitation Packages, (C) Scheduling a Combined Hearing, (D) Establishing Procedures for Objecting to the Amended Plan and Final Approval of the Disclosure Statement Supplement, (E) Approving the Form, Manner, and Sufficiency of Notice of the Combined Hearing, and (F) Granting Related Relief [Docket No. 1491]

- Declaration of Alex Orchowski of Kroll Restructuring Administration LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the First Amended Joint Chapter 11 Plan of Reorganization of Party City Holdco Inc. and Its Debtor Affiliates [Docket No. 1098]

- Declaration of Alex Orchowski of Kroll Restructuring Administration LLC Regarding the Solicitation of Votes and Tabulation of Ballots and Vote Modification Forms Cast on the Third Amended Joint Chapter 11 Plan of Reorganization of Party City Holdco Inc. and Its Debtor Affiliates [Docket No. 1638]

- Declaration of Adam B. Keil in Support of Confirmation of the Fourth Amended Joint Chapter 11 Plan of Reorganization of Party City Holdco Inc. and Its Debtor Affiliates [Docket No. 1675]

- Declaration of David Orlofsky, Chief Restructuring Officer of Party City Holdco Inc., in Support of Confirmation of the Fourth Amended Joint Chapter 11 Plan of Reorganization of Party City Holdco Inc. and Its Debtor Affiliates [Docket No. 1676]

- Declaration of David Orlofsky, Chief Restructuring Officer of Party City Holdco Inc., in Support of Confirmation of the Fourth Amended Joint Chapter 11 Plan of Reorganization of Party City Holdco Inc. and Its Debtor Affiliates [Docket No. 1677]

- Debtors' (I) Memorandum of Law in Support of (A) Final Approval of the Debtors' Disclosure Statement and Disclosure Statement Supplement and (B) Confirmation of the Debtors' Plan and (II) Omnibus Reply to Objections Thereto [Docket No. 1679]

- *Proposed* Findings of Fact, Conclusions of Law, and Order (I) Approving the Debtors' Disclosure Statement and Disclosure Statement Supplement on a Final Basis and (II) Confirming the Fourth Amended Joint Chapter 11 Plan of Reorganization of Party City Holdco Inc. and Its Debtor Affiliates [Docket No. 1680]

- Debtors' Exhibit and Witness List for Combined Hearing on September 6, 2023 [Docket No. 1681]

**Related Documents (Unresolved Plan Objections)**:

- Origin Settlement Advisors LLC's Objection to Debtor's Plan of Reorganization and to Confirmation of Plan [Docket No. 1042]
- Origin Settlement Advisors LLC's Objection to Debtor's Notice of Rejection of Service Agreement [Docket No. 1116]
- Exhibit A-1 (p. 25), Origin Settlement Advisors LLC's Objection to Debtor's Notice of Rejection of Service Agreement [Docket No. 1116]
- Origin Settlement Advisors LLC's Amended Objection to Debtor's Plan of Reorganization and to Confirmation of Plan [Docket No. 1615]

**Related Documents (Resolved Plan Objections)**:

- Objection of Mudrick Capital Management L.P. to Confirmation of Second Amended Joint Chapter 11 Plan of Reorganization of Party City Holdco Inc. and its Debtors Affiliates [Docket No. 1039]

**Adjourned Matters**:

- Any outstanding objections related to the Debtors' assumption of executory contracts or unexpired leases (including to the amount of cure claims) have each been adjourned to a later date.

3. **Debtors' Motion for Entry of an Order (I) Authorizing the (A) Debtors' Entry into, and Performance Under, the Backstop Commitment Agreement and (B) Payment of Related Fees, Premiums, Indemnities, and Expenses, (II) Approving the Equity Rights Offering Procedures and Related Forms, and (III) Granting Related Relief [Docket No. 896]** (the "Backstop Motion")

   **Status**: Going forward.

   **Related Documents (Debtors' Filings)**:

   - Notice of Revised Rights Offering Materials [Docket No. 1466]
   - Declaration of Adam B. Keil in Support of Debtors' Backstop Motion and Revised Rights Offering Materials [Docket No. 1674]
   - *Proposed* Order (I) Authorizing the (A) Debtors' Entry Into, and Performance Under, the Backstop Commitment Agreement and (B) Payment of Related Fees, Premiums, Indemnities, and Expenses, (II) Approving the Rights Offering Procedures and Related Materials, and (III) Granting Related Relief [Docket No. 1466-1]

**Related Documents (Resolved Backstop Motion Objections)**:

- Objection of Mudrick Capital Management L.P. to Debtors' Motion for Entry of an Order (I) Authorizing the (A) Debtors' Entry Into, and Performance Under, the Backstop Commitment Agreement and (B) Payment of Related Fees, Premiums, Indemnities, and Expenses, (II) Approving the Equity Rights Offering Procedures and Related Form, and (III) Granting Related Relief [Docket No. 979]

[*Remainder of page intentionally left blank*]

Respectfully submitted September 1, 2023.

By: */s/ John F. Higgins*
**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Paul M. Basta (admitted *pro hac vice*)
Kenneth S. Ziman (admitted *pro hac vice*)
Christopher J. Hopkins (admitted *pro hac vice*)
Grace C. Hotz (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
pbasta@paulweiss.com
kziman@paulweiss.com
chopkins@paulweiss.com
ghotz@paulweiss.com

*Counsel to the Debtors and
the Debtors in Possession*

**Certificate of Service**

      I certify that on September 1, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

      /s/ *John F. Higgins*
      John F. Higgins