UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| PARTY CITY HOLDCO INC., *et al.,* | ) | Case No. 23-90005 (DRJ) |
| Debtors. | ) | |

## ORIGIN SETTLEMENT ADVISORS LLC's WITNESS AND EXHIBIT LIST FOR COMBINED HEARING FOR CONFIRMTION, REJECTION OF ORIGIN'S CONTACT, ETC. ON SEPTEMBER 6, 2023 AT 10:00 A.M. (CENTRAL TIME)

Origin Settlement Advisors, LLC ("Origin"), as assignee and a party-in-interest, submits this witness and exhibit list (the "Witness and Exhibit List") for the combined hearing scheduled for **September 6, 2023** at **10:00 a.m.** (Central Time) related to Confirmation, Rejection of Origin's Contract, Etc. (the "Hearing").

## WITNESSES

Origin may call any of the following witnesses at the Hearing:

1. Andrea Akel, Origin Settlement Advisors LLC's representative;
2. Ian Heller, Debtor's General Counsel
3. Any witness called or listed by any other party; and
4. Any rebuttal witnesses.

## EXHIBITS

Origin may offer into evidence any one or more of the following exhibits:

| Exhibit | Description | Marked | Offered | Objection | Admitted | Dated | Disposition |
|---|---|---|---|---|---|---|---|
| | Agreement | | | | | | |
| Origin A | Service Agreement with Origin (dkt. 1118-1) dated December 18, 2020 | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Origin B | Declaration of Andrea Akel (dkt. 1118-2) | | | | | | |
| Origin C | Origin's Capability Statement (dkt. 1118-5) May 12, 2023 | | | | | | |
| | Rejection | | | | | | |
| Origin D | Notice of Rejection received by mail by Origin on May 8, 2023 (dkt. 1118-3) | | | | | | |
| Origin D1 | Notice of Rejection – Service List (dkt. 1058-7) | | | | | | |
| Origin E | Origin's Objection to Rejection (dkt. 1116), May 12, 2023 | | | | | | |
| Origin F | UCC's Response to Origin's Objection (dkt. 1251), June 1, 2023 | | | | | | |
| Origin G | Origin's Reply to UCC's Response to Origin's Objection to Rejection | | | | | | |
| | Plan | | | | | | |
| Origin H | Origin's Objection to Debtor's Plan (dkt. 1042), May 9, 2023 | | | | | | |
| Origin I | Origin's Amended Objection to Plan (dkt. 1615), August 17, 2023 | | | | | | |
| Origin J | Origin's Ballots - May 9, 2023 and August 17, 2023 | | | | | | |
| | Notice | | | | | | |
| Origin K | Debtors' Creditor Matrix | | | | | | |
| Origin L | Notice of Bankruptcy - Service List (dkt. 483) | | | | | | |
| Origin M | Notice of Bar Dates - Service List (dkt. 483-2) | | | | | | |
| Origin N | Notice of Second Amended Plan -Service List (dkt. 1070-4) | | | | | | |
| Origin O | Andrea Akel Deposition – August 17, 2023 | | | | | | |

Origin reserves the right to also designate any of the following as exhibits:
a) Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases;
b) Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party; and
c) Any exhibit listed or offered by any other party.

Origin reserves the right to amend or supplement the Witness and Exhibit List at any time prior to the Hearing.

Dated: September 1, 2023.

Respectfully submitted,

**SCOTTHULSE** $^{PC}$
201 E. Main, 11th Floor
P.O. Box 99123
El Paso, Texas  79999-9123
(915) 533-2493
(915) 546-8333 Telecopier

By:   */s/ Robert R. Feuille*
**ROBERT R. FEUILLE**
State Bar No. 06949100
Counsel for Origin Settlement Advisors, LLC
*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of September, 2023, a true and correct copy of the foregoing instrument was served upon those parties receiving electronic notice through the CM/ECF system.

*/s/ Robert R. Feuille*
**ROBERT R. FEUILLE**