**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| PARTY CITY HOLDCO INC., *et al.*,[1] | ) ) ) | Case No. 23-90005 (DRJ) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF FILING OF SIXTH
AMENDED PLAN SUPPLEMENT FOR FOURTH
AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION
OF PARTY CITY HOLDCO INC. AND ITS DEBTOR AFFILIATES**

**PLEASE TAKE NOTICE** that, on April 12, 2023, Party City Holdco Inc. and its debtor affiliates (collectively, the "Debtors") filed the (a) *First Amended Joint Chapter 11 Plan of Reorganization of Party City Holdco Inc. and Its Debtor Affiliates* [Docket No. 857] (as may be amended, supplemented, or modified from time to time, the "Plan")[2] and (b) *Disclosure Statement for the First Amended Joint Chapter 11 Plan of Reorganization of Party City Holdco Inc. and Its Debtor Affiliates* [Docket No. 858] (the "Disclosure Statement") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on April 11, 2023, the Court entered an order [Docket No. 852] (the "Disclosure Statement Order") (a) conditionally approving the Disclosure Statement, (b) establishing the voting record date, voting deadline, and other related dates in connection with confirmation of the Plan, (c) approving procedures for soliciting, receiving, and tabulating votes on the Plan and for filing objections to the Plan, and (d) approving the form and manner and related ancillary documents.

**PLEASE TAKE FURTHER NOTICE** that, as contemplated by the Plan and the Disclosure Statement Order, (a) on April 28, 2023, the Debtors filed the *Initial Plan Supplement for First Amended Joint Chapter 11 Plan of Reorganization of Party City Holdco Inc. and Its Debtor Affiliates* (the "Initial Plan Supplement") [Docket No. 947], (b) on May 2, 2023, the Debtors filed the *First Amended Plan Supplement for Second Amended Joint Chapter 11 Plan of*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Party City Holdco Inc. (9758); Amscan Custom Injection Molding, LLC (4238); Amscan Inc. (1359); Amscan Purple Sage, LLC (3514); Am-Source, LLC (8427); Anagram Eden Prairie Property Holdings LLC (8309); Party City Corporation (3692); Party City Holdings Inc. (3029); Party Horizon Inc. (5812); PC Intermediate Holdings, Inc. (1229); PC Nextco Finance, Inc. (2091); PC Nextco Holdings, LLC (7285); Print Appeal, Inc. (5932); and Trisar, Inc. (0659). The location of the Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

*Reorganization of Party City Holdco Inc. and Its Debtor Affiliates* (the "First Amended Plan Supplement") [Docket No. 947], and (c) on May 12, 2023, the Debtors filed the *Second Amended Plan Supplement for Second Amended Joint Chapter 11 Plan of Reorganization of Party City Holdco Inc. and Its Debtor Affiliates* (the "Second Amended Plan Supplement") [Docket No. 1117].

**PLEASE TAKE FURTHER NOTICE** that, on July 21, 2023, the Debtors filed the (a) *Third Amended Joint Chapter 11 Plan of Reorganization of Party City Holdco Inc. and Its Debtor Affiliates* [Docket No. 1460], (b) *Supplement to Disclosure Statement for the Third Amended Joint Chapter 11 Plan of Reorganization of Party City Holdco Inc. and Its Debtor Affiliates* (the "Disclosure Statement Supplement") [Docket No. 1462], and (c) *Third Amended Plan Supplement for Third Amended Joint Chapter 11 Plan of Reorganization of Party City Holdco Inc. and Its Debtor Affiliates* (the "Third Amended Plan Supplement") [Docket No. 1464].

**PLEASE TAKE FURTHER NOTICE** that, on July 31, 2023, the Court entered an order [Docket No. 1491] (the "Supplemental Disclosure Statement Order") (a) conditionally approving the Disclosure Statement Supplement, (b) establishing the supplemental voting record date, supplemental voting deadline, and other related dates in connection with confirmation of the Plan, (c) approving procedures for soliciting, receiving, and tabulating votes or modified votes, as applicable, on the Plan and for filing objections to the Plan, and (d) approving the form and manner and related ancillary documents.

**PLEASE TAKE FURTHER NOTICE** that, as contemplated by the Plan and the Supplemental Disclosure Statement Order, (a) on August 10, 2023, the Debtors filed the *Fourth Amended Plan Supplement for Third Amended Joint Chapter 11 Plan of Reorganization of Party City Holdco Inc. and Its Debtor Affiliates* (the "Fourth Amended Plan Supplement") [Docket No. 1570] and (b) on August 31, 2023, the Debtors filed the *Fifth Amended Plan Supplement for Fourth Amended Joint Chapter 11 Plan of Reorganization of Party City Holdco Inc. and Its Debtor Affiliates* (the "Fifth Amended Plan Supplement") [Docket No. 1678].

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file the *Sixth Amended Plan Supplement for Fourth Amended Joint Chapter 11 Plan of Reorganization of Party City Holdco Inc. and Its Debtor Affiliates* (the "Sixth Amended Plan Supplement" and, together with the Initial Plan Supplement, the First Amended Plan Supplement, the Second Amended Plan Supplement, the Third Amended Plan Supplement, the Fourth Amended Plan Supplement, and the Fifth Amended Plan Supplement, and as modified, amended, or supplemented from time to time, the "Plan Supplement"), which includes drafts of the following documents (and which continue to be negotiated and/or discussed between interested parties and the Debtors), as may be amended, supplemented, or modified from time to time:

| **Exhibit** | **Description** |
|---|---|
| A | Schedule of Rejected Executory Contracts and Unexpired Leases |
| A-3 | Redline to Schedule of Rejected Executory Contracts and Unexpired Leases as filed on August 10, 2023 |
| B | Schedule of Assumed Executory Contracts and Unexpired Leases |

| | |
|---|---|
| B-3 | Redline to Schedule of Assumed Executory Contracts and Unexpired Leases as filed on August 10, 2023 |
| D | New Shareholders' Agreement |

**PLEASE TAKE FURTHER NOTICE** that the documents, or portions thereof, contained in the Plan Supplement are not final and remain subject to ongoing review by the Debtors and interested parties, including as provided for in the Plan and the Restructuring Support Agreement. The Debtors reserve the right, subject to the terms and conditions set forth in the Plan and the Restructuring Support Agreement, to alter, amend, modify, or supplement the Plan Supplement, and any of the documents and designations contained therein, at any time before the Effective Date of the Plan, or any such other date as may be provided for by the Plan or by order of the Court. If any document in this Plan Supplement is altered, amended, modified, or supplemented in any material respect prior to the date of the Combined Hearing (as defined below), the Debtors will file a blackline of such document with the Court.

**PLEASE TAKE FURTHER NOTICE** that, on August 2, 2023, the Debtors filed the *Notice of (I) Amended Plan and (II) Hearing to Consider (A) Final Approval of the Debtors' Disclosure Statement and Disclosure Statement Supplement, (B) Confirmation of the Debtors' Third Amended Joint Chapter 11 Plan and Related Voting and Objection Deadlines, and (C) The Debtors' Backstop Motion* [Docket No. 1514], which provides notice of the Combined Hearing.

**PLEASE TAKE FURTHER NOTICE that a hearing to consider confirmation of the Plan and the adequacy of the Disclosure Statement and Disclosure Statement Supplement on a final basis, and any objections to the Plan, Disclosure Statement, and/or Disclosure Statement Supplement will be held on September 6, 2023, at 10:00 a.m. (prevailing Central Time) before the Honorable David R. Jones, United States Bankruptcy Judge, in Courtroom 400 of the United States Bankruptcy Court, 515 Rusk Avenue, Houston, Texas 77002 (the "Combined Hearing").**

**PLEASE TAKE FURTHER NOTICE** that the Combined Hearing may be adjourned from time to time without further notice other than an announcement of the adjourned date or dates in open court or at the Combined Hearing or by filing a notice on the Court's docket indicating such adjournment. The adjourned date or dates will be available on the electronic case filing docket and the Debtors' case website at https://cases.ra.kroll.com/PCHI. Please be further advised that the Plan may be further modified, if necessary, pursuant to 11 U.S.C. § 1127 prior to, during, or as a result of the Combined Hearing, without further notice to parties in interest.

**PLEASE TAKE FURTHER NOTICE** that the Plan, the Disclosure Statement, the Plan Supplement, the Disclosure Statement Supplement, as well as further information regarding these Chapter 11 Cases are available for inspection on the Court's website at https://www.txs.uscourts.gov, or free of charge on the Debtors' restructuring website at https://cases.ra.kroll.com/PCHI.

[*Remainder of Page Left Blank Intentionally*]

September 6, 2023

Respectfully submitted,

By: */s/ John F. Higgins*
**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Paul M. Basta (admitted *pro hac vice*)
Kenneth S. Ziman (admitted *pro hac vice*)
Christopher J. Hopkins (admitted *pro hac vice*)
Grace C. Hotz (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
pbasta@paulweiss.com
kziman@paulweiss.com
chopkins@paulweiss.com
ghotz@paulweiss.com

*Counsel to the Debtors and the Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>PARTY CITY HOLDCO INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-90005 (DRJ)<br><br>(Jointly Administered) |

**SIXTH AMENDED PLAN SUPPLEMENT FOR FOURTH
AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION
OF PARTY CITY HOLDCO INC. AND ITS DEBTOR AFFILIATES**

**TABLE OF CONTENTS**

| **Exhibit** | **Description** |
|---|---|
| A | Schedule of Rejected Executory Contracts and Unexpired Leases |
| A-3 | Redline to Schedule of Rejected Executory Contracts and Unexpired Leases as filed on August 10, 2023 |
| B | Schedule of Assumed Executory Contracts and Unexpired Leases |
| B-3 | Redline to Schedule of Assumed Executory Contracts and Unexpired Leases as filed on August 10, 2023 |
| D | New Shareholders' Agreement |

The documents, or portions thereof, contained in this Plan Supplement are not final and remain subject to ongoing review by the Debtors and interested parties, including as provided for the Plan[2] and the Restructuring Support Agreement. The Debtors reserve the right, subject to the terms and conditions set forth in the Plan and the Restructuring Support Agreement, to alter, amend, modify, or supplement the Plan Supplement, and any of the documents and designations

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Party City Holdco Inc. (9758); Amscan Custom Injection Molding, LLC (4238); Amscan Inc. (1359); Amscan Purple Sage, LLC (3514); Am-Source, LLC (8427); Anagram Eden Prairie Property Holdings LLC (8309); Party City Corporation (3692); Party City Holdings Inc. (3029); Party Horizon Inc. (5812); PC Intermediate Holdings, Inc. (1229); PC Nextco Finance, Inc. (2091); PC Nextco Holdings, LLC (7285); Print Appeal, Inc. (5932); and Trisar, Inc. (0659). The location of the Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

[2] Capitalized terms used but not otherwise defined in this Plan Supplement shall have the meanings given to such terms in the *Fourth Amended Joint Chapter 11 Plan of Reorganization of Party City Holdco Inc. and Its Debtor Affiliates* [Docket No. 1672] (as it may be amended, modified, or supplemented from time to time, the "Plan").

contained therein, at any time before the Effective Date of the Plan, or any such other date as may be provided for by the Plan or by order of the Court. The documents contained in the Plan Supplement or their amendments are subject to certain consent and approval rights to the extent provided in the Plan and the Restructuring Support Agreement.