United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 19, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 23-90005 |
| **PARTY CITY HOLDCO INC.,** *et al.*, § | |
| Debtors. § | Jointly Administered |
| § | CHAPTER 11 |

## RECUSAL ON SINGLE MATTER

The undersigned judge served as a mediator in the dispute between the Debtor and BRM Parkway Center, Inc. The mediation did not result in a settlement of the parties' dispute.

On October 13, 2023, case 23-90005 was reassigned from Judge Jones to Judge Isgur. Judge Isgur recuses from hearing any disputes (whether in the main case of any adversary proceeding that may be filed) concerning BRM Parkway Center, Inc., its officers, directors, owners, or agents.

The BRM matters are reassigned to Judge Lopez. The parties should file a list of all pending BRM matters on the docket sheet in this case, with a copy sent to Judge Lopez's case manager.

SIGNED 10/19/2023

_____
Marvin Isgur
United States Bankruptcy Judge