IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| PARTY CITY HOLDCO INC., *et al.*,[1] | ) Case No. 23-90005 (MI) |
|  | ) |
| Reorganized Debtors. | ) (Jointly Administered) |
|  | ) |

**STIPULATION REGARDING THE
INTERNAL REVENUE SERVICE'S ADMINISTRATIVE CLAIMS
[Related to Docket Nos. 2046, 2067]**

Party City Holdco Inc. and certain of its affiliates (the "Reorganized Debtors") and the United States of America, on behalf of its agency the Internal Revenue Service (the "Claimant" and together with the Reorganized Debtors, the "Parties") hereby stipulate and agree as follows:

WHEREAS, on December 22, 2023, the Reorganized Debtors filed their *Sixteenth Omnibus Objection to Certain Proofs of Claim (Amended Claims)* [Docket No. 2046] (the "Omnibus Objection");

WHEREAS, on January 18, 2024, the Claimant timely filed its *Response to Reorganized Debtors' Sixteenth Omnibus Objection to Certain Proofs of Claim (Amended Claims) With Respect to IRS Administrative Claims* [Docket No. 2067] (the "Response");

WHEREAS, the Parties have conferred on the Omnibus Objection and the Response;

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, were: Party City Holdco Inc. (9758); Amscan Custom Injection Molding, LLC (4238); Amscan Inc. (1359); Amscan Purple Sage, LLC (3514); Am-Source, LLC (8427); Anagram Eden Prairie Property Holdings LLC (8309); Party City Corporation (3692); Party City Holdings Inc. (3029); Party Horizon Inc. (5812); PC Intermediate Holdings, Inc. (1229); PC Nextco Finance, Inc. (2091); PC Nextco Holdings, LLC (7285); Print Appeal, Inc. (5932); and Trisar, Inc. (0659). The location of the Reorganized Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

1

WHEREAS, after due consideration of the arguments in the Claimant's Response, the Reorganized Debtors have agreed to make certain amendments to Exhibit 1 to the *Order Sustaining Reorganized Debtors' Sixteenth Omnibus Objection to Certain Proofs of Claim (Amended Claims)* (the "Proposed Order").

**ACCORDINGLY, THE PARTIES HEREBY STIPULATE AND AGREE THAT:**

1. Claim Nos. 2386, 2432 and 2477 represent claim numbers assigned by Kroll Restructuring Administration LLC, the Reorganized Debtors' claims, noticing, and solicitation agent. Claim No. 2432 (Claim No. 163-2 on the Court's Claims Register) filed by the Claimant amends its earlier filed Claim No. 2386 (Claim No. 163-1 on the Court's Claims Register). Claim No 2432 shall be the Claimant's surviving claim (the "Surviving Claim"); and Claim Nos. 2386 and 2447 filed by the Claimant shall be disallowed and expunged.

2. The Reorganized Debtors shall file an amended Proposed Order attaching a revised Exhibit 1 listing:

   a. Claim No. 2432 in the "Surviving Claims" column; and
   b. Claim Nos. 2386 and 2447 in the "Claims to Be Disallowed and Expunged" column.

3. This Stipulation is without prejudice to the rights of the Reorganized Debtors to object to the Surviving Claim on any grounds whatsoever.

4. The undersigned represent that they are authorized to execute this Stipulation on behalf of the represented parties for whom they have signed.

5. The Parties agree that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Stipulation, and the Parties hereby consent to such jurisdiction to resolve any disputes or controversies arising from or related to this Stipulation.

15159524

**STIPULATED AND AGREED TO BY:**

| COUNSEL TO THE REORGANIZED DEBTORS | COUNSEL TO THE CLAIMANT |
|---|---|
| */s/ John F. Higgins* | */s/ Andrew L. Sobotka* |
| **PORTER HEDGES LLP** | **ATTORNEY FOR THE UNITED STATES** |
| John F. Higgins (TX Bar No. 09597500) | **Internal Revenue Service** |
| M. Shane Johnson (TX Bar No. 24083263) | Andrew L. Sobotka (TX Bar No. 32631) |
| Megan Young-John (TX Bar No. 24088700) | Attorney-in-Charge |
| 1000 Main St., 36th Floor | U.S. Department of Justice, Tax Division |
| Houston, Texas 77002 | 717 N. Harwood, Suite 400 |
| Telephone: (713) 226-6000 | Dallas, Texas 75201 |
| Facsimile: (713) 226-6248 | Telephone: (214) 880-9736 |
| jhiggins@porterhedges.com | Facsimile: (214) 880-9741 |
| sjohnson@porterhedges.com | Andrew.L.Sobotka@usdoj.gov |
| myoung-john@porterhedges.com | |

- and –

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Paul M. Basta (admitted *pro hac vice*)
Kenneth S. Ziman (admitted *pro hac vice*)
Michael M. Turkel (admitted *pro hac vice*)
Grace C. Hotz (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
pbasta@paulweiss.com
kziman@paulweiss.com
ghotz@paulweiss.com

**Dated February 1, 2024.**

15159524