# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| PARTY CITY HOLDCO INC. *et al.*,[1] | ) Case No. 23-90005 |
| | ) |
| Debtor. | ) Chapter 11 |
| | ) |

## NOTICE OF WITHDRAWAL OF
## PRO HAC VICE AND APPEARANCE OF TIMOTHY M. SWANSON

Mr. Timothy M. Swanson was granted admission pro hac vice to represent: (a) Washington Point Lennane 04, LLC, Yosemite Park Shopping Center 05 A, LLC, and Yosemite Park Shopping Center 15 B, LLC (Docket No. 571); (b) Alto Quebec Square, LP (Docket No. 1139), and (c) Alto Conyers Plaza, LP (Docket No. 1140).  Mr. Swanson hereby withdraws his appearance on behalf of the foregoing in the above referenced matter and requests to be removed from the ECF noticing for the case.[2]

Dated: April 9, 2024

**FROST BROWN TODD LLP**

*/s/Timothy M. Swanson*
Timothy M. Swanson (#47267)
1801 California Street, Suite 2700
Denver, CO 80202
Telephone: (303) 406-4990
Fax: (303) 406-4991
tswanson@fbtlaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Party City Holdco Inc. (9758); Amscan Custom Injection Molding, LLC (4238); Amscan Inc. (1359); Amscan Purple Sage, LLC (3514); Am-Source, LLC (8427); Anagram Eden Prairie Property Holdings LLC (8309); Party City Corporation (3692); Party City Holdings Inc. (3029); Party Horizon Inc. (5812); PC Intermediate Holdings, Inc. (1229); PC Nextco Finance, Inc. (2091); PC Nextco Holdings, LLC (7285); Print Appeal, Inc. (5932); and Trisar, Inc. (0659).

[2] Mr. Swanson has moved his practice from Moye White LLP to Frost Brown Todd LLP and, therefore, no longer represents the entities listed herein.  The law firm of Moye White LLP is still receiving notices in this case to Mr. Patrick Akers who has been granted admission pro hac vice at Docket Nos. 1141-1142.

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice of Withdrawal of Pro Hac Vice and Appearance of Timothy M. Swanson was served this 9th day of April, 2024 electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures upon all parties in the electronic filing system in this case:

                                                */s/Timothy M. Swanson*
                                                Timothy M. Swanson