Paul M. Lopez
Texas State Bar No. 24076516
Emily M. Hahn
Texas State Bar No. 24101846
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Blvd, Suite 300
McKinney, Texas  75069
Telephone: (214) 544-4000

**ATTORNEYS FOR COLLIN COUNTY
TAX ASSESSOR/COLLECTOR**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **PARTY CITY HOLDCO INC.,** *et al.,* [1] | § | Case No. 23-90005 |
| | § | |
| Debtors. | § | |
| | § | |

**COLLIN COUNTY TAX ASSESSOR/COLLECTOR'S
RESPONSE TO REORGANIZED DEBTORS' TWENTIETH OMNIBUS
OBJECTION TO CERTAIN PROOFS OF CLAIM (SATISFIED CLAIMS)**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

   **NOW COMES** the Collin County Tax Assessor/Collector (hereinafter "Collin County") and files its *Response* (the "Response") *to Reorganized Debtors' Twentieth Omnibus Objection to Certain Proofs of Claim* (Satisfied Claims) (the "Objection") [Docket No. 2203] and respectfully shows the court as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Party City Holdco Inc. (9758); Amscan Custom Injection Molding, LLC (4238); Amscan Inc. (1359); Amscan Purple Sage, LLC (3514); Am-Source, LLC (8427); Anagram Eden Prairie Property Holdings LLC (8309); Party City Corporation (3692); Party City Holdings Inc. (3029); Party Horizon Inc. (5812); PC Intermediate Holdings, Inc. (1229); PC Nextco Finance, Inc. (2091); PC Nextco Holdings, LLC (7285); Print Appeal, Inc. (5932); and Trisar, Inc. (0659). The location of the Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

**SUMMARY OF RESPONSE**

Pursuant to Texas Property Tax Code §§ 32.01, 32.05, 33.01, Collin County has a perfected lien on all of the Debtors' business personal property. Collin County files this Response to preserve its right to payment of all amounts due pursuant to applicable law including Texas Property Tax Code §§ 32.01 and 32.05 and Bankruptcy Code §§ 362(a)(18), 503(b), 506(b), and 511. Collin County is entitled to collect all taxes as well as the requisite statutory interest as provided by the applicable statutes cited above. Therefore, Collin County requests that the Court overrule the Objection.[2]

**RELEVANT BACKGROUND**

1. On January 17, 2023, the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the Bankruptcy Court for the Southern District of Texas Houston Division, Case No. 23-90005.[3]

2. Collin County Tax Assessor/Collector is a political subdivision of the State of Texas and, as such, is authorized to levy and assess *ad valorem* taxes on the value of property located within its taxing jurisdiction as of January 1 of each year.[4]

3. On January 18, 2023, Collin County timely filed its proof of claim (the "Texas Tax Claim"). *See* Texas Tax Claim attached hereto as **Exhibit A** and incorporated herein for all purposes.

4. On March 22, 2024, the Debtor filed the Objection stating that the Texas Tax Claim had been satisfied and seeks an order disallowing and expunging Collin County's Claim. However, Collin County is still owed for 2022 taxes in the amount of $5,311.28 on the business personal

---

[2] All capitalized terms not defined herein shall have the meaning ascribed to them in the Objection.
[3] 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code").
[4] TEX. PROP. TAX CODE § 32.01.

property located at 2097 N. Central Expressway, McKinney, Texas.

## RESPONSE

6. Pursuant to the Texas Property Tax Code §§ 32.01 and 32.05, Collin County has a first priority secured lien against the business personal property of the Debtors. "Texas imposes a property tax, which is secured by a "tax lien" that automatically attached to taxable property each year "in favor of each taxing unit having power to tax the property."" *Billings v. Propel Fin. Servs., L.L.C.*, 821 F.3d 608, 610 (5th Cir. 2016). Specifically, § 32.01 of the Texas Property Tax Code provides:

> (a) On January 1 of each year, a tax lien attaches to property to secure the payment of all taxes, penalties and interest ultimately imposed for the year…
>
> (b) A tax lien on inventory, furniture, equipment, or other personal property is a lien in solido and attaches to all inventory, furniture, equipment, and other personal property that the property owner owns on January 1 of the year the lien attaches or that the property owner subsequently acquires.
>
> . . .
>
> (d) The lien under this section is perfected on attachment and, except as provided by Section 32.03(b), perfection requires no further action by the taxing unit.

TEX. PROP. TAX CODE § 32.01.

7. Moreover, § 32.05 of the Texas Property Tax Code provides that such tax lien takes priority and prevails, regardless of whether the debt, lien, future interest, or other encumbrance existed before attachment of the tax lien. TEX. PROP. TAX CODE § 32.05(a)-(b). Therefore, pursuant to the Texas Property Tax Code and relevant case law, the tax lien arises on January 1 of each tax year and "floats" to after acquired property. *See City of Dallas v. Cornerstone Bank*, 879 S.W.2d 264, 271 (Tex. App. – Dallas 1994, no writ). The tax lien is a lien *in solido* and is a lien of all

personal property of the Debtor. *In re Universal Seismic*, 288 F.3d 205, 208 (5th Cir. 2002). The tax lien is also unavoidable. *In re: Winns Stores*, 177 B.R. 253, 258 (Bankr. W.D. Tex. 1995). Bankruptcy Code provides that taxing authorities are entitled to recover penalties and interest. *See* 11 U.S.C. §§ 503(b)(1)(C) and 506(b).

8. Despite the claim of payment, the Reorganized Debtors have failed to remit payment for tax year 2022 for Tax Account No. P900021031951. *See* 2022 Tax Statement attached hereto as **Exhibit B** and incorporated herein for all purposes.

9. Based on the foregoing, Collin County files this Response to preserve its lien rights and right to payment on the Texas Tax Claim.

**WHEREFOR, PREMISES CONSIDERED,** Collin County prays that this Court overrule the Objection with respect to the Texas Tax Claim and grant it any and all relief to which it is justly entitled.

Respectfully submitted,

**ABERNATHY, ROEDER, BOYD &HULLETT, P.C.**

*/s/ Paul M. Lopez*
Paul M. Lopez
Texas State Bar No. 24076516
Emily M. Hahn
Texas State Bar No. 24101846
1700 Redbud Blvd., Suite 300
McKinney, TX 75069
Telephone: 214-544-4000
plopez@abernathy-law.com
ehahn@abernathy-law.com

**ATTORNEYS FOR
COLLIN COUNTY
TAX ASSESSOR/COLLECTOR**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served on this 19th day of April, 2024, on all parties requesting service via the Court's ECF system.

                                          */s/ Paul M. Lopez*
                                          Paul M. Lopez

# EXHIBIT A

**Fill in this information to identify the case:**

Debtor 1: PARTY CITY HOLDCO INC.

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Texas

Case number: 23-90005-11

---

Official Form 410

# Proof of Claim

12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
COLLIN COUNTY TAX ASSESSOR/COLLECTOR
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Abernathy, Roeder, Boyd & Hullett, P.C.
Name
1700 Redbud Blvd., Suite 300
Number  Street
McKinney    TX    75069
City        State  ZIP Code
Contact phone: 214-544-4000
Contact email: bankruptcy@ABERNATHY-LAW.com

Where should payments to the creditor be sent? (if different)
Collin County Tax Assessor/Collector
Name
P.O. Box 8046
Number  Street
McKinney    TX    75070
City        State  ZIP Code
Contact phone: _____
Contact email: _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one): _ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) ____  Filed on ____ / ____ / ____
                                                                    MM    DD    YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                          Proof of Claim                           page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

| 6. | Do you have any number you use to identify the debtor? | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: <u>1951;0551;0051;6591</u> |
|---|---|---|
| 7. | How much is the claim? | $48,319.38. Does this amount include interest or other charges?<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><u>2022-2023 Ad Valorem Taxes plus any applicable penalties and interest pursuant to the Texas Property Tax Code §§ 32.01-07, 33.01 & 33.07 as allowed under 11 U.S.C. §§ 503(b) and/or 506 as applicable.</u> |
| 9. | Is all or part of the claim secured? | ☐ No<br>☑ Yes. The claim is secured by a lien on property.<br>**Nature of property:**<br>☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe:<br><br>**Basis for perfection:** <u>On January 1 of each year, a statutory tax lien attaches to said property and is automatically perfected pursuant to Texas Prop. Tax Code §§ 32.01, 32.05, and 32.07.</u><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $<u>various- attached exhibit</u><br>**Amount of the claim that is secured:** $<u>48,319.38</u><br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $_____<br><br>**Annual Interest Rate** (when case was filed) <u>12.00</u> %<br>☑ Fixed |
| 10. | Is this claim based on a lease? | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____ |
| 11. | Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ |

Official Form 410                    **Proof of Claim**                    page 2

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☒ No ☐ Yes. *Check all that apply:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ _____ |
| | * Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   1/18/2023

/s/ Paul Lopez
Signature

Print the name of the person who is completing and signing this claim:

Name: **Paul Lopez**
First name / Middle name / Last name

Title: Attorney for Claimant

Company: Abernathy, Roeder, Boyd & Hullett, P.C.
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 1700 Redbud Blvd., Suite 300
Number / Street
McKinney                                TX          75069
City / State / ZIP Code

Contact phone  214-544-4000         Email  bankruptcy@ABERNATHY-LAW.com

Official Form 410                      Proof of Claim                        page 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| IN RE: | § | CASE NO. 23-90005-11 |
|---|---|---|
|  | § |  |
| PARTY CITY HOLDCO INC. | § | CHAPTER 11 |
|  | § |  |
| DEBTORS. | § |  |
|  | § |  |

**COLLIN COUNTY TAX ASSESSOR/COLLECTOR**
**Proof of Claim Summary of Exhibits**

| Exhibit No. | Account No. | Tax Years included in Claim | Amount Due |
|---|---|---|---|
|  | P900021031951 | 2022 Total Due: | $13,982.36 |
|  |  | 2023 Estimated: | $15,000.00 |
|  | P900029800551 | 2022 Total Due: | $ 4,375.39 |
|  |  | 2023 Estimated: | $ 4,500.00 |
|  | P900029840051 | 2022 Total Due: | $ 3,632.81 |
|  |  | 2023 Estimated: | $ 4,000.00 |
|  | P900020566591 | 2022 Total Due: | $ 1,328.82 |
|  |  | 2023 Estimated: | $ 1,500.00 |
|  |  | **TOTAL:** | **$48,319.38** |

Website: http://taxpublic.collincountytx.gov/webcollincounty/accountsearch.htm

**Kenneth L. Maun**
**Tax Assessor & Collector**
**Collin County**
P.O. Box 8046
McKinney, TX 75070



Physical Location:
2300 Bloomdale Road Ste. 2324
McKinney, TX 75071
Ph: 972-547-5020

STATEMENT DATE: 01/18/2023
ACCOUNT: P900021031951

TAX STATEMENT 2022

46,539,615-1
V1.1

LEGAL: BPP AT 2097 N CENTRAL EXPY

PARTY CITY CORP
% PROPERTY TAX DEPT
1 CELEBRATION SQ
WOODCLIFF LAKE, NJ 07677-8402

PIDN: 2657048
ACRES: 0

OWNER: PARTY CITY CORP
PARCEL ADDRESS: 0002097 N CENTRAL EXPY

EXEMPTION CODES

| APPRAISED VALUE 697,706 | | | | | |
|---|---|---|---|---|---|
| TAXING ENTITIES | EXEMPTION AMOUNT | TAXABLE VALUE | TAX RATE PER $100 | BASE TAX | PENALTY & INTEREST |
| COLLIN COUNTY | 0 | 697,706 | 0.152443 | 1063.60 | 0.00 |
| MCKINNEY CITY | 0 | 697,706 | 0.457485 | 3191.90 | 0.00 |
| COLLIN COLLEGE | 0 | 697,706 | 0.081220 | 566.68 | 0.00 |
| MCKINNEY ISD | 0 | 697,706 | 1.312900 | 9160.18 | 0.00 |
| | | | SUBTOTAL | 13,982.36 | 0.00 |
| | | | **TOTAL AMOUNT DUE** | **13,982.36** | |

Estimated 2023:  $15,000.00
Total:  $28,982.36

*This top portion and your canceled check will serve as your receipt.*

---

Detach and return this portion with your check payable to:
Collin County
P.O. Box 8046
McKinney, TX 75070
972-547-5020

**TOTAL AMOUNT DUE**
**$13,982.36**

^^ AMOUNT DUE ON RECEIPT ^^

OWNER: PARTY CITY CORP
PIDN: 2657048

DELINQUENT DATE: 02/01/2023

ACCOUNT: P900021031951  2022

PARTY CITY CORP
% PROPERTY TAX DEPT
1 CELEBRATION SQ
WOODCLIFF LAKE, NJ 07677-8402

| IF PAID IN | | AMOUNT DUE |
|---|---|---|
| FEB | 7% | 14,961.13 |
| MAR | 9% | 15,240.76 |
| APR | 11% + 20 % | 18,624.50 |
| MAY | 13% + 20 % | 18,960.08 |
| JUN | 15% + 20 % | 19,295.67 |

2022P900021031951000139823600014961130001524076000000000C01

Kenneth L. Maun
Tax Assessor & Collector
Collin County
P.O. Box 8046
McKinney, TX 75070



Physical Location:
2300 Bloomdale Road Ste. 2324
McKinney, TX 75071
Ph: 972-547-5020

STATEMENT DATE: 01/18/2023

TAX STATEMENT 2022

46,539,510-1
V1.1

ACCOUNT: P900029800551

LEGAL: BPP AT 3308 CENTRAL EXPY

PARTY CITY CORP
% PROPERTY TAX DEPT
1 CELEBRATION SQ
WOODCLIFF LAKE, NJ 07677-8402

PIDN: 2051866
ACRES: 0

OWNER: PARTY CITY CORP
PARCEL ADDRESS: 0003308 CENTRAL EXPY

EXEMPTION CODES

| APPRAISED VALUE 671,833 | | | | | |
|---|---|---|---|---|---|
| TAXING ENTITIES | EXEMPTION AMOUNT | TAXABLE VALUE | TAX RATE PER $100 | BASE TAX | PENALTY & INTEREST |
| COLLIN COUNTY | 0 | 671,833 | 0.152443 | 1024.16 | 0.00 |
| PLANO CITY | 0 | 671,833 | 0.417600 | 2805.57 | 0.00 |
| COLLIN COLLEGE | 0 | 671,833 | 0.081220 | 545.66 | 0.00 |

Total Due 2022: $4,375.39
Estimated 2023: $4,500.00
Total: $8,875.39

*This top portion and your canceled check will serve as your receipt.*

........................................................................................

*Detach and return this portion with your check payable to:*

Collin County
P.O. Box 8046
McKinney, TX 75070
972-547-5020

DELINQUENT DATE: 02/01/2023

|||||||||||
ACCOUNT: P900029800551   2022

PARTY CITY CORP
% PROPERTY TAX DEPT
1 CELEBRATION SQ
WOODCLIFF LAKE, NJ 07677-8402

2022OP9000298005510001283881000137375300013994300000000000C01

Kenneth L. Maun
Tax Assessor & Collector
Collin County
P.O. Box 8046
McKinney, TX 75070



Physical Location:
2300 Bloomdale Road Ste. 2324
McKinney, TX 75071
Ph: 972-547-5020

STATEMENT DATE: 01/18/2023
ACCOUNT: P900029840051

TAX STATEMENT 2022

46,539,586-1
V1.1

LEGAL: BPP AT 1701 PRESTON RD

PARTY CITY CORP
% PROPERTY TAX DEPT
1 CELEBRATION SQ
WOODCLIFF LAKE, NJ 07677-8402

PIDN: 2069302
ACRES: 0

OWNER: PARTY CITY CORP
PARCEL ADDRESS: 0001701 PRESTON RD

EXEMPTION CODES

| APPRAISED VALUE 557,811 | | | | | |
|---|---|---|---|---|---|
| TAXING ENTITIES | EXEMPTION AMOUNT | TAXABLE VALUE | TAX RATE PER $100 | BASE TAX | PENALTY & INTEREST |
| COLLIN COUNTY | 0 | 557,811 | 0.152443 | 850.34 | 0.00 |
| PLANO CITY | 0 | 557,811 | 0.417600 | 2329.42 | 0.00 |
| COLLIN COLLEGE | 0 | 557,811 | 0.081220 | 453.05 | 0.00 |

Total Due 2022: $3,632.81
Estimated 2023: $4,000.00
$7,632.81

*This top portion and your canceled check will serve as your receipt.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Detach and return this portion with your check payable to:*

Collin County
P.O. Box 8046
McKinney, TX 75070
972-547-5020

DELINQUENT DATE: 02/01/2023

‖‖‖‖‖‖‖‖‖‖‖‖‖‖

ACCOUNT: P900029840051   2022

PARTY CITY CORP
% PROPERTY TAX DEPT
1 CELEBRATION SQ
WOODCLIFF LAKE, NJ 07677-8402

2022 0P90002984005100010659830001140601000116192100000000000C01

Kenneth L. Maun
**Tax Assessor & Collector**
**Collin County**
P.O. Box 8046
McKinney, TX 75070



Physical Location:
2300 Bloomdale Road Ste. 2324
McKinney, TX 75071
Ph: 972-547-5020

STATEMENT DATE: 01/18/2023
ACCOUNT: P900020566591

TAX STATEMENT 2022

46,539,494-1
V1.1

LEGAL: BPP AT 3333 PRESTON RD

PARTY CITY CORP
% PROPERTY TAX DEPT
1 CELEBRATION SQ
WOODCLIFF LAKE, NJ 07677-8402

PIDN: 2565235
ACRES: 0

OWNER: PARTY CITY CORP
PARCEL ADDRESS: 0003333 PRESTON RD

EXEMPTION CODES

| APPRAISED VALUE 568,691 | | | | | |
|---|---|---|---|---|---|
| TAXING ENTITIES | EXEMPTION AMOUNT | TAXABLE VALUE | TAX RATE PER $100 | BASE TAX | PENALTY & INTEREST |
| COLLIN COUNTY | 0 | 568,691 | 0.152443 | 866.93 | 0.00 |
| COLLIN COLLEGE | 0 | 568,691 | 0.081220 | 461.89 | 0.00 |

Total Due 2022: $1,328.82
Estimated 2023: $1,500.00
Total: $2,828.82

*This top portion and your canceled check will serve as your receipt.*

---

*Detach and return this portion with your check payable to:*
Collin County
P.O. Box 8046
McKinney, TX 75070
972-547-5020

DELINQUENT DATE: 02/01/2023

ACCOUNT: P900020566591  2022

PARTY CITY CORP
% PROPERTY TAX DEPT
1 CELEBRATION SQ
WOODCLIFF LAKE, NJ 07677-8402

20220P90002056659100010766240001151989000117352100000000000C01

# EXHIBIT B

**Kenneth L. Maun**
**Tax Assessor\Collector**
**Collin County**
P.O. Box 8046
McKinney, TX 75070



Physical Location:
**2300 Bloomdale Road Ste. 2324**
**McKinney, TX 75071**
Ph: 972-547-5020

**DELINQUENT TAX STATEMENT**

1
V1.1

STATEMENT DATE: **04/16/2024**
ACCOUNT: **P900021031951**

LEGAL: BPP AT 2097 N CENTRAL EXPY

OWNER: PARTY CITY CORP
PARCEL ADDRESS: 0002097 N CENTRAL EXPY

PIDN: 2657048
ACRES: 0

| YEAR | TAXING ENTITIES | BASE TAX | P & I | COLL PEN | TOTAL DUE | DELQ DATE |
|---|---|---|---|---|---|---|
| 2022 | COLLIN COLLEGE | $141.24 | $38.14 | $35.88 | $215.26 | 02/04/2023 |
| 2022 | COLLIN COUNTY | $265.09 | $71.57 | $67.33 | $403.99 | 02/04/2023 |
| 2022 | MCKINNEY CITY | $795.58 | $214.81 | $202.08 | $1,212.47 | 02/04/2023 |
| 2022 | MCKINNEY ISD | $2,283.17 | $616.46 | $579.93 | $3,479.56 | 02/04/2023 |
| | 2022 SUBTOTALS | $3,485.08 | $940.98 | $885.22 | $5,311.28 | |
| | TOTAL AMOUNT DUE | | | | $5,311.28 | |

IF THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE COLLIN COUNTY TAX OFFICE REGARDING A RIGHT YOU MAY HAVE TO ENTER INTO AN INSTALLMENT AGREEMENT DIRECTLY WITH THE COLLIN COUNTY TAX OFFICE FOR THE PAYMENT OF THESE TAXES.

*This top portion and your canceled check will serve as your receipt.*
^ *Detach on perforation and return this portion with your check payable to:*

**Collin County**
P.O. Box 8046
McKinney, TX 75070
972-547-5020

**TOTAL AMOUNT DUE**
**5,311.28**

^^^ AMOUNT DUE ON RECEIPT ^^^

OWNER: PARTY CITY CORP
2657048

ACCOUNT: P900021031951 DQ
PARTY CITY CORP
% PROPERTY TAX DEPT
1 CELEBRATION SQ
WOODCLIFF LAKE NJ 07677-8402

| IF PAID IN | AMOUNT DUE |
|---|---|
| MAY | 5,353.08 |
| JUN | 5,394.91 |
| JUL | 5,436.71 |
| AUG | 5,478.55 |
| SEP | 5,520.37 |
| ~~OCT~~ | ~~5,562.18~~ |

2022P90002103195100000531128000005353080000053949100000000000C01