United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 22, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| PARTY CITY HOLDCO INC., *et al.*,[1] | ) |
| | ) Case No. 23-90005 (MI) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |

**ORDER EXTENDING THE DEADLINE TO OBJECT TO CLAIMS**

(Related Docket No. 2212)

Upon the joint motion (the "Motion")[2] of The Party City GUC Trust (the "Trust") formed pursuant to the confirmed Plan (as defined below) and Party City Holdco Inc. and certain of its affiliates (before the effective date of the Plan, the "Debtors" and after the effective date of the Plan the "Reorganized Debtors"), for an order extending the (i) Non-Administrative Claims Objection Deadline by 181 days and (ii) the Administrative Claims Objection Deadlines through and including October 7, 2024, without prejudice to the Trust's and the Reorganized Debtors' rights to seek additional extensions thereof, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Party City Holdco Inc. (9758); Amscan Custom Injection Molding, LLC (4238); Amscan Inc. (1359); Amscan Purple Sage, LLC (3514); Am-Source, LLC (8427); Anagram Eden Prairie Property Holdings LLC (8309); Party City Corporation (3692); Party City Holdings Inc. (3029); Party Horizon Inc. (5812); PC Intermediate Holdings, Inc. (1229); PC Nextco Finance, Inc. (2091); PC Nextco Holdings, LLC (7285); Print Appeal, Inc. (5932); and Trisar, Inc. (0659). The location of the Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

4857-6779-2812.9 69215.003

and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Non-Administrative Claims Objection Deadline is hereby extended through and including October 7, 2024.

2. The Administrative Claims Objection Deadline is hereby extended through and including October 7, 2024.

3. This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Signed:  April 22, 2024

_____
Marvin Isgur
United States Bankruptcy Judge