# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| PARTY CITY HOLDCO INC., *et al.*[1] | ) Case No. 23-90005 (MI) |
| Reorganized Debtors. | ) (Jointly Administered) |

**STIPULATION AND AGREED ORDER WITHDRAWING PROOF OF CLAIM NOS. 1991 AND 1995 FILED BY THE UNITED STATES DEPARTMENT OF LABOR**
[Relates to Docket No. 2296]

Party City Holdco Inc. and certain of its affiliates (before the effective date of the chapter 11 plan of reorganization, the "Debtors" and after the effective date of the chapter 11 plan of reorganization, the "Reorganized Debtors") and the United States Department of Labor (the "Claimant" and together with the Reorganized Debtors, the "Parties") hereby stipulate and agree as follows:

WHEREAS, on May 20, 2024, the Reorganized Debtors filed the *Reorganized Debtors' Objection to United States Department of Labor's Proofs of Claim* [Docket No. 2296] (the "Objection");

WHEREAS, a hearing on the Objection is scheduled for July 8, 2024 at 10:00 a.m. (prevailing Central Time) (the "Hearing");

WHEREAS, the Parties have conferred on the Objection and have reached an agreement.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, were: Party City Holdco Inc. (9758); Amscan Custom Injection Molding, LLC (4238); Amscan Inc. (1359); Amscan Purple Sage, LLC (3514); Am-Source, LLC (8427); Anagram Eden Prairie Property Holdings LLC (8309); Party City Corporation (3692); Party City Holdings Inc. (3029); Party Horizon Inc. (5812); PC Intermediate Holdings, Inc. (1229); PC Nextco Finance, Inc. (2091); PC Nextco Holdings, LLC (7285); Print Appeal, Inc. (5932); and Trisar, Inc. (0659). The location of the Debtors' and Reorganized Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

15454230

**ACCORDINGLY, THE PARTIES HEREBY STIPULATE AND AGREE THAT:**

1. The Claimant withdraws Proof of Claim Nos. 1991 and 1995 with prejudice.

2. Kroll Restructuring Administration LLC, the Reorganized Debtors' claims, noticing, and solicitation agent, is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

3. The undersigned represent that they are authorized to execute this stipulation on behalf of the represented parties for whom they have signed.

4. The Hearing is cancelled.

5. The Parties agree that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this stipulation, and the Parties hereby consent to such jurisdiction to resolve any disputes or controversies arising from or related to this stipulation.

**THE FOREGOING STIPULATION IS SO ORDERED.**

**Signed:** _____

**MARVIN ISGUR**
**UNITED STATES BANKRUPTCY JUDGE**

15454230

**STIPULATED AND AGREED TO BY:**

| | |
|---|---|
| **COUNSEL TO THE REORGANIZED DEBTORS** | **COUNSEL TO THE CLAIMANT** |

*/s/ John F. Higgins*  
**PORTER HEDGES LLP**  
John F. Higgins (TX Bar No. 09597500)  
M. Shane Johnson (TX Bar No. 24083263)  
Megan Young-John (TX Bar No. 24088700)  
1000 Main St., 36th Floor  
Houston, Texas 77002  
Telephone: (713) 226-6000  
Facsimile: (713) 226-6248  
jhiggins@porterhedges.com  
sjohnson@porterhedges.com  
myoung-john@porterhedges.com  

- and –

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**  
Paul M. Basta (admitted *pro hac vice*)  
Kenneth S. Ziman (admitted *pro hac vice*)  
Michael M. Turkel (admitted *pro hac vice*)  
Grace C. Hotz (admitted *pro hac vice*)  
1285 Avenue of the Americas  
New York, New York 10019  
Telephone: (212) 373-3000  
Facsimile: (212) 757-3990  
pbasta@paulweiss.com  
kziman@paulweiss.com  
ghotz@paulweiss.com  

*/s/ Michael Hartman*  
**UNITED STATES DEPARTMENT OF LABOR**  
Michael Hartman  
Counsel for ERISA  
Office of the Solicitor  
201 Varick Street, Room 983  
New York, New York 10014  
Telephone : (646) 264-3673  
Facsimile : (646) 264-3660  
hartman.michael@dol.gov  

15454230