IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: ) <br> ) <br> PARTY CITY HOLDCO INC., *et al.*,[1] ) <br> ) <br> Reorganized Debtors. ) <br> ) | Chapter 11 <br><br> Case No. 23-90005 (MI) <br><br> (Jointly Administered) |

**REORGANIZED DEBTORS' AGENDA OF MATTERS SET FOR HEARING ON
JULY 8, 2024 AT 10:00 A.M. (PREVAILING CENTRAL TIME)**
[Related to Docket Nos. 2296, 2307, and 2329]

Party City Holdco Inc. and certain of its affiliates (the "Reorganized Debtors") file this agenda of matters set for *virtual hearing*[2] on **July 8, 2024 at 10:00 a.m. (prevailing Central Time)** before the Honorable Marvin Isgur at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 404, 515 Rusk, Houston, Texas 77002:

1. **Reorganized Debtors' Objection to United States Department of Labor's Proofs of Claim [Docket No. 2296] (the "Objection").**

   **Status:** On July 2, 2024, the Reorganized Debtors and the United States Department of Labor (the "Department") filed the *Stipulation and Agreed Order Withdrawing Proof of Claim Nos. 1991 and 1995 Filed by the United States Department of Labor* [Docket No. 2329] (the "Proposed Agreed Order"). In the Proposed Agreed Order, the Department agreed to withdraw Proof of Claim Nos. 1991 and 1995, which are the proofs of claim subject to the Objection. Accordingly, to the extent the hearing on this matter is held, the Reorganized Debtors and the Department will seek entry of the Proposed Agreed Order to resolve this matter.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, were: Party City Holdco Inc. (9758); Amscan Custom Injection Molding, LLC (4238); Amscan Inc. (1359); Amscan Purple Sage, LLC (3514); Am-Source, LLC (8427); Anagram Eden Prairie Property Holdings LLC (8309); Party City Corporation (3692); Party City Holdings Inc. (3029); Party Horizon Inc. (5812); PC Intermediate Holdings, Inc. (1229); PC Nextco Finance, Inc. (2091); PC Nextco Holdings, LLC (7285); Print Appeal, Inc. (5932); and Trisar, Inc. (0659). The location of the Debtors' and Reorganized Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

[2] On July 7, 2024, the Court stated on the docket that the hearing would be held by telephone and video conference only due to expected weather conditions.

**Related Documents:**

- **Stipulation Extending the United States Department of Labor's Deadline to Respond to Reorganized Debtors' Objection to Proofs of Claim [Docket No. 2307].**

- **Stipulation and Agreed Order Withdrawing Proof of Claim Nos. 1991 and 1995 Filed by the United States Department of Labor [Docket No. 2329].**

*[Remainder of page intentionally left blank]*

| | |
|---|---|
| Dated: July 7, 2024 | Respectfully submitted, |

By: */s/ John F. Higgins*

**PORTER HEDGES LLP**
John F. Higgins (TX 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile:  (713) 226-6248
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com

*Co-Counsel to the Reorganized Debtors*

– and –

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Paul M. Basta (admitted *pro hac vice*)
Kenneth S. Ziman (admitted *pro hac vice*)
Christopher J. Hopkins (admitted *pro hac vice*)
Grace C. Hotz (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
pbasta@paulweiss.com
kziman@paulweiss.com
chopkins@paulweiss.com
ghotz@paulweiss.com

*Counsel to the Reorganized Debtors*

## Certificate of Service

      I certify that on July 7, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                              /s/ *John F. Higgins*
                                              John F. Higgins