United States Bankruptcy Court
Southern District of Texas
ENTERED
July 10, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PARTY CITY HOLDCO INC., *et al.*,[1] | ) | Case No. 23-90005 (MI) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |

**STIPULATION AND AGREED ORDER REGARDING**
**STATE OF MINNESOTA, DEPARTMENT OF REVENUE'S PROOF OF CLAIM**
**[Related to Docket No. 2048]**

Party City Holdco Inc. and certain of its affiliates (before the effective date of their chapter 11 plan of reorganization, the "Debtors" and after the effective date of their chapter 11 plan of reorganization, the "Reorganized Debtors"), the Party City GUC Trust (the "Trust"), and State of Minnesota, Department of Revenue (the "Claimant," and together with the Reorganized Debtors and the Trust, the "Parties") hereby stipulate and agree as follows:

WHEREAS, on July 24, 2023, the Claimant filed its proof of claim No. 2338 in the unsecured amount of $15,310.45 (the "Proof of Claim") in the Debtors' chapter 11 cases;

WHEREAS, on September 6, 2023, the Court entered the *Findings of Fact, Conclusions of Law, and Order (I) Approving the Debtors' Disclosure Statement and Disclosure Statement Supplement on a Final Basis and (II) Confirming the Fourth Amended Joint Chapter 11 Plan of Reorganization of Party City Holdco Inc. and Its Debtor Affiliates* [Docket No. 1711], confirming

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, were: Party City Holdco Inc. (9758); Amscan Custom Injection Molding, LLC (4238); Amscan Inc. (1359); Amscan Purple Sage, LLC (3514); Am-Source, LLC (8427); Anagram Eden Prairie Property Holdings LLC (8309); Party City Corporation (3692); Party City Holdings Inc. (3029); Party Horizon Inc. (5812); PC Intermediate Holdings, Inc. (1229); PC Nextco Finance, Inc. (2091); PC Nextco Holdings, LLC (7285); Print Appeal, Inc. (5932); and Trisar, Inc. (0659). The location of the Reorganized Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

the *Fourth Amended Joint Chapter 11 Plan of Reorganization of Party City Holdco Inc. and Its Debtor Affiliates* [Docket No. 1672] (the "Plan");

WHEREAS, article VII.D. of the Plan provides that (i) the Reorganized Debtors have the sole authority to settle or compromise all Claims[2] other than Class 5 General Unsecured Claims and (ii) the Trust has sole authority to settle or compromise Class 5 General Unsecured Claims;

WHEREAS, on December 22, 2023, the Reorganized Debtors filed their *Eighteenth Omnibus Objection to Certain Proofs of Claim (Satisfied Claims)* [Docket No. 2048] (the "Omnibus Objection"), objecting to the Claimant's Proof of Claim;

WHEREAS, on January 22, 2024, the Parties filed the *Stipulation and Agreed Order Extending the State of Minnesota, Department of Revenue's Deadline to Respond to Reorganized Debtors' Eighteenth Omnibus Objection to Certain Proofs of Claim (Satisfied Claims)* [Docket No. 2082] (the "First Stipulation and Agreed Order");

WHEREAS, on January 24, 2024, the Court entered the First Stipulation and Agreed Order [Docket No. 2087], extending the Claimant's deadline to respond to the Omnibus Objection to January 31, 2024 at 5:00 p.m. (prevailing Central Time);

WHEREAS, on January 31, 2024, the Parties filed the *Stipulation and Agreed Order Further Extending the State of Minnesota, Department of Revenue's Deadline to Respond to Reorganized Debtors' Eighteenth Omnibus Objection to Certain Proofs of Claim (Satisfied Claims)* [Docket No. 2118] (the "Second Stipulation and Agreed Order");

WHEREAS, on February 2, 2024, the Court entered the Second Stipulation and Agreed Order [Docket No. 2125], extending the Claimant's deadline to respond to the Omnibus Objection to no later than five (5) business days prior to a continued hearing on the Omnibus Objection;

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

WHEREAS, on February 4, 2024, the Reorganized Debtors submitted the *Certificate of No Objection With Respect to Reorganized Debtors' Eighteenth Omnibus Objection to Certain Proofs of Claim (Satisfied Claims)* [Docket No. 2131], noting that the Reorganized Debtors had removed the Proof of Claim from the revised proposed *Order Sustaining Reorganized Debtors' Eighteenth Omnibus Objection to Certain Proofs of Claim (Satisfied Claims)*, subject to resubmission of a supplemental proposed order prior to a reset hearing on the Omnibus Objection to the Proof of Claim.

WHEREAS, the Parties have conferred on the Omnibus Objection and the Proof of Claim; and

WHEREAS, the Parties have agreed to reduce the allowed amount of the Proof of Claim.

**ACCORDINGLY, THE PARTIES HEREBY STIPULATE AND AGREE THAT:**

1. Upon entry of this *Stipulation and Agreed Order Regarding State of Minnesota, Department of Revenue's Proof of Claim* (the "Stipulation and Agreed Order"), Claimant's Proof of Claim shall be reduced and allowed as a general unsecured claim in the amount of $5,155.80.

2. Any reset hearing on the Omnibus Objection is hereby cancelled.

3. The undersigned represent that they are authorized to execute this Stipulation and Agreed Order on behalf of the represented parties for whom they have signed.

[*Remainder of page intentionally left blank*]

4. The Parties agree that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Stipulation and Agreed Order, and the Parties hereby consent to such jurisdiction to resolve any disputes or controversies arising from or related to this Stipulation and Agreed Order.

**THE FOREGOING STIPULATION IS SO ORDERED.**

Signed: July 09, 2024

Marvin Isgur
United States Bankruptcy Judge

**STIPULATED AND AGREED TO BY:**

**COUNSEL TO THE REORGANIZED DEBTORS**

*/s/ John F. Higgins*

**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Paul M. Basta (admitted *pro hac vice*)
Kenneth S. Ziman (admitted *pro hac vice*)
Michael M. Turkel (admitted *pro hac vice*)
Grace C. Hotz (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
pbasta@paulweiss.com
kziman@paulweiss.com
ghotz@paulweiss.com

**COUNSEL TO THE CLAIMANT**

*/s/ Jeremy Eiden*

**KEITH ELLISON**
**ATTORNEY GENERAL**
**STATE OF MINNESOTA**
By: Jeremy Eiden, Assistant Attorney General
Atty. Reg. No. 0388289
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
Telephone: (651) 300-7314
Facsimile: (651) 297-4139
Jeremy.Eiden@ag.state.mn.us
ATTORNEY FOR CREDITOR
MINNESOTA DEPARTMENT OF REVENUE

**COUNSEL TO THE TRUST**

*/s/ Sean T. Wilson*
**KELLEY DRYE & WARREN LLP**
Sean T. Wilson (TX Bar No. 24077962)
515 Post Oak Boulevard, Suite 900
Houston, Texas 77027
Telephone: (212) 808-7612
Facsimile: (713) 355-5001
swilson@kelleydrye.com

- and -

**PACHULSKI STANG ZIEHL & JONES LLP**
Robert J. Feinstein (admitted *pro hac vice*)
Bradford J. Sandler (admitted *pro hac vice*)
Shirley S. Cho (admitted *pro hac vice*)
Cia H. Mackle (admitted *pro hac vice*)
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
scho@pszjlaw.com
cmackle@pszjlaw.com