United States Bankruptcy Court
Southern District of Texas

**ENTERED**
July 10, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| PARTY CITY HOLDCO INC., *et al.*,[1] | ) | |
| | ) | Case No. 23-90005 (MI) |
| Reorganized Debtor. | ) | |
| | ) | (Jointly Administered) |

**ORDER GRANTING MOTION OF THE PARTY CITY GUC TRUSTEE FOR ENTRY OF AN ORDER DEEMING CERTAIN CLAIMS TO BE UNCLAIMED DISTRIBUTIONS UNDER THE PLAN**

(Related Docket No. 2566)

Upon the *Motion of the Party City GUC Trustee for Entry of an Order Deeming Certain Claims to be Unclaimed Distributions Under the Plan* (the "Motion")[2] filed by the Party City GUC Trustee (the "Trustee") of the Party City GUC Trust (the "GUC Trust") formed pursuant to the confirmed Plan of the above-captioned debtors (collectively, the "Debtors"), seeking entry of an order (this "Order") deeming each claim identified on **Exhibit 1** attached hereto (collectively, the "Missing or Deficient Tax Form Claims") to be disallowed for the reasons set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and upon the determination that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Party City Holdco Inc. (9758); Amscan Custom Injection Molding, LLC (4238); Amscan Inc. (1359); Amscan Purple Sage, LLC (3514); Am-Source, LLC (8427); Anagram Eden Prairie Property Holdings LLC (8309); Party City Corporation (3692); Party City Holdings Inc. (3029); Party Horizon Inc. (5812); PC Intermediate Holdings, Inc. (1229); PC Nextco Finance, Inc. (2091); PC Nextco Holdings, LLC (7285); Print Appeal, Inc. (5932); and Trisar, Inc. (0659). The location of the Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

the Trust's notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. Each of the Missing or Deficient Tax Form Claims identified in **Schedule 1** hereto is not entitled to distributions from the Trust. The Trust is authorized to redistribute the distributions in accordance with the terms of the Trust.

2. The Trust is authorized to take all actions necessary or appropriate to effectuate the relief granted pursuant to this Order in accordance with the Motion.

3. This Court retains exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Signed: July 10, 2026

Marvin Isgur
United States Bankruptcy Judge

Schedule 1

| Schedule # | Claim # | Creditor |
|---|---|---|
| | 309 | 23rd Group LLC |
| 5623202 | 1469 | 3M Company |
| 5623205 | | 48FORTY SOLUTIONS LLC |
| 5623216 | 316 | A & E Fashion Group Co., Ltd |
| 5623215 | 649 | A. Duie Pyle, Inc. |
| 5623217 | 649 | A. Duie Pyle, Inc. |
| 5623226 | | ABC COSMOS TRADING CO.LTD. |
| 5623231 | | ACADIA.IO LLC |
| | 1500 | ADF Welding and Medical, Inc. |
| 5623242 | 1868 | ADF Welding and Medical, Inc. |
| 5623255 | | AG SOURCING LLC |
| 5623257 | | AGGLO CORPORATION LIMITED |
| 5621684 | 1608 | Allied Universal Security Services |
| 5621687 | 387 | Almar Sales Company, Inc. |
| 5621693 | 1681 | Alvarado Manufacturing Co. Inc. |
| 5621695 | 1628 | Amazon Web Services, Inc. |
| 5621701 | 330 | American Crafts, LC |
| | 1812 | American Quality Cargo LLC |
| 5621727 | 1218 | Anderson & Vreeland, Inc. |
| 5621732 | 291 | Anqiu P.W. Silky Natural Arts and Crafts Factory |
| | 988 | Applied Predictive Technologies, Inc. |
| 5621765 | 497 | ArcBest, Inc |
| 5621766 | 497 | ArcBest, Inc |
| 5621791 | | ASIA AMERICA AUTOMOTIVE INC |
| 5621842 | 1153 | B33 Centereach II LLC |
| | 1791 | B33 Centereach II LLC |
| | 1805 | BDG Media, Inc |
| 5621874 | 1392 | Bear Valley 2005 LLC |
| 5621879 | 974 | Bell Container Corp |
| 5621880 | 1007 | Bell Container Corp |
| 5621914 | 490 | BEST LINE INTERNATIONAL INC. |
| 5621915 | | BEST SERVICE INC |
| 5621935 | 182 | Bethany Russo Project Management LLC |
| 5621939 | | BIC USA INC |
| 5621942 | 471 | BILLINGTON INTERNATIONAL LIMITED |
| 5621947 | 267 | Blinky Products LLC |
| 5621948 | | BLIP LLC |
| 5621703 | | BOLD DECISION CONSULTING LLC |
| 5621708 | 1285 | Boston International Imports Export Inc |
| | 1497 | Boyer, Karen and Rocky |
| 5621719 | | BREAKTHRU BEVERAGE FL |
| 5621739 | 322 | Bringg Inc |
| | 1236 | BROOKS, ANGELA |
| 5621750 | 1935 | Brosnan Risk Consultants |
| 5621754 | 1317 | BROWN, DINITHIA |
| 5621773 | | BSM MEDIA INC |
| 5621790 | | CADENT CONSULTING GROUP, LLC |
| 5621811 | | CAMPOLO, MIDDLETON & MCCORMICK LLP |
| 5621821 | | CAPITALIZE DATA ANALYTICS, LLC |
| 5621845 | 1734 | CARETAS REV SA DE CV |
| | 1101 | Casco Development, LLC |
| * | 2055 | Cecilia Vazquez (a Minor) c/o Albert Vazquez, Parent |
| | 139 | CenterPoint Energy |
| | 602 | Centerpoint Energy |
| 5621886 | | CENTRIC BEAUTY LLC |
| 5621893 | 909 | Chance Easy Co, Ltd |
| 5621897 | 380 | Cherry Agility Co., Ltd |

*Holders of claims marked with an asterisk provided tax forms that were deficient for one or more reasons.

Schedule 1

| | Schedule # | Claim # | Creditor |
|---|---|---|---|
| | 5623412 | 457 | Chian Ruen Trading Co., Ltd. |
| | 5621925 | 1128 | Christmas Wishes LLC |
| | 5621928 | 1063 | Churchill Container, LLC |
| | 5621929 | | CIGNA OF NEW YORK |
| | 5621930 | 128 | Cinema Secrets, Inc. |
| | 5621934 | | Cintas LOC #302 |
| | 5621953 | | CITY BEVERAGES |
| | 5621442 | 1076 | Colecio, Yolaanda |
| | 5621448 | | COLUMBIA CONTAINER SRVS LLC |
| | 5621473 | | COMMERCIAL INSIGHTS, LLC |
| | 5621474 | | COMMERCIAL INSIGHTS, LLC |
| | 5621482 | 1179 | COMPUTER DIGITAL IMAGING |
| | 5621516 | 1280 | Conveyor Solutions |
| * | | 423 | Conwin Carbonic Company, Inc. |
| * | | 431 | Conwin Carbonic Company, Inc. |
| | | 716 | Cortez, Isabel |
| | 5621542 | 21 | Costume Agent, Inc. |
| | 5621544 | 990 | Cotton Gallery, Ltd |
| | 5621555 | | COYLE & COMPANY GRAPHICS, INC |
| | 5621578 | 1496 | Crane, Marguerite |
| | 5621580 | | CRAYOLA LLC |
| | 5621584 | 416 | Creative Kids Far East Inc. |
| | 5621613 | 940 | Crown Packaging Corp. |
| | | 344 | CRYSTAL ART OF FLORIDA, INC |
| | 5621622 | | Cumberland Machinery Movers |
| | | 1975 | Cyan, LLC |
| | 5621656 | 1021 | Dancker LLC |
| | 5622134 | | DDRM PROPERTIES LLC |
| | 5622136 | 2368 | DDRTC Fayette Pavilion I and II LLC |
| | 5622141 | 1792 | DecisionPoint Systems |
| | 5622164 | 1520 | Decotex Co., Ltd |
| | 5622147 | | DEMATIC CORP |
| | 5622150 | 1375 | Dentsu X, LLC |
| | 5622151 | | Derby City Environmental |
| | 5622158 | 111 | DHL Global Forwarding |
| | | 1905 | Direct Connect Logistix, Inc |
| | 5622167 | 355 | Doan Ket Commercial And Packaging Production Co. Ltd |
| | 5622168 | | DOLLINGER GOLDEN VALLEY LLC |
| | 5622179 | | DPI DIRECT |
| | 5622180 | 189 | Dragon Industrial Trading Limited |
| | 5622182 | | DREAMHIGH TOYS CO. LTD |
| * | | 2051 | Druckenmiller, Cristie |
| | | 252 | DTE Energy Company |
| | 5622191 | | DUANE READE |
| | | 2098 | Duane Reade |
| | 5622195 | 2044 | Durkee Drayage Company |
| | 5622202 | | EAGLE RESOURCES TRADING LTD |
| | 5622225 | | ELMWOOD RETAIL PROPERTIES LLC |
| | 5622229 | | ENERGIZER LLC |
| | | 1436 | Erin Danielle Motola, by and through her attorneys, Arendsen Braddock LLP |
| | | 1108 | Eurofins MTS Consumer Product Testing Hong Kong Limited |
| | | 1109 | Eurofins MTS Consumer Product Testing Hong Kong Limited |
| | 5622688 | 394 | Eurofins MTS Consumer Product Testing US, Inc. |
| | 5622242 | | EVERCHEERING ENTERPRISE |
| | | 706 | Evercheering Enterprise Co., Ltd. / President: Richard Lee |
| | | 2108 | Eversource Gas of Massachusetts |
| | 5622248 | | EXPOLANKA USA LLC |

*Holders of claims marked with an asterisk provided tax forms that were deficient for one or more reasons.

| Schedule # | Claim # | Creditor |
|---|---|---|
| 5622250 | | EXPRESS FREIGHT HANDLERS INC |
| 5622251 | 53 | Express Services, Inc |
| | 1208 | FedEx Corporate Services Inc. |
| 5621429 | | FLAGLER S.C. LLC |
| 5621457 | | FLORACRAFT CORPORATION |
| 5621459 | | FLORIDA DISTRIBUTING COMPANY LLC |
| 5621462 | | FOCAL POINT DATA RISK LLC |
| 5621463 | 2197 | Fort Gratiot Realty LLC |
| 5621464 | | FORTRA LLC |
| 5621492 | | FRITO-LAY |
| 5621493 | 1094 | Froggy's Fog, LLC |
| 5621501 | 311 | Fuzhou Huikaihua Arts & Crafts Co., Ltd. |
| | 1056 | G&B Digital Management, Inc. |
| 5621535 | 288 | G.B. Sports |
| 5621529 | 1412 | Garcia, Jason |
| 5621559 | | GEMMY INDUSTRIES (HK) LIMITED |
| 5621565 | | GIBSON GREETINGS |
| 5621567 | | GILDAN USA INC |
| | 222 | Global Shippers Association |
| | 104 | Globaltex PS Inc |
| 5621601 | 475 | Goffa International Corp |
| 5621603 | | GOLD COAST BEVERAGE LLC |
| 5621606 | 1567 | Golden Bay Enterprises, Inc. |
| 5621607 | 549 | Golden Shuttle Inc |
| 5621608 | 637 | GOOD FORTUNE (UNION) INDUSTRIAL LIMITED |
| 5621633 | | GOWLING WLG (CANADA) LLP |
| 5621647 | | Graphic Solutions |
| 5621674 | 232 | Grimco, Inc |
| 5621676 | | GS FAMILY LLC |
| 5621677 | | GS1 US INC |
| 5621678 | 778 | Guangzhou Bright Star Trading CO., LTD. |
| | 1610 | GUILLEN, FANNY |
| 5622761 | 357 | Hangzhou Kaili Arts & Crafts Co.,Ltd |
| | 1374 | Hardy, Edward |
| 5622765 | 544 | Harmonie Gifts & Co. |
| 5622797 | | HEMET VALLEY CENTER LP |
| 5622801 | 388 | Hercules Forwarding Inc. |
| 5622804 | | HI TECHNOLOGY CORP |
| 5622805 | 100 | HI-FLOAT Company Inc. |
| 5622836 | | HORIZON RETAIL CONSTRUCTION INC |
| | 370 | HT Ventures LLC dba NPW Group |
| 5622840 | 2076 | Hugfun International Hong Kong Ltd. |
| 5622843 | 780 | HuiZhou GaoHao Technology Co., Ltd |
| | 1772 | I Pee Holding, LLC |
| 5622872 | 1311 | Ideastream Consumer Products |
| 5622873 | 1312 | Ideastream Consumer Products |
| 5622874 | 1784 | IG Design Group Americas Inc |
| 5622877 | | INDEED INC |
| 5622884 | 1302 | Infomercials, Inc. |
| 5622887 | 273 | InfoSpring, LLC |
| 5622908 | | INNER WORKINGS |
| 5622914 | 517 | Inscribe, Inc |
| 5622918 | 320 | INTELLECTUAL PROPERTY LLC |
| | 1479 | Intertek Testing Services Ltd Shanghai |
| | 1490 | Intertek Testing Services Ltd Shanghai |
| | 1658 | IRC Bradley Commons, LLC |
| | 1859 | IRC Joliet Commons I and II, L.L.C. |

*Holders of claims marked with an asterisk provided tax forms that were deficient for one or more reasons.

| | Schedule # | Claim # | Creditor |
|---|---|---|---|
| | 5622795 | 481 | Ja Da Fiber Enterprise CO., LTD |
| | 5623026 | | JACKS CANDY |
| | 5622784 | 711 | JATI IMPORTS LLC |
| | 5622786 | | JB HUNT TRANSPORT, INC. |
| | 5622788 | | JCW INVESTMENTS, INC |
| | 5622793 | 474 | Jerry Leigh of California, Inc |
| | | 847 | Jia Wei Lifestyle, Inc |
| | 5622796 | 329 | Jiangxi Pans Animation Culture Creative Co.,Ltd |
| | 5622816 | 636 | Jinhua Beike Daily-Use Commodity Co., Ltd |
| | 5622822 | | JOHNSON BROTHERS OF FLORIDA INC |
| | 5622826 | | JOJO FASHION ACCESSORIES CO LT |
| * | | 367 | Juarbe, Joanna |
| | 5622863 | | KARAT PACKAGING |
| | 5622869 | | KEIZER ENTERPRISES LLC |
| | 5622891 | | Kentucky Machine & Tool |
| | 5622897 | 253 | Khang Han Manufacture Trading Services and Import Export Co., Ltd |
| | 5622898 | 1309 | KHEPER GAMES INC. |
| | 5622928 | | KIP INTERNATIONAL PHILIPPINES |
| | | 2083 | Klym, Svitlana |
| | 5622934 | 1104 | Kord Party Favour Mfy. Ltd |
| | 5622965 | | Label Specialties |
| | 5622967 | | Label Specialties, Inc. |
| | 5622974 | 1161 | Lamarr, Sharon |
| | 5622998 | | LAWSON PRODUCTS INC |
| | 5623003 | | LEE'S GROUP INTL CO LIMITED |
| | | 1241 | Lennox Industries Inc |
| | 5623006 | 1293 | Lennox National Account Services LLC |
| | 5623007 | | LEVEL 10 |
| | | 2146 | Lewis Brisbois Bisgaard & Smith LLP |
| | 5623030 | | LIAISON TECHNOLOGIES INC |
| | 5623032 | | LIBERTY PACKAGING |
| | 5623033 | | LICENSE 2 PLAY TOYS LLC |
| | 5623034 | | LILAC19 LP |
| | 5623039 | 572 | Linhai Wangshen Lighting Co., Ltd |
| | 5623046 | 775 | Logistic Concepts Inc |
| | 5622471 | 1180 | LOGO BRANDS |
| | 5622479 | 748 | Lu'an Yuxing Import & Export Trading Co., Ltd |
| | 5622485 | 569 | MacArthur Village SPE, L.L.C. as successor-in-interest to MacArthur Village Limited Partnership |
| | 5622512 | | MANAGEMENT & TECHNOLOGY CONSULTING GROUP INC |
| | | 1207 | Marchese, Chad |
| | 5622521 | 749 | Marine Container Services |
| | 5622547 | | MARTINSBURG DEVELOPMENT PARTNERS LLC |
| | 5622548 | 334 | Maryland Plastics Inc. |
| | | 2498 | Mcdonald, Russell |
| | | 862 | McGrew, Morgan |
| | 5622617 | 396 | MessageGears, LLC |
| | 5622624 | | Michelman, Inc. |
| | 5622625 | | MICROSOFT ONLINE INC |
| | 5622668 | | MOBILE MINI INC |
| | 5622687 | | MOD ADVISORS |
| | | 2394 | Molina, Jose |
| | | 1393 | Moving Stairs, Inc. |
| | 5623422 | 126 | New View Gifts & Accessories Ltd |
| | 5623430 | | NGUYEN QUANG HUY CO LTD |
| | 5623431 | 10 | Ni Hau Industrial Co., Ltd. |
| | | 1900 | Nicor Gas |
| | 5623260 | 150 | Ning Bo Bundchen Imp & Exp Co., Ltd |

*Holders of claims marked with an asterisk provided tax forms that were deficient for one or more reasons.

| Schedule # | Claim # | Creditor |
|---|---|---|
| 5623433 | 505 | Ningbo DIY Industrial and Trading Co., Limited |
| 5623434 | 520 | Ningbo Interwell Import & Export Co., Ltd |
| 5623435 | 623 | NINGBO JINGCHENG PLASTIC PRODUCTS CO., LTD. |
| 5623436 | 758 | Ningbo Lilart Imp&Exp Co., Ltd |
| 5623437 | 574 | Ningbo Merryart Glo-Tech Co., Ltd. |
| 5623438 | 433 | NINGBO RAINBOW TOYS CO., LTD |
| 5623439 | 513 | Ningbo Sunbow Industry & Trade Co., Ltd. |
| | 1860 | Ningbo Sunward Party Co., Ltd. |
| 5623443 | 391 | Ningbo Yinzhou Gel Houseware Co., Ltd. |
| 5623445 | 444 | Ningbo ZhengChang Gift Co.,LTD. |
| 5623450 | 1533 | Nolan Transportation Group, LLC |
| | 1534 | Nolan Transportation Group, LLC |
| 5623453 | | NORMAN MATTHEWS |
| 5623455 | 1171 | NORTHWEST ENTERPRISES |
| 5623463 | | NUWAVE ENERGY SOLUTIONS LLC |
| 5623468 | | NYS HEAVY REPAIR LLC |
| 5623469 | 276 | O&D Electric Corp |
| 5623473 | 360 | OCCASIONS LIMITED |
| 5623482 | | Oneida Warehousing LLC |
| 5623483 | | OOCL LTD |
| | 1773 | OpenText Inc |
| | 1054 | OPS America, Inc. |
| 5623492 | | ORDNANCE ASSOCIATES LLC |
| 5623509 | 437 | Pacific Castle Properties II, LLC |
| 5623530 | | PARKING CONCEPTS INC |
| 5622470 | 1829 | Party Animal, Inc |
| | 1288 | Party Dragon Limited |
| | 1292 | Party Dragon Limited |
| | 1271 | PartyDragon Limited |
| | 1273 | PartyDragon Limited |
| | 1274 | PartyDragon Limited |
| | 1275 | Partydragon Limited |
| | 1276 | PartyDragon Limited |
| 5623548 | 1282 | PARTYDRAGON LIMITED |
| 5622492 | | PCCASHDRAWER |
| 5622501 | 891 | Pearl River Campus, LLC |
| 5622504 | 655 | Peerless Machine & Tool Corp |
| 5622505 | 292 | Pefso Company Limited |
| | 638 | Peoples Gas Light & Coke Company |
| 5622528 | 368 | Perfectech International Trading Limited |
| 5622533 | 11 | PFI Distributing, Inc. |
| | 1571 | PG&E |
| 5622535 | 415 | Philcos Enterpriser USA Inc. |
| 5622540 | | PINKERTON |
| 5622541 | | PINKERTON CONSULTING & INVESTIGATIONS INC |
| 5622561 | 92 | Pioneer Balloon Company |
| | 2470 | Pitney Bowes Global Financial Services LLC |
| 5622601 | | PORT OF NEWARK CONTAINER TRMNL |
| 5622604 | 554 | Portico Trading Enterprise Co., Ltd |
| 5622605 | | POSTAGE BY PHONE/CHESTER |
| 5622610 | 91 | Precision Rubber Plate Co., Inc. |
| 5622633 | 397 | Premium Balloon Accessories, Inc. |
| | 2350 | PSE&G |
| 5622672 | 1524 | PT. SATYA LIPRINDO |
| 5622673 | | PT.INA PRIMA GRAFINDO |
| 5622678 | 869 | PUBLISHER SERVICES INC |
| 5622684 | 581 | Qian Zi Trading Limited |

*Holders of claims marked with an asterisk provided tax forms that were deficient for one or more reasons.

Schedule 1

| | Schedule # | Claim # | Creditor |
|---|---|---|---|
| | 5622683 | 2235 | Qianye Int'l Trading (HK) Ltd. |
| * | 5622713 | 516 | Quanzhou Yaxing Houseware Co Ltd |
| | 5622715 | | QUEST SOLUTION, INC. |
| | 5622716 | 961 | Quicklizard Ltd |
| | 5622722 | | RAEL NATIONAL |
| | 5622755 | 339 | Reach International Co., Ltd. |
| | 5623065 | | RETAIL TECH INC |
| | 5623069 | 1308 | Rico Industries, Inc. |
| | 5623073 | 392 | RITE LITE LTD |
| | 5623075 | | ROBERT DERECTOR ASSOCIATES |
| | | 2453 | Roberts Oxygen Company, Inc. |
| | 5623082 | 1707 | Rocky Tafu Plastics Co., LTD. |
| | | 1124 | Rodney, Sheliah |
| | 5623101 | 707 | Ruby Slipper Sales Co. LLC |
| | 5623102 | 715 | Ruby Slipper Sales Co. LLC |
| | 5623111 | 774 | Sabert Asia Holdings Limited |
| | 5623121 | | SALSON LOGISTICS INC |
| | 5623122 | | SAM PIEVAC COMPANY INC |
| | 5623124 | 129 | Same Day Delivery Service Inc. |
| | | 1942 | Sanrio, Inc. |
| | 5623146 | 1045 | Schenker Inc |
| | 5623157 | | SEAMAN PAPER COMPANY |
| | 5623159 | | SEASONAL SPECIALTIES LLC |
| | 5623161 | | SEASONS HK LTD. |
| | 5623172 | | SFR REALTY ASSOCIATES LLC |
| | 5623174 | 290 | Shaoxing Shangyu Xiaoyue Bosen Art Work Factory |
| | 5623178 | | SHI INTERNATIONAL CORP |
| | | 1688 | SilentSherpa, Inc. |
| | 5622275 | 539 | Sinomac International Limited |
| | 5622286 | 618 | Software One, Inc. |
| | 5622300 | 352 | Specialty Lighting Group, LLC |
| | 5622308 | | SPLASH BUSINESS INTELLIGENCE INC |
| | 5622317 | | SR2 DEV LLC |
| | | 2205 | SR2 DEV LLC |
| | 5622321 | 1339 | Stac Material Handling, Inc. |
| | 5622356 | | STEVEN J COLLINS |
| | | 1779 | STG Drayage, LLC |
| | 5622366 | | SUMMIT LENOX PLAZA LLC |
| | 5622375 | 799 | Sunteck Transport Co., LLC |
| | 5622403 | | SUPER LLC |
| | 5622405 | 398 | Superior Laminators Inc |
| | 5622406 | | Supplyworks /Janpak |
| | 5622435 | 565 | TAIZHOU HUANGYAN LANGQI CRAFT FACTORY |
| | 5622436 | 1760 | Taizhou Innovation Craft Accessories Co., Ltd |
| | 5622439 | 379 | Taizhou Sunup Tech.Co., Ltd |
| | 5622445 | | TENSATOR INC |
| | 5622446 | | TERMINIX INTERNATIONAL |
| | 5622450 | 534 | TForce Freight, Inc. |
| | | 540 | Tforce Freight, Inc. |
| | 5622453 | 1512 | The Accessory Collection Inc. |
| | 5622462 | 816 | The Gypsy Shrine Ltd |
| | | 1353 | The Huntington National Bank, successor to TCF National Bank |
| | | 328 | The Terminix International Company Limited Partnership |
| | 5622670 | 347 | THE WEEKS LERMAN GROUP, LLC |
| | | 2074 | Tiktok Inc. |
| | 5621985 | | TINSLEY TRANSFERS, INC |
| | 5622005 | 274 | Toyota Industries Commercial Finance Inc. |

*Holders of claims marked with an asterisk provided tax forms that were deficient for one or more reasons.

Schedule 1

| | Schedule # | Claim # | Creditor |
|---|---|---|---|
| | | 351 | TRINAMIX INC |
| | 5622017 | | TRINTECH INC |
| | 5622019 | 1060 | Trion Industries |
| | 5622033 | 359 | U S Poly Enterprise Inc |
| | 5622035 | | UB STAMFORD LP |
| | 5622037 | 1316 | UCC DISTRIBUTING INC. |
| | 5622056 | 553 | United Rentals, Inc. |
| | 5622058 | 1579 | UNIVERSAL ATLANTIC SYSTEMS INC |
| | 5622060 | 1133 | Universal Logistics of Virginia, LLC |
| | 5622061 | | UNIVERSAL PACIFIC SERVICES LTD |
| | 5622080 | 982 | VACFORM INDUSTRIAL (CHINA) CO., LTD. |
| * | | 2054 | Vazquez, Albert |
| * | | 2056 | Vazquez, Suzanne |
| | 5622103 | | VICTORY CORPS |
| | 5622108 | 1229 | Vinapackink Co., Ltd |
| | 5622111 | | VISTAR |
| | 5621637 | 592 | W.W. Grainger, Inc. |
| | | 1233 | WADDINGTON NORTH AMERICA |
| | 5623294 | | WARD TRANSPORT & LOGISTICS |
| | | 2093 | Watters, Kayla |
| | 5623319 | 506 | Wf Whelanco LLC |
| | 5623321 | 709 | What Do You Meme, LLC |
| | 5623327 | 2140 | Wilhelmina International Inc |
| | | 2181 | Williams Scotsman Inc. |
| | 5623329 | | WILLIS(BERMUDA)LIMITED |
| | 5623350 | 1738 | Wilton Industries, Inc. |
| | 5623352 | 639 | WING HING PLASTIC BAGS IND CO |
| | 5623353 | 366 | Wintech Industries (H.K.) Ltd. |
| | 5623357 | | WNA Chelmsford |
| | 5623358 | | WNA Lancaster |
| | 5623359 | 327 | Wonderful Enterprise Co.,Ltd |
| | 5623361 | 1964 | Wooten Enterprises Inc. |
| | 5623363 | 1866 | Worldwide Retail Solutions Inc. |
| | 5623365 | | WOWWEE GROUP LIMITED |
| | 5623382 | 223 | Yeedo Trading Hanoi Co., Ltd |
| | 5623384 | 419 | YIWU F AND J JEWELRY CO., LTD |
| | 5623398 | 1032 | Zabala, Maria E |
| | 5623399 | 400 | Zagone Studios, LLC |
| | 5623405 | 456 | Zhangzhou Top Brite Industry Trade Co., Ltd |
| | 5623406 | 724 | Zhejiang Kingsun Eco-Pack Co., Ltd. |
| | 5623408 | 578 | Zhejiang Shenao Technology Co., Ltd. |
| | 5623409 | 536 | Zhejiang Xieli Science & Tchnology Co., Ltd. |
| | 5623411 | 723 | Zhenjiang Ideal Co Ltd |
| * | 5623413 | 696 | Zibo Top Arts Co Ltd |

*Holders of claims marked with an asterisk provided tax forms that were deficient for one or more reasons.