**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| PARTY CITY HOLDCO INC., *et al.*,[1] | ) | |
| | ) | Case No. 23-90005 (MI) |
| Reorganized Debtor. | ) | |
| | ) | (Jointly Administered) |

**MOTION OF THE PARTY CITY GUC TRUSTEE FOR ENTRY OF AN ORDER (I) APPROVING DISTRIBUTIONS TO HOLDERS OF GENERAL UNSECURED CLAIMS; (II) APPROVING THE ABANDONMENT OF REMAINING GUC TRUST ASSETS; (III) TERMINATING AND DISCHARGING THE GUC TRUST AND RELATED PARTIES; AND (IV) GRANTING RELATED RELIEF**

**IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING. UNLESS OTHERWISE DIRECTED BY THE COURT, YOU MUST FILE YOUR RESPONSE ELECTRONICALLY AT HTTPS://ECF.TXSB.USCOURTS.GOV/ WITHIN TWENTY-ONE (21) DAYS FROM THE DATE THIS MOTION WAS FILED. IF YOU DO NOT HAVE ELECTRONIC FILING PRIVILEGES, YOU MUST FILE A WRITTEN OBJECTION THAT IS ACTUALLY RECEIVED BY THE CLERK WITHIN TWENTY-ONE DAYS FROM THE DATE THIS MOTION WAS FILED. OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

The Party City GUC Trustee (the "Trustee") of the Party City GUC Trust (the "GUC Trust"), by and through the GUC Trust's undersigned counsel, hereby submits this motion (the "Motion") for entry of an order, substantially in the form attached hereto: (i) approving the distributions to be made by the GUC Trust under the Plan (as defined below) to holders of allowed general unsecured claims; (ii) approving the abandonment of *de minimis* remaining GUC Trust assets; (iii) terminating the GUC Trust, subject to any necessary wind-down activities, and discharging the GUC Trust and the Trustee, together with their professionals, advisors, consultants

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Party City Holdco Inc. (9758); Amscan Custom Injection Molding, LLC (4238); Amscan Inc. (1359); Amscan Purple Sage, LLC (3514); Am-Source, LLC (8427); Anagram Eden Prairie Property Holdings LLC (8309); Party City Corporation (3692); Party City Holdings Inc. (3029); Party Horizon Inc. (5812); PC Intermediate Holdings, Inc. (1229); PC Nextco Finance, Inc. (2091); PC Nextco Holdings, LLC (7285); Print Appeal, Inc. (5932); and Trisar, Inc. (0659). The location of the Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

and/or employees; and (iv) granting related relief. In support of the Motion, the Trustee respectfully represents as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this case and this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(B). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409(a).

2. The statutory and other bases for the relief requested herein are set forth in sections 105(a) and 350(a) of Chapter 11, Title 11, United States Code (the "Bankruptcy Code"), Article V of the Plan, and Articles IV and IX of the GUC Trust Agreement and Declaration of Trust (the "Trust Agreement").

## BACKGROUND

### A. Procedural Background

3. On January 17, 2023 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"), thereby commencing these Cases.

4. On September 6, 2023, the Bankruptcy Court entered the *Findings of Fact, Conclusions of Law, and Order (I) Approving the Debtors' Disclosure Statement and Disclosure Statement Supplement on a Final Basis and (II) Confirming the Fourth Amended Joint Chapter 11 Plan of Reorganization of Party City Holdco Inc. and Its Debtor Affiliates* [Docket No. 1711] (the "Confirmation Order"), confirming the *Fourth Amended Joint Chapter 11 Plan of Reorganization of Party City Holdco Inc. and Its Debtor Affiliates* [Docket No. 1672] (the "Plan").

5. On October 12, 2023, the Effective Date of the Plan occurred [Docket No. 1795], and the GUC Trust was formed pursuant to the terms and conditions of the Confirmation Order, the Plan, and the Trust Agreement.

6. Pursuant to the Plan, the Confirmation Order, and the Trust Agreement, the Trustee was appointed as trustee on behalf of the GUC Trust upon occurrence of the Effective Date of the Plan. Pursuant to the Plan and the Trust Agreement, the GUC Trust is vested with the sole authority to reconcile, resolve, and object to Class 5 General Unsecured Claims and to effectuate distributions to the holders of allowed General Unsecured Claims.[2] *See* Plan Art. V.A.; Trust Agreement Art. III.

7. On December 22, 2024, certain of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas, thereby commencing subsequent chapter 11 cases, jointly administered under case no. 24-90621 (ARP) (the "<u>2024 Cases</u>").

8. On August 27, 2025, the Bankruptcy Court entered an order confirming the plan in the 2024 Cases. On September 22, 2025, the Effective Date of that plan occurred, and that plan was consummated. The 2024 Cases are currently pending before the Court.

## B. <u>**Claims Reconciliation Background**</u>

9. Since the Effective Date, the Trustee and its professionals worked diligently to reconcile General Unsecured Claims, which are voluminous. There are over 2,550 claims filed in these cases, the large majority of which assert all or a portion of the liability as General Unsecured Claims. The Trustee estimates that the asserted General Unsecured Claims pool as filed and scheduled (excluding scheduled claims that were superseded by filed claims) exceeded $2.3

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Plan.

billion. The Trustee filed twelve omnibus objections to address duplicate/multi-debtor claims, amended/superseded claims, late-filed claims, claims with no or little substantiation, unliquidated and partially unliquidated claims, claims that should be reduced, claims that were satisfied during the pendency of the cases, claims for equity and claims filed in the wrong case. Further, the Trustee has reconciled and stipulated to relief with multiple claimants as noted on the Court's docket or by agreement with claimants.

10. Once the claims reconciliation and objection process was substantially complete, the GUC Trust commenced and completed its solicitation of W-8 and W-9 forms (the "IRS Forms"). Most creditors were sent multiple requests, all of which were sent to the notice addresses on the underlying proofs of claim (for filed Claims) or at the addresses on the Debtors' schedules (for scheduled Claims). On June 18, 2026, the GUC Trust filed and served a motion seeking to have the claims of claimants who have not provided the requisite tax forms deemed unclaimed distributions, listing approximately 400 filed and scheduled claims [Docket No. 2566] (the "Tax Form Motion"). On July 10, 2026, the Court entered an order granting the Tax Form Motion [Docket No. 2569], and on July 15, 2026, the Court entered an amended order with respect to the Tax Form Motion [Docket No. 2571].

11. In addition, in April 2026 the GUC Trust sent further requests for Tax Forms to claimants not included in the Tax Form Motion. *See* Docket No. 2565 (the "April 2026 Tax Form Request"). Follow up requests to these claimants were sent on July 2, before the time to respond to those requests expired on July 20, 2026. In connection with this Motion, the GUC Trust seeks a further determination from the Court that the claims listed on **Exhibit A** hereto (the "Further Missing or Deficient Tax Form Claims"), the owners of which who did not return timely or

conforming responses to the April 2026 Tax Form Request, are disallowed for the reasons more fully set form in the Tax Form Motion and below.

12. As a result of the GUC Trust's objection and reconciliation process, the General Unsecured Claims Pool in the Debtors' cases has been significantly reduced. At this point, for distribution purposes and assuming the relief requested in this Motion is granted, the GUC Trust estimates that the current Allowed General Unsecured Claims pool consists of filed and scheduled claims in the aggregate amount of approximately $210.2 million, a reduction of nearly $2.0 billion or 91% in dollar amount.

13. Pursuant to Article VIII.E.2, of the Plan, no distributions will be made to the holders of Allowed General Unsecured Claims where the amount of distribution would be $100.00 or less. In addition, as per the Tax Form Motion, pursuant to Article VIII.H. of the Plan, no distribution will be made to holders of otherwise Allowed General Unsecured Claims who have not supplied the requisite taxpayer identification information. Holders of Allowed General Unsecured claims who are sent a distribution will have 90 days to negotiate their checks, after which their claims will be disallowed. *See* Plan Art. VIII.E.3.

**C. <u>Distributions</u>**

14. With the conclusion of the claims reconciliation process, the GUC Trust is positioned to make a first and final distribution to holders of Allowed General Unsecured Claims, which the GUC Trust intends to effectuate prior to the end of the third quarter of this year. The GUC Trust is currently refining the precise amount and timing of the final distribution but anticipates that it will be approximately 1% of Allowed General Unsecured Claims that are ultimately entitled to distribution, which is within the range of projected recoveries set forth in the

Plan Supplement.[3] Allowed General Unsecured Claims *potentially* entitled to distributions, after giving effect to the minimum $100.00 distribution amount set forth in Section VIII.E.2. of the Plan, are identified on **Exhibit B** hereto; however, inclusion on **Exhibit B** will not necessarily entitle a claimant to a distribution because (i) the GUC Trust is still refining its distribution calculations and is currently reflecting distributions as an estimated 1%; accordingly, while for purposes of this Motion, **Exhibit B** shows the putative distribution, there are claimants who may not receive distributions if recoveries are finalized in another amount; and (ii) even the current estimate is a projection, and the actual distribution percentage could amount to less than the lower end of this amount based on future events between the date of this Motion and the date distributions are made that the GUC Trust cannot presently anticipate.

15. Subject to making the distributions to GUC Trust beneficiaries described above, filing a final tax return for the GUC Trust, and completing certain administrative functions including addressing any undeliverable distributions, the GUC Trust has completed its duties and obligations under the Plan and the Trust Agreement.

16. At this time, the Reorganized Debtors have not yet made a motion to close the cases of the Debtors; the timing of such final closing is not relevant to the relief sought by the GUC Trust.

## RELIEF REQUESTED

17. The GUC Trust respectfully requests entry of an order (i) deeming the claims identified on **Exhibit A** with respect to the Further Missing or Deficient Tax Form Claims disallowed; (ii) approving the above-described distributions to holders of Allowed General

[3] *See Notice of GUC Cash Allocation* [Docket No. 921], Ex. A; *see also Supplement to Disclosure Statement for the Third Amended Joint Chapter 11 Plan of Reorganization of Party City HoldCo Inc. and its Debtor Affiliates* [Docket No. 1462], at Ex. A. p. 2.

Unsecured Claims entitled to a distribution; (iii) confirming the disposition of remaining GUC Trust assets when administration is complete pursuant to the Trust Agreement (either by abandonment or donation to a charitable organization); and (iv) terminating the GUC Trust and discharging the GUC Trust, the Trustee and its respective professionals, consultants and/or employees.

## BASIS FOR RELIEF

18. Although the Plan and the Trust Agreement authorize the GUC Trust, acting by and through the Trustee, to exercise its powers and duties without the need for Court approval, the GUC Trust brings this Motion in an abundance of caution and to apprise holders of general unsecured claims of the forthcoming distribution and to supply notice of the universe of the Allowed General Unsecured Claims.

19. Under the Plan, the Court retains jurisdiction to, among other things, "[e]nsure that distributions to Holders of Allowed Claims are accomplished pursuant to the provisions of this Plan and adjudicate any and all disputes arising from or relating to distributions under this Plan or the Confirmation Order." *See* Plan Art. XII.(e).

20. Moreover, the Trust Agreement provides, in relevant part, that:

> The Bankruptcy Court shall have jurisdiction regarding the Debtors, Trust, Trustee, and Trust Assets, including, without limitation, the determination of all disputes arising out of or related to administration of the Trust. The Bankruptcy Court shall have continuing jurisdiction and venue to hear and finally determine all disputes and related matters among the Parties arising out of or related to this Agreement or the administration of the Trust. The Parties expressly consent to the Bankruptcy Court hearing and exercising such judicial power as is necessary to finally determine all such disputes and matters.

Trust Agreement Art. X.2.11.

21. In addition, the Plan expressly provides that "The GUC Trustee and the GUC Trust shall be discharged or dissolved, as the case may be, at such time as (1) the GUC Trustee

determines, with the consent of the Reorganized Debtors (not to be unreasonably withheld), that the pursuit of additional Interchange Litigation Claims is not likely to yield sufficient additional proceeds to justify further pursuit of such claims and (2) all distributions required to be made by the GUC Trustee under the Plan have been made." Plan Art. V.E. *See also* Trust Agreement Art. IX.5. The Trust Agreement also contemplates further administrative functions after the termination of the GUC Trust. Trust Agreement Art. 9.5.

22. Finally, section 105 of the Bankruptcy Code states that the "court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title."[4]

23. Prior to the filing of this Motion, the Trustee notified the Reorganized Debtors of its intention to file the Motion and to terminate the GUC Trust. The Trustee is unaware of any "additional Interchange Litigation Claims" left to assert and all distributions required by the GUC Trustee will have been made by the Plan after entry of an Order approving this Motion.

24. Because this case will remain open and active beyond the date that the GUC Trust will wind up its operations, it is possible that new claims may be filed or that claimants with disallowed claims for failure to provide tax identification information may seek to provide that information after distributions are effected. Consequently, the Trustee brings this Motion under the authority afforded it by the Plan and the Trust Agreement and outside the context of a final decree motion. The order that the Trustee seeks, approving distributions, terminating the GUC Trust, and discharging Trust-related parties of their respective duties, will provide docketed notice to any would-be latecomers that the GUC Trust will be unable to address their claims.

[4] 11 U.S.C. § 105(a).

**A. <u>Disallowance of the Further Missing or Deficient Tax Form Claims</u>**

25. As detailed more fully in the Tax Form Motion, the Further Deficient Tax Form Claims have been formally and repeatedly advised of the deadline to submit such forms. The time to do so has passed. Moreover, per section 4.4 of the Trust Agreement: "If a holder of a General Unsecured Claim does not provide the Trustee within ninety (90) days of written request with all documentation, that in the Trustee's reasonable business judgment, is necessary to determine that all tax withholding and reporting requirement for such Allowed General Unsecured Claim, including a IRS Form W-8 or IRS Form W-9, the distribution on such Allowed General Unsecured Claim shall be deemed disallowed and expunged in its entirety and the funds shall become Trust Assets and redistributed to the other holders of Allowed General Unsecured Claims in accordance with the terms of the Plan and this Agreement."

26. Consequently, as more than ninety days' written notice has been provided, the Further Deficient Tax Form Claims should be disallowed.

**B. <u>Approval of Distributions</u>**

27. As noted above, the GUC Trust is prepared to make a first and final distribution to holders of Allowed General Unsecured Claims, representing a recovery of approximately 1%.

28. The Notice of GUC Cash Allocation [Docket No. 921] estimated a recovery for holders of Allowed General Unsecured Claims of between 1.0% and 2.5%. The estimated recovery here falls within that range.

29. Consequently, the Trustee respectfully requests entry of an order expressly authorizing and approving the proposed distributions to the Trust beneficiaries.

## C. Abandonment of Remaining Trust Assets

30. Section 3.6 of the Trust Agreement provides that: "[i]n the Trustee's reasonable judgment, any Trust Asset cannot be sold in a commercially reasonable manner or the Trustee believes in good faith that such property has inconsequential value to the Trust or its Beneficiaries, the Trustee shall have the right to cause the Trust to abandon or otherwise dispose of such property, including by donation of such property to a qualified section 501(c)(3) of the Tax Code charitable organization."

31. After the first and final distributions to holders of Allowed General Unsecured Claims discussed above, the remaining GUC Trust assets will consist of the GUC Trust's books and records and prospective *de minimis* cash. In turn, prospective *de minimis* cash will consist of unused reserves, if any, retained for trailing the GUC Trust Expenses.

32. The Trustee has determined that these remaining GUC Trust assets are of inconsequential value. Accordingly, the GUC Trust's abandonment of such assets as set forth above should be approved. To the extent that the Court grants the Motion, *de minimis* cash will be donated to one or more charitable organizations as contemplated by the Trust Agreement.

## D. Termination of the Trust and Discharge of the Trust and Related Parties

33. The Trustee respectfully requests entry of an order terminating the GUC Trust and discharging and relieving the GUC Trust, Trustee, and their respective professionals, advisors, consultants and/or employees of any further duties and from all liability related to the GUC Trust and this chapter 11 case, as contemplated by the Plan and the Trust Agreement, to be effective on the date that final distributions are first issued, without further order of the Court.

34. The fact that final distributions will be complete in the near term is unlikely to deter entities from filing new claims or making other demands on the GUC Trust and Trustee, despite

the fulfillment of their obligations under the Plan and the eventual termination of the GUC Trust. In practice, the proper response to potential future latecomers—that the GUC Trust has been fully administered under the terms of the Plan Documents and that the GUC Trust and Trustee can take no further action—is far more impactful when it bears the imprimatur of the Court.

35. To afford GUC Trust-related parties an appropriate degree of closure, and to protect holders of Allowed General Unsecured Claims currently eligible for distributions from any specter of disgorgement (however remote), the Trustee respectfully submits that the request for a complete discharge of duties is warranted under the circumstances and should be approved. Relatedly, the Trustee respectfully requests that any order granting the Motion confirm the continuing protections of the limitation of liability provisions of the Plan and the Trust Agreement notwithstanding the discharge granted hereby and the termination of the GUC Trust.

## NOTICE

36. Notice of this Motion will be given to: (a) Holders of Further Missing or Deficient Tax Form Claims shown on **Exhibit A** and/or their counsel of record, if any; (b) the U.S. Trustee; (c) the Reorganized Debtors through their counsel of record; and (d) those parties registered to receive electronic notification via the Court's CM/ECF noticing system. The Trustee respectfully submits that such notice is sufficient and proper under the circumstances and that no other or further notice is required.

WHEREFORE, the Trust respectfully requests that this Court enter an order, substantially in the form attached hereto, and grant such other and further relief as this Court deems just and proper.

Dated: August 7, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Maxim B. Litvak*
Robert J. Feinstein (admitted *pro hac vice*)
Bradford J. Sandler (admitted *pro hac vice*)
Shirley S. Cho (admitted *pro hac vice*)
Gregory V. Demo (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
scho@pszjlaw.com
gdemo@pszjlaw.com

-and-

Maxim B. Litvak (TX Bar No. 24002482)
Theodore S. Heckel (TX Bar No. 24133488)
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9407
Email: mlitvak@pszjlaw.com
theckel@pszjlaw.com

*Co-Counsel to the Party City GUC Trust*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2026, a true and correct copy of the above and foregoing was caused to be served through this Court's CM/ECF noticing system to all parties registered to receive notices in these cases.

*/s/ Maxim B. Litvak*
Maxim B. Litvak

**EXHIBIT A**

**Further Missing or Deficient Tax Form Claims**

| Schedule Number | Claim Number | Name |
|---|---|---|
| 5623282 | 1627 | Allied Universal Security Services |
| 5622846 | 874 | Huntington Oaks Delaware Partners, LLC |
| 5623494 | 1849 | ORF VII Felch Street, LLC |
| | 2367 | PWR16-48-18 Northern Blvd LLC, a Delaware Limited Liability Company |
| 5623299 | 1163 | Waterloo Crossroads Property, L.L.C. |

**EXHIBIT B**

**Claimants Entitled to Distribution**

| Schedule Number | Claim Number | Name | Current General Unsecured Claim Amount |
|---|---|---|---|
| 5623201 | 1744 | 301-303 West 125 LLC | $384,938.29 |
| 5623202 | 1469 | 3M Company | $56,220.60 |
| 5623229 | 1685 | Academy Fire Life Safety LLC | $221,439.82 |
| 5623243 | 101 | ADP Inc | $686,391.73 |
| 5623244 | 2036 | ADP Inc | $627.34 |
| 5623245 | 2035 | ADP Inc. | $49,566.75 |
| | 2063 | ADP Inc. | $105,127.72 |
| 5623249 | 383 | Advanced Graphics | $118,423.56 |
| 5623253 | 67 | AFG Media Ltd | $127,919.31 |
| 5623254 | | AFG MEDIA LTD | $150.02 |
| 5621685 | 230 | Allion Company Limited | $325,993.31 |
| 5621687 | 387 | Almar Sales Company, Inc. | $379,544.83 |
| | 298 | Ameren Illinois | $11,618.65 |
| | 306 | Ameren Missouri | $13,216.35 |
| 5621722 | 350 | American International Industries | $241,081.16 |
| 5621730 | 1778 | Andrews Rancho del Norte, a California Corporation | $35,076.49 |
| 5621737 | 50 | Apex Sign Group | $252,467.55 |
| 5621764 | 2195 | ARC SSDLLA001, LLC | $115,584.49 |
| | 2343 | Asia Automotive America, Inc. | $205,669.92 |
| 5621796 | | AT&T | $462.55 |
| 5621797 | | AT&T | $3,076.13 |
| 5621798 | | AT&T Acct#291773976 | $142.89 |
| | 1585 | AT&T Corp | $9,699.24 |
| 5621807 | | ATTIC SELF STORAGE | $17,747.11 |
| 5621831 | | AUTOMATION ANYWHERE INC | $55,931.89 |
| 5621834 | 1413 | Aventura Fashion Island, L.P. | $26,265.57 |
| 5621837 | 640 | Aw Enterprises Limited | $235,288.92 |
| 5621838 | 123 | Axiz Group, LLC | $378,109.60 |
| 5621842 | 1153 | B33 Centereach II LLC | $13,026.50 |
| | 1791 | B33 Centereach II LLC | $26,405.28 |
| | 478 | BDO USA, LLP | $10,760.00 |
| 5621873 | 1595 | Beam Team Construction, Inc. | $62,767.60 |
| | 2088 | Bellmon, Vanessa | $250,000.00 |
| | 1926 | Bencosme, Betty | $250,000.00 |
| 5621904 | 41 | Bendon, Inc | $499,609.44 |
| 5621938 | 976 | Bhattarai, Ruma | $250,000.00 |
| 5621941 | 229 | Big Tree Sales Inc. | $74,876.00 |
| | 1659 | Boston Gas Company DBA National Grid | $17,093.36 |
| 5621894 | 503 | Bowe Industries Inc DBA Changes | $31,741.50 |
| 5621714 | 382 | Brakewell Steel Inc | $17,840.63 |
| | 1891 | Brixmor Elmhurst Crossing LLC | $252,009.87 |
| | 1637 | Brixmor Heritage Square LLC | $21,865.26 |
| | 476 | Broadway National Group, LLC | $53,172.37 |
| | 2392 | Broadway Pavilion LLC | $22,709.90 |
| 5623438 | 433 | Brown & Joseph, LLC | $66,416.40 |
| 5622713 | 516 | Brown & Joseph, LLC | $393,076.06 |
| | 1448 | Business Equipment Solutions Technologies Inc | $14,341.17 |
| | 843 | CAB assignee of Fuzhou Huikaihua Arts & Crafts Co Ltd | $66,404.40 |
| 5621502 | 845 | CAB assignee of Fuzhou Jinqingyun Imp & Exp Co Ltd | $140,756.82 |
| | 429 | Cado Products, Inc. | $91,124.61 |
| | 1372 | Campos Gomez, Virginia Yanira | **$350,000.00** |
| 5621817 | 702 | Canusa Hershman Recycling, LLC | $39,212.63 |
| 5621851 | | CASTLE & COOKE CORONA CROSSINGS LLC | $20,018.28 |
| 5621861 | 948 | CELULOSA Y CORRUGADOS DE SONORA S.A DE C.V. | $16,131.80 |
| 5621884 | 682 | Centex Development Ltd | $81,644.76 |
| 5621888 | 1822 | CEVA Freight, LLC | $6,065,154.74 |
| 5621926 | 1010 | Chun Hing Plastic Packaging Manufactory Limited | $448,439.78 |
| 5621932 | 500 | Cintas Corporation | $2,423.97 |
| | 1635 | Cintas Corporation | $3,712.00 |
| | 2417 | Cintas Corporation | $32,050.99 |
| 5621931 | | Cintas Corporation #616 | $1,245.12 |
| | 1404 | City of Chicago | $140.00 |
| 5621960 | 1432 | City of Chicago | $11,368.80 |
| | 2471 | City of Northglenn | $10,161.57 |
| | 1495 | Coffey Group LLC | $10,000.00 |
| 5621441 | 364 | Cole & Ashcroft, LP | $71,904.00 |
| 5621443 | 87 | Coliseum Crossing Associates, LLC, a Virginia limited liability company | $282,826.63 |
| 5621468 | | COLUMBIA PLACE MALL SC LLC | $10,491.88 |
| 5621476 | 802 | Commercial Technology Contractors, Inc. | $11,356.84 |
| | 1914 | Consolidated Edison Company Of New York Inc. | $114,659.36 |
| | 597 | Consumers Energy Company | $36,376.83 |
| 5621514 | | CONTRA COSTA COUNTY TAX COLLECTOR | $14,881.18 |
| 5621515 | | CONVERTING INC PA | $47,597.75 |
| | 2378 | Corentto, Patricia J c/o Sullivan & Galleshaw, LLP | $100,000.00 |
| 5621583 | | CREATIVE CONVERTING | $27,181.38 |

**EXHIBIT B**

**Claimants Entitled to Distribution**

| Schedule Number | Claim Number | Name | Current General Unsecured Claim Amount |
|---|---|---|---|
| 5621584 | 416 | Creative Kids Far East Inc. | $43,327.20 |
| 5621587 | 819 | Crimson Blue Brand Consulting | $20,000.00 |
| 5621592 | 1087 | Crown Equipment Corporation | $12,481.13 |
| 5622332 | 1100 | Crown Equipment Corporation | $32,416.35 |
| 5621611 | | CROWN LIFT TRUCKS | $27,152.02 |
| 5621612 | | CROWN LIFT TRUCKS | $448.16 |
| 5621621 | 337 | Cuddle Barn, Inc. | $28,020.00 |
| 5621629 | 697 | CWD Consulting, LLC | $44,500.00 |
| 5621654 | 283 | Dan-Dee International, LLC | $151,151.73 |
| 5621661 | 1881 | Darden, Teresa | $150,000.00 |
| 5621664 | | DAVIS & GILBERT LLP | $45,236.10 |
| 5622143 | 1732 | Dedicated Global Carriers, LLC | $257,805.00 |
| 5622144 | 2102 | Delaware Department of Finance - Office of Unclaimed Property | $952,089.02 |
| 5622145 | | DELTA & DELTA REALTY TRUST | $17,927.78 |
| | 1334 | Delta MB LLC | $24,974.26 |
| 5622150 | 1375 | Dentsu X, LLC | $493,762.05 |
| 5622161 | 632 | Dick's Sporting Goods, Inc. | $18,554.17 |
| | 1694 | Dieffenbach, Karen | $150,000.00 |
| 5622162 | 1660 | Diego & Son Printing, Inc | $13,985.00 |
| | 1972 | Dindia, Virgina | $250,000.00 |
| 5622163 | 624 | Dino's Services Inc | $144,969.00 |
| | 1263 | Disguise Inc. | $22,880.69 |
| | 596 | DISGUISE LIMITED | $263,090.28 |
| 5621652 | 763 | DM Merchandising Inc | $64,908.00 |
| | 2039 | Dollar Tree Stores, Inc | $411,817.02 |
| 5622173 | | DOT GENERATION OF CONN. INC | $7,177.68 |
| | 2428 | Dot Generation of Connecticut, Inc. | $7,399.67 |
| | 1901 | Dr. Seuss Enterprises, L.P. | $421,771.00 |
| 5622181 | | DREAMGIRL INTERNATIONAL (LOVIN ENTERP) | $47,150.22 |
| | 2051 | Druckenmiller, Cristie | **$250,000.00** |
| 5622184 | 1858 | DS Shopping Center LLC | $521,930.84 |
| | 1893 | DSE SPE LLC | $21,670.13 |
| 5622187 | 1370 | DSM MB II LLC | $36,648.25 |
| 5622191 | | DUANE READE | $46,250.00 |
| | 1865 | Duke Energy Carolinas | $12,941.55 |
| | 1862 | Duke Energy Indiana | $16,650.22 |
| | 1863 | Duke Energy Ohio | $10,442.25 |
| | 1298 | East Hills Properties, LLC | $6,829.38 |
| | 2180 | East Hills Properties, LLC | $257,612.20 |
| 5621498 | 960 | Easter Unlimited Inc | $1,366,536.04 |
| 5622206 | 983 | Easter Unlimited Inc | $342,458.52 |
| | 2264 | ECS Mid-Atlantic, LLC | $11,454.50 |
| | 2474 | Egate 93, LLC | $305,464.95 |
| 5622227 | 42 | EMPIRE FREIGHT LOGISTICS | $168,093.08 |
| | 1259 | ENGIE Resources LLC | $12,457.37 |
| | 1809 | Euler Hermes agent for Direct Connect Logistix Inc | $24,320.00 |
| 5622864 | 1115 | Evolution Credit Opportunity Master Fund II-B, L.P. as Transferee of Kay Global Group Inc. | $380,577.82 |
| 5621809 | 514 | Evolution Credit Partners Finance I Aggregator, L.P. as Transferee of JPMorgan Chase Bank, N.A. | $57,070.75 |
| 5622246 | 289 | Excel Urgent Care of Goshen, PLLC | $10,925.00 |
| | 2553 | Fairplain Plaza Real Estate, LLC | $226,972.30 |
| | 2554 | Fairplain Plaza Real Estate, LLC | $7,474.64 |
| 5622266 | 2383 | Federated Service Solutions, Inc. | $108,416.59 |
| 5621417 | 89 | FineLine Settings Inc | $6,122.18 |
| 5621416 | 88 | FineLine Settings Inc. | $7,424.00 |
| | 238 | First Citizen Bank & Trust Company | $15,784.40 |
| 5621450 | 373 | Flash Sales | $34,776.01 |
| | 652 | Florida Power & Light | $10,056.81 |
| 5621461 | 2 | Foam Party Hats Inc | $49,247.46 |
| 5621486 | 915 | Fox Rothschild LLP | $29,867.80 |
| 5621492 | | FRITO-LAY | $17,338.00 |
| 5621493 | 1094 | Froggy's Fog, LLC | $920,441.32 |
| 5621525 | | G&I VIII MW RETAIL LLC | $12,262.83 |
| | 1658 | G&I VIII MW Retail LLC Liquidating Trust | $187,630.52 |
| 5621537 | 1970 | Geiger, Mitzi | $1,500,000.00 |
| | 1371 | Genpact (UK) Limited | $695,794.97 |
| | 1307 | Gift Card Impressions, LLC | $53,946.00 |
| 5621593 | 239 | Globe Logistics Inc | $97,114.20 |
| 5621574 | 427 | Globe Logistics Inc | $23,400.00 |
| 5621595 | 877 | Gloco Accents Corporation | $45,262.80 |
| 5621594 | 406 | Gloco Accents Inc. | $7,188.48 |
| | 883 | GMA Accessories Inc. | $18,384.95 |
| 5621638 | 563 | Grand & Benedicts Inc | $13,333.42 |
| 5621669 | | GREENWAY PLAZA LLC | $37,872.28 |
| 5621673 | 1613 | Grignard Company LLC | $270,672.29 |
| | 1643 | Grignard Company LLC | $131,705.04 |

**EXHIBIT B**
**Claimants Entitled to Distribution**

| Schedule Number | Claim Number | Name | Current General Unsecured Claim Amount |
|---|---|---|---|
| 5621675 | 1515 | Grupo Ruz SA DE CV | $523,702.00 |
| | 2126 | H&R Leasing LLC | $15,000.00 |
| 5621683 | 1618 | Hanesbrands Inc., as servicer for HBI Receivables | $42,146.50 |
| 5622763 | | HARBIN EVERGREEN IND CO., LTD | $66,078.37 |
| | 1716 | HARBIN EVERGREEN INDUSTRIAL CO., LTD. | $23,995.87 |
| | 1841 | HARBIN EVERGREEN INDUSTRIAL CO., LTD. | $66,027.27 |
| | 2468 | Harrick, Diane | $10,000.00 |
| | 1710 | Hasbro, Inc | $2,009.55 |
| | 1759 | Hasbro, Inc | $71,111.72 |
| 5622772 | 1776 | Hasbro, Inc | $59,637.09 |
| | 1844 | Hasbro, Inc | $138,663.00 |
| 5622773 | 1804 | Hasbro, Inc. | $17,364.30 |
| | 765 | Haughton, Rena | $100,000.00 |
| | 2022 | HD Supply Facilities Maintenance, LTD. | $48,417.03 |
| 5622802 | 1722 | Hey Buddy Hey Pal Investments LLC | $80,700.00 |
| | 2050 | Heyl, Royster, Voelker & Allen, P.C. | $11,607.50 |
| | 2441 | HH Associates US Inc. | $1,917,629.00 |
| 5622806 | 312 | High IntenCity Corp. | $106,417.30 |
| 5622810 | 1297 | Hoffmaster Group Inc. | $41,518.99 |
| | 1306 | Hoffmaster Group, Inc. | $49,663.71 |
| 5622811 | 889 | Holiday Times Unlimited Inc | $464,580.93 |
| | 1165 | Holton, Phyllis | $30,000.00 |
| 5622835 | 152 | Horizon Group USA | $68,721.00 |
| | 370 | HT Ventures LLC dba NPW Group | $21,388.53 |
| 5622840 | 2076 | Hugfun International Hong Kong Ltd. | $43,008.72 |
| | 2342 | Hylan Plaza 1339, LLC | $772,037.30 |
| | 1772 | I Pee Holding, LLC | $47,147.00 |
| 5622848 | 299 | I.J.K. Limited | $23,031.60 |
| 5622875 | | IGLOO PRODUCTS CORP. | $18,527.40 |
| 5622885 | 1797 | Infor (US), LLC | $24,164.30 |
| 5622887 | 273 | InfoSpring, LLC | $17,096.04 |
| 5622913 | 335 | Inovium, LLC | $33,540.00 |
| | 452 | Insight Direct USA, Inc. | $1,322.05 |
| 5622915 | 466 | Insight Direct USA, Inc. | $79,267.07 |
| 5622916 | 1675 | InSpirit Designs LLC | $934,633.24 |
| 5622919 | | INTERACTIVE COMMUNICATIONS INTERNATIONAL INC | $1,021,733.85 |
| 5622850 | 831 | International Business Machines Corporation | $240,436.53 |
| | 1769 | Intertek Testing Services Hong Kong Ltd | $15,704.23 |
| | 871 | Intertek Testing Services Shenzhen Ltd. | $2,248.90 |
| | 934 | Intertek Testing Services Shenzhen Ltd. | $12,931.48 |
| | 935 | Intertek Testing Services Shenzhen Ltd. | $4,717.91 |
| | 933 | Intertek Testing Services Shenzhen Ltd. Guangzhou Branch | $6,157.70 |
| 5623012 | 937 | Intertek Testing Services Shenzhen Ltd. Guangzhou Branch | $9,983.43 |
| | 141 | Investment Bankers, Ltd. | $48,634.09 |
| 5623023 | 2190 | ITS Logistics, LLC and ITS National, LLC | $4,500,000.77 |
| 5622779 | 1799 | JAHCO Oklahoma Properties I, LLC | $8,693.70 |
| | 2255 | JAHCO Oklahoma Properties I, LLC | $218,215.00 |
| 5622780 | 991 | JAKKS Pacific Inc. | $136,134.06 |
| | 2009 | Jamie Okh, c/o Downtown L.A. Law Group | $250,000.00 |
| 5622791 | 902 | JELLY BELLY CANDY COMPANY | $34,936.68 |
| 5622853 | 718 | Kahn & Comings, Inc. | $122,053.86 |
| 5622852 | 719 | Kahn & Comings, Inc. | $3,375.78 |
| 5622865 | 8 | KBW Global Corp. | $690,224.47 |
| 5622866 | 1814 | KCH Transportation, Inc. | $56,847.50 |
| | 81 | Kelsi Vanlierop, by her mother and natural guardian Sivaun Price | $350,000.00 |
| | 2280 | Kentucky Education & Labor Cabinet | $14,000.00 |
| | 1646 | Keyspan Gas East Corporation DBA National Grid | $28,972.94 |
| 5622924 | 49 | Kimiecik Landscaping Inc. | $31,079.67 |
| 5622926 | 1542 | King Zak Industries, Inc. | $623,857.27 |
| 5622925 | 1550 | King Zak Industries, Inc. | $304,617.21 |
| 5622934 | 1104 | Kord Party Favour Mfy. Ltd | $145,168.11 |
| 5622935 | 1590 | Korn Ferry (US) | $111,250.00 |
| 5622958 | 482 | KUAFU INTERNATIONAL CO., LTD | $68,341.92 |
| 5622960 | | KW TEXTILE INC. | $18,429.87 |
| | 2150 | KW Textile, Inc. | $34,003.40 |
| | 2279 | KY Education & Labor Cabinet | $120,000.00 |
| | 1373 | Leesburg Plaza LLC | $36,537.72 |
| 5623008 | 1387 | Levin Properties, L.P. | $19,734.00 |
| | 2146 | Lewis Brisbois Bisgaard & Smith LLP | $19,422.65 |
| | 1593 | Lewiston Realty Holdings, LLC | $2,030,628.10 |
| | 1623 | Lewiston Realty Holdings, LLC | $2,030,628.10 |
| 5623032 | | LIBERTY PACKAGING | $274,086.10 |
| 5623036 | | LINDE INC | $10,000.00 |
| 5623038 | | LINEAR RETAIL WALTHAM #1 LLC | $28,827.22 |
| 5623040 | 268 | Little Kids Inc. | $37,399.68 |

**EXHIBIT B**

**Claimants Entitled to Distribution**

| Schedule Number | Claim Number | Name | Current General Unsecured Claim Amount |
|---|---|---|---|
| 5623041 | 1342 | Little Rapids Corporation | $169,200.36 |
| | 939 | Louisville Gas and Electric Company | $10,555.48 |
| | 985 | Louisville Gas and Electric Company | $118,179.12 |
| 5622474 | | Louisville Low Voltage | $7,197.51 |
| | 2462 | Louisville Low Voltage LLC | $7,197.51 |
| | 693 | Louisville Metro Human Relations Commission (EEOC) | $15,150.00 |
| | 40 | Lovin' Enterprises, Inc. | $66,855.44 |
| 5622476 | 1569 | LP NETWORKS DBA SECURITY SOURCE | $90,193.29 |
| 5622479 | 748 | Lu'an Yuxing Import & Export Trading Co., Ltd | $273,079.00 |
| 5622485 | 569 | MacArthur Village SPE, L.L.C. as successor-in-interest to MacArthur Village Limited Partnership | $18,585.90 |
| 5622487 | 1458 | Mactac | $17,005.85 |
| 5622513 | 813 | Manhattan Associates | $626,890.56 |
| | 1508 | Marine Tranportation Intermodal, Inc. | $42,230.00 |
| | 2023 | Marinita Sage Rancho, LLC, a California Limited Liability Company | $1,106,194.26 |
| 5622523 | 1242 | MARK IV TRANSPORTATION-PHL | $82,703.28 |
| | 1711 | Massachusetts Electric Company DBA National Grid | $44,455.09 |
| 5622553 | 761 | Matt Monath Photography, Inc. | $14,393.79 |
| 5622579 | | MCELRONE ASSOCIATES LLC | $24,009.01 |
| 5622580 | | MCELRONE ASSOCIATES LLC | $1,100.07 |
| 5622585 | | McMaster Carr Supply Co | $5,235.93 |
| 5622584 | | MCMASTER-CARR SUPPLY CO. | $2,288.94 |
| 5622586 | | MCMASTER-CARR SUPPLY CO. | $5,139.45 |
| | 1438 | McMaster-Carr Supply Company | $17,431.89 |
| 5622587 | | MCMASTER-CARR SUPPLY COMPANY | $3,041.70 |
| 5622588 | | MCMASTER-CARR SUPPLY COMPANY | $1,224.38 |
| 5622589 | 2169 | MD Hutch Owner LLC | $27,687.63 |
| | 2346 | MD Hutch Owner LLC | $36,439.34 |
| 5622590 | | MEADOWS COMMERCIAL PROPERTIES INC | $12,025.84 |
| 5622595 | 1833 | Meredith Models, LLC | $18,894.30 |
| 5622615 | 1335 | Merkle, Inc. | $682,610.34 |
| | 1269 | Meta Platforms, Inc. | $522,190.34 |
| | 282 | MidAmerican Energy Company | $15,720.61 |
| | 1073 | MidAmerican Energy Services, LLC | $54,318.12 |
| | 1028 | Milberg Factors, Inc. | $80,443.00 |
| 5622651 | | MILLER RESOURCE GROUP | $10,000.00 |
| 5622652 | | MILLER RESOURCE GROUP | $10,000.00 |
| | 1581 | MILLILO, ANGELA F | **$250,000.00** |
| 5622661 | 1331 | Mission Pets, Inc. | $1,631,867.10 |
| 5622970 | 94 | MKR Services, LLC | $409,464.00 |
| 5622668 | | MOBILE MINI INC | $46,543.70 |
| 5622691 | 690 | MOL WORLDWIDE LOGISTICS LIMITED | $7,650.00 |
| | 804 | MOL Worldwide Logistics Limited | $60,635.96 |
| | 2175 | Motion Industries | $9,535.06 |
| 5622698 | | MOTION INDUSTRIES | $3,183.46 |
| 5622724 | | MUNCIE NOVELTY | $166,689.60 |
| 5622734 | 1224 | National Shunt Services LLC | $10,071.01 |
| | 2259 | National Union Fire Insurance as Transferee of Almar Sales Company | $150,012.00 |
| 5622737 | 753 | Neil Patel Digital LLC | $29,179.33 |
| | 2455 | New Jersey Division of Taxation | $20,000.00 |
| 5623418 | 1351 | New Penn Motor Express LLC | $9,405.24 |
| | 1422 | New Penn Motor Express LLC | $4,152.83 |
| | 2130 | New York State Dept of Taxation and Finance | $262,871.10 |
| 5623426 | 1925 | Next Management LLC | $17,170.98 |
| | 1682 | Niagara Mohawk Power Corp DBA National Grid | $14,156.30 |
| 5623260 | 150 | Ning Bo Bundchen Imp & Exp Co., Ltd | $128,231.41 |
| 5623442 | 686 | Ningbo TR-Party Co., Ltd | $260,810.12 |
| 5623444 | 789 | Ningbo Yubo Import and Export Co., Ltd. | $73,327.87 |
| | 1768 | Noel Miranda as PAGA | $1,500,000.00 |
| | 336 | Northern Indiana Public Service Company | $10,547.14 |
| | 582 | Northern States Power Minnesota dba Xcel Energy | $24,423.46 |
| 5623461 | | NPW GROUP | $24,469.35 |
| | 1774 | NSTAR Electric Company dba Eversource Energy | $11,585.46 |
| 5623464 | | NYC DEPT OF FINANCE | $39,399.81 |
| | 989 | Ohio Department of Taxation | $224.11 |
| | 2485 | Ohio Department of Taxation | $19,887.46 |
| 5623476 | 489 | Old Dominion Freight Line, Inc. | $32,199.97 |
| 5623486 | 603 | OPPOSUITS B.V | $29,473.61 |
| | 714 | Orange & Rockland Utilities | $170,023.24 |
| | 2387 | Origin Settlement Advisors LLC | $695,000.00 |
| 5623512 | 1055 | Packaging Corporation of America | $24,455.10 |
| 5623519 | 187 | Pan Asia Pacific Supply Chain Co. Ltd. | $360,000.00 |
| 5623520 | 446 | Panagako, Janice | $250,000.00 |
| 5623523 | 1118 | Paper Magic Group | $168,387.20 |
| | 1652 | PAPILLON ACCESSORIES LLC | $34,539.27 |
| 5623525 | 1736 | PAPILLON ACCESSORIES, LLC | $40,473.60 |

**EXHIBIT B**
**Claimants Entitled to Distribution**

| Schedule Number | Claim Number | Name | Current General Unsecured Claim Amount |
|---|---|---|---|
| 5623524 | 1741 | PAPILLON ACCESSORIES, LLC | $3,576.75 |
| | 1821 | Party City of Whitestone Corporation | $7,067,891.00 |
| | 2533 | Pavion Corp. | $150,347.21 |
| | 354 | Peak Technologies, Inc. | $991.26 |
| 5622499 | 362 | Peak Technologies, Inc. | $157,589.39 |
| 5622498 | 363 | Peak Technologies, Inc. | $6,688.52 |
| 5622500 | 374 | Pearhead, Inc. | $98,217.60 |
| 5622501 | 891 | Pearl River Campus, LLC | $425,795.57 |
| | 1454 | PICC Property and Casualty Company Limited | $453,577.49 |
| | 1706 | Pinterest, Inc | $292,541.98 |
| 5622598 | 1614 | Polsinelli PC | $63,898.52 |
| 5622599 | 224 | Pom Melville LLC | $285,000.03 |
| 5622638 | | PRICEWATERHOUSECOOPERS | $246,246.74 |
| 5622649 | | PROTOS SECURITY | $32,791.09 |
| | 453 | PSEG LI | $46,430.98 |
| | 586 | Public Service Company dba Xcel Energy | $12,693.28 |
| 5622746 | 1212 | Raleigh Enterprises, LLC | $153,000.00 |
| 5622750 | 1228 | Rand-Whitney Container LLC | $294,408.21 |
| | 1377 | Rasch, Reginald M. | $582,652.96 |
| 5622755 | 339 | Reach International Co., Ltd. | $27,850.32 |
| 5623055 | 1295 | Reflection Software Inc. | $13,579.97 |
| 5623056 | | REGENCY CENTERS, LP | $68,732.52 |
| 5623061 | | REPUBLIC SERVICES #097 | $2,364.00 |
| 5623062 | 1231 | Republic Services #758 | $8,915.57 |
| 5623067 | 1209 | Richmond Enterprises, LLC | $10,310.62 |
| | 2345 | Ricky Mar Transport LLC | $62,690.00 |
| | 542 | Ripple Junction Design Co | $60,164.77 |
| | 2340 | River Valley Plaza LP | $59,245.19 |
| | 653 | Roehm, Julie | $330,831.38 |
| 5623085 | 460 | Rogers Electric Service Corporation | $25,623.54 |
| 5623089 | | Rossini North America, Inc. | $6,924.00 |
| | 2143 | Rossini North America, LLC | $6,924.00 |
| 5623095 | 1111 | Royal Penn Products | $135,045.00 |
| 5623097 | 1514 | RPT Realty, L.P. | $33,534.77 |
| | 1719 | RPT Realty, L.P. | $19,730.28 |
| | 1622 | RSC Solutions | $37,209.00 |
| | 822 | Rubicon Global, LLC | $25,653.38 |
| 5623111 | 774 | Sabert Asia Holdings Limited | $208,502.40 |
| 5623113 | | SACRAMENTO COUNTY TAX COLLECTOR | $9,288.60 |
| | 2091 | Sacramento County Tax Collector - California | $9,600.00 |
| | 2415 | SALESFORCE, INC. | $54,481.50 |
| 5623133 | 1516 | Sargenti Corporation | $18,479.51 |
| 5623135 | 698 | Saul Ewing LLP | $30,317.91 |
| 5623137 | 722 | Savvi | $217,486.37 |
| 5623142 | 1090 | Scarbrough International, Ltd. | $29,882.40 |
| 5623143 | 1093 | Scarbrough International, Ltd. | $200.00 |
| 5623144 | 1519 | Scentco inc | $31,407.60 |
| 5623152 | 403 | Schylling Inc. | $44,366.40 |
| 5623158 | | SEASONAL DESIGNS-PA | $55,730.76 |
| 5623160 | 390 | Seasonal Visions International Limited | $197,829.48 |
| 5623163 | 1902 | Securitas Security Services USA Inc. | $48,673.96 |
| 5623179 | 269 | Shine Logistics LLC | $39,075.00 |
| | 720 | Shine Logistics LLC | $38,225.00 |
| 5623180 | 886 | SHIPT, INC. | $3,875,189.03 |
| 5623187 | 199 | Shrink Packaging Systems Corp | $26,859.88 |
| | 206 | Shrink Packaging Systems Corp | $6,464.26 |
| 5623188 | 207 | Shrink Packaging Systems Corp | $23,391.68 |
| | 225 | Shrink Packaging Systems Corp | $2,178.00 |
| | 1688 | SilentSherpa, Inc. | $10,664.15 |
| | 1426 | Simpson, Stacey | $250,000.00 |
| 5622276 | | SIPOC LLC | $11,257.70 |
| 5622277 | 116 | Sitefolio, LLC | $15,162.45 |
| 5622281 | 1839 | Slalom Inc. dba Slalom Consulting | $91,086.70 |
| | 2501 | SLIMVISION2.0LLC | $17,000.00 |
| | 2516 | Slimvision2.0LLC | $75,000.00 |
| 5622291 | 58 | Southern Graphic Systems LLC | $461,962.99 |
| 5622295 | 1013 | Southwick Technologies LLC | $11,469.10 |
| 5622296 | 1848 | SP Porters Vale, LLC | $22,412.46 |
| 5622298 | | SPARTECH SOLUTIONS LLC | $53,281.58 |
| 5622304 | 1176 | Spin Master Inc | $380,428.80 |
| 5622307 | 688 | Spiria Digital Inc. | $30,000.00 |
| | 2374 | Sports Vault Corp | $8,052.90 |
| 5622310 | | SPORTS VAULT CORP | $5,469.80 |
| 5622313 | 324 | Spring-Fill Industries, LLC | $91,404.92 |
| | 848 | State of Florida - Department of Revenue | $300.00 |

**EXHIBIT B**

**Claimants Entitled to Distribution**

| Schedule Number | Claim Number | Name | Current General Unsecured Claim Amount |
|---|---|---|---|
| | 905 | STATE OF FLORIDA - DEPARTMENT OF REVENUE | $725.00 |
| | 2078 | STATE OF FLORIDA - DEPARTMENT OF REVENUE | $76,913.17 |
| | 2508 | STATE OF FLORIDA - DEPARTMENT OF REVENUE | $0.00 |
| | 906 | State of Florida- Department of Revenue | $1,171.45 |
| 5622356 | | STEVEN J COLLINS | $50,000.00 |
| | 2365 | Stout Risius Ross, LLC | $10,300.00 |
| 5622362 | 167 | Sullivan Paper Co., Inc | $271,214.52 |
| 5622367 | 1731 | Summit Staffing, Inc. | $138,790.80 |
| 5622410 | 622 | Swift Transportation | $175,837.32 |
| | 1767 | Target Corporation | $49.47 |
| | 1802 | Target Corporation | $417,800.83 |
| | 1961 | Tele-Communication, Inc. dba as UnifiedCommunications.com | $79,680.46 |
| | 2496 | Tele-communication, Inc. dba UnifiedCommunications.com | $79,680.46 |
| 5622442 | 1359 | Tembo Group LLC | $155,488.00 |
| 5622444 | 1896 | TenPearls, LLC | $38,750.00 |
| 5622447 | 1808 | Terra Worldwide Logistics, LLC | $328,583.42 |
| | 807 | Terrace CMBS, LLC, by CBL & Associates Managing Inc., its Managing Agent | $20,084.88 |
| 5621877 | 1080 | The Beistle Company | $64,585.44 |
| | 1482 | The Brooklyn Union Gas Company DBA National Grid | $11,154.00 |
| | 1303 | The Narragansett Electric Co DBA Rhode Island Energy | $7,725.47 |
| | 1596 | The Narragansett Electric Co DBA Rhode Island Energy | $49,499.13 |
| 5622469 | 208 | The OS Group, LLC | $21,913.24 |
| 5621971 | 1483 | The Peggs Company, Inc. | $12,844.50 |
| 5622760 | 1452 | TL Packaging | $23,897.82 |
| | 1953 | Today's Graphics Inc. | $97,775.97 |
| 5622452 | | Today's Graphics Inc. | $61,011.32 |
| | 1771 | Toran, Gary | $50,000.00 |
| 5621997 | 448 | Total Comfort Mechanical LLC d/b/a Total Comfort Group | $13,843.01 |
| | 1502 | Total Quality Logistics, LLC | $5,176.00 |
| 5621998 | 1730 | Total Quality Logistics, LLC | $178,392.59 |
| 5622006 | | TPF EQUITY REIT OPERATING PARTNERSHIP LP | $26,405.56 |
| 5622007 | 256 | TPG Partners LLC | $13,920.00 |
| 5622009 | 1664 | Tradebe Environmental Services, LLC | $42,811.44 |
| 5621989 | 779 | TRC Master Fund LLC as Transferee of TMD Holdings LLC | $2,646,495.00 |
| 5622015 | 729 | Trick or Treat Studios, LLC | $3,200,000.00 |
| 5622027 | 480 | Ty Inc | $146,318.11 |
| 5622042 | 1146 | Unifirst Corporation | $12,235.37 |
| | 1653 | Unifirst Corporation | $8,204.88 |
| 5622048 | 1140 | Unique Industries, Inc. | $219,234.96 |
| 5622049 | | UNIS TRANSPORTATION | $25,470.00 |
| | 1592 | Unis Transportation, LLC | $475,525.00 |
| 5622060 | 1133 | Universal Logistics of Virginia, LLC | $199,418.67 |
| 5622079 | 2033 | UWL, Inc. | $249,069.00 |
| | 2183 | Van Hook Service Co., Inc. | $23,647.03 |
| | 550 | Vault Communications, Inc. | $41,351.29 |
| 5622098 | | VERIZON WIRELESS SERVICES LLC | $35,000.00 |
| 5622101 | 1677 | Vestar California XVII, L.L.C | $342,103.20 |
| 5622108 | 1229 | Vinapackink Co., Ltd | $197,484.09 |
| | 1616 | Visionet Systems, Inc | $147,820.00 |
| 5622113 | 1214 | Vormittag Associates, Inc. | $14,420.94 |
| 5623289 | | WAGE WORKS | $7,194.84 |
| 5623290 | | WAGE WORKS INC | $7,005.51 |
| | 604 | Walsworth Publishing Company, Inc. | $22,753.44 |
| 5623297 | 1642 | Washington Point Lennane 04, LLC | $19,446.43 |
| | 512 | Wells Fargo Bank, N.A. | $2,041.22 |
| | 839 | Wells Fargo Bank, N.A. | $2,913.25 |
| 5623307 | | Wells Fargo Bank, NA | $5,294.13 |
| 5623312 | 443 | Wenzhou Sun Stationery Co., Ltd | $122,112.96 |
| 5623321 | 709 | What Do You Meme, LLC | $51,364.09 |
| 5623323 | | WHITE & CASE LLP | $22,751.00 |
| | 2181 | Williams Scotsman Inc. | $52,189.05 |
| 5623338 | 1147 | Wilmington Trust, National Association, as Indenture Trustee | $23,532,441.17 |
| 5623347 | 1150 | Wilmington Trust, National Association, as Indenture Trustee | $95,140,140.76 |
| 5623351 | | WINCRAFT, INCORPORATED | $169,017.58 |
| 5623356 | 422 | WJCA, Inc. | $24,537.59 |
| | 1504 | WM Corporate Services, Inc. | $31,158.33 |
| 5623362 | 441 | Worldex International Industrial Ltd. | $106,452.40 |
| 5623369 | 836 | Wuhan Goldensail International Inc | $31,884.80 |
| 5623372 | 151 | Wynright Corporation | $101,056.24 |
| 5623376 | 777 | Xinle Huabao Plastic Products Co., Ltd. | $883,409.64 |
| 5623377 | | XPO LOGISTICS | $353,480.00 |
| 5623378 | 829 | XPO Logistics Freight, Inc. | $2,063.13 |
| | 840 | XPO Logistics Freight, Inc. | $130.00 |
| | 844 | XPO Logistics Freight, Inc. | $221.71 |
| | 1341 | Yellow Logistics, Inc. | $123,780.07 |

**EXHIBIT B**
**Claimants Entitled to Distribution**

| Schedule Number | Claim Number | Name | Current General Unsecured Claim Amount |
|---|---|---|---|
| | 1559 | YOUR $STORE WITH MORE #337 | $5,847.44 |
| | 1131 | Your Dollar Store With More#337 | $4,968.93 |
| 5623392 | 1325 | YRC Inc. d/b/a YRC Freight | $169,969.12 |
| | 1473 | YRC Inc. d/b/a YRC Freight | $291,971.73 |
| 5623396 | 543 | Yumark Industrial Limited | $33,790.80 |